| | |
|---|---|
| LINNEA P CIPRIANO (*pro hac vice forthcoming*)<br>lcipriano@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333<br><br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 415 621-2493 | KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 202 393-4930<br><br>EVA BITRAN (SBN 302081)<br>ebitran@aclusocal.org<br>MAYRA JOACHIN (SBN 306065)<br>mjoachin@aclusocal.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232<br><br>*Attorneys for Petitioners-Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**NOTICE OF APPEARANCE OF KYLE VIRGIEN AS COUNSEL FOR PLAINTIFFS** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kyle Virgien of the American Civil Liberties Union Foundation hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above-captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

Dated: December 11, 2023

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: */s/ Kyle Virgien*
Kyle Virgien
*kvirgien@aclu.org*