| | |
|---|---|
| LINNEA P CIPRIANO (*pro hac vice forthcoming*)<br>LCipriano@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333<br><br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 415 621-2493 | KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 202 393-4930<br><br>EVA BITRAN (SBN 302081)<br>ebitran@aclusocal.org<br>MAYRA JOACHIN (SBN 306065)<br>mjoachin@aclusocal.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232 |

*Attorneys for Petitioners-Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>             Petitioners-Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>             Respondents-Defendants. | Case No. 3:23-cv-06353<br><br>**NOTICE OF APPEARANCE OF SEAN RIORDAN AS COUNSEL FOR PLAINTIFFS** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sean Riordan of the American Civil Liberties Union Foundation of Northern California hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above-captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

Dated: December 11, 2023

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
By: */s/ Sean Riordan*
　　Sean Riordan
　　*sriordan@aclunc.org*