United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4   VICTOR JIMENEZ and JORGE
    MUTZUTZ                          ,

5                  Petitioners-Plaintiffs,

6          v.
    U.S. IMMIGRATION AND
7   CUSTOMS ENFORCEMENT;
    PATRICK LECHLEITNER, DEPUTY
8   DIRECTOR AND SENIOR
    OFFICIAL PERFORMING THE
9   DUTIES OF THE DIRECTOR, U.S.
    IMMIGRATION AND CUSTOMS
10  ENFORCEMENT; MOISES
    BECERRA, DIRECTOR OF SAN
11  FRANCISCO FIELD OFFICE,
    ENFORCEMENT AND REMOVAL
12  OPERATIONS, U.S. IMMIGRATION
    AND CUSTOMS ENFORCEMENT   ,
13
14             Respondents-Defendants.

Case No. 1:23-cv-06353-RMI

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

15

16

17          I, Jacob Tyson              , an active member in good standing of the bar of

18  New York                      , hereby respectfully apply for admission to practice pro hac

19  vice in the Northern District of California representing: Victor Jimenez and Jorge Mutzutz   in the

20  above-entitled action. My local co-counsel in this case is Nicole Kim              , an

21  attorney who is a member of the bar of this Court in good standing and who maintains an office

22  within the State of California. Local co-counsel's bar number is: 324698            .

23  620 Eighth Ave, New York, NY 10018                601 S. Figueroa Street, 41st Floor
                                                      Los Angeles, California 90017
24   MY ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S ADDRESS OF RECORD

    (212) 813-8800                                    (213) 426-3500
25   MY TELEPHONE # OF RECORD                          LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

26
    Jtyson@goodwinlaw.com                             NicoleKim@goodwinlaw.com
27   MY EMAIL ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

28

            I am an active member in good standing of a United States Court or of the highest court of

1    another State or the District of Columbia, as indicated above; my bar number is:   6003214        .

2          A true and correct copy of a certificate of good standing or equivalent official document

3    from said bar is attached to this application.

4          I have been granted pro hac vice admission by the Court   zero   times in the 12 months

5    preceding this application.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules. I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: 12/11/2023             */s/ Jacob Tyson*
                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Jacob Tyson    is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated: December 12, 2023

                          
          UNITED STATES DISTRICT/MAGISTRATE JUDGE

*Left margin (vertical):* United States District Court / Northern District of California

2



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

   I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jacob Scott Tyson

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 19, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on October 31, 2023.*

*Clerk of the Court*

CertID-00144709



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022