NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
*Additional Counsel listed on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MEDICAL RECORDS IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION**<br><br>(Failure to provide COVID-19 antiviral medications to medically vulnerable immigrants detained at Golden State Annex) |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Victor Jimenez and Jorge Mutzutz ("Plaintiffs") respectfully move this Court to seal in their entirety certain exhibits to Plaintiffs' Motion for a Preliminary Injunction:

- Cipriano Decl., Ex. D: Excerpt of Jorge Mutzutz medical records
- Cipriano Decl., Ex. E: Excerpts of Victor Jimenez medical records

In determining whether to permit documents to be filed under seal, courts in the Ninth Circuit apply one of two standards: (1) the "compelling reason" test for sealing information in connection with motions for a determination on the merits of a claim or defense; or (2) the less strict "good cause" test for sealing information in connection with non-dispositive filings. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006); *Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016). Here, the compelling reason test applies because the records relate to a determination of Plaintiffs' likelihood of success on the merits of their claims. *See Ctr. for Auto Safety*, 809 F.3d at 1102 (applying the "compelling reason" test to sealing exhibits related to a "preliminary injunction motion" that "was more than tangentially related to the merits of the case").

Plaintiffs seek to seal in their entirety excerpts of their medical records that they attach to their motion for a preliminary injunction. These medical records contain highly personal medical information that meets the "compelling reason" test. *See Pratt v. Gamboa*, No. 17-cv-04375-LHK, 2020 WL 8992141, at *2 (N.D. Cal. May 22, 2020) (noting that "medical records are deemed confidential under the Health Insurance Portability and Accountability Act" and that "[c]ourts routinely conclude that the need to protect medical privacy qualifies as a compelling reason for sealing records") (internal quotation marks omitted) (citing cases); *Liaw v. United Airlines, Inc.*, No. C 19-00396 WHA, 2019 WL 6251204, at *10 (N.D. Cal. Nov. 22, 2019) (finding "compelling reasons to seal [a party's] private medical records"); *San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, No. C 10-02258 SBA, 2011 WL 89931, at *1 n.1 (N.D. Cal. Jan. 10, 2011) (*sua sponte* sealing medical information because "the need to protect the Patient's confidential medical information outweighs any necessity for disclosure").

1  Plaintiffs recognize the importance of public disclosure of court filings, and as a result, they
2  have narrowly tailored this request to seal.  Although Plaintiffs' medical records contain so much
3  confidential information that it is impossible to file redacted versions, Plaintiffs file their briefing,
4  which describes the relevant portions of these medical records at a high level, publicly.  Plaintiffs
5  thus ensure that the information from these medical records that is relevant to the Court's
6  determination is available to the public, serving the important interests of public transparency of
7  the judicial process.

| | |
|---|---|
| | *Respectfully submitted,* |
| Dated: December 14, 2023 | **GOODWIN PROCTER LLP** |
| By: | */s/ Nicole Kim* |

| | |
|---|---|
| Sean Riordan (SBN 255752)<br>*sriordan@aclunc.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 415 621-2493<br><br>Kyle Virgien (SBN 278747)<br>*kvirgien@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 202 393-4930<br><br>Eunice Cho (*pro hac vice*)<br>*echo@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel.: +1 202 548-6616<br><br>Eva Bitran (SBN 302081)<br>*ebitran@aclusocal.org*<br>Mayra Joachin (SBN 306065)<br>*mjoachin@aclusocal.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232 | Linnea Cipriano (*pro hac vice*)<br>*LCipriano@goodwinlaw.com*<br>Timothy J. Beavers (*pro hac vice*)<br>*TBeavers@goodwinlaw.com*<br>Jacob Tyson (*pro hac vice*)<br>*JTyson@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York  10018<br>Tel.: +1 212 813 8800<br><br>Nicole Kim (SBN 324698)<br>*NicoleKim@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br><br>Oscar Barron-Guerra (SBN 345284)<br>*OBarronGuerra@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>3 Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br><br>*Attorneys for Petitioners-Plaintiffs* |