NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF LINNEA CIPRIANO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

| | | |
|---|---|---|
| 1 | Eunice Cho (*pro hac vice*)<br>echo@aclu.org | Linnea Cipriano (*pro hac vice*)<br>LCipriano@goodwinlaw.com |
| 2 | **AMERICAN CIVIL LIBERTIES**<br>**UNION FOUNDATION** | Timothy J. Beavers (*pro hac vice*)<br>TBeavers@goodwinlaw.com |
| 3 | 915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005 | Jacob Tyson (*pro hac vice*)<br>JTyson@goodwinlaw.com |
| 4 | Tel.: +1 202 548-6616 | **GOODWIN PROCTER LLP**<br>The New York Times Building |
| 5 | Mayra Joachin (SBN 306065)<br>mjoachin@aclusocal.org | 620 Eighth Avenue<br>New York, New York 10018 |
| 6 | **AMERICAN CIVIL LIBERTIES**<br>**UNION FOUNDATION OF** | Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333 |
| 7 | **SOUTHERN CALIFORNIA**<br>1313 West 8th Street | |
| 8 | Los Angeles, CA 90017<br>Tel: +1 213 977-5232 | Nicole Kim (SBN 324698)<br>NicoleKim@goodwinlaw.com |
| 9 | | **GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor |
| 10 | | Los Angeles, California 90017 |
| 11 | | Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673 |
| 12 | | |
| 13 | | Oscar Barron-Guerra (SBN 345284)<br>OBarronGuerra@goodwinlaw.com |
| 14 | | **GOODWIN PROCTER LLP**<br>3 Embarcadero Center, 28th Floor |
| 15 | | San Francisco, California 94111 |
| 16 | | Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041 |
| 17 | | *Attorneys for Petitioners-Plaintiffs* |

I, Linnea Cipriano, hereby state, under the penalty of perjury, as follows:

1. I am a partner at Goodwin Procter, LLP. I have personal knowledge of the matters set forth herein based on personal knowledge and my active participation in the matters discussed below. If called upon, I would testify competently thereto.

2. This Declaration is filed in support of the accompanying motion for preliminary injunction.

3. A true and correct copy of the medical formulary for non-IHSC Staffed Detention Facilities for the fiscal year 2024 is attached hereto as **Exhibit A.**

4. A true and correct copy of Defendant United States Immigration Custom and Enforcement's ("ICE") May 2023 post-pandemic response guidelines is attached hereto as **Exhibit B**.

5. A true and correct copy of Defendant ICE's July 2023 post-pandemic response guidelines is attached hereto as **Exhibit C**.

6. A true and correct copy of Jorge Mutzutz's medical record is attached hereto as **Exhibit D** and filed under seal.

7. A true and correct copy of Victor Martinez's medical record is attached hereto as **Exhibit E** and filed under seal.

8. A true and correct copy of an email from the Chief Pharmacist of Defendant ICE's Health Services Corps that was produced in FOIA litigation, *ACLU v. U.S. Immigr. & Customs Enf't et. al.*, Case No. 3:23-cv-01795-JCS (N.D. Cal.), is attached hereto as **Exhibit F**.

9. A true and correct copy of a document describing ICE's media talking points that was produced in FOIA litigation, *ACLU v. U.S. Immigr. & Customs Enf't et. al.*, Case No. 3:23-cv-01795-JCS (N.D. Cal.), is attached hereto as **Exhibit G**.

10. A true and correct copy of the relevant excerpts from the *Standards for Health Care in Jails* publication by the National Commission on Correction Health Care is attached hereto as **Exhibit H**.

11. A true and correct copy of the settlement agreement reached in *Zepeda Rivas v. Jennings*, No. 3:20-cv-02731-VC (N.D. Cal.), Dkt. 1205-1 is attached hereto as **Exhibit I**.

I declare, under penalty of perjury, that the foregoing facts are true and correct. Executed on this the 14 day of December, 2023 in the State of New York.

*/s/ Linnea Cipriano*

Linnea Cipriano