# Exhibit A




# ICE HEALTH SERVICE CORPS
## FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities

| Drug Category | Formulary Agents: generics, BRANDS |
|---|---|
| **Anti-Infectives** | |
| Antifungal | clotrimazole, fluconazole, griseofulvin, ketoconazole, terbinafine |
| Anthelmintic | albendazole, ivermectin, mebendazole |
| Anti-herpetic | acyclovir, acyclovir cream, famciclovir |
| Anti-influenza | oseltamivir |
| Antimycobacterial | ethambutol, isoniazid, pyrazinamide, rifampin, streptomycin, rifapentine |
| Antiretrovirals | *All agents are formulary* |
| Cephalosporins | cefaclor, cefadroxil, cefdinir, cefprozil, cefuroxime, cephalexin, ceftriaxone |
| Ketolides | *All agents require an approved Non-Formulary Request* |
| Macrolides | azithromycin, clarithromycin, clindamycin, ERY-TAB, |
| Miscellaneous antibiotics | metronidazole, sulfamethoxazole/trimethoprim, nitrofurantoin |
| Penicillins | amoxicillin, amoxicillin/clavulanate, BICILLIN-LA, dicloxacillin, penicillin VK |
| Quinolones | ciprofloxacin, levofloxacin, moxifloxacin, ofloxacin |
| Tetracyclines | doxycycline, minocycline |
| **Cardiovascular** | |
| ACE inhibitor | benazepril, captopril, enalapril, fosinopril, lisinopril, quinapril, ramipril |
| Alpha & Beta Blockers | carvedilol, labetalol |
| Alpha2-Adrenergic Agonist | clonidine, methyldopa |
| Angiotensin Receptor Blockers (ARBs) | *irbesartan, losartan, valsartan |
| Anti-arrhythmic | amiodarone, ranolazine ER |
| Anticoagulants | apixaban, enoxaparin, rivaroxaban, warfarin |
| Anti-hypertensive combos | *All agents require an approved Non-Formulary Request* |
| Beta blockers, nonselective | nadolol, propranolol, sotalol/-AF, pindolol, timolol |
| Beta-1 blockers, selective | acebutolol, atenolol, betaxolol, bisoprolol, metoprolol |
| Cardiotonic | digoxin |
| CCB – non-dihydropyridine | CARTIA XT, DILTIA XT, diltiazem HCl, diltiazem ER, verapamil SR |
| CCB – dihydropyridine | amlodipine, felodipine, nicardipine, nifedipine, nifedipine XL |
| Diuretic | bumetanide, chlorthalidone, furosemide, hydrochlorothiazide, metolazone, spironolactone, triamterene/hydrochlorothiazide |
| HMG-CoA reductase inhibitors | atorvastatin, lovastatin, pravastatin, rosuvastatin, simvastatin |
| Cholesterol – other | cholestyramine, fenofibrate, gemfibrozil |
| Nitrates | isosorbide dinitrate, isosorbide mononitrate, nitroglycerin SL tabs |
| Phosphodiesterase-5 Enzyme Inhibitor | ADCIRCA, REVATIO |
| Platelet Aggregation Inhibitors | clopidogrel |
| **Central Nervous System** | |
| Alzheimer's/ Dementia | donepezil, memantine |
| Anti-Anxiety | alprazolam, buspirone, chlordiazepoxide, clorazepate, diazepam, lorazepam, oxazepam |
| Anticholinergic | benztropine |
| Anticonvulsant | carbamazepine, clonazepam, divalproex, gabapentin, levetiracetam, midazolam, phenobarbital, phenytoin, topiramate, valproic acid |
| Antidepressant – SSRI | citalopram, escitalopram, fluoxetine, paroxetine, sertraline |
| Antidepressant – Tricyclic | amitriptyline, clomipramine, desipramine, doxepin, imipramine, nortriptyline |
| Antidepressant – other | bupropion HCl, bupropion SR, duloxetine, mirtazapine, nefazodone, trazadone, venlafaxine |
| Antiemetic | dimenhydrinate, meclizine, ondansetron + ODT, promethazine |
| Antimigraine | sumatriptan |
| Anti-Parkinson/Dopamine Agonist | carbidopa/levodopa, pramipexole, *ropinirole |
| Antipsychotic – 1st gen | chlorpromazine, fluphenazine, haloperidol - PO, lactate, & decanoate, loxapine |
| Antipsychotic – 2nd gen | aripiprazole, clozapine, lurasidone, risperidone, olanzapine, ziprasidone, paliperidone |
| Antimanic | lithium |
| Antihistamine | hydroxyzine |
| Stimulants/ ADHD | *All agents require an approved Non-Formulary Request* |

This formulary list is not intended to be all-inclusive and lists only the most commonly prescribed drugs.
Brand names with generic equivalents are considered non-formulary. *Changes from FY2023.   Last revised 10/25/2023




# ICE HEALTH SERVICE CORPS
FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities

| **Dermatologic** | |
|---|---|
| Acne Products | benzoyl peroxide, clindamycin, erythromycin, tretinoin |
| Eczema | clobetasol, fluocinonide, hydrocortisone, betamethasone valerate, triamcinolone |
| Antibiotics | gentamicin, metronidazole cream, mupirocin |
| Antifungals | clotrimazole, nystatin, terbinafine |
| Pediculicides | permethrin cream, ivermectin |
| **Endocrine/ Hormone** | |
| Contraceptives | levonorgestrel/ethinyl estradiol, medroxyprogesterone inj, norethindrone/ethinyl estradiol, norethindrone, norgestrel/ethinyl estradiol, norgestimate/ethinyl estradiol |
| Emergency Contraceptive, oral | levonorgestrel emergency contraceptive 0.75mg, ELLA, MY WAY, PLAN B, PLAN B ONE-STEP, OPCICON ONE-STEP |
| Osteoporosis | alendronate |
| Estrogens, oral | depo-estradiol, estradiol, PREMARIN |
| Estrogens, injectable | estradiol valerate |
| Estrogen, combinations | *All agents require an approved Non-Formulary Request* |
| Estrogen, topical | *All agents require an approved Non-Formulary Request* |
| Pituitary disorders | cabergoline, bromocriptine |
| Insulin | HUMULIN, HUMALOG, LANTUS, NOVOLOG, NOVOLIN |
| Progesterones | medroxyprogesterone, DEPO-PROVERA |
| Diabetes – sulfonylureas | glimepiride, glipizide, glipizide ER, glyburide, glyburide micronized, tolazamide |
| Diabetes – biguanides | metformin, metformin ER |
| Diabetes – glitazones | AVANDIA - *Restricted access,* pioglitazone |
| Diabetes – DPP-4 inhibitors | alogliptin |
| Diabetes: SGLT2 inhibitors, GLP1 agonists | *All agents require an approved Non-Formulary Request* |
| Corticosteroids | dexamethasone, fludrocortisone, methylprednisolone, hydrocortisone, prednisolone, prednisone, triamcinolone IM inj |
| Thyroid | levothyroxine, thyroid |
| Testosterone | testosterone cypionate injectable |
| **Gastrointestinal** | |
| Antidiarrheal | diphenoxylate/atropine, loperamide |
| Antispasmodic | dicyclomine, hyoscyamine |
| Anti-ulcer | sucralfate |
| Enzymes | pancrelipase - *Restricted to most cost-effective agent* |
| Histamine 2 antagonists | cimetidine, famotidine |
| IBS agents | *All agents require an approved Non-Formulary Request* |
| Laxative | polyethylene glycol 3350, polyethylene glycol w/ electrolytes |
| Proton Pump Inhibitors | omeprazole, pantoprazole |
| Stimulants | metoclopramide |
| Ulcerative colitis | sulfasalazine, mesalamine - All formulations covered |
| **Musculoskeletal, Analgesics** | |
| Opioids, long acting | *All agents require an approved Non-Formulary Request* |
| Opioids, short acting | codeine/acetaminophen, hydrocodone/acetaminophen, oxycodone/acetaminophen, tramadol |
| Opioids, partial agonist | SUBOXONE - *For short term use less than 15 days and by physician initiation only.* |
| NSAIDs, nonselective | aspirin, diclofenac, etodolac, ibuprofen, indomethacin + SR, ketoprofen, ketorolac, meloxicam, nabumetone, naproxen + NA, oxaprozin, piroxicam, salsalate, sulindac |
| COX-2, selective | celecoxib |
| Local anesthetic | lidocaine |
| Skeletal Muscle Relaxants | baclofen, cyclobenzaprine, methocarbamol |

This formulary list is not intended to be all-inclusive and lists only the most commonly prescribed drugs.
Brand names with generic equivalents are considered non-formulary. *Changes from FY2023.     Last revised 10/25/2023




# ICE HEALTH SERVICE CORPS
## FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities

| | |
|---|---|
| **Ophthalmic** | |
| Anti-infectives | ciprofloxacin, erythromycin ointment, gentamicin, sulfacetamide, tobramycin, neomycin/polymyxin/dexamethasone |
| Allergic Conjunctivitis | ketotifen, olopatadine |
| Glaucoma | brimonidine, carteolol, dorzolamide, dorzolamide/timolol, latanoprost, timolol |
| Anti-inflammatory | ketorolac, prednisolone acetate |
| **Otic** | |
| Anti-Infective | ciprofloxacin/dexamethasone, neomycin/polymyxin/hydrocortisone, ofloxacin |
| **Respiratory, Allergy** | |
| Beta agonist | albuterol, levalbuterol inhaler, metaproterenol solution, PRO AIR, PROVENTIL HFA, SEREVENT, VENTOLIN HFA |
| Inhaled Steroids | FLOVENT HFA, PULMICORT, QVAR |
| Inhaled Steroid/ Beta agonist combo | fluticasone/salmeterol, SYMBICORT |
| Leukotriene | montelukast |
| Nasal steroids | flunisolide, fluticasone, triamcinolone (OTC formulations approved) |
| Antihistamine | chlorpheniramine CR, clemastine, cyproheptadine, diphenhydramine, loratadine OTC |
| Antitussive | benzonatate |
| Xanthine derivatives | theophylline |
| **Genitourinary** | |
| BPH | doxazosin, finasteride (5mg only), prazosin, tamsulosin, terazosin |
| Erectile dysfunction | *All agents require an approved Non-Formulary Request* |
| Antispasmodic | Oxybutynin, tolterodine |
| Analgesic | phenazopyridine |
| Alkalizing agent | potassium citrate |
| **Miscellaneous** | |
| Vitamins | calcitriol, cholecalciferol, cyanocobalamin, ergocalciferol, leucovorin, prenatal vitamins, pyridoxine, renal vitamins, |
| Gout | allopurinol, colchicine |
| Potassium binders | patiromer |
| Phosphate binders | RENAGEL, RENVELA, calcium acetate, lanthanum |
| Myasthenia gravis | pyridostigmine |
| DMARDs | hydroxychloroquine, hydroxyurea, methotrexate |
| Dental | chlorhexidine gluconate (alcohol free), triamcinolone paste |
| Laxative | lactulose, polyethylene glycol w/ electrolytes |
| Minerals & electrolytes | potassium chloride, sodium bicarbonate, sodium chloride - All formulations covered. |
| Gallstone Dissolution Agent | ursodiol |
| Immunosuppressant | mycophenolate, tacrolimus |
| **Vaccines** | |
| | All FDA-approved and FDA-authorized vaccinations are covered by ICE . |

This formulary list is not intended to be all-inclusive and lists only the most commonly prescribed drugs.
Brand names with generic equivalents are considered non-formulary. *Changes from FY2023.     Last revised 10/25/2023