# Exhibit G

| | |
|---|---|
| **From:** | **(b)(6),(b)(7)(C)** O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DF7858DACC5147C99F081F3F7D8193AD **(b)(6),(b)(7)(C)** |
| **Sent:** | 9/1/2022 12:08:32 PM |
| **To:** | #OPA Press Team [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=group3565b3b2] |
| **CC:** | Peckumn, Nicole [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1094dc7bd6c544978152936d7d34db55-Peckumn, Ni] **(b)(6),(b)(7)(C)** [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=751a57f0e15b4a248752050e381f8004 **(b)(6),(b)(7)(C)** **(b)(6),(b)(7)(C)** o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=93abb9540cb04251af3d8046186f9c27 **(b)(6),(b)(7)(C)** [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=32618ee985674b9b933d2566e9ef06f0-Johnson, Mi] |
| **Subject:** | ICE OPA Cleared Language – September 2022 |
| **Attachments:** | ICE OPA Cleared Language – September 2022.docx |

**OFFICE OF PUBLIC AFFAIRS**
**Cleared Language**
**September 2022**

*Disclaimer: The below contains recently released background, responses/statements, and talking points. Consult the appropriate deputy press secretary (etc.) prior to any re-issue/release. Updated cleared language will be provided monthly.*

**Abortion Access (Medical Care - Women)**

# (b)(5)

**On background:**

- 

- 

- 

# (b)(5)

- 

- 
- 

REL0000006328

**Access to Legal Counsel (in detention)**

Individuals detained by U.S. Immigration and Customs Enforcement (ICE) and placed into removal proceedings are provided with a list of free legal services and resources, including pro bono providers. ICE also implemented Virtual Attorney Visitation (VAV) in 17 detention facilities nationwide to help increase detainee access to legal representatives and, as of May 2020, all detained noncitizens have access, via the Detainee Telephone System (DTS) pro bono platform, to the American Bar Association (ABA) Detention and Legal Orientation Program (LOP) Information Line. ICE will continue to work with facilities nationwide to accommodate legal visitation to the maximum extent possible and in the safest manner.

**On background:**

- Staff at all detention facilities understand that legal visitation should be permitted. Non-contact legal visitation (e.g., Skype or teleconference) is offered to limit COVID exposure/transmission risk, and in-person contact is permitted if required by legal representatives.
- Consistent with the ICE Pandemic Response Requirements: "Legal Visitation continues to be permitted unless and until it is determined to pose a risk to the safety and security of the facility. Non-contact legal visitation should be offered first to limit exposure to detainees. If the legal visitation requires direct personal contact, ICE will permit the visit but reinforce the recommendation for non-contact visitation."
- Detainees also have access to a properly equipped law library, legal materials, and equipment (see the ICE Detention Standards for Law Libraries and Legal Material).
- Virtual Attorney Visitation (VAV) allows for the utilization of platforms such as Microsoft Teams and Cisco WebEx. The VAV program allows legal representatives to meet with clients or prospective clients virtually using video technology in private rooms or booths to ensure confidentiality of communications during remote legal visits. VAV does not substitute in-person meetings but does provide an alternative for attorneys to communicate with clients in a timely, efficient, and safe manner.
- ICE, in coordination with the U.S. Department of Justice's (DOJ) Executive Office of Immigration Review (EOIR) has increased detained noncitizens' access to LOP materials in over 30 languages, including audio recordings, to improve language access. Detained noncitizens can access the LOP materials through the law library ICE and facility staff have worked with EOIR LOP providers to facilitate remote provision of services when in-person services were not possible due to the pandemic.
- All detained noncitizens, as of May 2020, have access, via the DTS pro bono platform, to the ABA Detention and LOP Information Line, which is a limited scope telephone-based supplement to the existing in-person LOP. Staffed by bilingual English-Spanish speakers who have access to professional language line interpreters for other languages, the ABA Detention and LOP Information Line provides limited LOP services as well as LOP resources and other self-help materials upon request.
- Noncitizens may also call the Detention Reporting and Information Line (DRIL) and be provided with legal service provider information as well as LOP information.
- Additional information can be found on ICE's Attorney Information and Resources webpage.

**Alternatives to Detention (ATD) – SmartLINK**

(b)(5)

**On background:**

-
-
-

(b)(5)

REL0000006328



Benefits to the SmartLINK technology:

REL0000006328

(b)(5)

**Appointment Scheduler (long lines)**

(b)(5)

**On background:**

- 
- 
- 
- 
(b)(5)
- 
- 

**Arrests, Detention, Enforcement (General)**

(b)(5)

**On background:**

- 
- 
(b)(5)
- 

REL0000006328

- 

(b)(5)

**Audits, Reports**

(b)(5)

**Average Length of Stay (ALOS)**

(b)(5)

**Boilerplates (for releases)**

(b)(5)

REL0000006328

**(b)(5)**

On background:

- 
- 
- 

**(b)(5)**

## COVID-19 (protocols)

U.S. Immigration and Customs Enforcement (ICE) continues to apply CDC guidance through its Pandemic Response Requirements (PRR), regularly communicating with senior medical leadership across the federal government on overarching detention health standards. The agency is committed to delivering high-quality, evidence-based medical care, in a dignified and respectful manner, to detained individuals.

**On background:**

- Currently due to COVID-19 protocols, approximately 75% of bed space is available for use to achieve required social distancing, as well as the isolation and quarantine of arriving noncitizens. Additionally, ICE continues to evaluate individuals based upon the CDC's guidance for people who might be at higher risk for severe illness because of COVID-19 to determine whether continued detention was appropriate.
- COVID-19 education information is provided at intake and prior to vaccination in numerous languages. There are also posters displayed in different languages around the facilities.

REL0000006328

- ICE continues to evaluate its detained population based upon the CDC's guidance for people who might be at higher risk for severe illness because of COVID-19 to determine whether continued detention is appropriate consistent with applicable court orders.
- ICE information related to COVID-19 is available on our website.
- ICE tests all new detainees who arrive at ICE-owned or ICE-contracted facilities for COVID-19 during the intake screening process. ICE houses all new arrivals separately (cohorted) from the general population for 10 days after arrival and monitors them for symptoms. Within ICE-owned facilities, IHSC isolates detainees with COVID-19 symptoms or those who test positive and observes them for a specified period, in accordance with CDC guidance. New arrivals who have negative test results and remain symptom free join the general detained population after the 10-day cohort period. Detainees who test positive for COVID-19 and are symptomatic receive appropriate medical care to manage the disease.
- Detainees are being tested for COVID-19 in line with CDC guidance and the PRR. In some cases, medical staff at ICE detention facilities are collecting specimens from ICE detainees for processing at a commercial or public health lab. In other cases, including when a detainee requires a higher level of care, they are sent to a local hospital and may be tested at the discretion of the treating provider at the hospital.
- Detainees who meet CDC criteria for epidemiologic risk of exposure to COVID-19 are housed separately from the general population.
- ICE provides both monoclonal antibody and antiviral treatment to detainees who test positive for COVID-19 in accordance with the FDA's emergency use authorizations.
- ICE reviews CDC guidance daily and continues to update protocols to remain consistent with CDC guidance.
- For additional information, including check-in procedures for non-detained individuals, please visit ICE's COVID-19 guidance page at ICE.gov/coronavirus.

**Cybercrime**



REL0000006328

Data Contracts, Surveillance Technology

(b)(5)

On background:

- 
- 

(b)(5)

Georgetown (Dragnet Surveillance)

(b)(5)

On background:

- 

(b)(5)

LexisNexis

(b)(5)

On background:

- 
- 
- 
- 
- 

(b)(5)

- 

Detainee Death Notifications

(b)(5)

On background:

- 
- 

(b)(5)

REL0000006328

- 
- 

- 

- 

**(b)(5)**

**Detainers**

**(b)(5)**

**Detention**

**(b)(5)**

**On background:**

**(b)(5)**

**Expansions, Custody, and Transfers**

**(b)(5)**

**On background:**

- 

- 

- 

**(b)(5)**

**Disciplinary System (PBNDS - Order)**

REL0000006328



**Employment Verification**

(b)(5)

**Executive Office for Immigration Review (EOIR):**

(b)(5)

On background:

- (b)(5)

**Freedom of Information Act (FOIA) Requests**

(b)(5)

**Grievance System (PBNDS - Justice)**

(b)(5)

On background:

- 
- (b)(5)
- 

REL0000006328

- (b)(5)
- 
- 

**Housing Determinations (detention)**

(b)(5)

**Human Smuggling**

- 
- 
- (b)(5)
- 
- 

**Human Trafficking**

(b)(5)

**Additional background:**

- 
- 
- (b)(5)
- 
- 

**Human trafficking data:**

(b)(5)

2023-ICLI-00018  140

REL0000006328

**Hunger Strikes**

(b)(5)

**Labor Exploitation**

(b)(5)

On background:

- (b)(5)

- 

**Lawsuits, Litigation**

(b)(5)

**Legislation**

(b)(5)

**Misconduct (allegations)**

REL0000006328

# (b)(5)

**Non-ICE (external re-directs)**

# (b)(5)

**Prison Rape Elimination Act (PREA) - Sexual Assault Allegations**

REL0000006328

# (b)(5)

On background:

- 
- 
- 

- 

- 

# (b)(5)

- 

- 

- 

**Prosecutorial Discretion**

# (b)(5)

REL0000006328

(b)(5)

**Raids**

(b)(5)

**Removal Flights (ICE Air)**

(b)(5)

**On background:**

- 
- 
- 
- 

- 

(b)(5)

**Secure Docket Card (SDC)**

(b)(5)

**On background:**

- 
- 
- 

(b)(5)

REL0000006328

- 
- 
- 

**(b)(5)**

**Social Media Monitoring**

**(b)(5)**

**On background:**

- 
- 

- 

- 

**(b)(5)**

**Special Management Units (SMU) – "Segregation"**

**(b)(5)**

REL0000006328

- 
- 
- 

(b)(5)

- 
- 
- 
- 
- 
- 

**Student and Exchange Visitor Program (SEVP)**

(b)(5)

**Targeting Operations (arrests, leads)**

(b)(5)

**Transfers**
**On background:**

- 
- 

(b)(5)

REL0000006328

- (b)(5)
- 
- 

**Transgender Individuals (in custody)**

(b)(5)

**On background:**

- 
- 
- 
- 
- 
- 

(b)(5)

**Victim Assistance Database (VAD)**

(b)(5)

REL0000006328

**Victim Assistance Program (VAP)**

(b)(5)

The VAP:

- (b)(5)

-

-

**Weapons Smuggling**

- (b)(5)

-

-

-

**287(g) Program**

(b)(5)

**On background:**

- (b)(5)

-

REL0000006328

- (b)(5)

Notes, Feedback

(b)(5)

REL0000006328