# Exhibit H

# STANDARDS FOR HEALTH SERVICES IN JAILS

# 2018

These standards represent the official position of the National Commission on Correctional Health Care with respect to requirements for health services in jails. They do not necessarily represent the official position of NCCHC supporting organizations or individuals serving on the NCCHC Board of Directors.

National Commission on Correctional Health Care

# STANDARDS FOR HEALTH SERVICES IN JAILS

2018



National Commission on Correctional Health Care
1145 W. Diversey Parkway, Chicago, IL 60614
www.ncchc.org

ISBN 978-0-929561-20-2

© 2018 National Commission on Correctional Health Care

**J-D-02**
*essential*

## MEDICATION SERVICES

### Standard

Medications are provided in a timely, safe, and sufficient manner.

### Compliance Indicators

1. Medications are administered or delivered to the patient in a timely and safe manner.
2. Prescription medications are given only by order of a physician, dentist, or other legally authorized individual.
3. A policy identifies the expected time frames from ordering to administration or delivery to the patient and a backup plan if the time frames cannot be met.
4. The responsible physician determines prescribing practices in the facility.
5. If the facility maintains a *formulary*, there should be a documented process for obtaining nonformulary medications in a timely manner.
6. Medications are prescribed only when clinically indicated.
7. Medications are kept under the control of appropriate staff members, except for *self-medication programs* approved by the facility administrator and responsible physician.
8. Inmates are permitted to carry medications necessary for the emergency management of a condition when ordered by a prescriber.
9. Inmates entering the facility on verifiable prescription medication continue to receive the medication in a timely fashion, or justification for an alternate treatment plan is documented.
10. The ordering prescriber is notified of the impending expiration of an order so that the prescriber can determine whether the drug administration is to be continued or altered.
11. All aspects of the standard are addressed by written policy and defined procedures.

### Definitions

A *formulary* is a written list of prescription and nonprescription medications that are ordinarily available to authorized prescribers, including consultants, working for the facility.

*Self-medication programs* (also known as keep-on-person programs) permit responsible inmates to carry and administer their own medications.

### Discussion

The responsible physician establishes the policies regarding all prescription medications administered or delivered. The responsible health authority (RHA) or

71

designee establishes policies, procedures, and programs to ensure continuity of medication services. These should include acceptable time lines for an initial order distribution and for refill continuity.

The ordering prescriber should be notified of the impending expiration of an order for medications so that the prescriber can determine whether the drug administration is to be continued or altered. To simplify operations and increase patient safety, when writing an order for a chronic medication, the prescriber may also consider scheduling a revisit before the prescription expires.

A formulary may be developed by the responsible physician and RHA with the assistance of a consulting pharmacist or pharmacy and/or a pharmacy therapeutics committee. The presence of a formulary does not necessarily prohibit use of nonformulary medications prescribed by community health professionals; however, these are still subject to review and approval by the responsible physician. An exception procedure that enables the use of nonformulary medications when medically appropriate should be developed.

Disruption in medication treatment has many potential causes, such as delay in processing medication renewals, change in the inmate's location, untimely distribution of medication after being filled by the pharmacy, and absence of the inmate because of court appearance, work, or program assignment. The medication services program has provisions to address urgent incidents of missing medication (e.g., medication for mental health disorder, HIV disease, coagulation disorder). The RHA monitors medication services to identify and resolve causes of delay and discontinuity.

Medications must be taken as prescribed in order to maintain a therapeutic dose; failure to do so may have grave consequences to patient health. Therefore, inmates being admitted who report currently taking medications or who bring the medications with them are to continue their medication unless there is a clinical reason to alter or discontinue it. This includes contraception (see B-06 Contraception). Protocols ensure that the drugs are administered in a timely fashion as dictated by clinical need.

The facility has several options to ensure that inmates admitted on prescribed medication continue to receive the necessary drugs in a timely manner. One protocol requires the provider to be contacted for a verbal order after health staff have verified the prescription by contacting the community prescriber or pharmacy. Another authorizes the nurses to give the medications based on the community prescriber's valid order until the facility provider can see the inmate. Some protocols allow the use of medication brought into the facility if it is in original pharmacy packaging and labeled as required, and staff verify the order with the community prescriber or pharmacist.

Medications are prescribed only when clinically indicated. Psychotropic and behavior-modifying medications are not used for disciplinary purposes.

Health and custody staff should be aware of the potential heat-related and phototoxic effects of medications, particularly certain psychotropic medications and antibiotics.

If a self-medication program is used, it is developed through collaboration between the facility administrator and responsible physician. The responsible physician should work with the pharmacist and nursing staff to develop a list of self-administered medications and related procedures. A self-medication program can be beneficial, particularly if it includes patient education and monitoring. Often, patients learn to take more responsibility for their own health care. The program also can save staff time in administering medications and escorting patients.

Over-the-counter (OTC) medications received by inmates from other than health staff (e.g., through the commissary) need not be documented in the health record. However, administration of OTC medications by authorized members of the health staff should be documented in the medication administration record.

73