1

NICOLE KIM (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

2

3

4

5

6

7

8

9

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

10

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

**EUREKA DIVISION**

14

15

VICTOR JIMENEZ and JORGE MUTZUTZ,

16

    Petitioners-Plaintiffs,

17

    v.

18

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; PATRICK

19

LECHLEITNER, Deputy Director and Senior
Official Performing the Duties of the Director,
U.S. Immigration and Customs Enforcement;

20

MOISES BECERRA, Director of San
Francisco Field Office, Enforcement and

21

Removal Operations, U.S. Immigration and
Customs Enforcement,

22

    Respondents-Defendants.

23

Case No. 1:23-cv-06353-RMI

**DECLARATION OF VICTOR
MARTINEZ JIMENEZ**

24

25

26

27

28

| | |
|---|---|
| 1 | Eunice Cho (*pro hac vice*) |
| | *echo@aclu.org* |
| 2 | **AMERICAN CIVIL LIBERTIES** |
| | **UNION FOUNDATION** |
| 3 | 915 Fifteenth Street NW, 7th Floor |
| | Washington, DC 20005 |
| 4 | Tel.: +1 202 548-6616 |

1

Eunice Cho (*pro hac vice*)
*echo@aclu.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
*mjoachin@aclusocal.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
*LCipriano@goodwinlaw.com*
Timothy J. Beavers (*pro hac vice*)
*TBeavers@goodwinlaw.com*
Jacob Tyson (*pro hac vice*)
*JTyson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
*OBarronGuerra@goodwinlaw.com*
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

I, Victor Martinez Jimenez, hereby declare as follows:

1. I am currently detained at the Golden State Annex ("GSA") facility, which is an ICE detention facility.

2. I have been detained by ICE since October 11, 2022.

3. I am 54 years of age.

4. I have had hypertension for the past 20 years—since around or about 2004. Because of my cardiovascular issues, I take five different kinds of medication.

5. I first contracted COVID-19 in 2020. My vitals were elevated—190/110, and I had stomach pains, headaches, and could not sleep. I was given Tylenol for my headache, but nothing else. My symptoms lasted for about a month and half.

6. When I first arrived at GSA, I sent a request to been seen by the medical provider on or around November 2022 because I was held in a unit in which there were many other people who had tested positive for COVID-19. These other people were experiencing severe symptoms, even having to be quarantined. I wanted to see the medical provider because I feared contracting COVID-19.

7. I was not able to see the provider for another week or so following the submission of my request. When I saw the provider, I told the provider that I was feeling uncomfortable, including experiencing vertigo. The provider told me that there was nothing unusual and told me to relax and not to stress. I was given medicine for my chronic headaches, but nothing else.

8. Following that visit, I continuously informed the nurses who took my vitals every day that I was still feeling uncomfortable. However, it was not until June or July of 2023 that I was able to visit the GSA clinic.

9. The GSA clinic sent me to the hospital in Bakersfield, Kern Medical. The first time I was sent was in June or July of 2023 for an EKG. Then I was sent to Kern Medical for a second time in or around August of 2023 for an ultrasound of my bladder and heart.

10. A few weeks after my second visit to Kern Medical I was seen by the GSA medical provider who switched one of my medications which caused me to experience symptoms that I had

Declaration of Victor Martinez Jimenez

2

never experienced before, such as swollen lips, numbing of my mouth, and a pinching sensation around the area of my heart.  I informed the nurse of my symptoms, and eventually had to go back to the GSA clinic.  I was given three EKG tests, and the results were sent to a cardiologist who recommended that I no longer take that medication.

11. Given my past history with COVID-19 and my medical condition, I am always worried about contracting COVID-19 again.  Most recently, GSA experienced another COVID-19 outbreak.

12. During this most recent outbreak, nurses took the temperature and vitals of the detainees, including myself.  Those who were experiencing COVID-19 symptoms and tested positive were quarantined away from the rest of us.

13. I spoke to those who had tested positive for COVID-19 and they told me they were only given water and Tylenol and nothing else.

14. I did not see any instances of GSA medical staff educating or offering COVID-19 antiviral medications.

15. I would have accepted a COVID-19 antiviral medication if offered.

I swear under penalty of perjury that the foregoing is true and correct.

Date: 11-29-23

Victor Martinez Jimenez

Declaration of Victor Martinez Jimenez

3