NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF JORGE MUTZUTZ** |

Eunice Cho (*pro hac vice*)
*echo@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
*mjoachin@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
*LCipriano@goodwinlaw.com*
Timothy J. Beavers (*pro hac vice*)
*TBeavers@goodwinlaw.com*
Jacob Tyson (*pro hac vice*)
*JTyson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
*OBarronGuerra@goodwinlaw.com*
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

I, Jorge Mutzutz, hereby declare as follows:

1. I am 45 year of age. I have been in the United States since November 18, 2002. I met my partner here in the United States, and we have been together for over 15 years. We have one daughter who is 13 years old.

2. I am currently detained at the Golden State Annex ("GSA") facility, which is an ICE detention facility.

3. I have been separated from my family and in ICE detention since November 9, 2022.

4. Prior to my detention, I worked as a carpenter here in California.

5. I have had various cardiovascular issues since 2016, including high blood pressure. Because of my cardiovascular issues, I wear a heart monitor and take medicine.

6. In August 2023, I contracted COVID-19. My throat, head, and chest started to hurt. I informed the GSA unit staff that I did not feel well and needed medical attention. A few hours later, a facility doctor examined me.

7. At that point, I was tested for COVID-19. After testing positive, I met with the doctor and discussed my symptoms. I told the doctor that my throat was swollen and that I was having trouble breathing at night.

8. I believe the doctor prescribed to me an antibiotic drug; however, I do not believe that the doctor provided me with an antiviral drug, like Paxlovid, to treat COVID-19. At the time, the doctor explained that he was providing me with this medicine because my throat was hurting.

9. After the doctor provided me with an antibiotic, I was moved to a different dorm and quarantined. I was in quarantine for 10 days. The GSA staff provided me with the medicine that the doctor prescribed to me over the first 5 days.

10. For the first few days, I had difficulty leaving my bed given muscle pain. Aside from the antibiotic, I was only provided aspirin medicine and told to drink plenty of water.

11. I overheard other individuals who were quarantined in the same dorm requesting different medicine or to be taken to a hospital. I did not see any instances where GSA staff

Declaration of Jorge Mutzutz

2

1 | addressed these concerns by providing medicine beyond aspirin or by taking individuals to a hospital.

12. Shortly after I was quarantined, I asked GSA staff about early release due to my heart conditions. I was told that early release would not apply to me because of the availability of COVID-19 vaccines.

I swear under penalty of perjury that the foregoing is true and correct.

Date: 11-29-2023

Jorge Mutzutz

Declaration of Jorge Mutzutz

3