NICOLE KIM (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>    Petitioners-Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>    Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF MIKHAEL MOISEEV** |

| | |
|---|---|
| Eunice Cho (*pro hac vice*)<br>*echo@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel.: +1 202 548-6616<br><br>Mayra Joachin (SBN 306065)<br>*mjoachin@aclusocal.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232 | Linnea Cipriano (*pro hac vice*)<br>*LCipriano@goodwinlaw.com*<br>Timothy J. Beavers (*pro hac vice*)<br>*TBeavers@goodwinlaw.com*<br>Jacob Tyson (*pro hac vice*)<br>*JTyson@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York  10018<br>Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333<br><br>Nicole Kim (SBN 324698)<br>*NicoleKim@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673<br><br>Oscar Barron-Guerra (SBN 345284)<br>*OBarronGuerra@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>3 Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041<br><br>*Attorneys for Petitioners-Plaintiffs* |

I, Mikhael Moiseev, hereby declare as follows:

1. I was detained at the Golden State Annex ("GSA") facility, which is an ICE detention facility, from August 2, 2023, to October 31, 2023.
2. I am 57 years old.
3. When I was transferred to GSA, I developed headaches, constantly felt tired, and had trouble breathing. I informed the GSA unit staff of my symptoms three times.
4. Each time, the GSA staff told me that I was experiencing allergies or sinus issues because I was from San Francisco and had not adjusted yet to the climate around GSA. They only provided me with sinus medicine and cough drops.
5. Two weeks elapsed from the first time I complained to GSA staff about my symptoms until I was finally tested for COVID-19. I understand that I was tested due to an outbreak in my dormitory.
6. After testing positive, I was quarantined in another dormitory where I was only provided cough drops and electrolyte drinks. I was not provided any other medicine.
7. I asked for medicine because I was having trouble breathing. I was only then provided with nasal strips. GSA staff never provided me with any antiviral drugs.
8. I was quarantined in the dormitory for roughly two or three weeks.
9. I saw other individuals, especially older individuals or people with serious health problems, detained at the GSA facility who also were denied medicine, like antiviral drugs. Many of these individuals have already been deported.

I swear under penalty of perjury that the foregoing is true and correct.

Date: 12-06-2023

Mikhael Moiseev

Declaration of Mikhael Moiseev

2