| | |
|---|---|
| NICOLE KIM (SBN 324698)<br>*NicoleKim@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673<br><br>SEAN RIORDAN (SBN 255752)<br>*sriordan@aclunc.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 415 621-2493 | KYLE VIRGIEN (SBN 278747)<br>*kvirgien@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 202 393-4930<br><br>EVA BITRAN (SBN 302081)<br>*ebitran@aclusocal.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232 |

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>               Petitioners-Plaintiffs,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>               Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF TARA VIJAYAN, M.D., M.P.H.** |

| | |
|---|---|
| Eunice Cho (*pro hac vice*)<br>echo@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel.: +1 202 548-6616<br><br>Mayra Joachin (SBN 306065)<br>mjoachin@aclusocal.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232 | Linnea Cipriano (*pro hac vice*)<br>LCipriano@goodwinlaw.com<br>Timothy J. Beavers (*pro hac vice*)<br>TBeavers@goodwinlaw.com<br>Jacob Tyson (*pro hac vice*)<br>JTyson@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York  10018<br>Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333<br><br>Nicole Kim (SBN 324698)<br>NicoleKim@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673<br><br>Oscar Barron-Guerra (SBN 345284)<br>OBarronGuerra@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>3 Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041<br><br>*Attorneys for Petitioners-Plaintiffs* |

## **DECLARATION OF TARA VIJAYAN, M.D., M.P.H.**

I, Tara Vijayan, declare:

### I.     Background and Qualifications

1. My name is Dr. Tara Vijayan. I am an Associate Professor of Medicine in the Division of Infectious Diseases at the UCLA David Geffen School of Medicine. My research and clinical work focus on general infectious diseases, HIV medicine, global and underserved health, health equity, medical education, and antimicrobial stewardship. I am currently the Medical Director of Antimicrobial Stewardship for UCLA Health and Medical Director for COVID-19 Preparedness for the Division of Infectious Diseases. In that capacity, I am currently overseeing the treatment of patients with COVID-19 at UCLA hospitals. I am board-certified in Internal Medicine and Infectious Disease, and I completed a three-year fellowship in Infectious Disease at the University of California, San Francisco.

2. A current copy of my CV is attached at the end of this declaration as **Exhibit A**.

3. I have been retained by Plaintiffs' counsel as an expert in this case. I am providing my services pro bono and am not being compensated for my work and testimony in this case.

4. I submit this declaration to discuss the particular dangers that people in immigration detention face with regard to COVID-19, especially with the emergence of new variants, and the critical importance of COVID-19 antiviral treatment to protect their health and safety.

### II.    COVID-19 Background

5. COVID-19 (caused by the SARS-CoV-2 virus) is a serious and potentially deadly contagious disease with almost 104 million confirmed diagnoses as of November 2023 in the United States.[1] It is quite likely that this number is an undercount of cases in the United States, as many positive tests are never reported, or because of lack of testing.[2] As of November 22, 2023, at least 1,138,309 people in the United States have died due to complications from COVID-19.[3]

---

[1] World Health Organization, https://covid19.who.int/region/amro/country/us (last visited Nov. 27, 2023) (reporting 103,436,829 cases between Jan. 3, 2020 and Nov. 22, 2023, and 1,138,309 deaths).
[2] Mary Kekatos, *U.S. Hits More than 100M COVID-19 Cases. Experts Say This Is Likely an Undercount*, ABC News, Dec. 23, 2022, https://abcnews.go.com/Health/us-hits-100m-covid-19-cases-experts-undercount/story?id=95748100.
[3] World Health Organization, https://covid19.who.int/region/amro/country/us (last visited Nov. 27, 2023)

6. The effects of COVID-19 can be very severe, including the need for hospitalization, intensive care, and use of a ventilator to assist in breathing. COVID-19 effects can include severe respiratory illness, major organ damage such as myocarditis, blood clots (in the lungs as well as strokes), multisystem inflammatory syndrome, and death. Patients who recover from COVID-19 suffer lasting and serious complications, including long term effects on the central and peripheral nervous systems resulting in fatigue, memory loss, difficulty concentrating, sleep problems, joint pain, chest pain, dizziness, dysautonomia, headaches, and strokes.[4] Patients may also experience cardiovascular effects such as injury to the heart, which can cause long-term heart problems, such as abnormal heart rhythm and heart attacks. Some patients may experience ongoing pulmonary dysfunction including difficulty breathing and shortness of breath, while others never regain normal lung function.[5] Patients who survive intensive care may face even further complications from prolonged treatment itself, including debilitating weakness, fatigue, and paralysis of vocal cords after ventilation, as well as post-traumatic stress disorder manifest as delusions, nightmares, anxiety, depression, and challenges functioning in daily life.[6]

7. The effects of COVID-19 are particularly significant for people age 50 and older, and those of any age with underlying health problems such as—but not limited to—cancer, obesity, weakened immune systems, serious heart conditions, hypertension, chronic lung and kidney disease, chronic obstructive pulmonary disease ("COPD"), diabetes, HIV infection, pregnancy, history of smoking, substance use disorders, tuberculosis, and mental health conditions. Even one of these risk factors places a patient at heightened risk of progression to severe COVID-19.[7]

8. People housed in congregate settings, including nursing homes, residential care, and jails, prisons, and other detention facilities are at heightened risk of contracting and becoming ill with COVID-19.[8]

---

[4] Bjørn Blomberg, et al., *Long COVID in a Prospective Cohort of Home-Isolated Patients*, Nature Med. (June 23, 2021), https://www.nature.com/articles/s41591-021-01433-3; Ani Nalbandian, et al., Post-acute COVID-19 Syndrome, 27 Nature Med. 601 (March 22, 2021), https://doi.org/10.1038/s41591-021-01283-z.

[5] Brigham and Women's Hospital, *Understanding the Long-Term Effects of COVID-19,* https://www.brighamandwomens.org/campaigns/physicians/understanding-long-term-effects-of-covid-19 (last visited May 10, 2023).

[6] Lenny Bernstein and Dan Keating, *For Many ICU Survivors and Their Families, Life Is Never the Same: Physical, Mental, and Cognitive Problems Can Last Years After COVID-19 Illness is Conquered*, Washington Post, Nov. 12, 2021, https://www.washingtonpost.com/health/2021/11/12/covid-icu-intensive-care-syndrome/.

[7] CDC, *COVID-19: People with Certain Medical Conditions*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (Feb. 10, 2023).

[8] Benjamin Barsky, Eric Reinhart, Paul Farmer, and Salmaan Keshavjee, *Vaccination Plus Decarceration—Stopping COVID-19 in Jails and Prisons*, New England Journal of Medicine, Apr. 29, 2021, https://www.nejm.org/doi/full/10.1056/NEJMp2100609.

9. Although the federal government concluded the COVID-19 Public Health Emergency on May 11, 2023,[9] and the World Health Organization ended the global health emergency designation for COVID-19 on May 5, 2023,[10] the virus remains deadly, particularly for medically vulnerable people. In the past three months, 14,196 people have died from COVID-19 in the United States.[11]   These deaths are concentrated among those who have a risk factor for progression to severe COVID-19.

### III.     The Critical Importance of COVID-19 Antiviral Drugs

10. Antiviral medications are highly effective in preventing serious illness and death from COVID-19. Currently, the Food and Drug Administration ("FDA") has authorized the use of Nirmatrelvir with Ritonavir (Paxlovid), and authorized for emergency use Remdesivir (Veklury), and Molnupiravir (Lagevrio). The FDA no longer authorizes the use of monoclonal antibody treatments such as bebtelovimab, as they are unlikely to be active against the majority of SARS-CoV-2 variants circulating in the United States.[12]

11. Paxlovid is an oral antiviral drug for the treatment of COVID-19. It should be initiated as soon as possible within 5 days of system onset, and is available for patients by prescription only. Paxlovid is authorized for the treatment of adults, as well as children 12 years or older and weighing at least 40 kg., who are symptomatic for COVID-19, have a current diagnosis of mild to moderate COVID-19, and who are at high risk for progression to severe COVID-19. Certain patients are not eligible for treatment with Paxlovid, including those who may have severe renal or hepatic impairment, or those who have clinically significant hypersensitivity reactions to the active ingredients in the product, or those who may be taking certain medications that have potentially significant drug interactions with Paxlovid.[13] As of May 2023, more than 11.6 million treatment courses of Paxlovid have been prescribed in the United States.[14]

---

[9] CDC, End of the Federal COVID-19 Public Health Emergency (PHE) Declaration, https://www.cdc.gov/coronavirus/2019-ncov/your-health/end-of-phe.html (last updated May 5, 2023).
[10] United Nations, *WHO Chief Declares End to COVID-19 As a Global Health Emergency*, May 5, 2023, https://news.un.org/en/story/2023/05/1136367.
[11] Centers for Disease Control and Prevention (CDC), United States COVID-19 Hospitalizations, Deaths, Emergency Department (ED) Visits, and Test Positivity by Geographic Area,  https://covid.cdc.gov/covid-data-tracker/#maps_percent-covid-deaths  (last updated Nov. 18, 2023).
[12] FDA, *FDA Announces bebtelovimab Is Not Currently Authorized for Emergency Use in the U.S.*, November, 2022, https://www.fda.gov/drugs/drug-safety-and-availability/fda-announces-bebtelovimab-not-currently-authorized-any-us-region
[13] FDA, Paxlovid Patient Eligibility Screening Checklist Tool for Prescribers, https://www.fda.gov/media/158165/download (last visited Nov. 27, 2023).
[14] Pfizer.com, *Pfizer's Paxlovid Receives FDA Approval for Adult Patients at High Risk of Progression to Severe Covid-19,* May 25, 2023, https://www.pfizer.com/news/press-release/press-release-detail/pfizers-paxlovidtm-receives-fda-approval-adult-patients#:~:text=PAXLOVID%20has%20been%20available%20in,in%20the%20U.S.%20to%20date.

12. Initial clinical trials found that Paxlovid reduced the risk of COVID-19 related hospitalization or death for symptomatic, unvaccinated people who are at high risk for severe COVID-19 by 89 percent.[15] Antiviral treatment also protects people with prior COVID-19 infection and vaccination: for example, people who were prescribed with Paxlovid within 5 days of diagnosis have a 51 percent lower hospitalization rate than those not prescribed with the drug.[16] Paxlovid also reduces the risk of long COVID-19: one study showed that timely treatment with the drug reduced the risk of post-acute COVID-19 outcomes, and reduced risk of post-acute death and hospitalization. This risk was reduced for people of all vaccination statuses: treatment with Paxlovid within 5 days of a positive COVID-19 test is associated with a 26 percent reduced risk of long COVID for people with at least one risk factor for progression to severe COVID-19 illness, regardless of vaccination status and history of prior infection.[17] Initial academic studies have also estimated that reductions in viral load with the use of COVID-19 antiviral drugs may reduce the risks of onward transmission while accelerating patient recovery.[18]

13. Patients at high risk for progression to severe COVID-19 who are not able to be treated with Paxlovid due to renal or hepatic impairment or drug interactions should be treated with other COVID-19 treatments, such as Remdesivir as a preferred alternative, or Molnupiravir when neither Paxlovid or Remdesivir are available, feasible, or clinically appropriate.[19]

14. Remdesivir is available to both adults and children, including those under 12 years of age. Remdesivir is a drug infusion that must be given intravenously, in a clinical setting. Non-hospitalized patients with mild to moderate COVID-19 who are at high risk of progressing to severe disease should receive Remdesivir within 7 days of symptom onset, and the drug should be administered for 3 days.[20] Remdesivir has been shown to be effective in the treatment for COVID-19. As one study showed, among non-hospitalized patients who are at high risk for COVID-19 progression, a 3-day course of Remdesivir

---

[15] Jennifer Hammond, et al., *Oral Nirmatrelvir for High-Risk, Nonhospitalized Adults with COVID-19*, 386 New England J. Med. 1397 (2022), https://www.nejm.org/doi/full/10.1056/NEJMoa2118542

[16] M.M. Shah, et al, *Paxlovid Associated with Decreased Hospitalization Rate Among Adults with COVID-19 — United States*, MMWR Morb Mortal Wkly Rep., November 2, 2022, http://dx.doi.org/10.15585/mmwr.mm7148e2.

[17] Yan Xie, Taeyoung Choi, Ziyad Al-Aly, *Nirmatrelvir and the Risk of Post-Acute Sequelae of COVID-19*, MedRxiv 2022, https://www.medrxiv.org/content/10.1101/2022.11.03.22281783v1; Pam Belluck, *Paxlovid May Reduce Risk of Long COVID in Eligible Patients, Study Finds*, NY Times, Nov. 7, 2022, https://www.nytimes.com/2022/11/07/health/paxlovid-long-covid.html.

[18] Yuan Bai, et al., *The Public Health Impact of Paxlovid COVID-19 Treatment in the United States*, Sept. 7, 2023, https://www.medrxiv.org/content/10.1101/2023.06.16.23288870v2.

[19] Nat'l Institute of Health, COVID-19 Treatment Guidelines, Antiviral Agents, Including Antibody Products, https://www.covid19treatmentguidelines.nih.gov/therapies/antivirals-including-antibody-products/summary-recommendations/ (last updated Nov. 2, 2023).

[20] National Institute of Health, COVID-19 Treatment Guidelines, Redemsivir, https://www.covid19treatmentguidelines.nih.gov/therapies/antivirals-including-antibody-products/remdesivir/ (last updated Jul. 21, 2023).

resulted in an 87 percent lower risk of hospitalization or death than placebo.[21] Other studies have observed a 78 percent success rate with Remdesivir of hospitalized patients.[22]

15. The FDA has also granted emergency use authorization to Molnupiravir, a COVID-19 antiviral drug. Molnupiravir is an oral antiviral drug that should be initiated as soon as possible after COVID-19 diagnosis and within 5 days of symptom onset. Molnupiravir is authorized for adults aged 18 years and older who are at high risk of progressing to severe COVID-19, and for whom other COVID-19 treatment options authorized by the FDA are not clinically appropriate or accessible.[23] Molnupiravir should not be used for anyone who is pregnant or is breastfeeding, due to serious risks of side effects and harm to the fetus.[24] One study showed that Molnupiravir reduced the risk of hospitalization or death in at-risk, unvaccinated adults with COVID-19 by approximately 30 percent.[25]

16. Based on CDC, FDA, and NIH guidelines, the established standard of care is to provide COVID-19 antiviral treatment to symptomatic patients with one or more risk factors for progression to severe COVID-19. Treatment must be provided within a short time of symptom appearance—for example, within 5 days of symptom appearance for Paxlovid and Molupiravir, and within 7 days for Remdesivir—so prompt testing, diagnosis, and provision of treatment is critical.

17. COVID-19 antiviral drugs remain widely available. Although the federal government has recently announced the shift of distribution of COVID-19 antivirals from the government to the commercial market, this should not affect supply. Paxlovid will remain free of charge for patients insured under Medicare and Medicaid through the end of 2024, and to uninsured and underinsured patients through 2028. As the Department of Health and

---

[21] Robert Gottlieb, et al., *Early Remdesivir to Prevent Progression to Severe Covid-19 in Outpatients*, New England J. Med., Jan. 27, 2022, https://www.nejm.org/doi/full/10.1056/NEJMoa2116846#:~:text=Conclusions,hospitalization%20or%20death%20than%20placebo.

[22] Mohanty B, Sunder A, Satyanarayan B, Kumar M, Shukla R, Ahmed A. Success rate of Remdesivir, Convalescent Plasma, and Tocilizumab in moderate to severe Covid-19 pneumonia: our experience in a tertiary care center. J Family Med Prim Care. 2021 Nov;10(11):4236-4241. doi: 10.4103/jfmpc.jfmpc_578_21. Epub 2021 Nov 29. PMID: 35136795; PMCID: PMC8797123.

[23] Dep't Health and Human Services, Administration for Strategic Preparedness and Response, Lagevrio (Molnupiravir), https://aspr.hhs.gov/COVID-19/Therapeutics/Products/Lagevrio/Pages/default.aspx (last updated Nov. 14, 2023).

[24] FDA, Fact Sheet for Patients and Caregivers, Emergency Use Authorization of Lagevrio (Molnupiravir) Capsules for Coronavirus Disease 2019 (COVID-19), https://www.fda.gov/media/155055/download (last visited Nov. 27, 2023).

[25] Jayk Bernal A, Gomes da Silva MM, Musungaie DB, Kovalchuk E, Gonzalez A, Delos Reyes V, Martín-Quirós A, Caraco Y, Williams-Diaz A, Brown ML, Du J, Pedley A, Assaid C, Strizki J, Grobler JA, Shamsuddin HH, Tipping R, Wan H, Paschke A, Butterton JR, Johnson MG, De Anda C; MOVe-OUT Study Group. Molnupiravir for Oral Treatment of Covid-19 in Nonhospitalized Patients. N Engl J Med. 2022 Feb 10;386(6):509-520. doi: 10.1056/NEJMoa2116044. Epub 2021 Dec 16. PMID: 34914868; PMCID: PMC8693688.

Human Services stated, "[t]here's still an ample supply of federally-owned therapeutics with millions of treatment courses still in the field."[26]

### IV.     The Danger of COVID-19 in Carceral Settings, Including Immigration Detention Facilities

18. SARS-CoV2 is easily transmitted from person to person. The predominant mode of transmission of SARS-CoV-2 is via respiratory droplets or aerosol particles. The risk of severe disease also increases with exposure to a higher viral inoculum (or amount of virus to which one is exposed).[27] A person who is in a prison, jail, or detention center, by nature of the living arrangements and density of people, may be frequently exposed to a high viral inoculum, given poor ventilation and difficulty achieving social distancing in shared living and sleeping areas.

19. Transmission increases in closed spaces, particularly those with poor ventilation.[28] By design, prisons, jails, and detention centers have poor ventilation, and lack of windows and doors that bring in outside air able to diffuse viral particles.[29] One helpful analogy for how some particles can linger is to compare them to how cigarette smoke can linger and permeate an area, especially an enclosed space.[30] The longer the person with COVID-19 is in an enclosed space, the more the droplets containing virus in the space will build up and the more probable transmission becomes. The CDC reports that people can be infected even when they have not had close contact with an infected person, especially where there are: (1) "[e]nclosed spaces with inadequate ventilation or air handling within which the concentration of exhaled respiratory fluids . . . can build-up in the air space," (2) "[i]ncreased exhalation of respiratory fluids if the infectious person is engaged in physical exertion or raises their voice," and (3) "[p]rolonged exposure to these conditions, typically more than 15 minutes."[31]

20. COVID-19 has historically spread rapidly in ICE detention at rates higher than in the surrounding community. As one study showed, COVID-19 case rates in ICE detention have been on average at least 5.3 times higher than in the state-matched U.S.

---

[26] Ahmed Aboulenein, *U.S. Shifting COVID Antivirals to Commercial Market on Nov. 1,* Reuters, Oct. 27, 2023, https://www.reuters.com/business/healthcare-pharmaceuticals/us-shifting-covid-antivirals-commercial-market-nov-1-2023-10-27/.

[27] Monica Gandhi, MD, MPH & George W. Rutherford, MD, *Facial Masking for Covid-19 - Potential for "Variolation" as We Await a Vaccine*, 383 New Eng. J Med. e101(1) (Oct. 29, 2020), https://www.nejm.org/doi/pdf/10.1056/NEJMp2026913?articleTools=true.

[28] Maogui Hu, et al., *The Risk of COVID-19 Transmission in Train Passengers: an Epidemiological and Modelling Study*, 72 Clinical Infectious Diseases 604 (Feb. 15, 2021), https://doi.org/10.1093/cid/ciaa1057.

[29] Joseph Darius Jaafari, *Prison Design Creates Ideal Environment for Coronavirus,* WSKG News, Apr. 17, 2020, https://wskg.org/news/prison-design-creates-ideal-environment-for-coronavirus/.

[30] Byron Erath, et al., *What a Smoky Bar Can Teach Us About the '6-Foot Rule' During the COVID 19 Pandemic*, Discover Magazine, Sept. 10, 2020, https://www.discovermagazine.com/health/what-a-smoky-bar-can-teach-us-about-the-6-foot-ruleduring-the-covid-19.

[31] Centers for Disease Control and Prevention, *SARS-CoV-2 Transmission* (May 7, 2021), https://www.cdc.gov/coronavirus/2019-ncov/more/scientific-brief-sars-cov-2.html.

population.[32]

21. Moreover, it is widely understood that infections among staff who work in correctional and detention centers are high, especially given low rates of vaccination among staff. High rates of infection among staff simultaneously increases the risk of infection among prisoners and detainees within a correctional facility, as they act as a primary vector of the virus.[33]

22. In light of the specific risks posed by COVID-19 in carceral settings, the CDC has issued guidance to correctional and detention facilities to ensure that they support access to COVID-19 antiviral treatment. As the CDC's guidance instructs, "effective treatments are now widely available and must be started within a few days of symptoms development to be effective."[34] For that reason, facilities should "[s]upport timely treatment for those eligible."[35] As referenced by the CDC's guidance for correctional and detention facilities, treatments specifically consist of COVID-19 antiviral drugs, such as Nirmatrelvir with Ritonavir (Paxlovid), Remdesivir (Veklury), and Molnupiravir (Lagevrio).

23. The CDC guidance to correctional and detention facilities also provides that facilities should, at a minimum, ensure testing of residents and staff "who have been exposed or who are symptomatic." If there are concerns of a population "at especially high risk for severe illness from COVID-19," facilities should consider "routine screening testing," to "identify infections early, which is especially important for people who are eligible for treatment."[36]

24. ICE's most recent COVID-19 protocol (version 11, issued on May 11, 2023) ("PRR"), raises great concern. Although ICE's COVID-19 protocol states that "ICE will continue to consider all FDA approved treatments for COVID-19," and "ICE recommends that each detainee newly diagnosed with COVID-19 be assessed for possible treatment with this medication," the protocol does not require ICE detention facilities to provide or make available such treatments to detained people.[37] The agency's failure to require detention facilities to ensure timely diagnosis of patients and provide antiviral treatment endangers

---

[32] Nishant Uppal, Elizabeth Chin, and Parsa Erfani, *Trends in Decarceration, COVID-19 Cases, and SARS-CoV-2 Testing in U.S. Immigration Detention Centers from September 2020 to August 2021*, JAMA Network Open, Feb. 16, 2022, https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2789087.
[33] Erika Tyagi and Joshua Manson, *Prison Staff Are Refusing Vaccines. Incarcerated People Are Paying the Price*, UCLA COVID Behind Bars, Aug. 12, 2021, https://uclacovidbehindbars.org/prison-staff-vaccine-refusals.
[34] CDC, *Guidance on Management of COVID-19 in Homeless Service Sites and In Correctional and Detention Facilities* (May 11, 2023), https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-correctional-settings.html.
[35] *Id.*
[36] *Id.*
[37] ICE, Post Pandemic Emergency COVID-19 Guidelines and Protocols 17, May 11, 2023, https://www.ice.gov/doclib/coronavirus/eroCOVID19PostPandemicEmergencyGuidelinesProtocol.pdf.

medically vulnerable people in immigration detention, and clearly falls below the community standard of care.

### V.  Conclusion and Recommendations

25. It is my professional opinion that people held in congregate facilities, such as ICE detention facilities, are at increased risk of exposure to COVID-19. In light of increased transmission rates, ICE detention facilities should ensure the immediate availability of COVID-19 antiviral drugs for treatment, particularly for patients who have at least one risk factor for progression to severe COVID-19. These drugs should be administered as soon as possible after symptom onset, and no later than five days after symptom onset for the oral antiviral drugs. In order to ensure that delays in testing and diagnosis do not delay antiviral treatment unnecessarily or prevent it entirely, ICE detention facilities should perform rapid testing and diagnosis as soon as possible for medically vulnerable patients who have at least one risk factor for progression to severe COVID-19. These ICE detention facilities should also evaluate all patients with a risk factor for antiviral medications as soon as possible after diagnosis, and should promptly offer the patients who are eligible under CDC, FDA, and NIH guidelines antiviral treatment.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 4th day of December, 2023, at Los Angeles, California.

Tara Vijayan, MD, MPH