NICOLE KIM (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, <br><br> Respondents-Defendants. | Case No. 1:23-cv-06353-RMI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Eunice Cho (*pro hac vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
mjoachin@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
LCipriano@goodwinlaw.com
Timothy J. Beavers (*pro hac vice*)
TBeavers@goodwinlaw.com
Jacob Tyson (*pro hac vice*)
JTyson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
OBarronGuerra@goodwinlaw.com
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

Upon consideration of the papers submitted by Plaintiffs Victor Jimenez and Jorge Mutzutz (collectively "Plaintiffs") in support of their Motion for a Preliminary Injunction, and the papers submitted by Defendants U.S. Immigration and Customs Enforcement, Patrick Lechleitner, and Moises Becerra (collectively "Defendants") in opposition; and

Having determined that Plaintiffs are likely to succeed on the merits of their claim under the Due Process Clause of the Fifth Amendment, that the Plaintiff Class will suffer irreparable injury in the absence of injunctive relief, and that the balance of hardships and public interest favor this relief, it is, therefore,

The Court hereby DECLARES that conditions of confinement for all members of the provisionally certified class violate the Fifth Amendment because they fail to adequately address the risk of harm associated with contracted COVID-19.

It is hereby ORDERED that Plaintiffs' Motion for a Preliminary Injunction be GRANTED; and that Defendants, their agents, contractors, subcontractors, representatives, and all persons or entities acting in concert with them are hereby ORDERED, pending further order of this Court, that:

1. Defendants will initiate treatment with Paxlovid, Veklury, or Lagevrio within 12 hours of a prescription for any of these medications being signed for any person currently being held at the Golden State Annex facility, and to stock Paxlovid, Veklury, and Lagevrio on-site at the Golden State Annex facility.

2. Defendants will post educational materials on antiviral treatment for COVID-19 in all housing units.

3. Defendants will offer rapid COVID-19 testing to any person who exhibits symptoms and who has a risk factor with the rapid test to be administered within 24 hours of the reporting of symptoms.

4. Defendants will ensure that every person currently being held at Golden State Annex who has a risk factor and who tests positive within five days of symptom onset be evaluated by a provider within 24 hours of a positive test result. This evaluation should be consistent

with the NIH guidelines (which currently recommend evaluation for Paxlovid, Veklury, and Lagevrio), and the person should be offered one of these drugs if that evaluation indicates it is appropriate for prescription.

5. Defendants will ensure that, if the provider determines not to offer a prescription to someone who the NIH guidelines indicate should receive a prescription, then the provider must document the reason for the deviation.

6. Defendants will report, on at least a monthly basis, the following information by publicly filing a status update on the docket for this case:

    a. The number of courses of Paxlovid, Veklury, and Lagevrio currently available at the facility.

    b. The number of courses of Paxlovid, Veklury, and Lagevrio offered since the preceding report.

    c. The number of courses of Paxlovid, Veklury, and Lagevrio accepted since the preceding report.

    d. The number of courses of Paxlovid, Veklury, and Lagevrio taken since the preceding report.

    e. For each person with a risk factor who tested positive for COVID-19, the following information, using an anonymized identifier in place of any personal identifying information:

        i. Whether that person ever became symptomatic.

        ii. The date of onset of symptoms, if any.

        iii. The date the person first received a positive test result.

        iv. The date the person was evaluated for Paxlovid, Veklury, and/or Lagevrio.

        v. Any contraindications against prescribing Paxlovid, Veklury, or Lagevrio.

        vi. The results of the evaluation for Paxlovid, Veklury, and/or Lagevrio (including, for any people not offered Paxlovid, Veklury, or Lagevrio even though NIH

guidance indicates they should be offered one of these medications, the reason for the deviation).

7. It is further ORDERED that Plaintiffs shall not be required to furnish security for costs.

Dated: _____

Hon. Robert M. Illman
United States Magistrate Judge