NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF LINNEA CIPRIANO IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

Eunice Cho (*pro hac vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
*mjoachin@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
*LCipriano@goodwinlaw.com*
Timothy J. Beavers (*pro hac vice*)
*TBeavers@goodwinlaw.com*
Jacob Tyson (*pro hac vice*)
*JTyson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
*OBarronGuerra@goodwinlaw.com*
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

I, Linnea Cipriano, hereby state, under the penalty of perjury, as follows:

1.  I am an attorney at Goodwin Procter, LLP ("Goodwin"). I have personal knowledge of the matters set forth herein. If called upon, I would testify competently thereto.

2.  This Declaration is filed in support of the accompanying motion for provisional class certification, which seeks provisional class certification and the appointment of the ACLU Foundation National Prison Project, ACLU Foundation of Southern California, ACLU Foundation of Northern California (collectively, "the ACLU"), and Goodwin as provisional Class Counsel.

3.  Goodwin and the ACLU have done extensive work and committed significant resources to identifying and investigating potential claims in the action, including obtaining and analyzing the Department of Homeland Security's ("DHS") and Immigration and Customs Enforcement's ("ICE") regulations and response requirements regarding the diagnosis and treatment of COVID-19 for populations housed in ICE detention facilities; communicating with potential plaintiffs affected by Defendant ICE's refusal to provide antiviral treatments to individuals detained by Defendants and who test positive for COVID-19; analyzing the findings of expert witness Dr. Tara Vijayan regarding the effectiveness of Paxlovid and the relative ineffectiveness of ICE's treatment practices; and filing a complaint in the District Court for the Northern District of California for DHS and ICE's failure to comply with a Freedom of Information Act request regarding their treatment of COVID-19 within their facilities.

4.  Goodwin and the ACLU have continued working with non-profit advocacy groups representing immigrants detained by Defendants, two members of the proposed Class, and other individuals who are currently or have previously been detained by Defendants to identify and investigate additional facts for the motion for preliminary injunction.

5.  Goodwin and the ACLU commenced *American Civil Liberties Union v. United States Department of Homeland Security, et. al.*, 3:23-cv-01795-JCS, before the United States District Court for the Northern District of California, seeking declaratory and injunctive relief for DHS and ICE's failure to comply with the ACLU's freedom of information requests to immediately release

improperly withheld agency records related to the provision of COVID-19 antiviral drugs to people held in ICE custody pursuant to 5 U.S.C. § 552.

6. Goodwin and the ACLU researched and drafted the Class Action Complaint, which was filed on December 8, 2023 (Dkt. No. 1). Along with this Declaration, Goodwin and the ACLU are filing a motion for preliminary injunction and a motion for provisional class certification. The Class Action Complaint, Motion for Preliminary Injunction, and Motion for Provisional Class Certification are products of Goodwin's and the ACLU's months-long investigation; the Motion for Preliminary Injunction is supported by three witness declarations detailing the common factual bases for relief in this action; one expert witness declaration; several investigative reports by the U.S. government and news organizations; and findings of this Court and other courts.

7. An AmLaw top 20 law firm, Goodwin has extensive experience in class action complex litigation. Goodwin's dedication to pro bono litigation has earned it and its attorneys a national reputation as award-winning advocates for social justice. Goodwin has offices in Boston, New York, Washington, D.C., Philadelphia, Los Angeles, San Francisco, Santa Monica, and Silicon Valley, as well as the United Kingdom, Germany, France, Luxembourg, Hong Kong, and Singapore.

8. While Goodwin's background is further detailed at its website, www.goodwinlaw.com, examples of Goodwin's experience leading complex class actions includes:

- *Puenta et al v. Phenix, City of et al.*, Case No. 18-2778-PHX-JJT (D. Ariz.) (representation of protesters in an action against the city of Phoenix Arizona for the use of force against the protesters).

- *J.O.P., et al v. U.D. Dep't of Homeland Sec., et al.*, Case No. 8:19-cv-1944 (D. M.D.) (representing children seeking asylum and other similarly-situated children in an action against the U.S. Department of Homeland Security, U.S. Citizenship

and Immigration Services, and others regarding asylum applications for unaccompanied minor children).

- *Nat'l L. Ctr. on Homelessness & Poverty, R.I. v. New York*, Case No. 04 CV 0705(ADS)(ARL) (E.D. N.Y.) (representing children who lack housing and their parents to removing educational obstacles).

- *Nancy Gottlieb et al., Girl Scouts of E. Mass., Inc.*, Case No. No. 16-MISC-000072 (Mass. Supp.) (representing a class of girl scouts in a breach of contract dispute).

- *Rodriguez v. Robbins et al.*, No. CV 07-3239-TJH (RNBx) (C.D. Cal.) (representing individuals detained by U.S. Immigration and Customs Enforcement in an action seeking system reform).

9. Goodwin's efforts in this case are being led by me as well as my colleagues Nicole Kim, Timothy Beavers, Oscar Barron-Guerra, and Jacob Tyson, as well as the firm's extensive support staff.

10. I a partner in Goodwin's Intellectual Property Litigation group. I am a graduate of Case Western Reserve University's School of Law and hold a Master of Science in Pharmacology from Case Western Reserve University. I have served as lead counsel in numerous administrative proceedings before the United States Patent and Trademark Office and as trial counsel for several clients in various United States district courts. I am a member of the Bars of the State of New York and the United States Patent and Trademark Office, and am admitted to the United States District Court for the Southern District of New York and the United States Court of Appeals for the Federal Circuit.

11. Nicole J. Kim is a graduate of University of California, Davis and Georgetown University Law Center. She served as a law clerk in the Los Angeles Superior Court. Ms. Kim is an associate in Goodwin's Complex Litigation and Dispute Resolution Unit and has experience litigating on various types of cases including securities class actions, white collar defense, and

complex civil litigation. She is a member of the Bar of the State of California, and is admitted to a few federal courts—the Northern District of California, the Central District of California, and the Southern District of California.

12. Timothy J. Beavers is a graduate of The Ohio State University, Moritz College of Law. Mr. Beavers is an associate in Goodwin's Intellectual Property Litigation Unit and has experience litigating on various types of cases including patent, civil rights, products liability, and complex civil litigation. He is a member of the Bar of the State of New York.

13. Oscar Barron-Guerra graduated from San Jose State University and the Georgetown University Law Center. Mr. Barron-Guerra is an associate in Goodwin's Complex Litigation and Dispute Resolution Unit and has experience litigating on various types of cases including securities class actions and complex civil litigation. He is a member of the Bar of the State of California and is admitted to federal court in the Northern District of California and the Central District of California.

14. Jacob Tyson is a graduate of the University of Rochester and the George Washington University Law School. Mr. Tyson is an associate in Goodwin's Complex Litigation and Dispute Resolution Unit and has experience litigating on various types of cases including government investigations, white collar defense, and complex civil litigation. He is a member of the Bar of the State of New York, and is admitted to federal court in the Southern District of New York, the Eastern District of New York, and the Second Circuit Court of Appeals.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on this the 14 day of December 2023 in the State of New York.

 /s/ Linnea Cipriano
  Linnea Cipriano