NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>        Petitioners-Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>        Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF KYLE VIRGIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

Eunice Cho (*pro hac vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
mjoachin@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
*LCipriano@goodwinlaw.com*
Timothy J. Beavers (*pro hac vice*)
*TBeavers@goodwinlaw.com*
Jacob Tyson (*pro hac vice*)
*JTyson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
*OBarronGuerra@goodwinlaw.com*
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

## DECLARATION OF KYLE VIRGIEN

1. I, Kyle Virgien, am a Senior Staff Attorney at the ACLU National Prison Project. I am counsel for the plaintiffs in the above-captioned lawsuit. I submit this declaration in support of the Motion for Provisional Class Certification in the above-captioned lawsuit.

2. I graduated from Harvard Law School in 2011, and clerked for the Honorable Raymond T. Chen of the U.S. Court of Appeals for the Federal Circuit. I have also worked as a litigation associate at Latham & Watkins LLP and McDermott, Will & Emery LLP, and a Senior Litigation Advisor at the ACLU National Prison Project.

3. I am admitted to practice in the State of California and have been admitted to the bars of the U.S. Courts of Appeal for the Second, Seventh, Ninth, and Federal Circuits; and the U.S. District Courts for the Northern, Central, and Southern Districts of California and Eastern District of Texas.

4. My legal practice focuses on the civil rights of people in immigration detention and other forms of detention.

5. Since 2020, a significant focus of my work has been litigation challenging inadequacies in the protections against COVID-19 that have been put into place by immigration detention facilities and jails. I have served as counsel in the following cases specifically addressing COVID-19 in immigration detention facilities and jails:

- *Hernandez Roman v. Wolf*, No. 5:20-cv-00768-TJH-PVC (C.D. Cal.)
- *Ahlman v. Barnes*, No. 8:20-cv-00835-JGB-SHK (C.D. Cal.)
- *Sanchez v. Dallas County*, No. 3:20-cv-00832-M (N.D. Tex.)
- *Alvarez v. LaRose*, No. 3:20-cv-00782-DMS-AHG (S.D. Cal.)
- *Alcantara v. Archambeault*, No. 3:20-cv-00756-DMS-AHG (S.D. Cal.)
- *Romero-Lorenzo v. Koehn*, No. 2:20-cv-00901-DJH-ESW (D. Ariz.)
- *Fenty v. Penzone*, No. 2:20-cv-01192-SPL-JZB (D. Ariz.)
- *ACLU v. ICE*, No. 3:23-cv-01795-JCS (N.D. Cal.)

Of these cases, I was appointed as provisional class counsel and class counsel in *Hernandez Roman v. Wolf*, No. 5:20-cv-00768-TJH-PVC (C.D. Cal.).

6. I have additional experience in litigation and advocacy on behalf of immigrants, including the following cases:

- *ACLU v. DHS*, No. 4:23-cv-03450-DMR (N.D. Cal.) (FOIA litigation involving electronic law libraries made available by ICE to detained immigrants)
- *Americans for Immigrant Justice v. DHS*, No. 1:22-cv-03118-CKK (D.D.C.) (challenge to inadequate access to counsel in four ICE detention facilities)
- *ACLU of Southern California v. DHS*, No. 2:22-cv-04760-SHK (FOIA litigation involving ICE's practice of releasing people who are on their deathbeds and not counting those deaths in statistics on deaths in ICE custody)
- *Uroza v. Salt Lake County*, No. 2:11-cv-00713-DAK (D. Utah) (challenge of ICE and county policies that resulted in prolonged detentions without due process that disproportionately affected people of color)
- *Washington v. DHS*, No. 4:19-cv-05210-RMP (E.D. Wash), No. 19-35914 (9th Cir.); *New York v. DHS*, No. 4:19-cv-05210-RMP (S.D.N.Y.), No. 19-3591-cv (2d Cir.); *Make the Road New York v. Cuccinelli*, No. 1:19-cv-07993-GBD); *California v. DHS*, No. 4:19-cv-04975-PJH (N.D. Cal.), No. 19-17214 (9th Cir.); *Cook County v. DHS*, No. 1:19-cv-06334 (N.D. Ill.), No. 19-3169 (7th Cir.) (represented over a dozen disability rights groups as amici explaining how the Department of Homeland Security's 2019 rule regarding the meaning of "public charge" in immigration law conflicted with the Rehabilitation Act)

7. My colleague and co-counsel, Eunice Cho, is also a Senior Staff Attorney at the ACLU National Prison Project. Ms. Cho graduated from Stanford Law School in 2009, and clerked for the Hon. Kim McLane Wardlaw of the U.S. Court of Appeals for the Ninth Circuit.

8. Ms. Cho has also served as a Staff Attorney at the ACLU of Washington, a Staff Attorney at the Southern Poverty Law Center, and as a Skadden Fellow and then a Staff Attorney at the National Employment Law Project.

9. Ms. Cho was first admitted to practice in California in 2010, and was also admitted in Georgia, Washington, and the District of Columbia. She currently has active admission in Washington and the District of Columbia, and inactive status in Georgia and California. She is admitted to practice in numerous district and appellate courts, including the U.S. District Courts for the District of Columbia, Middle District of Georgia, Northern District of Georgia, and Western District of Washington, and the U.S. Courts of Appeals for the First, Third, Sixth, Eighth, Ninth, and Eleventh Circuits.

10. Ms. Cho's practice has focused on the civil rights of immigrants and prisoners, including conditions of confinement in immigration detention and state prison systems, law enforcement abuse by ICE, and the labor and employment rights of non-citizens.

11. Since 2020, a significant focus of Ms. Cho's work has been litigation challenging inadequacies in the protections against COVID-19 that have been put into place by immigration detention facilities. She has served as counsel in the following cases specifically addressing COVID-19 in immigration detention facilities:

- *Agusto v. Moniz*, No. 1:20-cv-10685 (D. Mass)
- *Albino-Martinez v. Adducci*, No. 5:20-cv-10893 (E.D. Mich.)
- *Amaya Cruz v. Adducci*, No. 1:20-cv-789 (N.D. Ohio)
- *Arriaga Reyes v. Decker*, No. 2:20-cv-03600 (D.N.J.)
- *Bentancourt Barco v. Price*, No. 2:20-cv-350 (D.N.M.)
- *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md.)
- *Crainic v. Kolitwenzew*, No. 2:20-cv-02138 (C.D. Ill)
- *Dawson v. Asher*, No. 2:20-cv-00409 (W.D. Wash.)
- *Dembele v. Prim*, No. 1:20-cv-02401 (N.D. Ill.)

- *Escalante v. ICE*, No. 22-451 (D.D.C.)
- *Espinoza v. Howard*, No. 2:20-cv-01134 (D. Ariz.)
- *Favela Avendano v. Bostock*, No. 2:20-cv-00700 (W.D. Wash.)
- *Giotto v. DHS*, No. 1:20-cv-00453 (D.N.H.)
- *Hope v. Doll*, No. 1:20-cv-562 (M.D. Pa.)
- *Malam v. Adducci*, No. 2:20-cv-10829 (E.D. Mich.)
- *McMenamin v. Souza*, No. 1:20-cv-10644 (D. Mass.)
- *Medieros v. Martin*, No. 1:20-cv-00178 (D.R.I.)
- *Ortega v. Price*, No. 2:20-cv-522 (D.N.M.)
- *Robles Rodriguez v. Wolf*, No. 5:20-cv-627 (C.D. Cal.)
- *Rodas-Mazariegos v. Moniz*, No. 1:20-cv-10597 (D. Mass.)
- *Salazar v. Tsoukaris*, No. 2:20-c-03382 (D.N.J.)
- *Shaikh v. ICE*, No. No. 1:22-cv-00231 (D.D.C.)
- *St. Louis v. Martin*, No. 2:20-cv-00349 (M.D. Fla.)
- *Thakker v. Doll*, No. 1:20-cv-00480 (M.D. Pa.)
- *Urdaneta v. Keeton*, No. 2:20-cv-00654 (D. Ariz.)
- *Vazquez Barrera v. Wolf*, No. 4:20-cv-01241 (S.D. Tex.)
- *Yanes v. Martin*, No. 1:20-cv-00216 (D.R.I.)

Of these cases, Ms. Cho was appointed as class counsel in:

- *Agusto v. Moniz*, No. 1:20-cv-10685 (D. Mass)
- *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md.)
- *Favela Avendano v. Bostock*, No. 2:20-cv-00700 (W.D. Wash.)
- *Giotto v. DHS*, No. 1:20-cv-00453 (D.N.H.)*
- *Malam v. Adducci*, No. 5:20-cv-10829 (E.D. Mich.)
- *Yanes v. Martin*, No. 1:20-cv-00216 (D.R.I.)

    *provisional class certification

12. Ms. Cho has served as co-counsel in numerous complex class and collective action suits on behalf of non-citizens and prisoners, including:

- *Braggs v. Dunn*, No. 2:14-cv-601-MHT (M.D. Ala. 2017) (class action on behalf of Alabama state prisoners with mental illnesses)
- *Parsons v. Shinn*, No. 2:12-cv-00601 (D. Ariz.) (class action on behalf of Arizona state prisoners with medical needs and mental illnesses)
- *Bojoroquez-Moreno, et al. v. Shores & Ruark Seafood Co., Inc.* No. 3:14-cv-670 (E.D. Va.) (Federal Labor Standards Act (FLSA) collective action suit)
- *Cordova, et al. v. R&A Oysters, Inc., et al.*, No. 1:4-cv-462 (S.D. Ala.) (same)
- *Franco-Hernandez et al. v. Southern Valley Fruit and Vegetable, Inc.*, No. 714-cv-62 (M.D. Ga.) (same)

13. Ms. Cho also has substantial experience in litigation and advocacy on behalf of immigrants, including:

- *ACLU v. DHS*, No. 4:23-cv-03450-DMR (N.D. Cal.) (FOIA litigation involving electronic law libraries made available by ICE to detained immigrants)
- *Americans for Immigrant Justice v. DHS*, No. 1:22-cv-03118-CKK (D.D.C.) (challenge to inadequate access to counsel in four ICE detention facilities)
- *ACLU of Southern California v. DHS*, No. 2:22-cv-04760-SHK (FOIA litigation involving ICE's practice of releasing people who are on their deathbeds from custody prior to death, avoiding reporting and financial responsibilities)
- *Chavez Flores v. U.S. Immigration and Customs Enforcement*, No. 3:18-cv-05139 (W.D. Wash. filed Feb. 23, 2018) (First Amendment claim on behalf of ICE detainee engaged in a hunger strike)
- *Kim v. Dep't of Homeland Sec.*, No. 2:18-cv-01520 (W.D. Wash.) (citizenship claim on behalf of immigrant soldier)

- *Southern Poverty Law Center v. United States Dep't of Homeland Security*, No. 1:16-cv-02871 (N.D. Ga.) (FOIA lawsuit regarding ICE family raids)
- *Rojas Rodriguez, et al. v. Finan, et al.*, No. 2:2015-cv-2217 (D.S.C.) (challenge to denial of merit scholarships to children of undocumented immigrants)
- *Balthazar Cruz v. Mississippi Dep't of Human Serv.*, No. 3:10-cv-446 (S.D. Miss.) (unlawful removal of infant from indigenous immigrant).

14. The ACLU National Prison Project has capacity to thoroughly and vigorously litigate the claims in this case and properly represent the plaintiff class, and intends to commit all necessary resources to do so. If appointed class counsel, Ms. Cho and I will zealously represent the interests of the class to the best of our ability.

I HEREBY DECLARE, under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge.

Executed this 13th day of December at Oakland, California.

Kyle Virgien (SBN 278747)
American Civil Liberties Union Foundation
39 Drumm St.
San Francisco, CA 94111
Tel.: (202) 393-4930