NICOLE KIM (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>           Petitioners-Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>           Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF SEAN RIORDAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

Eunice Cho (*pro hac vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
mjoachin@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
LCipriano@goodwinlaw.com
Timothy J. Beavers (*pro hac vice*)
TBeavers@goodwinlaw.com
Jacob Tyson (*pro hac vice*)
JTyson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
OBarronGuerra@goodwinlaw.com
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

I, Sean Riordan, declare as follows:

1. I am an attorney admitted to practice in California. I am a Senior Staff Attorney at the American Civil Liberties Union Foundation of Northern California ("ACLUF-NC"), counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration.

2. The ACLUF-NC is a non-profit corporation that is tax-exempt under § 501(c)(3) of the Internal Revenue Code. It is a nonpartisan organization dedicated to defending the civil liberties and civil rights guaranteed by the federal and state constitutions. The ACLUF-NC does not receive government funding. The ACLUF-NC litigates civil rights cases, frequently in conjunction with private counsel, combining our expertise in civil rights and impact litigation with the resources and experience of the private bar.

3. I graduated from the U.C.L.A. School of Law in 2007 and have worked at ACLU-NC since September 2018. Previously, I worked for the Office of the Federal Public Defender for the Eastern District of California between January 2015 and July 2018 and for the American Civil Liberties Union Foundation of San Diego and Imperial Counties between October 2008 and December 2014. I also clerked for the Hon. Marc L. Goldman in the Central District of California from September 2007 to September 2008.

4. I have served as lead or co-lead counsel for certified classes in each of the following class action cases concerning the constitutional rights of non-citizens:

   a. *Zepeda Rivas v. Jennings*, 3:20-cv-2731 VC (N.D. Cal.) (class action challenging failure to protect non-citizens from COVID-19 in two immigration detention centers in California).

   b. *Saravia v. Sessions,* 3:17-cv-3615 VC (N.D. Cal.) (class action challenging detention of immigrant teenagers without hearing based on allegations of gang affiliation).

  c. *Lopez Venegas v. Johnson*, 2:13-cv-3972 JAK (C.D. Cal.) (class action challenging summary expulsion of Mexican nationals who were eligible for relief from removal without a hearing).

  d. *Lyon v. Immigration and Customs Enforcement*, 3:13-cv-5878 EMC (N.D. Cal.) (class action challenging inadequate access to counsel in immigration detention centers).

  e. *Franco v. Holder*, 2:10-cv-02211 DMG (C.D. Cal.) (class action challenging lack of appointed counsel for mentally incompetent people in immigration detention). The *Franco* team was awarded the Jack Wasserman Memorial Award from the American Immigration Lawyers Association in 2014, an annual award recognizing outstanding immigration-related litigation.

5. I also currently serve or have served a lead counsel in a number of other cases involving the constitutional rights of non-citizens, including, but not limited to, *Asian Prisoner Support Committee v. CDCR*, 23CV31986 (Alameda Cty. Superior Ct.) (equal protection challenge to prison system's use of national origin discrimination to engage in immigration enforcement); *Echeveste v. Jones*, 34-2021-80003768 (Sacramento Cty. Superior Ct.) (action challenging Sacramento County's violation of state "sanctuary law" by cooperating with immigration authorities); and *Bahena Ortuño v. Jennings*, 3:20-cv-02064 MMC (N.D. Cal.) (court ordered six people released from detention on account of risk of COVID-19).

6. I am not aware of any conflict among potential class members in this case.

7. I am not aware of any conflict between ACLUF-NC and any members of the potential class that would prevent ACLUF-NC from representing the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December 2023 in Davis, California.

              Sean Riordan
              ACLU Foundation of Northern California