NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>       Petitioners-Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>       Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF EVA BITRAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

Eunice Cho (*pro hac vice*)
*echo@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
*mjoachin@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
*LCipriano@goodwinlaw.com*
Timothy J. Beavers (*pro hac vice*)
*TBeavers@goodwinlaw.com*
Jacob Tyson (*pro hac vice*)
*JTyson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
*OBarronGuerra@goodwinlaw.com*
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

## **DECLARATION OF EVA BITRAN**

I, EVA BITRAN, declare and state as follows:

1. I am duly licensed to practice law in the State of California and am a Senior Staff Attorney with the American Civil Liberties Union Foundation of Southern California ("ACLU SoCal"), and counsel of record for Plaintiffs Victor Jimenez and Jorge Mutzutz in the above-entitled action. I make this declaration from my personal knowledge, and if called upon to testify to these facts, could and would do so competently under oath. This declaration is made in support of Plaintiffs' Motion for Provision Class Certification and appointment of ACLU SoCal, the ACLU Foundation of Northern California, the ACLU, and Godwin Procter (collectively, "Plaintiffs' Counsel") as class counsel.

2. I have been a member of the California bar since 2014. I graduated *cum laude* from Harvard Law School in 2014. Following graduation, I served as a judicial clerk to the Honorable Edward C. Prado of the United States Court of Appeals for the Fifth Circuit. From 2015-2016 I served as a legal fellow and junior legal adviser at the European Center for Constitutional and Human Rights in Berlin, Germany, where I worked on migrants' rights issues, including a petition before the European Court of Human Rights. In 2017 I worked as a trial attorney appointed through the honors program with the United States Department of Justice, Federal Programs Branch in Washington, D.C. I joined the staff of the ACLU SoCal in the fall of 2017. I am a member of the Bar of the State of California and am admitted to practice before several federal courts, including the U.S. District Courts for the Northern District of California, the Central District of California and the Western District of Texas, and the U.S. Courts of Appeal for the Ninth and Fifth Circuits.

3. My colleague, Mayra Joachin, will also serve as counsel in this action. Ms. Joachin is a Staff Attorney at ACLU SoCal and has been a member of the Bar of the State of California since 2015. Ms. Joachin graduated from Columbia Law School in June 2015. She joined ACLU SoCal in March 2022. Before joining the ACLU, she was a Staff Attorney at the National Immigration Law Center where she litigated complex cases involving immigrants' rights and constitutional law. She is admitted to practice law before several courts, including the U.S. District Courts for the Northern District of California, Central District of California, and Southern District of California, the U.S. Court of Appeals for the Ninth, Second, and Eleventh Circuits, and the U.S. Supreme Court.

4. The ACLU SoCal is one of the largest regional affiliates of the American Civil Liberties Union and is dedicated to defending and securing important constitutional rights and to extend these rights to people who have been excluded from their protection. The ACLU SoCal is a nonprofit corporation that is tax-exempt under Section 501(c)(3) of the Internal Revenue Code. The ACLU SoCal does not receive government funding. The ACLU SoCal litigates civil rights cases, frequently on conjunction with private counsel, combining our expertise in civil rights and impact litigation with the resources and

experience of the private bar. The ACLU SoCal has extensive expertise in class action litigation and immigrants' rights litigation and has participated in numerous cases in federal court related to policies and practices of the federal immigration system.

5. I have substantial experience litigating cases involving immigrants' rights. I have spent approximately seven years of my time as an attorney working on immigrants' rights cases. I have represented immigrants and immigrants' rights organizations in a number of cases raising complex legal issues. For example, I serve as lead counsel in *Torres, et al., v. DHS, et al.*, Case No. 5:18-cv-02604-JGB-SHK (C.D. Cal. 2020) (representing individual and organizational plaintiffs challenging impediments to legal assistance for detained immigrants on constitutional and statutory grounds). I previously served as counsel in *Castillo et al., v. Nielsen, et al.*, Case No. 5:18-cv-01317-ODW (KESx) (C.D. Cal. 2018) (class action challenging the incommunicado detention of immigrants on First Amendment and statutory grounds) and in *Arroyo v. United States Dep't of Homeland Sec.*, 2020 WL 1228665, at *6 (C.D. Cal. Jan. 2, 2020) (class action protecting detained immigrants against transfer away from the jurisdiction where their counsel practices)—both cases in which the District Court concluded that attorneys from ACLU SoCal, including me, were entitled to the enhanced EAJA rate due to our "specialized skill" in complex cases "involving the constitutional rights of immigrant detainees." *See id.*; *Castillo v. Nielsen*, 2020 WL 2840065, at *6 (C.D. Cal. June 1, 2020).

6. I also have considerable experience serving as co-lead class counsel in cases involving complex issues of immigration law. I am counsel in *Hernandez Roman v. Wolf*, Case No. 5:20-cv-00768-TJH-PVC, 2020 WL 1952656 (C.D. Cal. Apr. 23, 2020) (ordering class certification in case challenging unsafe condition in immigration detention during COVID-19 pandemic), in *Franco-Gonzalez v. Holder*, Case No. 2:10-02211-DMG-DTB (C.D. Cal. 2011), 2011 U.S. Dist. LEXIS 158130 (C.D. Cal. Nov. 21, 2011) (granting class certification and appointing ACLU SoCal class counsel in case challenging the lack of appointed legal representatives for immigrants with serious mental abilities), and in *Orantes-Hernandez v. Meese*, 685 F. Supp. 1488, 1511-14 (C.D. Cal. 1988), *aff'd sub nom, Orantes-Hernandez v. Thornburgh*, 919 F.2d 549 (9th Cir. 1990) (protecting rights of Salvadoran nationals to seek asylum).

7. My colleague, Ms. Joachin, also has experience serving as co-lead counsel in complex litigation, including in a certified class action. She served as co-lead counsel in *Batalla Vidal v. Wolf*, Case No. 1:16-cv-04756 (NGG)(JO) (E.D.N.Y. Aug. 25, 2016) (a certified class action on behalf of approximately one million Deferred Action for Childhood Arrival ("DACA") recipients challenging rescissions to DACA) and *Georgia State Conference of the NAACP v. City of LaGrange*, Case No. 3:17-cv-067-TCB (N.D. Ga. Dec. 7, 2017) (lawsuit resulting in a settlement in an action challenging discriminatory utility policies that prevented immigrants from accessing essential utilities). She has also litigated other complex cases involving immigrants' rights, including *La Clínica v. Biden*, Case No. 19-cv-04980-PHJ (N.D. Cal. Aug. 16, 2019) (a challenge to the unlawful promulgation of the public charge rule, a rule concerning noncitizen admissibility requirements); *Mendez v. ICE*, Case No. 3:23-cv-00829-TLT (N.D. Cal. Mar. 10, 2023)

(an action on behalf of immigrant detainees challenging retaliation by facility staff); and *UFW Foundation v. County of Kern*, Case No. BCV-23-101419 (JRB) (May 8 2023) (a challenge to misdemeanor arraignment proceedings that resulted in inadmissibility and removability consequences for immigrants).

8. ACLU SoCal has capacity to thoroughly and vigorously litigate the claims in this case and properly represent the plaintiff class, and intends to commit all necessary resources to do so. If appointed class counsel, Mayra Joachin and I will zealously represent the interests of the class to the best of our ability.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 13th day of December at Riverside, California.

by Eva Bitran