Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs
Additional Counsel listed on signature
page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, <br><br> Respondents-Defendants. | Case No. 1:23-CV-06353-RMI <br><br><br> **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AS TO RESPONDENTS-DEFENDANT U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT** |

1      I, Kane Tien, declares as follows:

2  1.   At the time of service I was at least 18 years of age and not a party to this lawsuit.

3

4  2.   I served copies of all the summons and complaint (hereinafter referred to as "copies").

5

6  3.   I served the agency or corporation of the United states by doing each of the following:

7

8      a.      **Mail Service on the United States Attorney for the Northern District of**

9              **California** in compliance with the Federal Rules of Civil Procedures.  I mailed

10             copies to the Civil-Process Clerk via certified or registered mail to:

                   Civil Process Clerk
11                 United States Attorney's Office for the Northern District of California
                   450 Golden Gate Avenue
12                 San Francisco, CA 94102

13             A copy of receipt is attached.

14

15     b.      **Mail Service on the Attorney General of the United States** in compliance with

16             the Federal Rules of Civil Procedures.  I mailed copies to the Attorney General via

17             certified or registered mail to:

18                 Attorney General of the United States
                   U.S. Department of Justice
19                 950 Pennsylvania Avenue NW
                   Washington, DC 20530
20
               A copy of receipt is attached.
21

22

23     c.      **Mail Service on the U.S. Immigration and Customs Enforcement** in

24             compliance with the Federal Rules of Civil Procedures.  I mailed copies via

               certified or registered mail to:
25                 U.S. Immigration and Customs Enforcement
26                 c/o Office of the Principal Legal Advisor
                   500 12th St. SW, Mail Stop 5900
27                 Washington, DC 20536–5900

28             A copy of receipt is attached.

1

2     4.      My name, address, and telephone number are:

3             Kane Tien
              601 South Figueroa Street, Suite 4100
4             Los Angeles, CA 90017
              (213) 426-2682
5

6     5.      I am not a registered California process server.

7

8             I certify under penalty of perjury that the foregoing is true and correct. Executed on

9     December 15, 2023.

10                                                    /s/ Kane Tien
                                                     Server's signature
11

12    Dated: December 14, 2023                **GOODWIN PROCTER LLP**

13                                    By:     /s/ Nicole Kim

14
      Sean Riordan (SBN 255752)                Linnea Cipriano (*pro hac vice application*
15    *sriordan@aclunc.org*                     *forthcoming*)
      **AMERICAN CIVIL LIBERTIES**              *LCipriano@goodwinlaw.com*
16    **UNION FOUNDATION OF**                   Timothy J. Beavers (*pro hac vice*
      **NORTHERN CALIFORNIA**                   *application forthcoming*)
17    39 Drumm Street                           *TBeavers@goodwinlaw.com*
      San Francisco, California 94111           Jacob Tyson (*pro hac vice application*
18    Tel.: +1 415 621-2493                     *forthcoming*)
                                                *JTyson@goodwinlaw.com*
19    Kyle Virgien (SBN 278747)                 **GOODWIN PROCTER LLP**
      *kvirgien@aclu.org*                       The New York Times Building
20    **AMERICAN CIVIL LIBERTIES**              620 Eighth Avenue
      **UNION FOUNDATION**                      New York, New York  10018
21    39 Drumm Street                           Tel.: +1 212 813 8800
      San Francisco, California 94111           Fax: +1 212 355 3333
22    Tel.: +1 202 393-4930

23    Eunice Cho (*pro hac vice*
      *forthcoming*)                            Nicole Kim (SBN 324698)
24    *echo@aclu.org*                           *NicoleKim@goodwinlaw.com*
      **AMERICAN CIVIL LIBERTIES**              **GOODWIN PROCTER LLP**
25    **UNION FOUNDATION**                      601 S. Figueroa St., 41st Floor
      915 Fifteenth Street NW, 7th Floor        Los Angeles, California 90017
26    Washington, DC 20005                      Tel.: +1 213 426 2495
      Tel.: +1 202 548-6616                     Fax: +1 213 623 1673
27
      Eva Bitran (SBN 302081)
28    *ebitran@aclusocal.org*                   Oscar Barron-Guerra (SBN 345284)
      Mayra Joachin (SBN 306065)                *OBarronGuerra@goodwinlaw.com*

                                 Certificate of Service
                                        - 3 -

1   *mjoachin@aclusocal.org*
    **AMERICAN CIVIL LIBERTIES**
2   **UNION FOUNDATION OF**
    **SOUTHERN CALIFORNIA**
3   1313 West 8th Street
    Los Angeles, CA 90017
4   Tel: +1 213 977-5232

**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7



8

9

10

11

12

13

14

15

16



17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9



10

11

12

13

14

15

16

17

18

19

20



21

22

23

24

25

26

27

28