| | |
|---|---|
| Nicole Kim (SBN 324698)<br>*NicoleKim@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673<br><br>SEAN RIORDAN (SBN 255752)<br>*sriordan@aclunc.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 415 621-2493 | KYLE VIRGIEN (SBN 278747)<br>*kvirgien@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 202 393-4930<br><br>EVA BITRAN (SBN 302081)<br>*ebitran@aclusocal.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232<br><br>*Attorneys for Petitioners-Plaintiffs*<br>*Additional Counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-CV-06353-RMI<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AS TO RESPONDENTS-DEFENDANT PATRICK LECHLEITNER** |

I, Kane Tien, declares as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of all the summons and complaint (hereinafter referred to as "copies").

3. I served the agency or corporation of the United states by doing each of the following:

   a. **Mail Service on the United States Attorney for the Northern District of California** in compliance with the Federal Rules of Civil Procedures.  I mailed copies to the Civil-Process Clerk via certified or registered mail to:
   Civil Process Clerk
   United States Attorney's Office for the Northern District of California
   450 Golden Gate Avenue
   San Francisco, CA 94102

   A copy of receipt is attached.

   b. **Mail Service on the Attorney General of the United States** in compliance with the Federal Rules of Civil Procedures.  I mailed copies to the Attorney General via certified or registered mail to:
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530

   A copy of receipt is attached.

   c. **Mail Service on Patrick Lechleitner** in compliance with the Federal Rules of Civil Procedures.  I mailed copies via certified or registered mail to:
   Patrick Lechleitner
   c/o U.S. Immigration and Customs Enforcement
   Office of the Principal Legal Advisor
   500 12th St. SW, Mail Stop 5900
   Washington, DC 20536–5900

   A copy of receipt is attached.

4. My name, address, and telephone number are:
Kane Tien
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
(213) 426-2682

5. I am not a registered California process server.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2023.

                  */s/ Kane Tien*
                  Server's signature

Dated: December 14, 2023      **GOODWIN PROCTER LLP**

            By: */s/ Nicole Kim*

Sean Riordan (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

Kyle Virgien (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

Eunice Cho (*pro hac vice forthcoming*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Eva Bitran (SBN 302081)
ebitran@aclusocal.org
Mayra Joachin (SBN 306065)

Linnea Cipriano (*pro hac vice application forthcoming*)
LCipriano@goodwinlaw.com
Timothy J. Beavers (*pro hac vice application forthcoming*)
TBeavers@goodwinlaw.com
Jacob Tyson (*pro hac vice application forthcoming*)
JTyson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
OBarronGuerra@goodwinlaw.com

Certificate of Service
- 3 -

| | | |
|---|---|---|
| 1 | *mjoachin@aclusocal.org* | **GOODWIN PROCTER LLP** |
| 2 | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA** | 3 Embarcadero Center, 28th Floor San Francisco, California 94111 |
| 3 | 1313 West 8th Street Los Angeles, CA 90017 | Tel.: +1 415 733 6000 Fax: +1 415 677 9041 |
| 4 | Tel: +1 213 977-5232 | |
| 5 | | *Attorneys for Petitioners-Plaintiffs* |





