Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION**
**FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION OF**
**SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
*Additional Counsel listed on signature*
*page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-CV-06353-RMI<br><br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AS TO RESPONDENTS-DEFENDANT MOISES BECERRA** |

I, Kane Tien, declares as follows:

1.   At the time of service I was at least 18 years of age and not a party to this lawsuit.

2.   I served copies of all the summons and complaint (hereinafter referred to as "copies").

3.   I served the agency or corporation of the United states by doing each of the following:

   a.   **Mail Service on the United States Attorney for the Northern District of California** in compliance with the Federal Rules of Civil Procedures.  I mailed copies to the Civil-Process Clerk via certified or registered mail to:
      Civil Process Clerk
      United States Attorney's Office for the Northern District of California
      450 Golden Gate Avenue
      San Francisco, CA 94102
   A copy of receipt is attached.

   b.   **Mail Service on the Attorney General of the United States** in compliance with the Federal Rules of Civil Procedures.  I mailed copies to the Attorney General via certified or registered mail to:
      Attorney General of the United States
      U.S. Department of Justice
      950 Pennsylvania Avenue NW
      Washington, DC 20530
   A copy of receipt is attached.

   c.   **Mail Service on the Moises Becerra** in compliance with the Federal Rules of Civil Procedures.  I mailed copies via certified or registered mail to:
      Moises Becerra
      c/o U.S. Immigration and Customs Enforcement
      Office of the Principal Legal Advisor
      500 12th St. SW, Mail Stop 5900
      Washington, DC 20536–5900
   A copy of receipt is attached.

4.      My name, address, and telephone number are:

Kane Tien
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
(213) 426-2682

5.      I am not a registered California process server.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2023.

/s/ Kane Tien
Server's signature

Dated: December 14, 2023                    **GOODWIN PROCTER LLP**

By:      /s/ Nicole Kim

Sean Riordan (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

Kyle Virgien (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

Eunice Cho (*pro hac vice
forthcoming*)
*echo@aclu.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Eva Bitran (SBN 302081)
*ebitran@aclusocal.org*
Mayra Joachin (SBN 306065)
*mjoachin@aclusocal.org*

Linnea Cipriano (*pro hac vice application
forthcoming*)
*LCipriano@goodwinlaw.com*
Timothy J. Beavers (*pro hac vice
application forthcoming*)
*TBeavers@goodwinlaw.com*
Jacob Tyson (*pro hac vice application
forthcoming*)
*JTyson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
*OBarronGuerra@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Certificate of Service
- 3 -

**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION OF**
**SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

9590 9402 6408 0303 8072 81

2. Article Number *(Transfer from service label)*

7022 2410 0002 0392 2435

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☒ Mail
☒ Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

Certificate of Service