Nicole Kim (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Petitioners-Plaintiffs*
*Additional Counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-CV-06353-RMI<br><br>**CERTIFICATE OF SERVICE OF MOTION TO SEAL, MOTION FOR PRELIMINARY INJUNCTION, AND MOTION FOR CLASS CERTIFICATION** |

I, Kane Tien, declares as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of all the motion to seal, motion for preliminary injunction, and motion for class certification (hereinafter referred to as "copies").

3. I served the agency or corporation of the United states by doing each of the following:

    a. **Mail Service on the United States Attorney for the Northern District of California** in compliance with the Federal Rules of Civil Procedures. I mailed copies to the Civil-Process Clerk via certified or registered mail to:
        Civil Process Clerk
        United States Attorney's Office for the Northern District of California
        450 Golden Gate Avenue
        San Francisco, CA 94102
    A copy of receipt is attached.

    b. **Mail Service on the Attorney General of the United States** in compliance with the Federal Rules of Civil Procedures. I mailed copies to the Attorney General via certified or registered mail to:
        Attorney General of the United States
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530
    A copy of receipt is attached.

    c. **Mail Service on the U.S. Immigration and Customs Enforcement** in compliance with the Federal Rules of Civil Procedures. I mailed copies via certified or registered mail to:
        U.S. Immigration and Customs Enforcement
        c/o Office of the Principal Legal Advisor
        500 12th St. SW, Mail Stop 5900
        Washington, DC 20536–5900

A copy of receipt is attached.

    d.    **Mail Service on Patrick Lechleitner** in compliance with the Federal Rules of Civil Procedures.  I mailed copies via certified or registered mail to:

> Patrick Lechleitner
> c/o U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> 500 12th St. SW, Mail Stop 5900
> Washington, DC 20536–5900

A copy of receipt is attached.

    e.    **Mail Service on Moises Becerra** in compliance with the Federal Rules of Civil Procedures.  I mailed copies via certified or registered mail to:

> Moises Becerra c/o U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> 500 12th St. SW, Mail Stop 5900
> Washington, DC 20536–5900

A copy of receipt is attached.

4. My name, address, and telephone number are:
Kane Tien
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
(213) 426-2682

5. I am not a registered California process server.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2023.

                                                                           */s/ Kane Tien*
                                                                           Server's signature

| | | |
|---|---|---|
| 1 | Dated: December 15 2023 | **GOODWIN PROCTER LLP** |
| 2 | | By:    */s/ Nicole Kim* |
| 3 | Sean Riordan (SBN 255752) | Linnea Cipriano (*pro hac vice application forthcoming*) |
| 4 | *sriordan@aclunc.org*<br>**AMERICAN CIVIL LIBERTIES** | *LCipriano@goodwinlaw.com* |
| 5 | **UNION FOUNDATION OF**<br>**NORTHERN CALIFORNIA** | Timothy J. Beavers (*pro hac vice application forthcoming*) |
| 6 | 39 Drumm Street<br>San Francisco, California 94111 | *TBeavers@goodwinlaw.com* |
| 7 | Tel.: +1 415 621-2493 | Jacob Tyson (*pro hac vice application forthcoming*) |
| 8 | Kyle Virgien (SBN 278747)<br>*kvirgien@aclu.org* | *JTyson@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 9 | **AMERICAN CIVIL LIBERTIES**<br>**UNION FOUNDATION** | The New York Times Building<br>620 Eighth Avenue |
| 10 | 39 Drumm Street<br>San Francisco, California 94111 | New York, New York  10018<br>Tel.: +1 212 813 8800 |
| 11 | Tel.: +1 202 393-4930 | Fax: +1 212 355 3333 |
| 12 | Eunice Cho (*pro hac vice forthcoming*) | Nicole Kim (SBN 324698) |
| 13 | *echo@aclu.org*<br>**AMERICAN CIVIL LIBERTIES** | *NicoleKim@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 14 | **UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor | 601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017 |
| 15 | Washington, DC 20005<br>Tel.: +1 202 548-6616 | Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673 |
| 16 | Eva Bitran (SBN 302081) | |
| 17 | *ebitran@aclusocal.org*<br>Mayra Joachin (SBN 306065) | Oscar Barron-Guerra (SBN 345284)<br>*OBarronGuerra@goodwinlaw.com* |
| 18 | *mjoachin@aclusocal.org*<br>**AMERICAN CIVIL LIBERTIES** | **GOODWIN PROCTER LLP**<br>3 Embarcadero Center, 28th Floor |
| 19 | **UNION FOUNDATION OF**<br>**SOUTHERN CALIFORNIA** | San Francisco, California 94111<br>Tel.: +1 415 733 6000 |
| 20 | 1313 West 8th Street<br>Los Angeles, CA 90017 | Fax: +1 415 677 9041 |
| 21 | Tel: +1 213 977-5232 | *Attorneys for Petitioners-Plaintiffs* |





Certificate of Service
- 5 -

Case 1:23-cv-06353-RMI   Document 25   Filed 12/15/23   Page 6 of 9



Certificate of Service
- 6 -





