AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Victor Jimenez and Jorge Mutzutz ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-06353 |
| U.S. Immigration and Customs Enforcement, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants                                                                                                              .

Date:   12/21/2023                                                    /s/ Anna L. Dichter
*Attorney's signature*

Anna L. Dichter - NJ Bar #304442019
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation - District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

anna.l.dichter@usdoj.gov
*E-mail address*

(202) 353-2405
*Telephone number*

(202) 305-7000
*FAX number*