AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Victor Jimenez, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-6353-RMI |
| Moises Becerra, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendants.                                                                                              .

Date:        12/22/2023

/s/ Michelle M. Ramus
*Attorney's signature*

Michelle M. Ramus DC Bar # 1617481
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

Michelle.M.Ramus@usdoj.gov
*E-mail address*

(202) 532-4525
*Telephone number*

(202) 305-7000
*FAX number*