BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(EUREKA)**

| | |
|---|---|
| JIMENEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 1:23-cv-06353-RMI <br><br> **STIPULATION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS** <br><br> **DECLARATION OF ANNA L. DICHTER** <br><br> **PROPOSED ORDER** |

Pursuant to Local Rule 6-2, the parties stipulate to an enlargement of time for Defendants to respond to Plaintiffs' preliminary injunction and class certification motions. ECF Nos. 20, 21. Currently, the responses to both the motion for preliminary injunction and the motion for class certification are scheduled for December 28, 2023. *Id*. Defendants' respectfully request that this Court extend the deadline

**DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**
No. 1:23-cv-06353-RMI

1  for Defendants' responses to Plaintiffs' preliminary injunction and class certification motions until
2  January 26, 2024. The parties further stipulate to enlarge Plaintiffs' time to reply by 7 days until February
3  9, 2024.  The hearing on the motion for preliminary judgment would take place on February 27, 2024.

Plaintiffs filed their Complaint on December 8, 2023. ECF No. 1. Plaintiffs filed their Motion for Preliminary Injunction and Motion to Certify Class on December 14, 2023, and served the U.S. Attorney's Office for the Northern District of California on December 21, 2023. ECF Nos. 20, 21. Undersigned counsel was assigned to this case and entered her appearance on December 21, 2023. ECF No. 26. Through electronic communication, the parties agreed to a 30-day extension of Defendants' deadline to file responsive pleadings to Plaintiffs' preliminary injunction and class certification motions, until January 26, 2024, and a 7-day extension of Plaintiffs' reply, until February 9, 2024.

Good cause exists to grant the relief requested herein. Plaintiffs completed service on the USAO on December 21, 2023, just days before the Christmas and New Years holiday break. Defendants' counsel will have limited resources and ability to consult with their clients to prepare a response due to preplanned leave of many agency contacts. Plaintiffs' filings include specific allegations that require additional time to investigate and prepare a response. Without an enlargement of time, Defendants will be unable to respond to Plaintiffs' motions before completing the necessary fact investigation.

This is the parties' first request for an enlargement of time to respond in this matter. This motion is made in good faith and not for the purpose of delay. Undersigned counsel believes that a response deadline of January 26, 2024, will be sufficient.  A declaration and proposed order are enclosed.

Dated: December 22, 2023              Respectfully submitted,

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General
                                      U.S. Department of Justice, Civil Division

                                      WILLIAM C. PEACHEY
                                      Director

                                      JEFFREY S. ROBINS
                                      Deputy Director

                                      SARAH L. VUONG
                                      Assistant Director

**DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**
No. 1:23-cv-06353-RMI

MICHELLE M. RAMUS
Trial Attorneys

/s/ *Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:   (202) 353-2405
Fax:   (202) 305-7000
Email:  Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*

**DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**
No. 1:23-cv-06353-RMI

# DECLARATION OF ANNA L. DICHTER

I, ANNA L. DICHTER, declare:

1. I am a Trial Attorney with the U.S. Department of Justice and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Plaintiffs filed a Motion for Preliminary Injunction and Motion to Certify Class on December 14, 2023.

3. Plaintiffs' filing consists of fact-specific allegations that require thorough investigation.

4. Plaintiffs completed service of their Motion for Preliminary Injunction and Motion to Certify Class on December 21, 2023.

5. Because the Christmas and New Years holidays begin in the next few days, and because Plaintiffs' motions require fact investigation, Defendants request additional time to respond to the motions.

6. Through electronic communication, the parties agreed to a 30-day extension of Defendants' deadline to file responsive pleadings to Plaintiffs' preliminary injunction and class certification motions, until January 26, 2024, and a 7-day extension of Plaintiffs' reply, until February 9, 2024.

7. The parties ask the Court to extend by 30 days Defendants' current response deadline of December 28, 2023, and order Defendants to respond to Plaintiffs' preliminary injunction and class certification motions by January 26, 2024, and to extend Plaintiffs' reply deadline by 7 days to February 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2023 at Alexandria, VA.

*/s/ Anna L. Dichter*

ANNA L. DICHTER

**DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**
No. 1:23-cv-06353-RMI

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna L. Dichter@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(EUREKA)**

| | |
|---|---|
| JIMENEZ, *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>                    Defendants. | No. 1:23-cv-06353-RMI<br><br>**[PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS** |

THIS CAUSE comes before the Court upon Defendants' First Motion to Enlarge Time to Respond to Plaintiffs' Preliminary Injunction and Class Certification Motions.

UPON CONSIDERATION of the motion, and for the reasons set forth therein, the Court hereby ORDERS that Defendants' responses to Plaintiffs' Motion for Preliminary Injunction and Motion to

Certify Class are due January 26, 2024, Plaintiffs' reply is due February 9, 2024, and the hearing is set for February 27, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2023.

_____
THE HONORABLE MAGISTRATE JUDGE
ROBERT M. ILLMAN

**DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**
No. 1:23-cv-06353-RMI