1   BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General
2   Civil Division
    WILLIAM C. PEACHEY
3   Director
    JEFFREY S. ROBINS
4   Deputy Director
    SARAH L. VUONG
5   Assistant Director
    MICHELLE M. RAMUS
6   ANNA L. DICHTER
7   Trial Attorneys
    Office of Immigration Litigation
8   District Court Section
    United States Department of Justice
9   P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
10  Tel.: (202) 353-2405; Fax: (202) 305-7000
11  Anna L. Dichter@usdoj.gov
12  *Counsel for Defendants*

13
                     **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                              **(EUREKA)**

15
    JIMENEZ, *et al.*,                          No. 1:23-cv-06353-RMI
16
                        Plaintiffs,
17
         v.                                     **ORDER ENLARGING DEFENDANTS' TIME
18                                              TO RESPOND TO PLAINTIFFS'
    U.S. IMMIGRATION AND CUSTOMS                PRELIMINARY INJUNCTION AND CLASS
19  ENFORCEMENT, *et al.*,                      CERTIFICATION MOTIONS**

20                      Defendants.

21

22
         THIS CAUSE comes before the Court upon Defendants' First Motion to Enlarge Time to Respond
23
    to Plaintiffs' Preliminary Injunction and Class Certification Motions.
24

25       UPON CONSIDERATION of the motion, and for the reasons set forth therein, the Court hereby

26  ORDERS that Defendants' responses to Plaintiffs' Motion for Preliminary Injunction and Motion to

27

28  **ORDER GRANTING DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO RESPOND
    TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**
    No. 1:23-cv-06353-RMI

1  Certify Class are due January 26, 2024, Plaintiffs' reply is due February 9, 2024, and the hearing is set for

2  February 27, 2024.

3      **IT IS SO ORDERED.**

4  DATED: December 26, 2023.

5

6

7      THE HONORABLE MAGISTRATE JUDGE
       ROBERT M. ILLMAN
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **ORDER GRANTING DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**
No. 1:23-cv-06353-RMI