AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Victor Jimenez and Jorge Mutzutz | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-06353 |
| U.S. Immigration and Customs Enforcement, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Defendants.

Date: 01/02/2024

*Shane A. Young*
*Attorney's signature*

Shane A. Young - DC #1620020
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation - District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

shane.a.young@usdoj.gov
*E-mail address*

(202) 532-4946
*Telephone number*

(202) 305-7000
*FAX number*