BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
ANNA L. DICHTER
SHANE A. YOUNG
ALEXA S. WHITE
MICHELLE M. RAMUS
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-4525; Fax: (202) 305-7000
Michelle.M.Ramus@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(EUREKA)**

| | |
|---|---|
| JIMENEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 1:23-cv-06353-RMI<br><br>**DEFENDANTS' SECOND MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**<br><br>**DECLARATION OF MICHELLE M. RAMUS**<br><br>**PROPOSED ORDER** |

Pursuant to Local Rule 6-3, Defendants hereby move for the second time to enlarge their time to respond to Plaintiffs' preliminary injunction and class certification motions. ECF Nos. 20–21. Currently, the responses to both the motion for preliminary injunction and the motion for class certification are scheduled for January 26, 2024, after one 30-day extension. ECF No. 30. Defendants respectfully request that this Court extend the deadline for Defendants' responses to Plaintiffs' preliminary injunction and

1

class certification motions until February 26, 2024.

In this case, Plaintiffs allege that "Defendants have failed to provide proven, effective treatment options for COVID-19 infections to medically vulnerable immigrants that they hold in detention." ECF No. 20 at 5; *see* ECF No. 1 ¶ 7. One of Plaintiffs' allegations is that U.S. Immigration and Customs Enforcement ("ICE") "does not include any of the antiviral medications approved or authorized for the treatment of COVID-19 [Paxlovid, Lagevrio, and Veklury] on their formulary." *Id*. at ¶ 41. Plaintiffs also requested in their motion for a preliminary injunction that the Court order Defendants to stock these medications at Golden State Annex ("GSA"). ECF No. 20-15, Proposed Order. On January 11, 2024, after the complaint was filed, Defendants updated the ICE Health Services Corp FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities to include both Paxlovid and Lagevrio, which are antiviral medications that can be used to treat COVID-19. ICE Health Service Corps, *FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities*, (Rev'd Jan. 11, 2024), www.ice.gov/doclib/about/offices/ihsc/pdf/medicationFormularyNonIHSC.pdf (last visited Jan. 25, 2024).

Good cause exists to grant the relief requested herein. Undersigned counsel requests additional time to work with both ICE and the contractor that overseas GSA, The GEO Group, to determine how this change affects the way in which antiviral medication is obtained and prescribed at GSA. This information could lead to the narrowing of issues before the Court or an out-of-court solution. Defendants' counsel contacted Plaintiffs' counsel via email regarding this motion at 11:49 AM PST on January 24, 2024, and at the time of filing this motion have not received a response.

This is Defendants' second request for an enlargement of time to respond in this matter. This motion is made in good faith and not for the purpose of delay. Undersigned counsel believes that a response deadline of February 26, 2024, will be sufficient.  A declaration and proposed order are enclosed.

* * *

Dated: January 25, 2024                              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

JEFFREY S. ROBINS
Deputy Director

SARAH L. VUONG
Assistant Director

ANNA L. DICHTER
SHANE A. YOUNG
ALEXA S. WHITE
Trial Attorneys

/s/ *Michelle M. Ramus*
MICHELLE M. RAMUS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:   (202) 532-4525
Fax:   (202) 305-7000
Email:  Michelle.M.Ramus@usdoj.gov

*Counsel for Defendants*

# DECLARATION OF MICHELLE M. RAMUS

I, MICHELLE M. RAMUS, declare:

1. I am a Trial Attorney with the U.S. Department of Justice and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Plaintiffs filed a Motion for Preliminary Injunction and Motion to Certify Class on December 14, 2023.

3. On January 17, 2024, Defendants informed counsel that ICE had updated the ICE Health Services Corp FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities to include both Paxlovid and Lagevrio.

4. On January 24, 2024, Defendants' counsel reached out to Plaintiffs' counsel by email at 11:49 AM PST on January 24, 2024, to ask for their position on an additional 30-day extension in order for Defendants to determine the effect of this change. At the time of filing this motion, Plaintiffs have not responded.

5. Defendants ask the Court to extend by 30 days the current deadline of January 24, 2024, and order Defendants to respond to Plaintiffs' preliminary injunction and class certification motions by February 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2024, at Washington, DC.

*/s/ Michelle M. Ramus*
MICHELLE M. RAMUS

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(EUREKA)

JIMENEZ, *et al.*,

        Plaintiffs,

  v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

        Defendants.

No. 1:23-cv-06353-RMI

**[PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS**

THIS CAUSE comes before the Court upon Defendants' Second Motion to Enlarge Time to Respond to Plaintiffs' Preliminary Injunction and Class Certification Motions.

UPON CONSIDERATION of the motion, and for the reasons set forth therein, the Court hereby ORDER that Defendants' responses to Plaintiffs' Motion for Preliminary Injunction and Motion to Certify Class are due February 26, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024.

                                                      _____
                                                      THE HONORABLE MAGISTRATE JUDGE
                                                      ROBERT M. ILLMAN