# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (EUREKA)

| | |
|---|---|
| JIMENEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 1:23-cv-06353-RMI <br><br> **ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND CLASS CERTIFICATION MOTIONS** |

THIS CAUSE comes before the Court upon Defendants' Second Motion to Enlarge Time to Respond to Plaintiffs' Preliminary Injunction and Class Certification Motions.

UPON CONSIDERATION of the motion, and for the reasons set forth therein, the Court hereby ORDER that Defendants' responses to Plaintiffs' Motion for Preliminary Injunction and Motion to Certify Class are due February 26, 2024.

**IT IS SO ORDERED.**

DATED: January 26, 2024.

*/s/ signature*

THE HONORABLE MAGISTRATE JUDGE
ROBERT M. ILLMAN