AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Victor Jimenez, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-6353-RMI |
| Moises Becerra, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendants.

Date:  02/02/2024

/s/ Sarah L. Vuong
*Attorney's signature*

Sarah L. Vuong CA Bar #258528
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Address*

sarah.l.vuong@usdoj.gov
*E-mail address*

(202) 305-1263
*Telephone number*

(202) 305-7000
*FAX number*