BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(EUREKA)**

| | |
|---|---|
| JIMENEZ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　Defendants. | No. 1:23-cv-06353-RMI<br><br>**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**<br><br>**DECLARATION OF ANNA L. DICHTER**<br><br>**~~PROPOSED~~ ORDER** |

Pursuant to Local Rule 6-2 and 7-12, the parties stipulate to a modification of the briefing schedule to allow Defendants to file a combined motion to dismiss Plaintiffs' Complaint and opposition to Plaintiffs' motion for preliminary injunction. ECF Nos. 1, 20. Currently, Defendants' response to Plaintiffs' Complaint is due on February 13, 2024, and Defendants' response to Plaintiffs' motions for preliminary injunction and class certification are due on February 26, 2024, after two extensions. ECF No.

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI

35. The parties respectfully request that this Court modify the briefing schedule to allow Defendants to file a combined motion to dismiss Plaintiffs' Complaint and preliminary injunction opposition on February 26, 2024. The parties further stipulate to a 10-page extension for Defendants combined preliminary injunction opposition and motion to dismiss. For the remaining briefing schedule, the parties propose that Plaintiffs' opposition to Defendants' motion to dismiss and reply in support of their preliminary injunction motion be due on March 11, 2024, and Defendants' reply to the motion to dismiss be due on March 18, 2024. The parties propose scheduling a hearing on the preliminary injunction and class certification motions and motion to dismiss on April 2, 2024. Defendants request that the hearing be scheduled in San Francisco. Plaintiffs do not oppose this request to change the hearing location so long as changing the location would not delay the hearing.

Plaintiffs filed their Complaint on December 8, 2023. ECF No. 1. Plaintiffs filed their Motion for Preliminary Injunction and Motion to Certify Class on December 14, 2023. ECF Nos. 20, 21. The parties stipulated to a 30-day extension of Defendants' deadline to file responsive pleadings to Plaintiffs' preliminary injunction and class certification motions, until January 26, 2024, and a 7-day extension of Plaintiffs' reply, until February 9, 2024. On January 25, 2024, Defendants filed a second motion to enlarge time to respond to Plaintiffs' preliminary injunction and class certification motions. ECF No. 34. On January 26, 2024, the Court granted Defendants' motion and ordered Defendants' responses to Plaintiffs' motions for preliminary injunction and class certification due February 26, 2024. ECF No. 34, 35. On February 1, 2024, the Court reset the motions hearing for March 19, 2024, and ordered Plaintiffs' replies due March 4, 2024. ECF No. 37.

Good cause exists to grant the parties' stipulated modification of the briefing schedule. Defendants' motion to dismiss Plaintiffs' Complaint will necessarily contain many of the same arguments applicable to Defendants' opposition to Plaintiffs' preliminary injunction. Filing a combined motion to dismiss and preliminary injunction opposition will consolidate response and hearing dates. This stipulation is made in good faith and not for the purpose of delay. A declaration and proposed order are enclosed.

Dated: February 7, 2024                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

JEFFREY S. ROBINS
Deputy Director

SARAH L. VUONG
Assistant Director

MICHELLE M. RAMUS
Trial Attorneys

/s/ *Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:   (202) 353-2405
Fax:   (202) 305-7000
Email: Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI

| | |
|---|---|
| Dated: February 7, 2024 | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| | By: */s/ Kyle Virgien* |
| Sean Riordan (SBN 255752)<br>*sriordan@aclunc.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 415 621-2493 | Linnea Cipriano (*pro hac vice*)<br>*LCipriano@goodwinlaw.com*<br>Timothy J. Beavers (*pro hac vice*)<br>*TBeavers@goodwinlaw.com*<br>Jacob Tyson (*pro hac vice*)<br>*JTyson@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York  10018<br>Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333 |
| Kyle Virgien (SBN 278747)<br>*kvirgien@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>425 California St., Suite 700<br>San Francisco, California 94104<br>Tel.: +1 202 393-4930 | |
| | Nicole Kim (SBN 324698)<br>*NicoleKim@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673 |
| Eunice Cho (*pro hac vice*)<br>*echo@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel.: +1 202 548-6616 | |
| | Oscar Barron-Guerra (SBN 345284)<br>*OBarronGuerra@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>3 Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041 |
| Eva Bitran (SBN 302081)<br>*ebitran@aclusocal.org*<br>Mayra Joachin (SBN 306065)<br>*mjoachin@aclusocal.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232 | *Attorneys for Petitioners-Plaintiffs* |

I attest that concurrence in the filing of the document has been obtained from Kyle Virgien.

*/s/ Anna L. Dichter*
ANNA L. DICHTER

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI

**DECLARATION OF ANNA L. DICHTER**

I, ANNA L. DICHTER, declare:

1. I am a Trial Attorney with the U.S. Department of Justice and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Plaintiffs filed a Complaint on December 8, 2023.

3. Plaintiffs filed a Motion for Preliminary Injunction and Motion to Certify Class on December 14, 2023.

4. On December 26, 2024, the Court granted the parties request for a 30-day extension of Defendants' deadline to file responsive pleadings to Plaintiffs' preliminary injunction and class certification motions, until January 26, 2024, and a 7-day extension of Plaintiffs' reply, until February 9, 2024.

5. On January 26, 2024, the Court granted Defendants' request to enlarge Defendants' deadline to respond to Plaintiffs' preliminary injunction and class certification motions until February 26, 2024.

6. The Court further ordered the Plaintiffs' replies to their motions for preliminary injunction and class certification due March 4, 2024, and motions hearing rescheduled for March 19, 2024.

7. The parties ask the Court to modify the briefing schedule to allow Defendants to file a combined motion to dismiss Plaintiffs' Complaint and opposition to Plaintiffs' preliminary injunction on February 26, 2024, with a 10-page extension on the combined briefing, to extend Plaintiffs' opposition to Defendants' motion to dismiss and reply in support of the preliminary injunction motion to March 11, 2024, and to order Defendants' reply to the motion to dismiss due March 18, 2024. Defendants ask the Court to schedule the hearing on Plaintiffs' preliminary injunction and class certification motions and Defendants motion to dismiss for April 2, 2024 in San Francisco. Plaintiffs do not oppose this request to change the hearing location so long as changing the location would not delay the hearing.

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2024 at Alexandria, VA.

*/s/ Anna L. Dichter*
ANNA L. DICHTER

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(EUREKA)**

| | |
|---|---|
| JIMENEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 1:23-cv-06353-RMI<br><br>**[PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the parties' briefing schedule is modified as follows:

Defendants' combined motion to dismiss Plaintiffs' Complaint and opposition to Plaintiffs' motion for preliminary injunction is due February 26, 2024. Defendants will have a 10-page extension on their combined briefing.

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI

Defendants' opposition to Plaintiffs' motion for class certification remains due February 26, 2024.

Plaintiffs' opposition to Defendants' motion to dismiss and reply in support of the preliminary injunction motion is due March 11, 2024.

Defendants' reply to the motion to dismiss is due March 18, 2024.

The hearing on Plaintiffs' preliminary injunction and class certification motions and Defendants motion to dismiss Plaintiffs' Complaint is scheduled for April 2, 2024, ~~in San Francisco~~ via Zoom webinar using the Zoom link found on Judge Illman's webpage and in the text instructions in this Order's ECF entry.

**IT IS SO ORDERED.**

DATED: <u>February 8</u>, 2024.

_____
THE HONORABLE MAGISTRATE JUDGE
ROBERT M. ILLMAN

**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE**
No. 1:23-cv-06353-RMI