1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director
   JEFFREY S. ROBINS
4  Deputy Director
   SARAH L. VUONG
5  Assistant Director
   SHANE YOUNG
6  ALEXA WHITE
   MICHELLE M. RAMUS
7  ANNA L. DICHTER
   Trial Attorneys
8  Office of Immigration Litigation
   District Court Section
9  United States Department of Justice
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044
   Tel.: (202) 353-2405; Fax: (202) 305-7000
11 Anna.L.Dichter@usdoj.gov
   *Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ, *et al.*, | No. 1:23-cv-06353-RMI |
| Plaintiffs, | |
| v. | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DEFENDANTS' COMBINED MOTION TO DISMISS COMPLAINT AND OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; AND DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Defendants' Administrative Motion
To File Under Seal
1:23-cv-06353-RMI

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants U.S. Immigration and Customs Enforcement, Patrick Lechleitner, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; and Moises Becerra, Director of San Francisco Field Office, Enforcement and Removal Operations, ("Defendants") respectfully move this Court for an order granting leave to file under seal the following documents:

1. Unredacted portions of confidential medical information discussed in Defendants' Combined Motion to Dismiss Complaint and Opposition to Plaintiffs' Motion for a Preliminary Injunction;
2. Unredacted portions of confidential medical information discussed in Defendants' Opposition to Plaintiffs' Motion for Class Certification;
3. Exhibit D, Declaration of Dr. Olufemi Owolabi ("Owolabi Declaration"); and
4. Exhibit E, Medical Records of Plaintiff Victor Jimenez.

Pursuant to L.R. 79-5(c) this administrative motion includes the Declaration of Anna L. Dichter and a narrowly tailored proposed order.

### I.     LEGAL STANDARD

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Ins. Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). However, "access to judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Discovery records filed with a non-dispositive motion may be sealed for "good cause," whereas records filed with a dispositive motion may be sealed for "compelling reasons." *Id*. at 1180–81. "'Compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes." *Id*. at 1179 (citation and quotations marks omitted). Courts in this circuit have routinely held that protecting private medical information under the Health Insurance Portability and Accountability Act ("HIPAA") is a compelling reason for sealing medical records. *See, e.g.*, *Pratt v. Gamboa*, No. 17-CV-04375-LHK, 2020 WL 8992141, at *2 (N.D. Cal. May 22, 2020) (citing cases).

## II. DISCUSSION

Compelling reasons exist to justify sealing certain records in connection with Defendants' briefing. Plaintiff Victor Jimenez and Declarant Mikhael Moiseev's allegations necessarily place their medical information at issue in this case. As Plaintiffs noted in their Administrative Motion to Seal, ECF No. 19, "[their] medical records contain highly personal medical information that meets the 'compelling reason' test." ECF No. 19 at 2. Defendants cannot fully respond to Plaintiffs' claims without relying on confidential medical information which includes medical health histories, diagnoses, and treatments. Public disclosure of such information could injure Plaintiff Jimenez and Declarant Moiseev. *See Dunsmore v. San Diego Cnty. Sheriff's Dep't*, No. 20-CV-00406-AJB-DDL, 2023 WL 3971042, at *2 (S.D. Cal. June 12, 2023) (noting potential embarrassment and injury to Plaintiff as a compelling reason in favor of sealing). Moreover, because "medical records are deemed confidential under [HIPAA]," the need to protect private medical information outweighs the public interest in disclosure and justifies sealing. *San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, No. C 10-02258 SBA, 2011 WL 89931, at *1 n.1 (N.D. Cal. Jan. 10, 2011).

Defendants' request is narrowly tailored in recognition of the general rule favoring public disclosure of judicial filings. Further, redaction alone is not feasible to protect against disclosure because Exhibit D discusses confidential medical information and Exhibit E contains over 100 pages of Plaintiff Jimenez's medical records. *See cf. Foltz*, 331 F.3d at 1137 (questioning litigant's failure to redact small portion of confidential information). Likewise, heavy redaction of these documents will make it difficult for the Court to understand their contents. As such, Defendants' administrative motion to file under seal is narrowly tailored and only seeks to seal Plaintiff Jimenez's medical records, the Owolabi Declaration, and portions of Defendants' briefing that discuss confidential medical information not already made public by Plaintiffs. *Pratt*, 2020 WL 8992141, at *2.

Defendants' request is justified under the "compelling reasons" test and narrowly tailored, therefore, the Court should grant Defendants' administrative motion to file under seal.

Defendants' Administrative Motion
To File Under Seal                              2
1:23-cv-06353-RMI

| | |
|---|---|
| Dated: February 25, 2024 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>U.S. Department of Justice, Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | JEFFREY S. ROBINS<br>Deputy Director |
| | SARAH L. VUONG<br>Assistant Director |
| | MICHELLE M. RAMUS<br>SHANE A. YOUNG<br>ALEXA S. WHITE<br>Trial Attorneys |
| | /s/ *Anna L. Dichter*<br>ANNA L. DICHTER<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation – DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel:   (202) 353-2405<br>Fax:   (202) 305-7000<br>Email:  Anna.L.Dichter@usdoj.gov |
| | *Counsel for Defendants* |