1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director
   JEFFREY S. ROBINS
4  Deputy Director
   SARAH L. VUONG
5  Assistant Director
   SHANE YOUNG
6  ALEXA WHITE
   MICHELLE M. RAMUS
7  ANNA L. DICHTER
   Trial Attorneys
8  Office of Immigration Litigation
   District Court Section
9  United States Department of Justice
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044
   Tel.: (202) 353-2405; Fax: (202) 305-7000
11 Anna.L.Dichter@usdoj.gov
   *Counsel for Defendants*

12
                    **UNITED STATES DISTRICT COURT**
13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                            **EUREKA DIVISION**
14

15 | VICTOR JIMENEZ, *et al.*, | No. 1:23-cv-06353-RMI |
16 | Plaintiffs, | |
17 | v. | **DECLARATION OF ANNA L. DICHTER IN SUPPORT OF DEFENDANTS'** |
18 | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
19 | | |
20 | Defendants. | |

21

22 I, ANNA L. DICHTER, declare:

23   1. I am a Trial Attorney with the U.S. Department of Justice and am assigned to handle the instant

24      case and reviewed the materials sought to be sealed. As such, I have personal knowledge of the

25      following facts and, if called as a witness, I could and would testify competently thereto. I

26      submit this declaration in support of Defendants' Administrative Motion to File Under Seal.

27
                                        1
28 Decl. of Anna L. Ditcher ISO
   Defendants' Admin Mot. to Seal
   1:23-cv-06353-RMI

2. Defendants seek to seal portions of Defendants' Combined Motion to Dismiss Complaint and Opposition to Plaintiffs' Motion for a Preliminary Injunction and portions of Defendants' Opposition to Plaintiffs' Motion for Class Certification that discuss Plaintiff Jimenez and Declarant's Moiseev's confidential medical information, which includes their medical histories, diagnoses, and treatments, to the extent that such information has not already been filed publicly in this case.

3. Defendants also seek to seal Exhibit D, Declaration of Dr. Olufemi Owolabi and Exhibit E, Medical Records of Plaintiff Jimenez. Exhibit D discusses the confidential medical information of Plaintiff Jimenez and Declarant Moiseev. Exhibit E contains Plaintiff Jimenez's confidential medical records. This sensitive information is not known to the public, and disclosure of such confidential information could result in harm to Plaintiff Jimenez and Declarant Moiseev.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2024 at Alexandria, VA.

*/s/ Anna L. Dichter*
ANNA L. DICHTER