UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, *et al.*, | |
| Plaintiffs, | Case No.: 1:23-cv-06353-RMI |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | DECLARATION OF ADA RIVERA, M.D. |
| Defendants. | |

I, Ada Rivera, M.D., hereby make the following declaration with respect to the above-captioned matter:

1.      I am employed by the U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), ICE Health Services Corps ("IHSC") as a Deputy Assistant Director Clinical Services / Medical Director.  I have held this position since July 2017. IHSC provides direct medical, dental, and mental health patient care to approximately 13,500 detainees housed at 20 IHSC-staffed facilities throughout the nation.

2.      Among my general responsibilities, I oversee and monitor all clinical services at IHSC-staffed facilities that house ICE detainees.

3.      This declaration is based on my personal and professional knowledge and information obtained from various records and systems, maintained by DHS in the regular course of business.  I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above-captioned matter.

1

4.    IHSC is comprised of a multidisciplinary workforce that consists of U.S. Public Health Service Commissioned Corps officers, federal civil servants, and contract health professionals.

5.    While IHSC does not provide medical care directly to ICE detainees at non-IHSC staffed detention facilities, IHSC does provide general oversight and manages the compliance of these facilities' medical services while adhering to national detention standards as required by the respective contracts with ICE.

6.    Medical care at ICE detention facilities is generally governed by the 2011 Performance-Based National Detention Standards ("PBNDS") concerning medical care. *See* 2011 Performance-Based National Detention Standards, Standard 4.3.[1]

7.    The Golden State Annex Detention Facility ("Golden State"), located in McFarland, California, is a non-IHSC staffed detention facility.  Golden State is owned and managed by an independent contractor, the GEO Group, Inc. ("GEO").  GEO provides 24-hour supervision, transportation, and medical services for ICE detainees at Golden State.

8.    Since the onset of reports of the Coronavirus Disease 2019 ("COVID-19"), ICE epidemiologists have been tracking its outbreak, regularly updating infection prevention and control protocols, and issuing guidance to field staff on screening and management of potential exposure among detainees.

9.    ICE ERO's current guidance regarding COVID-19 is contained in its *Post Pandemic Emergency COVID-19 Guidelines and Protocols* Version 2.0 ("PPECGP"), last updated July 13, 2023). [2]  *See* Attachment A.  The PPECGP builds upon previously issued guidance and

---

[1] *See* https://www.ice.gov/detain/detention-management/2011.
[2] *See* https://www.ice.gov/doclib/coronavirus/eroCOVID19PostPandemicEmergencyGuidelinesProtocol_07132023.pdf.

2

sets forth specific mandatory requirements that are to be adopted by all detention facilities housing ICE detainees, as well as best practices for such facilities, to ensure that ICE detainees are appropriately housed and available mitigation measures are implemented.  The PPECGP recommends that each ICE detainee newly diagnosed with COVID-19 be assessed for possible treatment with COVID-19 antivirals.  The PPECGP was developed in consultation with the Centers for Disease Control and Prevention ("CDC").

10.     Within its many requirements, guidance, and recommended best practices, the PPECGP provides that ICE detention facilities must ensure that ICE detainees receive medical evaluation and treatment at the first signs of COVID-19 symptoms.  An innate part of this required medical evaluation and treatment is conducting COVID-19 tests on ICE detainees showing or reporting one or more COVID-19 symptoms, which is in line with both CDC and ICE guidance.

11.     The most recent version of the PPECGP was forwarded to GEO and the Warden at Golden State Annex for their awareness on July 13, 2023.  *See* Attachment B.

12.     Golden State follows the guidance and protocols set forth in the 2011 PBNDS and PPEGP.

13.     IHSC's current guidance regarding COVID-19 is reflected in IHSC's *Operations Memorandum 21-001 – Coronavirus (COVID-19) Vaccination Guidelines and Protocol* (last revised May 1, 2023) and IHSC's *COVID-19 Treatment Clinical Guidance* (last revised May 2, 2023).  IHSC's aforementioned documents may be utilized by non-IHSC staffed detention facilities for guidance and reference.  IHSC's COVID-19 Treatment Clinical Guidance provides information on the use of antiviral medications, including Paxlovid and Molnupiravir (Lagevrio).

14.     The aforementioned IHSC guidance documents regarding COVID-19 were sent to all ICE detention facilities, GEO, and the Warden at Golden State Annex on May 12, 2023.  *See* Attachment C.

15.     As early as February 2022, IHSC guidance included recommendation for COVID-19 antiviral use.  *See* Attachment D.

16.     IHSC operates a formulary list consisting of approved medications that applies to pharmaceuticals prescribed and dispensed at non-IHSC staffed detention facilities.[3]  The non-IHSC formulary list is updated at least once a year.

17.     The formulary list is not intended to be all-inclusive and lists only the most prescribed drugs.  The absence of a drug name on the formulary list does not necessarily denote that the drug is not authorized or that its use is restricted.

18.     Regardless of Paxlovid and Molnupiravir (Lagevrio)'s absence from IHSC's formulary list in the FY 2022 and 2023 versions, non-IHSC staffed detention facilities have been authorized to prescribe and use COVID-19 antivirals as if they were on the formulary list without requiring prior ICE review and approval.

19.     Golden State receives its pharmaceutical services from the mail order correctional pharmacy, CorrectRx Pharmacy Services.  ICE and CorrectRx Pharmacy Services entered into a Memorandum of Agreement in June 2022 authorizing nationwide use and availability of COVID-19 antivirals, Paxlovid and Molnupiravir (Lagevrio), at no cost to ICE detainees.  *See* Attachment E.

20.     As of January 11, 2024, IHSC's FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities lists COVID-19 antivirals, Paxlovid and Lagevrio.  *See* Attachment F.

---

[3] *See* https://www.ice.gov/doclib/about/offices/ihsc/pdf/medicationFormularyNonIHSC.pdf.

21.     Golden State has a total capacity of 700 general population beds for ICE detainees. As of February 5, 2024, Golden State housed 251 ICE detainees.

22.     As of February 6, 2024, Golden State has had a total of one (1) COVID-19-positive ICE detainee since the new year began.  Over the past seven months, the number of ICE detainees at Golden State who tested positive for COVID-19 was as follows:

a.   July 2023 – None

b.   August 2023 – 20

c.   September 2023 – 2

d.   October 2023 – None

e.   November 2023 – None

f.   December 2023 – None

g.   January 2024 – 1

23.     Each of these detainees recovered fully and was released back to general population.  None required hospitalization.

24.     In line with PPEGP operating status guidelines, Golden State has been operating on Green status since September 8, 2023.  A Green status indicates that there are fewer than two hospitalizations or deaths caused primarily by COVID-19, the medical isolation rate is less than 2% of the general population, and the CDC hospital risk status is low.

25.     There have been no reported hospitalizations or deaths of ICE detainees at Golden State resulting from a COVID-19 infection.

26.     At no point in time has IHSC ever rejected a request for COVID-19 antiviral prescription and use on an ICE detainee held at Golden State.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of February, 2024.

_____
**Ada Rivera, M.D.**
Deputy Assistant Director Clinical Services
IHSC Medical Director

# ATTACHMENT A



WWW.ICE.GOV



# ERO

## U.S. Immigration and Customs Enforcement Enforcement and Removal Operations

Post Pandemic Emergency COVID-19 Guidelines and Protocols Version 2.0



2

# Table of Contents

SUMMARY OF CHANGES ................................................................................................. 4

PURPOSE AND SCOPE ................................................................................................. 5

INTRODUCTION ................................................................................................. 5

OBJECTIVES ................................................................................................. 6

COMPLIANCE MEASURES ................................................................................................. 7

CONCEPT OF OPERATIONS ................................................................................................. 7

ALL FACILITIES HOUSING ICE DETAINEES ................................................................ 8

OPERATIONAL STATUS CONDITIONS FOR FACILITIES ...................................................... 10

ADDITIONAL FACTORS AND DEFINITIONS ........................................................................ 12

**SUMMARY OF CHANGES**

| Explanation of Change | Section | Page |
|---|---|---|
| • Removed "isolation units" from consideration on the Facility Decision Tree.  Isolations now counted in total under medical isolation rate. | All Facilities Housing ICE Detainees | 8-9 |
| • Clarified Medical Isolation Rate to include all detainees under isolation regardless of facility location. | All Facilities Housing ICE Detainees | 8-9 |
| • Facilities subject to COVID-19 related court orders or settlement agreements must comply with the ERO COVID-19 Guidelines and Protocols and adhere to applicable orders or settlement agreements even where they impose more stringent requirements. | Purpose and Scope | 5 |
| • Consistent with CDC guidance, the facility status algorithm has changed and no longer includes community COVID risk as a factor. Facility Status will instead be based on community hospital risk. | All Facilities Housing ICE Detainees | 8-9 |
| • ICE no longer requires intake testing in GREEN facilities. Detainees will be tested when testing is recommended based on clinical and CDC guidelines. | Operational Status Conditions for Facilities | 10 |
| • ICE facilities will now utilize a two-tiered system for facility operation status (GREEN/RED). | Operational Status Conditions for Facilities | 10-12 |

## PURPOSE AND SCOPE

The U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Coronavirus Disease 2019 (COVID-19) Guidelines and Protocols sets forth expectations and assists ICE detention facility operators in sustaining detention operations while mitigating risk to the safety and wellbeing of detainees, staff, contractors, visitors, and stakeholders due to COVID-19. These Guidelines and Protocols build upon previously issued guidance, primarily the Pandemic Response Requirements (PRR), and set forth specific requirements to be adopted by all detention facilities, as well as recommended best practices, to ensure that detainees are appropriately housed and that available mitigation measures are implemented. For facilities subject to court orders or settlement agreements regarding COVID-19, this Guidelines and Protocols document will constitute the PRR, and such facilities must continue to adhere to those orders or settlement agreements even where they impose more stringent requirements. This Guidelines and Protocols document has been developed in consultation with the Centers for Disease Control and Prevention (CDC) and is a dynamic document that will be updated as additional/revised information and best practices become available.

## INTRODUCTION

As the CDC has explained:

- COVID-19 is a communicable disease caused by a novel (new) coronavirus, SARS-CoV-2, and was first identified as the cause of an outbreak of respiratory illness that began in Wuhan Hubei Province, People's Republic of China (China). COVID-19 spreads when an infected person breathes out droplets and very small particles that contain the virus. COVID-19 can be transmitted via both droplet and airborne transmission. These droplets and particles can be breathed in by other people, or land on their eyes, noses, or mouth. In some circumstances, they may contaminate surfaces they touch.

COVID-19 is spread in three main ways:

- Breathing in air when close to an infected person who is exhaling small droplets and particles that contain the virus.
- Having these small droplets and particles containing the virus land on the eyes, nose, or mouth, especially through splashes and sprays such as a cough or sneeze.
- Touching eyes, nose, or mouth with hands that have the virus on them.

Symptoms may include fever, cough, and shortness of breath; they typically appear two to fourteen days after exposure. Manifestations of severe disease include severe pneumonia, acute respiratory distress syndrome (ARDS), septic shock, and multi-organ failure. Additionally, other symptoms may include fatigue, headache, chills, muscle pain, sore throat, new loss of taste or smell, nausea or vomiting, and diarrhea.[1]

---

[1] *See, e.g.*, Centers of Disease Control and Prevention, Symptoms of Coronavirus, https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html (last visited May 9, 2022).

Multiple variants of COVID-19 have been identified. They vary in both morbidity and mortality. COVID-19 vaccination reduces the chance of severe disease, need for hospitalization, and death. However, studies have shown that vaccinated individuals can become infected and still transmit the virus. [2]

Given the seriousness and pervasiveness of COVID-19, ICE is taking necessary measures to protect detainees, staff, contractors, visitors, and stakeholders. ICE provided guidance on the measures required for facilities housing ICE detainees across the full spectrum of detention facilities to mitigate the spread of COVID-19. The ICE detention standards applicable to all facilities housing ICE detainees have long required that each such facility have written plans that address the management of infectious and communicable diseases, including, but not limited to, testing, isolation, prevention, treatment, and education. Those requirements include reporting and collaboration with local or state health departments in accordance with state and local laws and recommendations. [3]

On April 10, 2023, President Joseph Biden signed into law an act ending the national COVID-19 emergency.[4] On May 11, the public health emergency related to COVID-19 ended. This new version of the COVID-19 guidance focuses on transitioning back to a normal footing regarding the control and treatment of COVID-19 while adhering to continuing CDC guidance.

The Performance-Based National Detention Standards (PBNDS) 2008 and 2011 both require facilities to "comply with current and future plans implemented by federal, state or local authorities addressing specific public health issues including communicable disease reporting requirements[,]" with PBNDS 2011 specifically requiring compliance with CDC guidelines for the prevention and control of infectious diseases. [5] The 2019 National Detention Standards (NDS) similarly require "collaboration with local or state health departments in accordance with state and local laws and recommendations." [6] The measures outlined in this guidance allow ICE personnel and detention providers to properly discharge their obligations under those standards in light of the challenges posed by COVID-19.

**OBJECTIVES**

The ERO COVID-19 Guidelines and Protocols document has been designed to establish requirements, as well as best practices, for all detention facilities housing ICE detainees to follow for the management of COVID-19. Consistent with ICE detention standards, all facilities housing ICE detainees are required to have a COVID-19 mitigation plan that meets the following three objectives:

---

[2] *See* Centers for Disease Control and Prevention, Vaccines for COVID-19, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html (last visited May 3, 2023).
[3] *See, e.g.*, ICE National Detention Standards 2019 (NDS), Standard 4.3, Medical Care, II.D.2, p. 114, https://www.ice.gov/doclib/detention-standards/2019/4_3.pdf; 2011 ICE Performance-Based National Detention Standards (PBNDS), Revised 2016, Standard 4.3, V.C.1 (p. 261), https://www.ice.gov/doclib/detention-standards/2011/4-3.pdf; 2008 ICE PBNDS, Standard 4-22, Medical Care, V.C.1 (pp. 5-6), https://www.ice.gov/doclib/dro/detention-standards/pdf/medical_care.pdf.
[4] *See* Pub. L. No. 118-3 (Apr. 10, 2023). https://www.congress.gov/bill/118th-congress/house-joint-resolution/7/text.
[5] Performance-Based National Detention Standards (PBNDS) 2008, Medical Care, V. C., Communicable Disease and Infection Control p. 5-8; Performance-Based National Detention Standards (PBNDS) 2011, rev. 2016, Medical Care, 4.3, V. C., Communicable Disease and Infection Control, p. 261-264.
[6] The 2019 NDS, Medical Care 4.3, II.D.2, Infectious and Communicable Diseases, p.114.

- To protect employees, contractors, detainees, visitors, and stakeholders from exposure to the virus.
- To maintain essential functions and services at the facility while managing COVID-19.
- To establish the means to test, vaccinate, monitor, cohort,[7] quarantine, and isolate the sick from the well.

Since the end of the COVID-19 national and public health emergencies, the ERO COVID-19 Guidelines and Protocols document will also serve as a transition document to facilitate the shift from pandemic operations to normal operations. For facilities subject to court orders or settlement agreements regarding COVID-19, this Guidelines and Protocols document will constitute the PRR, and such facilities must continue to adhere to those orders or settlement agreements even where they impose more stringent requirements.

**COMPLIANCE MEASURES**

To ensure that detention facilities comply with the detention requirements set forth in the ERO COVID-19 Guidelines and Protocols document, ICE federal compliance personnel will conduct periodic onsite inspections at over 72-hour ICE detention facilities. Upon identification of a deficiency, ICE will provide written notice to the facility and allow seven business days for submission of a corrective action plan to ICE for approval.

**CONCEPT OF OPERATIONS**

The ERO COVID-19 Guidelines and Protocols document is intended for use across ICE's entire detention network, applying to all facilities housing ICE detainees, including ICE-owned Service Processing Centers, facilities operated by private vendors and facilities operated by local government agencies that have mixed populations of which ICE detainees comprise only a small fraction.

ERO will issue and post these guidelines on ICE.gov and issue this document and related IHSC guidance through a broadcast message to ERO employees.

This guidance sets forth best practices for all facilities and will be distributed by ERO leadership directly to the ICE Health Service Corps (IHSC) staff and to facilities not staffed by IHSC through Field Medical Coordinators (FMCs).

Facilities that are subject to existing court orders or settlement agreements regarding COVID-19 mitigation measures and/or custody determinations must continue to adhere to those orders or settlement agreements.

---

[7] A cohort is a group of persons with a similar condition grouped or housed together for observation over a period of time. Isolation and quarantine are public health practices used to protect the public from exposure to individuals who have or may have a contagious disease. Cohorting, quarantining, and holding in medical isolation is not punitive in nature and must be operationally distinct from administrative or disciplinary segregation, insofar as cells and units for those forms of segregation may be used, but detainees are provided access to TV, reading materials, recreation, and telephones to the fullest extent possible. For purposes of this document, and as defined by the CDC, quarantine is the separation of a person or group of people reasonably believed to have been exposed to a communicable disease but not yet symptomatic, from others who have not been exposed, to prevent the possible spread of the communicable disease. For purposes of this document, and as defined by the CDC, isolation is the separation of a person or group of people known or reasonably believed to be infected with a communicable disease and potentially infectious from others to prevent the spread of the communicable disease.

**ALL FACILITIES HOUSING ICE DETAINEES**

All detention facilities housing ICE detainees must comply with the following:

**Facility Operational Status Determination and COVID-19 Operations**

- Based on CDC's Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities released on November 29, 2022, each ICE facility will, on a weekly basis, determine its COVID operational status.
- Facility status and interventions for COVID-19 management will be based on this determination in accordance with CDC guidance.
- The HSA (or equivalent at non-IHSC staffed facilities) will report the findings to the local facility medical leadership, and they will determine the operational status for the facility each week.
- The local medical leadership will report this status each week to facility leadership and to the relevant ERO Field Office Director.
- Facilities will use four measures that, in combination, will assign a specific response level to each facility. The measures are not cumulative and will be determined each week based on the following:
  - CDC COVID-19 Hospital Admission levels:
    - Determined by the hospital admissions data for COVID-19 by county as published by CDC.
  - Medical isolation rate:
    - Calculated by adding the number of detainees isolated for COVID-19 anywhere in the facility to the number of detainees hospitalized for COVID-19, and then divided by the total number of detainees in the facility at the time of measurement.
  - Hospitalization or death since the previous measurement period caused primarily by COVID-19. Hospitalizations or deaths of detainees not caused primarily by COVID-19 are not applicable. For example, a detainee hospitalized due to a fall who tests positive does not count for this determination.
- Once these values are determined, the facility will follow the decision matrix below to determine the facility status for the week: GREEN or RED.
- Facilities will maintain a weekly record of their status.
- Facility leadership can change the operational status at any time based on the changing public health environment without waiting for the weekly determination.



Immigration & Customs Enforcement COVID-19 Response
Facility Status Decision Tree

ERO Post Pandemic Emergency COVID-19 Guidelines and Protocols, July 13, 2023

**OPERATIONAL STATUS CONDITIONS FOR FACILITIES**

<u>GREEN</u>

- Staff who report symptoms of COVID-19 should not report to work until cleared by their health care provider.
- Continue to provide and encourage up to date COVID-19 vaccination for staff members and detainees (including additional doses for people who are immunocompromised and others who are eligible for them, and boosters).
- Maintain standard infection control: Maintain optimized ventilation, handwashing, and cleaning and disinfection for standard prevention of infectious diseases, including COVID-19. Ensure that recommended personal protective equipment (PPE) is available for staff and detainees.
- As a strategy for everyday operations, facilities should ensure that ventilation systems operate properly and provide acceptable indoor air quality for the current occupancy level for each space. Improvements and repairs should be made, as necessary.
- All detainees are screened for COVID-19 symptoms as described below (see SCREENING FOR COVID-19).
- Detainees are tested at intake if they display symptoms consistent with COVID-19 infection. (*See* SCREENING FOR COVID-19 below). Detainees who test negative for COVID-19 at intake:
  - Are provided a mask to wear for 10 days post-symptom onset.
  - Can be processed into general population assuming no further medical issues are present.
- Detainees who test positive:
  - Isolate for 10 days post-symptom development or 10 days post-test date (whichever is shorter).
  - Provide mask to wear for 10-day post-symptom onset.
  - Can be retested no sooner than day five of isolation.
    - If retest is positive, completes isolation period.
    - If retest is negative, release on day 7 isolation (48 hours after retest); continue mask wear for full isolation period.

- Determine through contact tracing if detainees who have COVID-19 symptoms and tested positive have close contacts (a close contact is defined as someone who was less than 6 feet away from an infected person for a total of 15 minutes or more over a 24-hour period).
- Once close contacts are identified, test them for COVID-19.
  - Educate the detainee on symptoms of COVID-19 infection and instruct detainees to report if they have any symptoms to medical staff at sick call or to the custody officer (who will notify medical staff).
  - If negative, provide a mask to wear for 10 days post-exposure.
  - If positive:
    - Provide a mask to wear for 10 days post-exposure.
    - Isolate for 10 days post-exposure.
    - Can be retested no sooner than day five of isolation.
      - If retest is positive, completes isolation period.
      - If retest is negative, release on day 7 isolation (48 hours after retest); continue mask wear for full isolation period.
- If symptoms develop in a detainee during isolation:

- o Reset isolation clock to 10 days post-symptom onset.
- o Retest detainee immediately. Use CDC Antigen testing algorithm.
- A detainee who was severely ill with COVID-19 or who has a severely weakened immune system (immunocompromised) due to a health condition or medication may require a longer period of isolation (up to 20 days) and may require consultation with infectious disease specialists and testing to determine when the detainee can be released from isolation.
- COVID-19 positive detainees determined to be at increased-risk of complications from COVID-19 or more severely affected symptomatic detainees may require a higher level of monitoring or care and should be housed in the medical housing unit or infirmary area of the facility or, if unavailable, hospitalized as detailed below.
- Detainees who require a higher level of care than can be safely provided at the detention facility must be referred to community medical resources when needed. Facility staff will defer medical care management decisions to the off-site medical provider caring for the detainee.
- Communicate regularly with isolated detainees regarding their isolation period.
- Operational status does not change treatments for COVID-19. Treatments for COVID-19 are unchanged from previous guidance. Facilities should maintain the ability to treat eligible people onsite or ensure timely access to care offsite.
- Maintain PPE, vaccinations, and hygiene requirements for staff.
- Prepare for increased measures under RED status. Communicate with facility leadership and develop contingency plans for rapidly increasing intake isolation space.
- Prepare for outbreaks (maintain communication with staff members and detainees about what to expect if an outbreak occurs, and with external partners, including public health and other local correctional and detention facilities).
- Requirements for removals remain unchanged as determined by receiving country.
- Routine masking is not required when facility status is GREEN for detainees, facility staff, visitors, or other persons in the facility.
- Medical personnel must continue wearing PPE appropriate for patient care and treatment as advised by IHSC and CDC.
- Masks should be made available to detainees and staff so that they can utilize them based on personal preference.
- Visitation: There are no restrictions on visitation in green status.

RED

- All actions under conditions GREEN and:
  - o Test all detainees for COVID-19 upon intake. Manage positive and symptomatic detainees as described in the relevant sections below.
  - o Test all detainees upon transfer or release. If required by state or local authorities, notify state or local health departments upon release of a positive detainee before isolation period is completed.
  - o Require all detainees, staff, visitors, and any other persons in the facility to wear a well-fitting mask while indoors.
  - o Do not transfer detainees exhibiting symptoms of COVID-19.
  - o Temporarily suspend group activities where detainees will be in closer contact than they are in their housing environment (while considering impact on mental health and access to

  services).

 o Minimize movement and mixing across housing units: While facility is at RED, reduce contact between different areas of the facility, and between the facility and the community, to prevent transmission. Examples include:

  ■ Restricting contact between housing units, including maintaining consistent staff assignments.

  ■ Postponing non-essential community visits.

  ■ Restricting movement between facilities.

 o Visitation:

  ■ The facility must provide a facial covering to any visitor who arrives at the facility without one.

  ■ The facility has (filled) hand sanitizer dispensers located within view and easy access throughout the visitation areas.

  ■ Virtual visitation should be used as an additional method of visitation, not in place of in-person visitation.

  ■ In some circumstances, to ensure the greatest number of detainees have access to visitation, the facility may need to limit the number of visits per detainee, while also providing virtual visitation if available.

  ■ If a facility limits in-person visitation, the facility will notify the local ICE field office director explaining why the limitation is necessary as a protective measure and the expected timeframe when full in-person visitation will be restored.

  ■ The facility has a process in place that allows for social distancing of six or more feet between visitors and detainees, unless separated by a glass or plexiglass partition.

## ADDITIONAL FACTORS AND DEFINITIONS

### Up-to-date Vaccination

A noncitizen who is up to date on their COVID-19 vaccines is defined by the CDC as an individual who has received a COVID-19 bivalent vaccine and all boosters recommended when eligible. Vaccine recommendations are different depending on age, the vaccine first received, and time since last dose. Also, the vaccine received has been approved by the CDC/FDA. Furthermore, ICE may recognize other World Health Organization (WHO) - approved vaccines, which must be evaluated on a case-by-case basis based on WHO and/or CDC guidance. To be considered up-to-date, ICE requires that noncitizens must have written documentation of their vaccination (medical record or COVID-19 vaccination card). This also allows for appropriate medical review and the offering of additional vaccines.

### Testing for COVID-19

- Detainees who test positive will be isolated as described in this document until medically cleared in accordance with CDC guidelines; a detainee who is still considered to be infectious may be released from custody.
- Detainees who test positive within three months of their original positive COVID-19 test and

cleared isolation precautions do not need to be isolated due to recurrent or persistent results unless they develop new symptoms or a worsening of existing symptoms.

- Tests for COVID-19 fall under three broad categories: PCR based ("molecular," "RT-PCR based," "NAAT"), Antigen ("rapid"), and Antibody ("serology").
- All tests that rely on the amplification of COVID-19 genetic material are RT-PCR based. RT-PCR stands for "reverse transcriptase polymerase chain reaction"; it is a type of PCR test conducted on viruses that have RNA instead of DNA. A "PCR" test for COVID-19 MUST be RT-PCR. Direct PCR on COVID-19 is not possible.
- RT-PCR based tests (also referred to broadly as "molecular" tests) are considered the "gold standard" of testing.
- Antigen-based tests detect viral antigen, do not use PCR, and are generally faster, yielding results in minutes vs hours-days. Abbott BINAXNOW® is an example of an antigen-based test.
- Antigen-based tests are considered less accurate than RT-PCR based tests; however, the CDC does allow for their use in screening (see below).
- Antibody tests measure antibodies produced against COVID-19 in the bloodstream; due to a lack of research, presently antibody-based tests are not recommended for use for screening and are not utilized in a correctional setting.
  For COVID-19 testing any Emergency Use Authorization (EUA) approved or licensed antigen-based tests can be used initially in the place of RT-PCR based tests. However, under certain circumstances, the CDC recommends the results of the antigen test be confirmed by a RT-PCR based test.

## Screening for COVID-19

- Detainees will be screened upon intake at all ICE facilities for COVID-19 including.
- Temperature screening for a fever is considered 100.4 degrees Fahrenheit or higher.
- Verbal screening for symptoms of COVID-19 and close contact with COVID-19 cases must include the following questions based on the CDC's Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities:
- *Today or in the past 24 hours, have you had any of the following symptoms:*
  - Fever, felt feverish, or had chills?
  - Cough?
  - Shortness of breath or difficulty breathing?
  - Fatigue?
  - Muscle or body ache?
  - Headache?
  - Sore throat?
  - New loss of taste or smell?
  - Congestion or runny nose?
  - Nausea, vomiting or diarrhea?
- A detainee with a fever or positive COVID-19 symptom screening will be referred to a medical provider for further evaluation for COVID-19 infection. Appropriate PPE and isolation procedures must be utilized, as necessary.

## **Medical Isolation Considerations**

- Ensure that medical isolation for COVID-19 is distinct from administrative or disciplinary segregation.
- Due to limited housing units within many correctional facilities, individuals may be medically isolated in spaces used for administrative or disciplinary segregation; however, medical isolation shall be operationally distinct from administrative or disciplinary segregation to provide access to programs and services to the fullest extent possible as clinically permitted. For example:
  - o Ensure that individuals under medical isolation receive regular visits from medical staff and have access to mental health services.
  - o Make efforts to provide access to radio, television, reading materials, personal property, telephones, recreation, and commissary to the fullest extent possible.
  - o Consider allowing increased telephone privileges without a cost barrier to maintain mental health and connection with others while isolated.
  - o Communicate regularly with isolated individuals about the duration and purpose of their medical isolation period.
- Keep the individual's movement outside the medical isolation space to a clinically necessary minimum.
- Provide medical care to isolated individuals inside the medical isolation space unless they need to be transferred to a healthcare facility.
- Serve meals inside the medical isolation space.
- Refrain from group activities while in isolation.
- Assign isolated individual(s) to dedicated bathrooms with regular access to restrooms and showers.
- Housekeeping staff should clean and disinfect areas used by infected individuals frequently on an ongoing basis during medical isolation with an approved cleaning solution used in the strength and in a manner as recommended by the product label.
- Ensure that the individual is wearing a face mask if s/he must leave the medical isolation space for any reason, and whenever another individual enters.
- Provide clean face masks as needed. Face masks must be washed daily and/or changed when visibly soiled or wet.

If the facility is housing individuals with confirmed COVID-19 as a cohort:

- Only individuals with laboratory confirmed COVID-19 should be placed under medical isolation as a cohort.
- Do not cohort those with confirmed COVID-19 with those with suspected COVID-19, or with close contacts of individuals with confirmed or suspected COVID-19.
- Do not house individuals with undiagnosed respiratory infection (who do not meet the criteria of suspected COVID-19) with individuals with suspected COVID-19.
- Ensure that cohorted groups of people with confirmed COVID-19 wear face masks whenever anyone (including staff) enters the isolation space. (Anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance should not wear a face mask.)
- Designate space for cohort medical isolation in a manner that reduces the chance of cross-contamination across different parts of the facility.
- If the facility is housing individuals with confirmed COVID-19 as a cohort, use a well-ventilated

room with solid walls and a solid door that closes fully.
- If possible, limit medical transfers to another facility or within the facility to those necessary for care.
- Staff assignments to medical isolation should remain as consistent as possible with limited movements to other parts of the facility. Staff shall wear recommended PPE as appropriate for their level of contact with the individual under medical isolation.
- Staff shall ensure that they change PPE when leaving the isolation space to prevent cross contamination. If PPE supplies necessitate reuse, ensure that staff move only from areas of low to high exposure risk while wearing the same PPE. Ensure that staff are trained in infection control practices, including use of recommended PPE.
- Minimize transfer of individuals with confirmed or suspected COVID-19 between spaces within the facility.
- Provide individuals under medical isolation with tissues and, if permissible, a lined no-touch trash receptacle. Instruct them to:
  - Cover their mouth and nose with a tissue when they cough or sneeze.
  - Dispose of used tissues immediately in the lined trash receptacle.
  - Wash hands immediately with soap and water for at least 20 seconds. If soap and water are not available, clean hands with an alcohol-based hand sanitizer that contains at least 60% alcohol (where security concerns permit).
  - Ensure that hand washing supplies are continually restocked.

## Clinical Care for Individuals with COVID-19

Facilities must ensure that detained individuals receive medical evaluation and treatment at the first signs of COVID-19 symptoms.
- If a facility is not able to provide such evaluation and treatment, a plan must be in place to safely transfer the individual to another facility or local hospital (including notifying the facility/hospital in advance). The initial medical evaluation must determine whether a symptomatic individual is at increased risk for severe illness from COVID-19. Persons at  increased risk may include older adults and persons of any age with serious underlying medical conditions, including chronic kidney disease, serious heart conditions, and diabetes among others. See the CDC's website for a list, and check CDC guidance regularly for updates as more data become available to inform this issue.
- Much remains unknown about the risks of COVID-19 to the pregnant person, the pregnancy, and the unborn child. Prenatal and postnatal care is important for all pregnant individuals, including those who are detained. Visit the CDC website for more information on pregnancy and breastfeeding in the context of COVID-19.

Staff evaluating and providing care for individuals with confirmed or suspected COVID-19 must follow CDC guidance and monitor the guidance regularly for updates to these recommendations.
- Healthcare staff must evaluate persons with COVID-19 symptoms, and those who are close contacts of someone with COVID-19 in a separate room, with the door closed, if possible, while wearing recommended personal protective equipment (PPE) and ensuring that the individual being evaluated is wearing a face mask.

- If possible, designate a room near each housing unit to evaluate individuals with COVID-19 symptoms, rather than having symptomatic individuals walk through the facility to be evaluated in the medical unit.

Clinicians are strongly encouraged to test for other causes of respiratory illness (e.g., influenza). However, presence of another illness such as influenza does not rule out COVID-19.

When evaluating and treating persons with symptoms of COVID-19 who do not speak English, use a language line, or provide a trained interpreter.

In addition to the specific measures listed above, all detention facilities housing ICE detainees must also comply with the following guidance found in the CDC's *Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities*.

## Antiviral Therapy

Infection with SARS-CoV-2, the virus that causes COVID-19, can lead to severe symptoms, hospitalization, and death. The FDA has issued Emergency Use Authorizations for several antiviral products for treatment of COVID-19 patients with mild to moderate symptoms and risk factors for severe illness due to COVID-19 infection. ICE will continue to consider all FDA approved treatments for COVID-19.

Treatment with antiviral medication is known to be effective against a particular variant of SARS-CoV-2, reduces the risk of progression to severe disease, decreases the need for hospitalization, and reduces the severity of disease thereby improving survival. Treatment appears to work best when started early after the diagnosis is made in appropriately selected patients. For this reason, ICE recommends that each detainee newly diagnosed with COVID-19 be assessed for possible treatment with this medication.

For more information about COVID-19 antiviral medication treatment, please see the National Institutes of Health COVID-19 Treatment Guidelines.

## COVID-19 Vaccine

While ICE cannot mandate that individuals in detention consent to be vaccinated, all detention facilities are responsible for ensuring their ICE detainees are offered the COVID-19 vaccine in accordance with state priorities and guidance. A detainee's vaccine status must be identified during intake. If eligible, vaccines should be offered as close to intake as possible but always within 14 days of arrival, subject to vaccine eligibility. Detention facility staff should contact their state's COVID-19 vaccine resource (i.e., state or county department of health) to obtain vaccine. The process to register to obtain the vaccine may involve several steps, and each state health authority will likely require detainee demographic reporting for those detainees who are vaccinated. Alternatively, detention facility staff may order COVID-19 vaccines directly from Health Partner Order Portal (cdc.gov) (HPoP).

Non-IHSC-staffed detention facilities must notify the Field Medical Coordinator (FMC) for their facility to help keep ICE abreast of detainee vaccine access and must report all detainee vaccines administered and refused.

The IHSC COVID-19 Vaccine Guidelines and Protocol operations memorandum may be utilized by non-IHSC staffed facilities for their reference. The operations memorandum is regularly updated and distributed to detention facilities.

Detention facilities may choose to utilize the IHSC COVID-19 Vaccine Consent/Declination Form to document whether a detainee accepts or declines the vaccine. *See* Attachment A for English, Spanish, Bengali, French, Haitian Creole, Portuguese, and Punjabi versions of this form. Where practicable, provisions for written translation of the form shall be made for other significant segments of the population with limited English proficiency. Oral interpretation or assistance shall be provided to any detainee who speaks another language in which the written material has not been translated or who is illiterate.

ICE requires all detention facilities to post educational materials in different languages about the COVID-19 vaccine to help improve vaccine knowledge.

- For frequently asked questions about COVID-19 vaccination, please see the CDC's COVID-19 Vaccine FAQs. Detainees with a prior positive test should receive a vaccine dose as soon as they are clinically recovered (no longer symptomatic) and have cleared their isolation period which is currently up to ten days. If they are moderately or severely immunocompromised, there may be some additional clinical guidance.

## Legal Visitation and Legal Presentations

- In-person legal visitation is allowed, and non-contact or virtual legal visitation should also be offered.
- Facilities will follow the guidelines above regarding visitation changes pursuant to facility status.
- Facilities are required to accommodate legal service providers who deliver group legal orientations via the Executive Office for Immigration Review's (EOIR) Legal Orientation Program (LOP) and/or other legal rights group providers consistent with applicable immigration detention standards.
- ICE will continue to ensure that remote communication with legal representatives continues unimpeded via access to telephones, WebEx, Teams, or teleconference as available.
- Facilities are required to establish a process for detained noncitizens/attorneys to schedule appointments and facilitate the calls. ICE ERO field offices should ensure such procedures are updated on facility pages on ICE.gov.
- For facilities at which immigration hearings are conducted, facility staff shall provide legal representatives in-person access to the court proceedings consistent with facility screening protocols and compliance with PPE requirements.

| ATTACHMENT LETTER | DOCUMENT NAME |
|---|---|
| A | ICE Health Service Corps, *COVID-19 Vaccine Consent/Declination Form,* in English, Spanish, Bengali, French, Haitian Creole, Portuguese, and Punjabi <br> PDF in English <br> PDF in Spanish <br> PDF in Bengali <br> PDF in French <br> PDF in Haitian Creole <br> PDF in Portuguese <br> PDF in Punjabi |

# ATTACHMENT B

███████

**From:** ███████████
**Sent:** Thursday, July 13, 2023 1:40 PM
**To:** Minga Wofford
**Cc:** ███████████; #ICE.BKI.GSA
**Subject:** Post Pandemic Emergency COVID-19 Guidelines and Protocols UPDATE
**Attachments:** Post Pandemic Emergency Guidelines and Protocols Version 2.0 Jul. 13, 2023.pdf

**Importance:** High


Good Afternoon,

On May 11, 2023, ERO issued the *Post Pandemic Emergency COVID-19 Guidelines and Protocols* which detail specific mitigation measures and noncitizen housing requirements for all ICE detention facilities. **Effective July 13, 2023**, the Immigration Health Services Corps (IHSC) updated the manner facility operating status is determined:

- Removed isolation units from the computation of the facility operating status. Facilities MUST CONTINUE TO report isolation cohorts; however, this data will no longer be used in the facility operating status computation.
- Calculation of the medical isolation rate will now use the total number of individuals isolated for COVID-19 (versus the total number of noncitizens in medical housing).
- ICE will no longer distinguish between noncitizens isolated at intake versus noncitizens isolated post-intake--all individuals isolated for COVD-19 will be counted.

ICE developed these Guidelines in consultation with the Centers for Disease Control and Prevention (CDC) and intends to incorporate additional/revised information and best practices as soon as they become available. Situational updates and Frequently Asked Questions (FAQs) about coronavirus can be found at Coronavirus Disease 2019 (COVID-19) | CDC.

**Note:** 1) Facilities subject to court orders or settlement agreements related to COVID-19, the Guidelines and Protocols document will constitute the Pandemic Response Requirements (PRR), and such facilities **must continue** to adhere to those orders or settlement agreements even where they impose more stringent requirements.
2) Effective immediately, ICE is discontinuing use of the *COVID-19 Checklist for All ICE ERO Transfers, Removals, and Releases*.


Thank you,

███████
(a)Assistant Field Office Director
San Francisco Field Office, Bakersfield Sub-Office
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Office:** ███████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

██████████

| | |
|---|---|
| **From:** | ██████████ |
| **Sent:** | Thursday, July 13, 2023 1:41 PM |
| **To:** | |
| **Cc:** | ██████████; #ICE.BKI.MV |
| **Subject:** | Post Pandemic Emergency COVID-19 Guidelines and Protocols UPDATE |
| **Attachments:** | Post Pandemic Emergency Guidelines and Protocols Version 2.0 Jul. 13, 2023.pdf |

Good Afternoon,

On May 11, 2023, ERO issued the *Post Pandemic Emergency COVID-19 Guidelines and Protocols* which detail specific mitigation measures and noncitizen housing requirements for all ICE detention facilities.  **Effective July 13, 2023**, the Immigration Health Services Corps (IHSC) updated the manner facility operating status is determined:

- Removed isolation units from the computation of the facility operating status.  Facilities MUST CONTINUE TO report isolation cohorts; however, this data will no longer be used in the <u>facility operating status</u> computation.
- Calculation of the medical isolation rate will now use the total number of individuals isolated for COVID-19 (versus the total number of noncitizens in medical housing).
- ICE will no longer distinguish between noncitizens isolated at intake versus noncitizens isolated post-intake--all individuals isolated for COVD-19 will be counted.

ICE developed these Guidelines in consultation with the Centers for Disease Control and Prevention (CDC) and intends to incorporate additional/revised information and best practices as soon as they become available. Situational updates and Frequently Asked Questions (FAQs) about coronavirus can be found at <u>Coronavirus Disease 2019 (COVID-19) | CDC</u>.

<u>Note</u>:  1) Facilities subject to court orders or settlement agreements related to COVID-19, the Guidelines and Protocols document will constitute the Pandemic Response Requirements (PRR), and such facilities **must continue** to adhere to those orders or settlement agreements even where they impose more stringent requirements.
2) Effective immediately, ICE is discontinuing use of the *COVID-19 Checklist for All ICE ERO Transfers, Removals, and Releases*.

Thank you,

██████████
(a)Assistant Field Office Director
San Francisco Field Office, Bakersfield Sub-Office
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Office:** ██████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be

1

released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.



WWW.ICE.GOV



# ERO

## U.S. Immigration and Customs Enforcement Enforcement and Removal Operations

Post Pandemic Emergency COVID-19 Guidelines and Protocols Version 2.0



ERO Post Pandemic Emergency COVID-19 Guidelines and Protocols, July 13, 2023

## Table of Contents

SUMMARY OF CHANGES ........................................................................................... 4

PURPOSE AND SCOPE .............................................................................................. 5

INTRODUCTION ........................................................................................................ 5

OBJECTIVES ............................................................................................................... 6

COMPLIANCE MEASURES ....................................................................................... 7

CONCEPT OF OPERATIONS .................................................................................... 7

ALL FACILITIES HOUSING ICE DETAINEES ...................................................... 8

OPERATIONAL STATUS CONDITIONS FOR FACILITIES .................................. 10

ADDITIONAL FACTORS AND DEFINITIONS ...................................................... 12

**SUMMARY OF CHANGES**

| Explanation of Change | Section | Page |
|---|---|---|
| • Removed "isolation units" from consideration on the Facility Decision Tree. Isolations now counted in total under medical isolation rate. | All Facilities Housing ICE Detainees | 8-9 |
| • Clarified Medical Isolation Rate to include all detainees under isolation regardless of facility location. | All Facilities Housing ICE Detainees | 8-9 |
| • Facilities subject to COVID-19 related court orders or settlement agreements must comply with the ERO COVID-19 Guidelines and Protocols and adhere to applicable orders or settlement agreements even where they impose more stringent requirements. | Purpose and Scope | 5 |
| • Consistent with CDC guidance, the facility status algorithm has changed and no longer includes community COVID risk as a factor. Facility Status will instead be based on community hospital risk. | All Facilities Housing ICE Detainees | 8-9 |
| • ICE no longer requires intake testing in GREEN facilities. Detainees will be tested when testing is recommended based on clinical and CDC guidelines. | Operational Status Conditions for Facilities | 10 |
| • ICE facilities will now utilize a two-tiered system for facility operation status (GREEN/RED). | Operational Status Conditions for Facilities | 10-12 |

**PURPOSE AND SCOPE**

The U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Coronavirus Disease 2019 (COVID-19) Guidelines and Protocols sets forth expectations and assists ICE detention facility operators in sustaining detention operations while mitigating risk to the safety and wellbeing of detainees, staff, contractors, visitors, and stakeholders due to COVID-19. These Guidelines and Protocols build upon previously issued guidance, primarily the Pandemic Response Requirements (PRR), and set forth specific requirements to be adopted by all detention facilities, as well as recommended best practices, to ensure that detainees are appropriately housed and that available mitigation measures are implemented. For facilities subject to court orders or settlement agreements regarding COVID-19, this Guidelines and Protocols document will constitute the PRR, and such facilities must continue to adhere to those orders or settlement agreements even where they impose more stringent requirements. This Guidelines and Protocols document has been developed in consultation with the Centers for Disease Control and Prevention (CDC) and is a dynamic document that will be updated as additional/revised information and best practices become available.

**INTRODUCTION**

As the CDC has explained:

- COVID-19 is a communicable disease caused by a novel (new) coronavirus, SARS-CoV-2, and was first identified as the cause of an outbreak of respiratory illness that began in Wuhan Hubei Province, People's Republic of China (China). COVID-19 spreads when an infected person breathes out droplets and very small particles that contain the virus. COVID-19 can be transmitted via both droplet and airborne transmission. These droplets and particles can be breathed in by other people, or land on their eyes, noses, or mouth. In some circumstances, they may contaminate surfaces they touch.

COVID-19 is spread in three main ways:

- Breathing in air when close to an infected person who is exhaling small droplets and particles that contain the virus.
- Having these small droplets and particles containing the virus land on the eyes, nose, or mouth, especially through splashes and sprays such as a cough or sneeze.
- Touching eyes, nose, or mouth with hands that have the virus on them.

Symptoms may include fever, cough, and shortness of breath; they typically appear two to fourteen days after exposure. Manifestations of severe disease include severe pneumonia, acute respiratory distress syndrome (ARDS), septic shock, and multi-organ failure. Additionally, other symptoms may include fatigue, headache, chills, muscle pain, sore throat, new loss of taste or smell, nausea or vomiting, and diarrhea.[1]

---

[1] *See, e.g.*, Centers of Disease Control and Prevention, Symptoms of Coronavirus, https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html (last visited May 9, 2022).

Multiple variants of COVID-19 have been identified. They vary in both morbidity and mortality. COVID-19 vaccination reduces the chance of severe disease, need for hospitalization, and death. However, studies have shown that vaccinated individuals can become infected and still transmit the virus. [2]

Given the seriousness and pervasiveness of COVID-19, ICE is taking necessary measures to protect detainees, staff, contractors, visitors, and stakeholders. ICE provided guidance on the measures required for facilities housing ICE detainees across the full spectrum of detention facilities to mitigate the spread of COVID-19. The ICE detention standards applicable to all facilities housing ICE detainees have long required that each such facility have written plans that address the management of infectious and communicable diseases, including, but not limited to, testing, isolation, prevention, treatment, and education. Those requirements include reporting and collaboration with local or state health departments in accordance with state and local laws and recommendations. [3]

On April 10, 2023, President Joseph Biden signed into law an act ending the national COVID-19 emergency.[4] On May 11, the public health emergency related to COVID-19 ended. This new version of the COVID-19 guidance focuses on transitioning back to a normal footing regarding the control and treatment of COVID-19 while adhering to continuing CDC guidance.

The Performance-Based National Detention Standards (PBNDS) 2008 and 2011 both require facilities to "comply with current and future plans implemented by federal, state or local authorities addressing specific public health issues including communicable disease reporting requirements[,]" with PBNDS 2011 specifically requiring compliance with CDC guidelines for the prevention and control of infectious diseases. [5] The 2019 National Detention Standards (NDS) similarly require "collaboration with local or state health departments in accordance with state and local laws and recommendations." [6] The measures outlined in this guidance allow ICE personnel and detention providers to properly discharge their obligations under those standards in light of the challenges posed by COVID-19.

**OBJECTIVES**

The ERO COVID-19 Guidelines and Protocols document has been designed to establish requirements, as well as best practices, for all detention facilities housing ICE detainees to follow for the management of COVID-19. Consistent with ICE detention standards, all facilities housing ICE detainees are required to have a COVID-19 mitigation plan that meets the following three objectives:

---

[2] *See* Centers for Disease Control and Prevention, Vaccines for COVID-19, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html (last visited May 3, 2023).

[3] *See*, *e.g.*, ICE National Detention Standards 2019 (NDS), Standard 4.3, Medical Care, II.D.2, p. 114, https://www.ice.gov/doclib/detention-standards/2019/4_3.pdf; 2011 ICE Performance-Based National Detention Standards (PBNDS), Revised 2016, Standard 4.3, V.C.1 (p. 261), https://www.ice.gov/doclib/detention-standards/2011/4-3.pdf; 2008 ICE PBNDS, Standard 4-22, Medical Care, V.C.1 (pp. 5-6), https://www.ice.gov/doclib/dro/detention-standards/pdf/medical_care.pdf.

[4] *See* Pub. L. No. 118-3 (Apr. 10, 2023). https://www.congress.gov/bill/118th-congress/house-joint-resolution/7/text.

[5] Performance-Based National Detention Standards (PBNDS) 2008, Medical Care, V. C., Communicable Disease and Infection Control p. 5-8; Performance-Based National Detention Standards (PBNDS) 2011, rev. 2016, Medical Care, 4.3, V. C., Communicable Disease and Infection Control, p. 261-264.

[6] The 2019 NDS, Medical Care 4.3, II.D.2, Infectious and Communicable Diseases, p.114.

- To protect employees, contractors, detainees, visitors, and stakeholders from exposure to the virus.
- To maintain essential functions and services at the facility while managing COVID-19.
- To establish the means to test, vaccinate, monitor, cohort,[7] quarantine, and isolate the sick from the well.

Since the end of the COVID-19 national and public health emergencies, the ERO COVID-19 Guidelines and Protocols document will also serve as a transition document to facilitate the shift from pandemic operations to normal operations. For facilities subject to court orders or settlement agreements regarding COVID-19, this Guidelines and Protocols document will constitute the PRR, and such facilities must continue to adhere to those orders or settlement agreements even where they impose more stringent requirements.

**COMPLIANCE MEASURES**

To ensure that detention facilities comply with the detention requirements set forth in the ERO COVID-19 Guidelines and Protocols document, ICE federal compliance personnel will conduct periodic onsite inspections at over 72-hour ICE detention facilities. Upon identification of a deficiency, ICE will provide written notice to the facility and allow seven business days for submission of a corrective action plan to ICE for approval.

**CONCEPT OF OPERATIONS**

The ERO COVID-19 Guidelines and Protocols document is intended for use across ICE's entire detention network, applying to all facilities housing ICE detainees, including ICE-owned Service Processing Centers, facilities operated by private vendors and facilities operated by local government agencies that have mixed populations of which ICE detainees comprise only a small fraction.

ERO will issue and post these guidelines on ICE.gov and issue this document and related IHSC guidance through a broadcast message to ERO employees.

This guidance sets forth best practices for all facilities and will be distributed by ERO leadership directly to the ICE Health Service Corps (IHSC) staff and to facilities not staffed by IHSC through Field Medical Coordinators (FMCs).

Facilities that are subject to existing court orders or settlement agreements regarding COVID-19 mitigation measures and/or custody determinations must continue to adhere to those orders or settlement agreements.

---

[7] A cohort is a group of persons with a similar condition grouped or housed together for observation over a period of time. Isolation and quarantine are public health practices used to protect the public from exposure to individuals who have or may have a contagious disease. Cohorting, quarantining, and holding in medical isolation is not punitive in nature and must be operationally distinct from administrative or disciplinary segregation, insofar as cells and units for those forms of segregation may be used, but detainees are provided access to TV, reading materials, recreation, and telephones to the fullest extent possible. For purposes of this document, and as defined by the CDC, quarantine is the separation of a person or group of people reasonably believed to have been exposed to a communicable disease but not yet symptomatic, from others who have not been exposed, to prevent the possible spread of the communicable disease. For purposes of this document, and as defined by the CDC, isolation is the separation of a person or group of people known or reasonably believed to be infected with a communicable disease and potentially infectious from others to prevent the spread of the communicable disease.

**ALL FACILITIES HOUSING ICE DETAINEES**

All detention facilities housing ICE detainees must comply with the following:

### Facility Operational Status Determination and COVID-19 Operations

- Based on CDC's Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities released on November 29, 2022, each ICE facility will, on a weekly basis, determine its COVID operational status.
- Facility status and interventions for COVID-19 management will be based on this determination in accordance with CDC guidance.
- The HSA (or equivalent at non-IHSC staffed facilities) will report the findings to the local facility medical leadership, and they will determine the operational status for the facility each week.
- The local medical leadership will report this status each week to facility leadership and to the relevant ERO Field Office Director.
- Facilities will use four measures that, in combination, will assign a specific response level to each facility. The measures are not cumulative and will be determined each week based on the following:
  - CDC COVID-19 Hospital Admission levels:
    - Determined by the hospital admissions data for COVID-19 by county as published by CDC.
  - Medical isolation rate:
    - Calculated by adding the number of detainees isolated for COVID-19 anywhere in the facility to the number of detainees hospitalized for COVID-19, and then divided by the total number of detainees in the facility at the time of measurement.
  - Hospitalization or death since the previous measurement period caused primarily by COVID-19. Hospitalizations or deaths of detainees not caused primarily by COVID-19 are not applicable. For example, a detainee hospitalized due to a fall who tests positive does not count for this determination.
- Once these values are determined, the facility will follow the decision matrix below to determine the facility status for the week: GREEN or RED.
- Facilities will maintain a weekly record of their status.
- Facility leadership can change the operational status at any time based on the changing public health environment without waiting for the weekly determination.



ERO Post Pandemic Emergency COVID-19 Guidelines and Protocols, July 13, 2023

**OPERATIONAL STATUS CONDITIONS FOR FACILITIES**

GREEN

- Staff who report symptoms of COVID-19 should not report to work until cleared by their health care provider.
- Continue to provide and encourage up to date COVID-19 vaccination for staff members and detainees (including additional doses for people who are immunocompromised and others who are eligible for them, and boosters).
- Maintain standard infection control: Maintain optimized ventilation, handwashing, and cleaning and disinfection for standard prevention of infectious diseases, including COVID-19. Ensure that recommended personal protective equipment (PPE) is available for staff and detainees.
- As a strategy for everyday operations, facilities should ensure that ventilation systems operate properly and provide acceptable indoor air quality for the current occupancy level for each space. Improvements and repairs should be made, as necessary.
- All detainees are screened for COVID-19 symptoms as described below (see SCREENING FOR COVID-19).
- Detainees are tested at intake if they display symptoms consistent with COVID-19 infection. (*See* SCREENING FOR COVID-19 below). Detainees who test negative for COVID-19 at intake:
  - Are provided a mask to wear for 10 days post-symptom onset.
  - Can be processed into general population assuming no further medical issues are present.
- Detainees who test positive:
  - Isolate for 10 days post-symptom development or 10 days post-test date (whichever is shorter).
  - Provide mask to wear for 10-day post-symptom onset.
  - Can be retested no sooner than day five of isolation.
    - If retest is positive, completes isolation period.
    - If retest is negative, release on day 7 isolation (48 hours after retest); continue mask wear for full isolation period.

- Determine through contact tracing if detainees who have COVID-19 symptoms and tested positive have close contacts (a close contact is defined as someone who was less than 6 feet away from an infected person for a total of 15 minutes or more over a 24-hour period).
- Once close contacts are identified, test them for COVID-19.
  - Educate the detainee on symptoms of COVID-19 infection and instruct detainees to report if they have any symptoms to medical staff at sick call or to the custody officer (who will notify medical staff).
  - If negative, provide a mask to wear for 10 days post-exposure.
  - If positive:
    - Provide a mask to wear for 10 days post-exposure.
    - Isolate for 10 days post-exposure.
    - Can be retested no sooner than day five of isolation.
      - If retest is positive, completes isolation period.
      - If retest is negative, release on day 7 isolation (48 hours after retest); continue mask wear for full isolation period.
- If symptoms develop in a detainee during isolation:

- o Reset isolation clock to 10 days post-symptom onset.
- o Retest detainee immediately. Use CDC Antigen testing algorithm.
- A detainee who was severely ill with COVID-19 or who has a severely weakened immune system (immunocompromised) due to a health condition or medication may require a longer period of isolation (up to 20 days) and may require consultation with infectious disease specialists and testing to determine when the detainee can be released from isolation.
- COVID-19 positive detainees determined to be at increased-risk of complications from COVID-19 or more severely affected symptomatic detainees may require a higher level of monitoring or care and should be housed in the medical housing unit or infirmary area of the facility or, if unavailable, hospitalized as detailed below.
- Detainees who require a higher level of care than can be safely provided at the detention facility must be referred to community medical resources when needed. Facility staff will defer medical care management decisions to the off-site medical provider caring for the detainee.
- Communicate regularly with isolated detainees regarding their isolation period.
- Operational status does not change treatments for COVID-19. Treatments for COVID-19 are unchanged from previous guidance. Facilities should maintain the ability to treat eligible people onsite or ensure timely access to care offsite.
- Maintain PPE, vaccinations, and hygiene requirements for staff.
- Prepare for increased measures under RED status. Communicate with facility leadership and develop contingency plans for rapidly increasing intake isolation space.
- Prepare for outbreaks (maintain communication with staff members and detainees about what to expect if an outbreak occurs, and with external partners, including public health and other local correctional and detention facilities).
- Requirements for removals remain unchanged as determined by receiving country.
- Routine masking is not required when facility status is GREEN for detainees, facility staff, visitors, or other persons in the facility.
- Medical personnel must continue wearing PPE appropriate for patient care and treatment as advised by IHSC and CDC.
- Masks should be made available to detainees and staff so that they can utilize them based on personal preference.
- Visitation: There are no restrictions on visitation in green status.

RED

- All actions under conditions GREEN and:
  - o Test all detainees for COVID-19 upon intake. Manage positive and symptomatic detainees as described in the relevant sections below.
  - o Test all detainees upon transfer or release. If required by state or local authorities, notify state or local health departments upon release of a positive detainee before isolation period is completed.
  - o Require all detainees, staff, visitors, and any other persons in the facility to wear a well-fitting mask while indoors.
  - o Do not transfer detainees exhibiting symptoms of COVID-19.
  - o Temporarily suspend group activities where detainees will be in closer contact than they are in their housing environment (while considering impact on mental health and access to

services).

- o Minimize movement and mixing across housing units: While facility is at RED, reduce contact between different areas of the facility, and between the facility and the community, to prevent transmission. Examples include:
    - Restricting contact between housing units, including maintaining consistent staff assignments.
    - Postponing non-essential community visits.
    - Restricting movement between facilities.

- o Visitation:
    - The facility must provide a facial covering to any visitor who arrives at the facility without one.
    - The facility has (filled) hand sanitizer dispensers located within view and easy access throughout the visitation areas.
    - Virtual visitation should be used as an additional method of visitation, not in place of in-person visitation.
    - In some circumstances, to ensure the greatest number of detainees have access to visitation, the facility may need to limit the number of visits per detainee, while also providing virtual visitation if available.
    - If a facility limits in-person visitation, the facility will notify the local ICE field office director explaining why the limitation is necessary as a protective measure and the expected timeframe when full in-person visitation will be restored.
    - The facility has a process in place that allows for social distancing of six or more feet between visitors and detainees, unless separated by a glass or plexiglass partition.

## ADDITIONAL FACTORS AND DEFINITIONS

### Up-to-date Vaccination

A noncitizen who is up to date on their COVID-19 vaccines is defined by the CDC as an individual who has received a COVID-19 bivalent vaccine and all boosters recommended when eligible. Vaccine recommendations are different depending on age, the vaccine first received, and time since last dose. Also, the vaccine received has been approved by the CDC/FDA. Furthermore, ICE may recognize other World Health Organization (WHO) - approved vaccines, which must be evaluated on a case-by-case basis based on WHO and/or CDC guidance. To be considered up-to-date, ICE requires that noncitizens must have written documentation of their vaccination (medical record or COVID-19 vaccination card). This also allows for appropriate medical review and the offering of additional vaccines.

### Testing for COVID-19

- Detainees who test positive will be isolated as described in this document until medically cleared in accordance with CDC guidelines; a detainee who is still considered to be infectious may be released from custody.
- Detainees who test positive within three months of their original positive COVID-19 test and

cleared isolation precautions do not need to be isolated due to recurrent or persistent results unless they develop new symptoms or a worsening of existing symptoms.

- Tests for COVID-19 fall under three broad categories: PCR based ("molecular," "RT-PCR based," "NAAT"), Antigen ("rapid"), and Antibody ("serology").
- All tests that rely on the amplification of COVID-19 genetic material are RT-PCR based. RT-PCR stands for "reverse transcriptase polymerase chain reaction"; it is a type of PCR test conducted on viruses that have RNA instead of DNA. A "PCR" test for COVID-19 MUST be RT-PCR. Direct PCR on COVID-19 is not possible.
- RT-PCR based tests (also referred to broadly as "molecular" tests) are considered the "gold standard" of testing.
- Antigen-based tests detect viral antigen, do not use PCR, and are generally faster, yielding results in minutes vs hours-days. Abbott BINAXNOW® is an example of an antigen-based test.
- Antigen-based tests are considered less accurate than RT-PCR based tests; however, the CDC does allow for their use in screening (see below).
- Antibody tests measure antibodies produced against COVID-19 in the bloodstream; due to a lack of research, presently antibody-based tests are not recommended for use for screening and are not utilized in a correctional setting.
  For COVID-19 testing any Emergency Use Authorization (EUA) approved or licensed antigen-based tests can be used initially in the place of RT-PCR based tests. However, under certain circumstances, the CDC recommends the results of the antigen test be confirmed by a RT-PCR based test.

## Screening for COVID-19

- Detainees will be screened upon intake at all ICE facilities for COVID-19 including.
- Temperature screening for a fever is considered 100.4 degrees Fahrenheit or higher.
- Verbal screening for symptoms of COVID-19 and close contact with COVID-19 cases must include the following questions based on the CDC's Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities:
- *Today or in the past 24 hours, have you had any of the following symptoms:*
  - Fever, felt feverish, or had chills?
  - Cough?
  - Shortness of breath or difficulty breathing?
  - Fatigue?
  - Muscle or body ache?
  - Headache?
  - Sore throat?
  - New loss of taste or smell?
  - Congestion or runny nose?
  - Nausea, vomiting or diarrhea?
- A detainee with a fever or positive COVID-19 symptom screening will be referred to a medical provider for further evaluation for COVID-19 infection. Appropriate PPE and isolation procedures must be utilized, as necessary.

**Medical Isolation Considerations**

- Ensure that medical isolation for COVID-19 is distinct from administrative or disciplinary segregation.
- Due to limited housing units within many correctional facilities, individuals may be medically isolated in spaces used for administrative or disciplinary segregation; however, medical isolation shall be operationally distinct from administrative or disciplinary segregation to provide access to programs and services to the fullest extent possible as clinically permitted. For example:
  - Ensure that individuals under medical isolation receive regular visits from medical staff and have access to mental health services.
  - Make efforts to provide access to radio, television, reading materials, personal property, telephones, recreation, and commissary to the fullest extent possible.
  - Consider allowing increased telephone privileges without a cost barrier to maintain mental health and connection with others while isolated.
  - Communicate regularly with isolated individuals about the duration and purpose of their medical isolation period.
- Keep the individual's movement outside the medical isolation space to a clinically necessary minimum.
- Provide medical care to isolated individuals inside the medical isolation space unless they need to be transferred to a healthcare facility.
- Serve meals inside the medical isolation space.
- Refrain from group activities while in isolation.
- Assign isolated individual(s) to dedicated bathrooms with regular access to restrooms and showers.
- Housekeeping staff should clean and disinfect areas used by infected individuals frequently on an ongoing basis during medical isolation with an approved cleaning solution used in the strength and in a manner as recommended by the product label.
- Ensure that the individual is wearing a face mask if s/he must leave the medical isolation space for any reason, and whenever another individual enters.
- Provide clean face masks as needed. Face masks must be washed daily and/or changed when visibly soiled or wet.

If the facility is housing individuals with confirmed COVID-19 as a cohort:

- Only individuals with laboratory confirmed COVID-19 should be placed under medical isolation as a cohort.
- Do not cohort those with confirmed COVID-19 with those with suspected COVID-19, or with close contacts of individuals with confirmed or suspected COVID-19.
- Do not house individuals with undiagnosed respiratory infection (who do not meet the criteria of suspected COVID-19) with individuals with suspected COVID-19.
- Ensure that cohorted groups of people with confirmed COVID-19 wear face masks whenever anyone (including staff) enters the isolation space. (Anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance should not wear a face mask.)
- Designate space for cohort medical isolation in a manner that reduces the chance of cross-contamination across different parts of the facility.
- If the facility is housing individuals with confirmed COVID-19 as a cohort, use a well-ventilated

room with solid walls and a solid door that closes fully.

- If possible, limit medical transfers to another facility or within the facility to those necessary for care.
- Staff assignments to medical isolation should remain as consistent as possible with limited movements to other parts of the facility. Staff shall wear recommended PPE as appropriate for their level of contact with the individual under medical isolation.
- Staff shall ensure that they change PPE when leaving the isolation space to prevent cross contamination. If PPE supplies necessitate reuse, ensure that staff move only from areas of low to high exposure risk while wearing the same PPE. Ensure that staff are trained in infection control practices, including use of recommended PPE.
- Minimize transfer of individuals with confirmed or suspected COVID-19 between spaces within the facility.
- Provide individuals under medical isolation with tissues and, if permissible, a lined no-touch trash receptacle. Instruct them to:
  - Cover their mouth and nose with a tissue when they cough or sneeze.
  - Dispose of used tissues immediately in the lined trash receptacle.
  - Wash hands immediately with soap and water for at least 20 seconds. If soap and water are not available, clean hands with an alcohol-based hand sanitizer that contains at least 60% alcohol (where security concerns permit).
  - Ensure that hand washing supplies are continually restocked.

## Clinical Care for Individuals with COVID-19

Facilities must ensure that detained individuals receive medical evaluation and treatment at the first signs of COVID-19 symptoms.

- If a facility is not able to provide such evaluation and treatment, a plan must be in place to safely transfer the individual to another facility or local hospital (including notifying the facility/hospital in advance). The initial medical evaluation must determine whether a symptomatic individual is at increased risk for severe illness from COVID-19. Persons at increased risk may include older adults and persons of any age with serious underlying medical conditions, including chronic kidney disease, serious heart conditions, and diabetes among others. See the CDC's website for a list, and check CDC guidance regularly for updates as more data become available to inform this issue.
- Much remains unknown about the risks of COVID-19 to the pregnant person, the pregnancy, and the unborn child. Prenatal and postnatal care is important for all pregnant individuals, including those who are detained. Visit the CDC website for more information on pregnancy and breastfeeding in the context of COVID-19.

Staff evaluating and providing care for individuals with confirmed or suspected COVID-19 must follow CDC guidance and monitor the guidance regularly for updates to these recommendations.

- Healthcare staff must evaluate persons with COVID-19 symptoms, and those who are close contacts of someone with COVID-19 in a separate room, with the door closed, if possible, while wearing recommended personal protective equipment (PPE) and ensuring that the individual being evaluated is wearing a face mask.

- If possible, designate a room near each housing unit to evaluate individuals with COVID-19 symptoms, rather than having symptomatic individuals walk through the facility to be evaluated in the medical unit.

Clinicians are strongly encouraged to test for other causes of respiratory illness (e.g., influenza). However, presence of another illness such as influenza does not rule out COVID-19.

When evaluating and treating persons with symptoms of COVID-19 who do not speak English, use a language line, or provide a trained interpreter.

In addition to the specific measures listed above, all detention facilities housing ICE detainees must also comply with the following guidance found in the CDC's *Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities*.

## Antiviral Therapy

Infection with SARS-CoV-2, the virus that causes COVID-19, can lead to severe symptoms, hospitalization, and death. The FDA has issued Emergency Use Authorizations for several antiviral products for treatment of COVID-19 patients with mild to moderate symptoms and risk factors for severe illness due to COVID-19 infection. ICE will continue to consider all FDA approved treatments for COVID-19.

Treatment with antiviral medication is known to be effective against a particular variant of SARS-CoV-2, reduces the risk of progression to severe disease, decreases the need for hospitalization, and reduces the severity of disease thereby improving survival. Treatment appears to work best when started early after the diagnosis is made in appropriately selected patients. For this reason, ICE recommends that each detainee newly diagnosed with COVID-19 be assessed for possible treatment with this medication.

For more information about COVID-19 antiviral medication treatment, please see the National Institutes of Health COVID-19 Treatment Guidelines.

## COVID-19 Vaccine

While ICE cannot mandate that individuals in detention consent to be vaccinated, all detention facilities are responsible for ensuring their ICE detainees are offered the COVID-19 vaccine in accordance with state priorities and guidance. A detainee's vaccine status must be identified during intake. If eligible, vaccines should be offered as close to intake as possible but always within 14 days of arrival, subject to vaccine eligibility. Detention facility staff should contact their state's COVID-19 vaccine resource (i.e., state or county department of health) to obtain vaccine. The process to register to obtain the vaccine may involve several steps, and each state health authority will likely require detainee demographic reporting for those detainees who are vaccinated. Alternatively, detention facility staff may order COVID-19 vaccines directly from Health Partner Order Portal (cdc.gov) (HPoP).

Non-IHSC-staffed detention facilities must notify the Field Medical Coordinator (FMC) for their facility to help keep ICE abreast of detainee vaccine access and must report all detainee vaccines administered and refused.

The IHSC COVID-19 Vaccine Guidelines and Protocol operations memorandum may be utilized by non-IHSC staffed facilities for their reference. The operations memorandum is regularly updated and distributed to detention facilities.

Detention facilities may choose to utilize the IHSC COVID-19 Vaccine Consent/Declination Form to document whether a detainee accepts or declines the vaccine. *See* Attachment A for English, Spanish, Bengali, French, Haitian Creole, Portuguese, and Punjabi versions of this form. Where practicable, provisions for written translation of the form shall be made for other significant segments of the population with limited English proficiency. Oral interpretation or assistance shall be provided to any detainee who speaks another language in which the written material has not been translated or who is illiterate.

ICE requires all detention facilities to post educational materials in different languages about the COVID-19 vaccine to help improve vaccine knowledge.

- For frequently asked questions about COVID-19 vaccination, please see the CDC's COVID-19 Vaccine FAQs. Detainees with a prior positive test should receive a vaccine dose as soon as they are clinically recovered (no longer symptomatic) and have cleared their isolation period which is currently up to ten days. If they are moderately or severely immunocompromised, there may be some additional clinical guidance.

## Legal Visitation and Legal Presentations

- In-person legal visitation is allowed, and non-contact or virtual legal visitation should also be offered.
- Facilities will follow the guidelines above regarding visitation changes pursuant to facility status.
- Facilities are required to accommodate legal service providers who deliver group legal orientations via the Executive Office for Immigration Review's (EOIR) Legal Orientation Program (LOP) and/or other legal rights group providers consistent with applicable immigration detention standards.
- ICE will continue to ensure that remote communication with legal representatives continues unimpeded via access to telephones, WebEx, Teams, or teleconference as available.
- Facilities are required to establish a process for detained noncitizens/attorneys to schedule appointments and facilitate the calls. ICE ERO field offices should ensure such procedures are updated on facility pages on ICE.gov.
- For facilities at which immigration hearings are conducted, facility staff shall provide legal representatives in-person access to the court proceedings consistent with facility screening protocols and compliance with PPE requirements.

| ATTACHMENT LETTER | DOCUMENT NAME |
|---|---|
| A | ICE Health Service Corps, *COVID-19 Vaccine Consent/Declination Form,* in English, Spanish, Bengali, French, Haitian Creole, Portuguese, and Punjabi<br>PDF in English<br>PDF in Spanish<br>PDF in Bengali<br>PDF in French<br>PDF in Haitian Creole<br>PDF in Portuguese<br>PDF in Punjabi |

# ATTACHMENT C

███████

| | |
|---|---|
| **From:** | ███████████ |
| **Sent:** | Friday, May 12, 2023 7:00 AM |
| **To:** | Minga Wofford |
| **Cc:** | ███████████; #ICE.BKI.GSA |
| **Subject:** | Post Pandemic Emergency COVID-19 Guidelines and Protocols |
| **Attachments:** | Post Pandemic Emergency Guidelines and Protocol_.pdf; COVID-19 VACCINATION GUIDELINES AND PROTOCOL.pdf; COVID-19 Treatment Clinical Guidance.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Morning,

ERO is issuing the *Post Pandemic Emergency COVID-19 Guidelines and Protocols*. These *Guidelines* build upon previously issued guidance, primarily the Pandemic Response Requirements (PRR), and set forth specific requirements to be adopted by all detention facilities, as well as recommended best practices, to ensure detainees are appropriately housed and that available mitigation measures are implemented.  This document replaces and supersedes PRR Version 10.

<u>Note</u>: Facilities subject to court orders or settlement agreements regarding COVID-19, this Guidelines and Protocols document will constitute the PRR, and such facilities must continue to adhere to those orders or settlement agreements even where they impose more stringent requirements.

This new guidance is available on ICE's public-facing website and includes the following:

- Consistent with CDC guidance, the facility status algorithm has changed and no longer includes community transmission rates as a COVID-19 risk factor. Instead, the algorithm considers **county hospital admissions for COVID-19 as a risk factor**.
- ICE facilities will now utilize a two-tiered system for facility operation status (GREEN/RED).  As a reminder, each field office is responsible for reporting facility status to ERO HQ and for ensuring compliance with these Guidelines.
- Intake testing in GREEN facilities is no longer required. Rather, detainees will be tested in accordance with CDC clinical guidelines.
- There are no restrictions on <u>social</u> visitation for GREEN facilities. Facilities will continue to maximize visitation in RED status with temporary limitations *only* when necessary, as a protective measure. The broadcast "Phased Return to Social Visitation [CMD]", dated August 15, 2022, is superseded by these *Guidelines*.

ICE developed these Guidelines in consultation with the Centers for Disease Control and Prevention (CDC) and will be updated as additional/revised information and best practices become available. Situational updates and Frequently Asked Questions (FAQs) about coronavirus can be found at <u>Coronavirus Disease 2019 (COVID-19) | CDC</u>.

Lastly, attached to this broadcast are ICE Health Service Corps-developed clinical guidance on the treatment of mild to moderate COVID-19 (revised May 2, 2023) as well as vaccination guidelines and protocols (revised May 1, 2023).

Thank you,

████████████

(a)Assistant Field Office Director
San Francisco Field Office, Bakersfield Sub-Office
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Office:** ████████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**OPERATIONS MEMORANDUM**                     **ICE HEALTH SERVICE CORPS**

**COVID-19 VACCINATION GUIDELINES AND PROTOCOL**

**OM: 21-001**
**Effective Date: January 25, 2021**
**Revision Dates: 2/26/21, 3/1/21, 6/4/21,**
**7/20/21, 9/30/21, 10/13/21, 10/29/21, 12/2/21,**
**1/13/22, 2/22/22, 4/4/22, 5/20/22, 9/12/22, 5/1/23**

---

**By Order of the Assistant Director**
**Dr. Stewart D. Smith, DHSc, FACHE**

Digitally signed by STEWART D SMITH
Date: 2023.05.01 14:42:28 -04'00'

TO:          IHSC Public Health Service (PHS) Commissioned Corps Officers, Civilian
             Federal Employees, and Contract Personnel

SUBJECT:     Coronavirus (COVID-19) Vaccination Guidelines and Protocol

1.  **PURPOSE:** The purpose of this operations memorandum (OM) is to standardize
    COVID-19 immunization administration practices and facilitate the safe
    administration of COVID-19 vaccination to individuals detained in IHSC-staffed
    detention facilities. The COVID-19 vaccine helps to reduce morbidity and mortality
    caused by the SARS-CoV-2 virus.

2.  **APPLICABILITY:** This operations memorandum (OM) is applicable to all U.S.
    Immigration and Customs Enforcement (ICE) Health Service Corps (IHSC)
    personnel, including but not limited to PHS Commissioned Corps officers, federal
    employees, and contract support staff. It is applicable to IHSC personnel
    supporting health care operations in both ICE-owned and contracted detention
    facilities, and to IHSC Headquarters staff.

3.  **AUTHORITIES AND REFERENCES:**

    **3-1.**   Centers for Disease Control and Prevention (CDC). (2022). Advisory
               Committee on Immunization Practices (ACIP). COVID-19 ACIP Vaccine
               Recommendations.

    **3-2.**   FDA (2023) Emergency Use Authorization (EUA) Fact Sheet: Pfizer,
               COVID-

**3-3.**   Department of Health and Human Services. (2021). Seventh Amendment to Declaration under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures against COVID-19.

**4.**   **POLICY:** IHSC health care staff provide COVID-19 vaccinations to noncitizens in ICE custody when clinically indicated. IHSC health care providers may administer COVID-19 vaccines to detained noncitizens only and are not authorized to administer COVID-19 vaccines to any federal employee, contractor, or staff member.

**4-1.**   IHSC health care providers must ensure appropriate prioritization and safe storage, preparation, and administration practices when immunizing individuals in ICE custody with COVID-19 vaccine(s).

**4-2.**   In accordance with the Public Readiness and Emergency Preparedness Act for Medical Countermeasures against COVID–19, this protocol enables licensed practical/vocational nurses, registered nurses, pharmacists, nurse practitioners, physician assistants, dentists, and physicians to assess the need for COVID-19 vaccination and to administer the COVID-19 vaccine to patients without a separate medication order. Pharmacy technicians with active state licensure or CPhT certification and has completed an ACPE-accredited immunization administration training course may also administer COVID-19 immunizations under this protocol.

**5.**   **PROCEDURES:**

**5-1.**   **COVID-19 Pandemic Response Procedures.**

5-1.1 IHSC staff should not modify or discontinue any ICE pandemic response plan efforts (e.g. personal protective equipment wear, disinfection, and sanitation procedures) based on initiation or completion of COVID-19 vaccination efforts.

5-1.2 All mitigation and reporting procedures must remain in place until ERO leadership notifies IHSC staff that these processes may be modified or discontinued.

**5-2.**   **Vaccination Scheduling.**

5-2.1 IHSC staff should offer and administer COVID-19 vaccinations to all patients in accordance with FDA approvals or authorizations and ACIP recommendations for the appropriate age soon as practical after the patient enters ICE custody.

5-2.1.a   The Moderna COVID-19 bivalent vaccine is the only Moderna vaccine allowed for use in IHSC facilities.

The Moderna COVID-19 bivalent vaccine may be administered to individuals 6 months of age and older.

- Moderna COVID-19 monovalent vaccines should no longer be used within IHSC facilities following FDA's April 18, 2023 News Release Coronavirus (COVID-19) Update.

5-2.1.b  The Pfizer-BioNTech COVID-19 bivalent vaccine is the only Pfizer vaccine allowed for use in IHSC facilities. The Pfizer-BioNTech COVID-19 bivalent vaccine may be administered to individuals 6 months of age and older.

- The Pfizer-BioNTech COVID-19 monovalent vaccine should no longer be used within IHSC facilities following FDA's April 18, 2023 News Release Coronavirus (COVID-19) Update.

5-2.1.c  The Janssen vaccine should no longer be used within IHSC facilities as initial, second, or booster doses following FDA's May 5, 2022, modification of the EUA.

5-2.2 Noncitizens undergoing necessary cohorting (e.g., a new arrival detained noncitizen, noncitizen exposed to a possible active COVID-19 case) may receive the vaccine without delay. If a patient receives a COVID-19 vaccine while cohorted, the patient must complete the cohort as initially scheduled.

5-2.3 IHSC staff must screen patients during the intake process to assess their COVID-19 vaccination history.

5-2.3.a   If the patient indicates that they have not received any previous doses of COVID-19 vaccines, the patient should be scheduled for an IMM appointment within 5 working days to be offered a bivalent COVID-19 vaccine. A working day is Monday-Friday and does not include federal holidays.

5-2.3.b   If the patient indicates that they have received any previous doses of a COVID-19 vaccine prior to arrival at the facility, the intake staff member should log the patient's initial COVID-19 vaccination in the EHR as a previously administered immunization. The staff member should then refer to Appendix A to determine the patient's need for additional COVID-19 vaccine doses.

Patients who are due for an additional dose should be scheduled for an IMM appointment within 5 working days to be offered the appropriate COVID-19 vaccine.

5-2.3.c   IHSC staff must confirm the patient's reported COVID-19 vaccination history with a medical record, including but not limited to a vaccination card, transfer summary, digital vaccine passport, state immunization registry, or by confirming the vaccine administration with the source provider and/or previous custodial facility. Patients who report a history of receiving a COVID-19 vaccine but who cannot confirm receipt should be treated as unvaccinated.

5-2.3.d   IHSC staff should offer a dose of any bivalent COVID-19 vaccine to individuals who received any number (one or more) of doses of a WHO-approved monovalent COVID-19 vaccine 2 months after the patient's last dose, as appropriate for their immunocompetence. Refer to Appendix A.

5-2.4 IHSC facility staff may determine the frequency of COVID-19 vaccination efforts after considering the facility's patient turnover, intake volumes, and average length of stay; vaccines should be offered as often as necessary to ensure that all eligible patients are offered the vaccine while in custody. Facilities may re-schedule automatically created appointments to align with vaccination schedules.

5-2.5 IHSC staff should prioritize the offering and administration of COVID-19 vaccines to all eligible patients above concerns of "wasting" of doses due to the short administration window after a vial has been punctured. Staff should not defer vaccinations to avoid wasting doses if the deferral places the patient at risk of not receiving the vaccine.

5-2.6 **Pfizer-BioNTech bivalent COVID-19 vaccine and Moderna bivalent COVID-19 vaccine Scheduling.**

5-2.6.a   IHSC staff may administer Pfizer-BioNTech bivalent COVID-19 vaccine or Moderna bivalent COVID-19 vaccine as a single dose to unvaccinated patients.

5-2.6.b   IHSC Staff may administer Pfizer-BioNTech bivalent COVID-19 vaccine or Moderna bivalent COVID-19 vaccine to patients who have received one or more doses of a WHO-approved monovalent COVID-19 vaccine as a single dose at least 2 months after the last dose received.

5-2.6.c   IHSC staff should administer a second bivalent COVID-19 vaccine dose to patients aged 65 or older at least four months after the first dose of the bivalent COVID-19 vaccine.

5-2.6.d   IHSC staff should administer a second bivalent COVID- 19 vaccine dose to patients who are immunocompromised at least two months after the first dose of the bivalent COVID-19 vaccine. Immunocompromised is described as:

- Active cancer treatment for tumors or blood cancers.

- Organ transplant recipients taking immunosuppressant medications.

- Recipients of stem cell transplants within the last two years or taking immunosuppressant medications.

- Moderate or severe primary immunodeficiency (e.g., DiGeorge or Wiskott-Aldrich syndromes).

- HIV infection with CD4 count <500.

- Patients taking high-dose corticosteroids (>10mg daily of prednisone or equivalent) or other immunosuppressant medications.

5-2.7 **Janssen (Johnson & Johnson) COVID-19 Vaccine Dose Scheduling.** IHSC staff should no longer offer Janssen COVID-19 vaccines as initial, second, or booster doses following the FDA's May 5, 2022, modification of the EUA to restrict its use.

**5-3.    On-site vaccine receipt, storage, and transport.**

5-3.1 IHSC sites may receive allocated vaccine and administration supplies from either federal partners/pathways, or state or local health departments to expedite vaccine access.

5-3.2 IHSC pharmacy staff are responsible for receiving and maintaining COVID- 19 vaccine supplies. Health staff must inspect each vaccine delivery for damage and temperature excursions, then place the vaccines into the appropriate storage location per the manufacturer's instructions.

5-3.3 IHSC pharmacy staff should store bulk COVID-19 vaccinations in the pharmacy in accordance with the manufacturer's storage recommendations. If adequate storage is not available within the pharmacy, health staff may store the vaccine in clinic areas in accordance with the manufacturer's storage recommendations.

5-3.4  IHSC staff must secure any sharps received with the vaccine and store them in a secure manner, in accordance with IHSC Directive 05-05, *Safety and Security*.

5-3.5  IHSC pharmacy staff must inspect all vaccine storage locations within the clinic area each business day and remove any vaccine vials that have exceeded the manufacturers' recommendations for storage in their present condition (time since reconstitution/puncture, time at temperature). The clinic coordinator nurse or designee performs this duty on weekends and holidays, as appropriate.

5-3.6  IHSC staff must track vaccine usage information, including doses administered, doses remaining, and wastage/spoilage. Staff report usage data to the vaccine supplier and/or CDC as required by issuing jurisdiction. Staff report wastage and spoilage in the Health Partner Order Portal (HPOP) within 1 business day of when the wastage or spoilage occurred.

5-3.7  **Moderna bivalent COVID-19 Vaccine**. IHSC staff must store Moderna bivalent COVID-19 vaccine in accordance with the following manufacturer recommendations:

5-3.7.a  Moderna bivalent COVID-19 vaccines must be stored in a freezer between -58°F and 5°F (-50°C and -15°C) until they are ready for use.

5-3.7.b  Unpunctured vials may be stored in a refrigerator at 36°F to 46°F (2°C to 8°C) for up to 30 days, and/or at controlled room temperature (46° to 77°F) for up to 24 hours. Do NOT re-freeze the vaccine once it has been thawed.

5-3.7.c  Prior to administration, the frozen vaccine should be thawed in the refrigerator (36°F to 46°F [2°C to 8°C]) for 2 hours, OR thaw at room temperature between 59°F to 77°F (15°C to 25°C) for 45 minutes.

5-3.7.d  Once punctured, the vial may be stored in either the refrigerator or at room temperature and must be discarded after 12 hours.

5-3.7.e  Pre-drawn syringes of Moderna COVID-19 vaccine may be stored between 36°F and 77°F for up to 12 hours.

5-3.7.f  Once the vaccine is thawed, it must be handled with care and protected from shocks, drops, or vibration.

5-3.7.g   Refrigerated vials not used after 30 days, un- punctured vials stored between 46°F to 77°F (8°C to 25°C) not used after 24hours, and punctured vials not used after 12 hours, must be maintained in a separate area, and labeled "DO NOT USE" until disposed through normal reverse distributor processes.

5-3.7.h   Once thawed, the Moderna vaccine is sensitive to movement. The manufacturer provided the following information to ensure stability of the vaccine:

- Do not transport punctured vials.

- Protect the vaccine as much as possible from drops, shocks, and vibration whether in the carton, vial, case or cooler.

- Transport the vaccine in the carton whenever possible.

- Always transport the vaccine in insulated containers qualified to maintain 2-8°C for the duration of transport.

- Secure the containers during transport to prevent unnecessary movement.

- Refer to the allowable timelines for transport of thawed vaccine below. Total transport time should not exceed 12 hours in total.

  o Transport while walking or using a hand cart must not exceed 1 hour.

  o Vehicle transport must not exceed 12 hours.

  o Only transport a vial of thawed vaccine one time. Do not transport it back again to the point of origin, or to a new location.

  o If transport of a thawed vial must occur, place the vial with dunnage (bubble wrap or similar padding) to minimize movement during transport.

  o Take care to ensure thawed vaccine does not re-freeze during transport.

5-3.8 **Pfizer-BioNTech COVID-19 Vaccine**. IHSC staff must store Pfizer-BioNTech bivalent COVID-19 vaccine in accordance with the following manufacturer recommendations:

5-3.8.a   All Pfizer-BioNTech bivalent COVID-19 vaccines must be stored in an ultra- low-temperature (ULT) freezer between -130°F and -76°F (-90ºC to -60ºC) to maintain effectiveness *until the manufacturer's expiration date.* Pfizer-BioNTech bivalent COVID-19 vaccines should NOT be stored in a freezer above ULT temperatures.

5-3.8.b   Unpunctured Pfizer-BioNTech bivalent COVID-19 vaccine may be stored in the refrigerator at 35°F to 46°F (2°C to 8°C) for up to 70 days (10 weeks), and/or and at controlled room temperature (46° to 77°F) for up to 12 hours.

5-3.8.c   During storage, minimize the vaccine's exposure to room light and avoid exposure to direct sunlight and ultraviolet light.

5-3.8.d   Once punctured and/or diluted, vaccine remaining in vials must be discarded after 12 hours.

5-3.8.e   Vials that have exceeded the manufacturer's recommendations for storage at temperature are considered unusable for patient administration. IHSC staff must store the unusable vaccine in a separate area, and clearly label the vials (e.g., "DO NOT USE") until disposed through normal reverse distributor processes.

| Pfizer-BioNTech Gray-Cap Bivalent COVID-19 Vaccine Storage | |
| --- | --- |
| Ultra-Low Temp Freezer (-130°F to -76 °F) | Until MFR Expiration Date |
| Refrigerator (35°F to 46°F) | 10 weeks (70 days) |
| Room temperature (46°F to 77°F) | 12 hours |
| *After puncture/dilution* (Refrigerator or room temp) | 12 hours |
| Pre-drawn syringe (Refrigerator or room temp) | 12 hours |

5-3.9   **Janssen [Johnson & Johnson (J&J)] COVID-19 Vaccine:**  IHSC staff should no longer offer Janssen COVID-19 vaccines as initial, second, or booster doses following the FDA's May 5, 2022, modification of the EUA to restrict its use.

IHSC staff must continue to store current supplies of Janssen COVID-19 vaccine in accordance with the manufacturer recommendations.

**5-4.    On-site vaccine preparation.**

5-4.1 IHSC staff must prepare COVID-19 vaccines for administration in accordance with the manufacturer's instructions.

5-4.2 **Moderna bivalent COVID-19 Vaccine:**

5-4.2.a    Staff must remove the vaccine from either the freezer or the refrigerator and allow the vaccine vial to come to room temperature, approximately 45 minutes for frozen vials and at least 15 minutes for refrigerated vials.

5-4.2.b    Swirl the vaccine vial gently before withdrawing each dose. DO NOT SHAKE and DO NOT DILUTE the vaccine.

5-4.2.c    Visually inspect the vaccine vial before vaccine administration. The vaccine is a white to off-white suspension, and it may contain white or translucent product-related particulates.

5-4.2.d    Do not administer the vaccine if other particulate matter and/or discoloration are present.

- Verify the vaccine and expiration date by accessing the manufacturer's website here: https://www.modernatx.com/covid19vaccine-eua/providers/vial-lookup.

- Enter the lot number to view the vaccine's expiration date.

5-4.2.e    The bivalent booster formulation (dark blue-cap) dose contains five (5) separate 0.5mL vaccine doses, each with 50mcg of vaccine product.

5-4.2.f    After the first dose has been withdrawn, the vial may be stored at either refrigerated or room temperatures (36°F to 77°F [2°C to 25°C]) and must be administered within 12 hours.

5-4.2.g    Record the date and time of the vial puncture/first use on the vial label.

5-4.3 **Pfizer-BioNTech bivalent COVID-19 Vaccine:**

5-4.3.a    The Pfizer bivalent vaccine should NOT be diluted.

5-4.3.b   Staff must remove vaccine from either the ULT storage or the refrigerator and allow it to come to room temperature. The time it takes to thaw is approximately 30 minutes for frozen vials. Unpunctured vaccine must not remain at room temperature for more than 12 hours.

5-4.3.c   Pfizer-BioNTech bivalent vaccine vials contain up to six (6) separate 0.3 ml vaccine doses, each with 30 mcg of vaccine product in a labeled, multi-dose vial.

5-4.3.d   Staff should remove the vaccine vial from the refrigerator and allow it to come to room temperature for 30 minutes prior to withdrawing doses.

- Gently invert the vaccine vial 10 times to mix.

- Withdraw 0.3mL for each dose. Each vial contains six (6) separate doses and should NOT be diluted.

- Label the vial and record the date and time of puncture on the label.

- Do not combine or pool partial doses from multiple vaccine vials to "create" additional doses.

5-4.3.e   Once punctured, vaccine vial may be stored at either refrigerated or room temperatures (35°F to 77°F [2°C to 25°C]). The punctured vial must be discarded after 12 hours. Do not combine or pool partial doses from multiple vaccine vials to "create" additional doses.

**5-5.   Screen for contraindications and precautions.**

5-5.1 Administering health staff should refer to the eClinicalWorks (eCW) template titled "IMMUNIZATION COVID-19: Adult" for COVID-19 vaccination screening questions. IHSC staff must document all responses to these questions in the patient's health record. (See Section 5-11 for additional information regarding immunization documentation).

5-5.2 Nursing staff must consult a medical provider or pharmacist for further guidance if a patient reports a contraindication or precaution to receiving the COVID-19 vaccine. Individuals who have a previous history of anaphylactic reaction to something, regardless of cause, must be observed for 30 minutes after vaccination.

5-5.3 Contraindications for use of all COVID-19 vaccines:

5-5.3.a  History of severe adverse reactions to a COVID-19 vaccine. IHSC staff must not give COVID-19 vaccine to a person who has experienced a serious systemic or anaphylactic reaction to a prior dose of the vaccine or to any of its components.

5-5.3.b  For a list of vaccine components, refer to https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines/overview-COVID-19-vaccines.html

5-5.4  Precautions for use of all COVID-19 vaccines:

5-5.4.a  History of any severe allergic reaction (anaphylaxis) to any other vaccine or medication.

5-5.4.b  Weakened immune system caused by HIV infection, cancer, or immunosuppressive medications.

5-5.4.c  History of myocarditis or pericarditis after a dose of an mRNA or Novavax COVID-19 vaccine.

5-5.5  IHSC staff should defer vaccination if the patient has:

5-5.5.a  Moderate or severe acute illness with or without fever. Persons who are ill with COVID-19 should defer immunization until recovery from clinical symptoms and discontinuation of isolation.

5-5.5.b  Received a recent positive COVID-19 test: Persons who are asymptomatic but have tested positive for COVID-19 recently should defer immunization against COVID-19 until they have completed the isolation period or process recommended by the CDC.

**5-6.   Provide Vaccine Information Statement/Emergency Use Authorization Fact Sheet.**

5-6.1  Provide all patients with both a copy of the most current Emergency Use Authorization (EUA) Fact Sheet or federal Vaccine Information Statement (VIS) in their native language, where available, and the IHSC COVID-19 Vaccine Info Sheet (Appendix C for English) in their native language, where available. The IHSC COVID-19 Vaccine Information Sheet translations are available at IHSC SharePoint - Patient Education: COVID-19 Vaccines.

5-6.1.a  Moderna COVID-19 Vaccine EUA Fact Sheet for Recipients/Caregivers.

5-6.1.b   Pfizer-BioNTech COVID-19 Vaccine EUA Fact Sheets for Recipients/ Caregivers

5-6.2 COVID-19 Vaccine Education Resources

5-6.2.a   IHSC COVID-19 Vaccine Information Sheets

5-6.2.b   FDA's Multilingual COVID-19 Resources

5-6.2.c   CDC's "Las Vacunas Contra el COVID-19" video series

5-6.2.d   San Francisco "COVID-19 Vaccine: Myth vs Fact" Poster (English)

5-6.2.e   Cleveland Clinic "9 Mitos Comunes Sobre La Vacuna COVID-19 Aclarados a Continuación" video.

5-6.3 If a patient is unable to read, or the fact sheet or information sheet is unavailable in the patient's native language, a health care staff member must read the VIS/Fact Sheet/IHSC COVID-19 Vaccine Info Sheet to the patient, using appropriate translation services as needed, and document this in the health record.

5-6.4 Patients must sign a COVID vaccine consent/declination form (IHSC Pilot Forms in English, Spanish, Haitian Creole, Portuguese, Bengali, French, and Punjabi) and indicate their wish to receive or decline the vaccine. The patient may request the COVID-19 vaccine at a later date, at which time IHSC staff may provide the vaccine as supply permits.

**5-7.   Prepare to administer vaccine.**

5-7.1 Administer COVID-19 vaccine intramuscularly using a 22-25-gauge needle. Staff should select the needle length based on the chart below. However, staff may adjust needle size as the patient's body build dictates.

| PATIENT AGE/GENDER | PATIENT WEIGHT | NEEDLE LENGTH |
|---|---|---|
| FEMALE AGE 12+ | < 200 LB | 1" |
| FEMALE AGE 12+ | ≥ 200 LB | 1 ½" |
| MALE AGE 12+ | < 260 LB | 1" |
| MALE AGE 12+ | ≥ 260 LB | 1 ½" |

5-7.2 IHSC staff must ensure that urgent care medications such as epinephrine auto-injectors are easily available and accessible to staff who provide vaccinations. If health care staff provide vaccinations in a satellite location from the main clinic area, the vaccine provider must carry an emergency response kit containing the following items:

5-7.2.a    Two epinephrine auto-injectors.

5-7.2.b    Two vials of diphenhydramine injectable solution.

5-7.2.c    Two 3 mL, 25G syringes/needles for diphenhydramine injection.

5-7.2.d    A blood pressure cuff and stethoscope.

5-7.2.e    Cardiopulmonary resuscitation (CPR) pocket mask or bag-valve mask.

### 5-8.   Administer COVID-19 vaccine.

| TYPE | HOW SUPPLIED | AGE/DOSE/ VOLUME/ROUTE | | SCHEDULE | KEY POINTS |
|---|---|---|---|---|---|
| **Pfizer-BioNTech Bivalent Vaccine** | Suspension<br><br>Multi-dose vial | **Age** | ≥ 18 years | • Administer single dose 0.3mL to COVID-19 unvaccinated individuals or ≥ 2 months after the last dose of any monovalent WHO approved COVID-19 vaccine.<br>• For Immunocompromised: One additional dose, 0.3mL, may be administered >2 months after first dose of an authorized bivalent COVID-19 vaccine.<br>• For patients > 65 yrs.: One additional dose, 0.3mL, may be administered >4 months after first dose of an authorized bivalent COVID-19 vaccine. | **Do NOT Dilute.**<br>**Do NOT store in a standard freezer.**<br>•      Store frozen at ULT until expiration date.<br>•      When refrigerated, vaccine must be used **within 70 days.**<br>• Once thawed, keep vaccine vial at room temp **no more than 12 hours.**<br>• Use vaccine from punctured vials **within 12 hours.**<br>• Use pre-drawn syringes within 12 hours<br>Egg, cell, latex and preservative free. |
| **COVID-19 Vaccine** | (Contains six 0.3 ml doses) | **Dose** | 30 mcg | | |
| mRNA<br><br>*Gray Cap* | | **Volume** | 0.3 mL | | |
| | | **Route** | IM (Deltoid) | | |

| TYPE | HOW SUPPLIED | AGE/DOSE/ VOLUME/ROUTE | | SCHEDULE | KEY POINTS |
|---|---|---|---|---|---|
| **Moderna** | Suspension | **Age** | ≥ 18 mo. | • Administer single dose 0.5 mL to COVID-19 unvaccinated individuals or ≥ 2 months after the last dose of any monovalent WHO approved COVID-19 vaccine.<br>• For Immunocompromised: One additional dose, 0.5mL, may be administered >2 months after first dose of an authorized | • Use refrigerated vaccine within 30 days.<br>• Use unrefrigerated and unpunctured vaccine vials within 24 hours.<br>• After 1st dose withdrawn, use vaccine within 12 hours.<br>• Use pre-drawn syringes within 12 hours<br>• Egg, cell, latex, and preservative |
| **Bivalent Vaccine** | **Multi-dose vial** | | years | | |
| | | **Dose** | 50 mcg | | |

| COVID-19 Vaccine | (Contains five 0.5 mL doses) | | | bivalent CVID-19 vaccine. <br> • For patients > 65 yrs.: One additional dose, 0.5mL, may be administered >4 months after first dose of an authorized bivalent COVID-19 vaccine. | free <br> • *Thawed vaccine is sensitive to movement* |
|---|---|---|---|---|---|
| mRNA Vaccine *DARK BLUE-Cap* | | **Volume** | 0.5 mL | | |
| | | **Route** | IM (Deltoid) | | |

### 5-9.  Post-vaccination monitoring and education.

5-9.1 IHSC staff must observe the patient and monitor for any potential severe side effects or allergic reactions for at least 15 minutes after administering the vaccine. If the patient has a history of any previous severe allergic reaction, staff must monitor them for 30 minutes.

5-9.2 In the event of a medical emergency related to the administration of a vaccine, staff should immediately call a medical emergency.

5-9.3 Nursing staff may utilize the IHSC Adult Urgent Emergent Clinical Nurse Guidelines for anaphylaxis or severe allergic reactions to initiate care until a higher-level provider arrives.

5-9.4 Staff should educate patients that vaccinations do not provide full protection against infection with COVID-19, but vaccination will significantly reduce the risk of severe illness, hospitalization, and death. Additionally, staff should instruct patients to continue to wear masks, maintain physical distancing, and continue hand-washing and robust personal hygiene measures.

### 5-10.  Documentation of vaccination.

5-10.1 IHSC staff should utilize an "IMM" encounter type to document immunization encounters in the electronic health record (eHR). Staff should document immunizations administered during another encounter type (e.g., MHU-N or PE-C) within those encounters.

5-10.2 Document COVID-19 vaccination screening and administration in the eHR using the "IMMUNIZATION COVID-19" template in accordance with the IHSC eCW User Guide: Immunizations Documentation.

5-10.3 Document the patient's vaccination status in the eHR using the global alert system.

5-10.3.a  Document patients who declined to receive the COVID-19 vaccine with the global alert: "Declined COVID-19 vaccination".

5-10.3.b  Document patients who have received one dose of a monovalent vaccine but did not receive an additional dose of a bivalent COVID-19 vaccine with the global alert: "Started COVID-19 vaccination".

5-10.3.c  Document for immunocompetent and those less than 65 years of age who received a bivalent COVID-19 vaccine with the global alert: "Finished COVID-19 vaccination".

5-10.3.d  Document for immunocompromised and those 65 years of age and older who have not received a second bivalent COVID-19 vaccine as indicated with the global alert: "Started COVID-19 vaccination".

5-10.4 Staff must provide each patient with a completed COVID-19 Vaccination Record Card and instruct them to bring it back to the clinic for completion with their next dose information, as applicable.

5-10.5 Staff ensure a second bivalent vaccine dose administration appointment is scheduled, as applicable.

5-10.6 Tuberculosis skin tests (TSTs) may be administered any time before, concurrently with, or after any COVID-19 vaccine.

**5-11.   Report all clinically important vaccine adverse reactions.**

5-11.1 IHSC staff must report the following vaccine adverse reactions to the Food and Drug Administration (FDA) using the Vaccine Adverse Events Reporting System (VAERS) regardless of whether the staff member thinks the vaccine caused the AE. Healthcare providers are encouraged to report to VAERS any additional clinically significant AEs following vaccination, even if they are not sure whether the vaccine caused the event.

- Cases of Multisystem Inflammatory Syndrome
- Cases of COVID-19 that result in hospitalization or death
- Inpatient hospitalization or prolongation of existing hospitalization
- A persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
- A congenital anomaly/birth defect
- A life-threatening AE
- Death

- An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent one of the outcomes listed above.

5-11.2 IHSC staff must report **all** COVID-19 vaccine administration errors, even those not associated with an adverse event, to VAERS. Refer to the CDC guidance on COVID-19 vaccine administration errors and deviations for actions to take after an error has occurred.

5-11.3 IHSC staff may also encourage vaccine recipients to register with CDC's V- SAFE After Vaccination Health Checker program after release from detention.

6. **HISTORICAL NOTES**: This OM supplements the IHSC Directive 03-38, *Adult Immunization Protocols*, located in the IHSC Policy Library, and the ICE COVID-19 Pandemic Response Requirements. It updates OM 21-001, *COVID-19 Vaccination Guidelines and Protocol* to include dentists as approved vaccinators. Prior updates:

6-1. **April 27, 2023.** Removed Pfizer BioNTech and Moderna monovalent vaccines and algorithms. Updated bivalent Pfizer-BioNTech and Moderna vaccine administration information.

6-2. **September 12, 2022.** Updated protocol to include 2022 bivalent Pfizer-BioNTech and Moderna booster vaccines. Removed Janssen vaccine and pediatric vaccine administration information.

6-3. **May 20, 2022.** Removed Janssen vaccine from IHSC protocol and algorithms in alignment with FDA's May 5, 2022 restriction of the Janssen vaccine EUA. Added authorization for Pfizer booster doses for pediatric (ages 5-11) patients.

6-4. **April 4, 2022**. Added second booster dose recommendations and clarified Moderna booster dose for immunocompromised patients who received an initial Janssen series, updated vaccine algorithms.

6-5. **February 22, 2022.** Updated to shorten required waiting time for booster doses to 5 months for individuals who received a WHO-approved but not FDA-approved/-authorized vaccine series, and to 3 months for immunocompromised individuals who received a complete 3-dose series, in accordance with CDC recommendations. Removed 90-day waiting period after COVID-19 monoclonal antibody therapy and clarified waiting period for asymptomatic patients with a recent positive test.

Added recommendation for immunocompromised individuals who received an initial Janssen vaccine to receive a second dose of an mRNA COVID-19 vaccine, followed by a booster dose 60 days after the second dose. Updated vaccine administration algorithms.

**6-6.    January 13, 2022.** Updated to clarify Pfizer-BioNTech booster eligibility for individuals >12 years old, to change Pfizer-BioNTech and Moderna booster timeline to 5 months after the most recent dose, and to update the vaccine algorithms to include Pfizer-BioNTech and Moderna 5-month booster eligibility and non-US vaccine eligibility for boosters.

**6-7.    December 2, 2021**. Updated Pfizer-BioNTech storage, preparation, and administration guidance for tris-sucrose and pediatric formulations, to remove TST administration restrictions, and to clarify VAERS reporting requirements.

**6-8.    October 29, 2021.** Updated guideline and algorithms to authorize booster doses for patients who originally received Moderna or Janssen vaccines, to authorize vaccine mixing for booster doses, and to add an IHSC-specific vaccine information sheet that should be provided to all patients.

**6-9.    October 13, 2021.** Updated decision guide for patients who received an incomplete mRNA vaccine series, to ensure current resource links, and to clarify vaccination status for patients who report vaccine receipt but cannot provide a written record or confirmation.

**6-10.   September 30, 2021.** Updated to reflect the authorized third doses of Moderna and Pfizer-BioNTech COVID-19 vaccines for immunocompromised patients, authorize booster doses for patients who received an initial Pfizer-BioNTech series six months after the patient's second dose, and reinstate the global alert documentation requirement.

**6-11.   July 20, 2021.** Updated to reflect change in vaccine posture from prioritization of high-risk detained noncitizens to opt-out vaccine offering and administration, provides guidance on clinical decision-making for patients who have received incomplete COVID-19 vaccination series and/or non-FDA-authorized COVID-19 vaccines, relocates consent/declination forms from appendices to IHSC SharePoint site, and removes the EHR global alert documentation requirement.

**6-12.   June 3, 2021.** Updated to expand authorization for Pfizer vaccine to detained noncitizens >12 years of age, remove the 14-day vaccine co-administration restriction, and authorize the use of Janssen COVID-19 vaccine to complete a COVID-19 vaccination series when the original product (Moderna or Pfizer COVID-19 vaccine) is not available.

**6-13.   March 1, 2021.** Updated to include Janssen COVID-19 vaccine.

**6-14.   February 26, 2021.** Updated to permit vaccination of cohorted detained noncitizens and authorize standard freezer storage of the Pfizer-BioNTech COVID-19 vaccine, in accordance with newly issued FDA guidance.

## 7.   DEFINITIONS:

**7-1.**   COVID-19 Vaccine: Any vaccine which the US Food & Drug Administration (FDA) grants either EUA or formal approval for the purpose of preventing infection with and/or disease caused by the SARS-CoV-2 virus.

**7-2.**   See the IHSC Glossary for additional definitions related to this directive.

## 8.   APPLICABLE STANDARDS:

**8-1.   Performance-Based National Detention Standards (PBNDS): PBNDS 2011 revised 2016:**

8-1.1 Part 4: Care; 4.3: Medical Care.; C. Communicable Disease and Infection Control.

**8-2.   Family Residential Standards (FRS) 2020:**

8-2.1 Part 4: Care; 4.3 Health Care; F. Communicable Disease and Infection Control.

**8-3.   National Commission on Correctional Health Care (NCCHC):** Standards for Health Services in Jails, 2018:

8-3.1 J-B-03. Clinical Preventive Services. (This OM supports compliance indicator #5 within NCCHC standard J-B-03).

**8-4.   American Correctional Association (ACA)**

8-4.1 Performance- Based Standards for Adult Local Detention Facilities, 4th edition**:**

8-4.1.a   4-ALDF-4C-14: Communicable Disease and Infection Control Program.

## 9.   PRIVACY AND RECORDKEEPING: IHSC uses detained noncitizen health records and information maintained in accordance with the DHS/ICE-013 Alien Health Records System of Records to provide for the care and safety of detained noncitizens. IHSC limits access to patient health records and information to those individuals who need to know the information for the performance of their official duties, and who have appropriate clearances or permissions. IHSC secures paper records in a locked cabinet or room when not under the direct control of an officer or employee with a need for the paper record to perform their duties.

**9-1.**    IHSC staff complete annual training on the protection of patient health information and Sensitive Personally identifiable information.

**9-2.**    IHSC staff reference the Department of Homeland Security Handbook for Safeguarding Sensitive PII (Handbook) at [DHS Handbook for Safeguarding Sensitive PII](#) for additional information concerning safeguarding sensitive PII.

**9-3.**    All relevant documents produced or provided in accordance with this Directive must be maintained in accordance with an applicable National Archives and Records Administration (NARA) General Records Schedule (GRS) or a NARA-approved agency-specific records control schedule. If the records are not subject to a records schedule, they must be maintained indefinitely by the agency. In the event the records are subject to a litigation hold, they may not be disposed of under a records schedule until further notification.  Prior to the disposition of any records referenced in this directive, ICE Records Officer approval must be obtained.

10. **NO PRIVATE RIGHT STATEMENT:** This OM is an internal statement of IHSC. It is not intended to, and does not create, any rights, privileges, or benefits, substantive or procedural, enforceable against the United States, its departments, agencies, or other entities; its officers or employees; or any other person.

11. **POINT OF CONTACT:** Chief, Medical Services Unit.

Appendix A – IHSC COVID-19 Vaccine Algorithm



Appendix B - IHSC COVID-19 Vaccine Information Sheet

# What You Should Know About COVID-19 Vaccines

Many people have questions and concerns about the new COVID-19 vaccines.
This is normal. This document gives you the facts on COVID-19 vaccines.

✔ **COVID-19 vaccines are safe and protect you against getting very sick, being hospitalized, and dying from COVID-19.**
All COVID-19 vaccines were tested in clinical studies with tens of thousands of people of different ages, races, and ethnicities to make sure they were safe and worked.

✔ **No safety steps were skipped in making the COVID-19 vaccines.**
COVID-19 vaccines have gone through the same safety steps and studies as other vaccines. Many of the technologies that make the vaccines possible have been tested  and used in treating other diseases for decades.  Medical researchers were able to make the vaccines more quickly because of these technologies and money from the federal government.

✔ **COVID-19 vaccines cannot give you COVID-19.**
COVID-19 vaccines do not contain any live or dead virus in them, and cannot  infect you with COVID-19.

✔ **COVID-19 vaccines are safe for pregnant and breastfeeding people.**
COVID-19 vaccines do not impact the fetus or cause miscarriages. People who are breastfeeding can share the protective antibodies they've made with their baby, which helps protect the baby against COVID-19 infection.

✔ **COVID-19 vaccines do not contain preservatives, eggs, or pork products.**
COVID-19 vaccines do not contain: latex, preservatives, or any animal byproducts, including pork, gelatin, or egg products.

✔ **COVID-19 vaccines do not contain microchips.**
COVID-19 vaccines do not contain any microchips to collect information for a database, or to track, monitor, or control people.

✔ **COVID-19 vaccines will not alter your DNA.**
The mRNA in the COVID-19 vaccines is not able to change or modify a person's genetic makeup (DNA) because it never enters the center (nucleus) of cells, which is where DNA is kept and made. After the mRNA does its job, your body destroys it.

✔ **Side effects after vaccination are normal but generally mild.**
Side effects of the vaccine are mild compared to having COVID-19 disease. Pain, swelling, or redness where the shot was given, having headaches; feeling achy; tiredness; and low-grade fevers mean your body is responding to the vaccine. These usually last 1-2 days. It is also okay if you don't have any side effects. Each person responds differently to vaccines. Severe side effects, like allergic reactions, heart inflammation, or blood clotting problems, are very rare and treatable.

✔ **Get vaccinated even if you already had COVID-19.**
We don't know how long immunity from having COVID-19 lasts, and we don't know if immunity varies based on how sick you were. The natural immunity someone gains from an infection varies from person to person.

## ICE Health Service Corps



Last revised 10/26/2021

**COVID-19 Treatment Clinical Guidance**

1. **Purpose**
   a. The purpose of this document is to provide guidance on the use of antiviral medications for the outpatient treatment of mild to moderate COVID-19 illness in patients with certain risk factors for severe COVID-19 illness.
   b. Summary of Changes (05/02/23): Removal of Monoclonal antibody treatments.

2. **Introduction**
   a. Infection with SARS-CoV-2, the virus that causes COVID-19, can lead to severe symptoms, hospitalization, and death. The FDA has issued and maintained Emergency Use Authorizations to two antiviral medications, Pfizer's Paxlovid (nirmatrelvir/ritonavir), and Merck's molnupiravir for treatment of COVID-19 patients with mild to moderate symptoms and risk factors for severe illness.
   b. Treatment with antiviral medications reduces the risk of progression to severe disease and decreases the number of patients who need hospitalization, reducing the severity of disease and improving survival.
   c. Treatment appears to work best when started early after the diagnosis is made in appropriately selected patients. For that reason, it is recommended that each patient newly diagnosed with COVID-19 be assessed for possible treatment with antivirals.
   d. There is insufficient evidence to recommend for or against the use of any nutritional supplements, such as vitamin C, vitamin D, or zinc, for the treatment of COVID-19 in non-hospitalized patients.

3. **Post-exposure Prophylaxis**
   a. None of the currently authorized antivirals are authorized for use as pre- or post-exposure prophylaxis.

4. **Patient Selection**
   a. The following criteria **must** be met in order for a patient to be considered for treatment with COVID-19 antivirals:
      i. Positive results of direct SARS-CoV-2 viral testing (acceptable assays delineated in 4.b. *and*
      ii. A clinical presentation of mild to moderate COVID-19 illness *and*
      iii. Symptom onset within 5 days (as determined by the EUA for the specific product) *and*
      iv. Risk factors for severe COVID-19 illness (see section 4.d. below) *and*

    i. Patients must have a positive direct test result for SARS-CoV-2 virus **no more than 5 days prior to treatment.** Acceptable assays include: commercial lab (LabCorp) PCR test, rapid PCR test (e.g. Abbott ID Now), and rapid antigen test (e.g. BinaxNOW or iBios).

c. Clinical Presentation: Patients with risk factors for progression to severe COVID-19 illness and one or more of the following mild or moderate COVID-19 illness may be considered for outpatient treatment with COVID-19 therapy:
    i. Fever
    ii. Cough
    iii. Sore throat
    iv. Malaise
    v. Headache
    vi. Muscle pain/myalgias
    vii. Gastrointestinal symptoms
    viii. Shortness of breath (dyspnea) with exertion but SpO2 ≥94% on room air

d. Risk Factors for Severe COVID-19 Illness: Treatment with a COVID-19 therapy is indicated for patients with risk factors for severe COVID-19 illness as listed in the CDC's list of medical conditions that increase risk of severe COVID-19 disease:
    i. Body Mass Index (BMI) ≥ 25 or BMI ≥ 85th percentile for age/gender
    ii. ≥ 65 years of age
    iii. Diabetes Mellitus (Type 1 or 2)
    iv. Pregnancy
    v. Immunosuppressive diseases, including cancer and HIV infection
    vi. Currently receiving immunosuppressive therapy
    vii. Chronic kidney disease (CKD) or chronic liver diseases
    viii. Cardiovascular disease (including congenital heart disease) or hypertension
    ix. Chronic respiratory diseases (including but not limited to chronic obstructive pulmonary disease, asthma [moderate-to-severe], tuberculosis, interstitial lung disease, cystic fibrosis, and pulmonary hypertension
    x. Mental Health conditions (including but not limited to depression and schizophrenia)
    xi. Stroke or cerebrovascular disease
    xii. Sickle cell disease
    xiii. Substance Use Disorder, including but not limited to alcohol, tobacco, and opioids
    xiv. Neurodevelopmental disorders (for example, cerebral palsy) or other neurologic conditions that confer medical complexity (for example, dementia, genetic or metabolic syndromes, and severe congenital anomalies)

     xv. Individuals with disabilities and/or dependence on medical technology (i.e., mobility impairment, intellectual and developmental disabilities, tracheostomy, gastrostomy, positive pressure ventilation not related to COVID-19)

    xvi. Other medical conditions or factors (for example, race or ethnicity) may also place individual patients at high risk for progression to severe COVID-19 and authorization of COVID-19 treatment under an EUA is not limited to the medical conditions or factors listed above.

e. Exclusions to Treatment with Antivirals for COVID-19

   i. Treatment is not authorized by the FDA EUA for use in patients with any of the following conditions:

     1. Hospitalized due to COVID-19

     2. Require oxygen therapy due to COVID-19

     3. Require an increase in baseline oxygen flow rate due to COVID-19 in those on chronic oxygen therapy due to underlying non-COVID-19 related morbidity

   ii. Patients with any of the following criteria should be excluded from further evaluation for treatment with oral COVID-19 antivirals based on clinical indicators of severe infection:

     1. Oxygen saturation (SpO2) ≤ 93% on room air

     2. Respiratory rate ≥ 30 per minute

     3. Heart rate ≥ 125 per minute

   iii. Patients with clinical indicators of severe COVID-19 illness should be considered for transfer to a higher level of care, such as an outside hospital and are excluded from consideration for treatment with oral COVID-19 antivirals.

   iv. Other criteria that may exclude a patient from treatment include:

     1. Known allergies to any of the components used in the formulation of the COVID-19 therapy.

     2. Contraindications, precautions, or major drug-drug interactions to the antivirals as detailed in sections 7.c-d. and 8.c-d.

## 5. Authorized Prescribers

a. Only physicians, advanced practice providers, and clinical pharmacists may prescribe a COVID-19 therapy. The prescriber must consult with the clinical director to confirm their decision, and the consultation must be documented in the patient's medical record.

## 6. Patient Education

a. Prior to administration of a treatment for COVID-19, the healthcare provider should communicate information consistent with the "Fact Sheet for Patients, Parents and Caregivers" (and provide a copy of the Fact Sheet in English [PAXLOVID] [MOLNUPIRAVIR] or translated to the patient's native language by an interpreter) to include:

      i. FDA has authorized the emergency use of antiviral medications for the treatment of mild to moderate COVID-19 in adults (weighing at least 40 kg) with positive results of direct SARS-CoV-2 viral testing, and who are at high risk for progressing to severe COVID-19 and/or hospitalization.

      ii. The significant known and potential risks and benefits of the treatment for COVID-19, and the extent to which such potential risks and benefits are unknown.

      iii. Information on available alternative treatments and the risks and benefits of those alternatives.

  b. Obtain verbal informed consent from the patient and document prior to administering oral medication.

**7. Paxlovid (Nirmatrelvir/Ritonavir) Dosing, Storage, and Administration**

  a. Adult Dosing & Administration

      i. The dosage for Paxlovid is 300mg nirmatrelvir (2 x 150mg tabs) plus ritonavir 100mg (1 tab), taken orally together twice daily for 5 days

      ii. Paxlovid must be initiated as soon as possible after a positive SARS-CoV-2 test and within 5 days of symptom onset

      iii. Paxlovid may be taken with or without food.

      iv. Paxlovid dose should be reduced to 150mg of nirmatrelvir with 100mg of ritonavir BID in patients with eGFR 30-60mL/min, and is not recommended for patients with eGFR>30mL/min. No dosage adjustment is needed in patients with mild-moderate hepatic impairment, do not use in patients with severe hepatic impairment (Child-Pugh Class C).

  b. Storage

      i. Store Paxlovid tablets at USP controlled room temperature 20°C to 25°C (68°F to 77°F); excursions permitted between 15°C to 30°C (59°F to 86°F).

  c. Contraindications

      i. Paxlovid is an inhibitor of CYP3A. Do NOT administer paxlovid to patients taking medications that are highly dependent on CYP3A for metabolism,and for which elevated serum levels are associated with serious or life- threatening toxic adverse effects. **Consult with a pharmacist prior to prescribing to a patient taking ANY other medications.**

      ii. Use with caution in patients with uncontrolled HIV, as ritonavir may induce protease inhibitor resistance

      iii. Contraindicated in individuals' w/ history of severe hypersensitivity reactions (TEN or SJS) to components

  d. Warnings & Precautions

      i. There is no human safety data on the use of nirmatrelvir during pregnancy to evaluate the drug-associated risk of adverse outcomes. Ritonavir is generally accepted as safe for use in pregnant women. Animal reproductive studies have not identified an increased risk of adverse

       outcomes with nirmatrelvir or ritonavir.
- ii. Breastfeeding individuals with COVID-19 should follow practices according to clinical guidelines to avoid exposing the infant to COVID-19.
- iii. Paxlovid may reduce the efficacy of oral contraceptives.

8. **Molnupiravir Dosing, Storage, and Administration**
    a. Adult Dosing & Administration
        i. **<u>Molnupiravir should only be administered if all other COVID-19 therapies are not available or accessible and the patient would otherwise not receive COVID-19 treatment.</u>**
        ii. The dosage for molnupiravir is 800mg (4 x 200mg capsules) taken orally twice daily for 5 days
        iii. Molnupiravir must be initiated as soon as possible after a positive SARS-CoV-2 test and within 5 days of symptom onset
        iv. Molnupiravir may be taken with or without food.
        v. There are no dosing adjustments recommended for renal or hepatic impairment.
    b. Storage
        i. Store molnupiravir tablets at USP controlled room temperature 20°C to 25°C (68°F to 77°F); excursions permitted between 15°C to 30°C (59°F to 86°F).
    c. Contraindications
        i. Molnupiravir is not authorized for use in patients less than 18 years of age because it may affect bone and cartilage growth.
    d. Warnings & Precautions
        i. Based on findings from animal reproduction studies, molnupiravir may cause fetal harm when administered to pregnant individuals. Perform a pregnancy test prior to prescribing molnupiravir to women of childbearing age (unless utilizing contraceptive implant, IUD, or in whom pregnancy is impossible).
        ii. Advise women of childbearing potential of the potential risk to a fetus and to use an effective method of contraception correctly and consistently, as applicable, during treatment with molnupiravir and for 4 days after the final dose. Advise men who have intercourse with women of childbearing potential of the potential risk to a fetus and to use an effective method of contraception correctly and consistently, as applicable, during treatment with molnupiravir and for <u>3 months</u> after the final dose.
        iii. Breastfeeding is not recommended during treatment with molnupiravir or for 4 days after the last dose.

9. **Adverse Events**
    a. There are limited clinical data available for COVID-19 therapies. Serious and unexpected adverse events may occur that have not been previously reported with use.

b. The prescribing health care provider is responsible for **mandatory reporting of all medication errors and serious adverse events** potentially related to antiviral treatment within **7 calendar days** from the onset of the event.

    i. Submit adverse event reports to FDA MedWatch: https://www.accessdata.fda.gov/scripts/medwatch/index.cfm

    ii. The reports should include unique identifiers and the words "[*name of antiviral*] treatment under Emergency Use Authorization (EUA)" in the description section of the report.

    iii. A copy of the FDA MedWatch form should also be submitted to the manufacturer:

        1. Paxlovid http://www.pfizersafetyreporting.com/

        2. Molnupiravir dpoc.usa@msd.com

## 10. Additional Information

a. For additional information about or assistance with antiviral procurement, please reach out to the IHSC pharmacy leadership team.

b. For additional information regarding the use of antiviral treatment for individual patients, please reach out to the IHSC infectious disease team.

## 11. References

a. Paxlovid EUA Fact Sheet for Healthcare Providers
https://www.fda.gov/media/155050/download

b. Molnupiravir EUA Fact Sheet for Healthcare Providers
https://www.fda.gov/media/155054/download

c. The National Institutes of Health (NIH) COVID-19 Treatment Guidelines Panel's Summary Recommendations on COVID-19 Antiviral Agents
https://www.covid19treatmentguidelines.nih.gov/therapies/antivirals-including-antibody-products/summary-recommendations/

d. The National Institutes of Health (NIH) COVID-19 Treatment Guidelines Panel's Summary Recommendations for Supplements to Prevent and/or Treat COVID-19
https://www.covid19treatmentguidelines.nih.gov/therapies/supplements/summary-recommendations/





# ERO

## U.S. Immigration and Customs Enforcement
## Enforcement and Removal Operations

Post Pandemic Emergency COVID-19 Guidelines and Protocols



ERO Post Pandemic Emergency COVID-19 Guidelines and Protocols May 11, 2023

# Table of Contents

SUMMARY OF CHANGES ................................................................................................4

PURPOSE AND SCOPE.................................................................................................5

INTRODUCTION.........................................................................................................5

OBJECTIVES ..............................................................................................................6

COMPLIANCE MEASURES ..........................................................................................7

CONCEPT OF OPERATIONS ........................................................................................7

ALL FACILITIES HOUSING ICE DETAINEES................................................................8

OPERATIONAL STATUS CONDITIONS FOR FACILITIES.............................................10

ADDITIONAL FACTORS AND DEFINITIONS................................................................12

ERO Post Pandemic Emergency COVID-19 Guidelines and Protocols, May 11, 2023

## SUMMARY OF CHANGES

| Explanation of Change | Section | Page |
|---|---|---|
| • Facilities subject to COVID-19 related court orders or settlement agreements must comply with the ERO COVID-19 Guidelines and Protocols and adhere to applicable orders or settlement agreements even where they impose more stringent requirements. | Purpose and Scope | 5 |
| • Consistent with CDC guidance, the facility status algorithm has changed and no longer includes community COVID risk as a factor. Facility Status will instead be based on community hospital risk. | All Facilities Housing ICE Detainees | 8-9 |
| • ICE no longer requires intake testing in GREEN facilities. Detainees will be tested when testing is recommended based on clinical and CDC guidelines. | Operational Status Conditions for Facilities | 10 |
| • ICE facilities will now utilize a two-tiered system for facility operation status (GREEN/RED). | Operational Status Conditions for Facilities | 10-12 |

## PURPOSE AND SCOPE

The U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Coronavirus Disease 2019 (COVID-19) Guidelines and Protocols sets forth expectations and assists ICE detention facility operators in sustaining detention operations while mitigating risk to the safety and wellbeing of detainees, staff, contractors, visitors, and stakeholders due to COVID-19. These Guidelines and Protocols build upon previously issued guidance, primarily the Pandemic Response Requirements (PRR), and set forth specific requirements to be adopted by <u>all</u> detention facilities, as well as recommended best practices, to ensure that detainees are appropriately housed and that available mitigation measures are implemented. For facilities subject to court orders or settlement agreements regarding COVID-19, this Guidelines and Protocols document will constitute the PRR, and such facilities must continue to adhere to those orders or settlement agreements even where they impose more stringent requirements. This Guidelines and Protocols document has been developed in consultation with the Centers for Disease Control and Prevention (CDC) and is a dynamic document that will be updated as additional/revised information and best practices become available.

## INTRODUCTION

As the CDC has explained:

- COVID-19 is a communicable disease caused by a novel (new) coronavirus, SARS-CoV-2, and was first identified as the cause of an outbreak of respiratory illness that began in Wuhan Hubei Province, People's Republic of China (China). COVID-19 spreads when an infected person breathes out droplets and very small particles that contain the virus. COVID-19 can be transmitted via both droplet and airborne transmission. These droplets and particles can be breathed in by other people, or land on their eyes, noses, or mouth. In some circumstances, they may contaminate surfaces they touch.

COVID-19 is spread in three main ways:

- Breathing in air when close to an infected person who is exhaling small droplets and particles that contain the virus.
- Having these small droplets and particles containing the virus land on the eyes, nose, or mouth, especially through splashes and sprays such as a cough or sneeze.
- Touching eyes, nose, or mouth with hands that have the virus on them.

Symptoms may include fever, cough, and shortness of breath; they typically appear two to fourteen days after exposure. Manifestations of severe disease include severe pneumonia, acute respiratory distress syndrome (ARDS), septic shock, and multi-organ failure. Additionally, other symptoms may include fatigue, headache, chills, muscle pain, sore throat, new loss of taste or smell, nausea or vomiting, and diarrhea.[1]

---

[1] *See, e.g.,* <u>Centers of Disease Control and Prevention, Symptoms of Coronavirus</u>, https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html (last visited May 9, 2022).

Multiple variants of COVID-19 have been identified. They vary in both morbidity and mortality. COVID-19 vaccination reduces the chance of severe disease, need for hospitalization, and death. However, studies have shown that vaccinated individuals can become infected and still transmit the virus.[2]

Given the seriousness and pervasiveness of COVID-19, ICE is taking necessary measures to protect detainees, staff, contractors, visitors, and stakeholders. ICE provided guidance on the measures required for facilities housing ICE detainees across the full spectrum of detention facilities to mitigate the spread of COVID-19. The ICE detention standards applicable to all facilities housing ICE detainees have long required that each such facility have written plans that address the management of infectious and communicable diseases, including, but not limited to, testing, isolation, prevention, treatment, and education. Those requirements include reporting and collaboration with local or state health departments in accordance with state and local laws and recommendations.[3]

On April 10, 2023, President Joseph Biden signed into law an act ending the national COVID-19 emergency.[4] On May 11, the public health emergency related to COVID-19 ended. This new version of the COVID-19 guidance focuses on transitioning back to a normal footing regarding the control and treatment of COVID-19 while adhering to continuing CDC guidance.

The Performance-Based National Detention Standards (PBNDS) 2008 and 2011 both require facilities to "comply with current and future plans implemented by federal, state or local authorities addressing specific public health issues including communicable disease reporting requirements[,]" with PBNDS 2011 specifically requiring compliance with CDC guidelines for the prevention and control of infectious diseases.[5] The 2019 National Detention Standards (NDS) similarly require "collaboration with local or state health departments in accordance with state and local laws and recommendations."[6] The measures outlined in this guidance allow ICE personnel and detention providers to properly discharge their obligations under those standards in light of the challenges posed by COVID-19.

**OBJECTIVES**

The ERO COVID-19 Guidelines and Protocols document has been designed to establish requirements, as well as best practices, for all detention facilities housing ICE detainees to follow for the management of COVID-19. Consistent with ICE detention standards, all facilities housing ICE detainees are required to have a COVID-19 mitigation plan that meets the following four objectives:

---

[2] *See* Centers for Disease Control and Prevention, Vaccines for COVID-19, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html (last visited May 3, 2023).

[3] *See, e.g.,* ICE National Detention Standards 2019 (NDS), Standard 4.3, Medical Care, II.D.2, p. 114, https://www.ice.gov/doclib/detention-standards/2019/4_3.pdf; 2011 ICE Performance-Based National Detention Standards (PBNDS), Revised 2016, Standard 4.3, V.C.1 (p. 261), https://www.ice.gov/doclib/detention-standards/2011/4-3.pdf; 2008 ICE PBNDS, Standard 4-22, Medical Care, V.C.1 (pp. 5-6), https://www.ice.gov/doclib/dro/detention-standards/pdf/medical_care.pdf.

[4] *See* Pub. L. No. 118-3 (Apr. 10, 2023). https://www.congress.gov/bill/118th-congress/house-joint-resolution/7/text.

[5] Performance-Based National Detention Standards (PBNDS) 2008, Medical Care, V. C., Communicable Disease and Infection Control p. 5-8; Performance-Based National Detention Standards (PBNDS) 2011, rev. 2016, Medical Care, 4.3, V. C., Communicable Disease and Infection Control, p. 261-264.

[6] The 2019 NDS, Medical Care 4.3, II.D.2, Infectious and Communicable Diseases, p.114.

- To protect employees, contractors, detainees, visitors, and stakeholders from exposure to the virus.
- To maintain essential functions and services at the facility while managing COVID-19.
- To establish the means to test, vaccinate, monitor, cohort,[7] quarantine, and isolate the sick from the well.

Since the end of the COVID-19 national and public health emergencies, the ERO COVID-19 Guidelines and Protocols document will also serve as a transition document to facilitate the shift from pandemic operations to normal operations. For facilities subject to court orders or settlement agreements regarding COVID-19, this Guidelines and Protocols document will constitute the PRR, and such facilities must continue to adhere to those orders or settlement agreements even where they impose more stringent requirements.

## COMPLIANCE MEASURES

To ensure that detention facilities comply with the detention requirements set forth in the ERO COVID-19 Guidelines and Protocols document, ICE federal compliance personnel will conduct periodic onsite inspections at over 72-hour ICE detention facilities. Upon identification of a deficiency, ICE will provide written notice to the facility and allow seven business days for submission of a corrective action plan to ICE for approval.

## CONCEPT OF OPERATIONS

The ERO COVID-19 Guidelines and Protocols document is intended for use across ICE's entire detention network, applying to all facilities housing ICE detainees, including ICE-owned Service Processing Centers, facilities operated by private vendors and facilities operated by local government agencies that have mixed populations of which ICE detainees comprise only a small fraction.

ERO will issue and post these guidelines on ICE.gov and issue this document and related IHSC guidance through a broadcast message to ERO employees.

This guidance sets forth best practices for all facilities and will be distributed by ERO leadership directly to the ICE Health Service Corps (IHSC) staff and to facilities not staffed by IHSC through Field Medical Coordinators (FMCs).

Facilities that are subject to existing court orders or settlement agreements regarding COVID-19 mitigation measures and/or custody determinations must continue to adhere to those orders or settlement agreements.

---

[7] A cohort is a group of persons with a similar condition grouped or housed together for observation over a period of time. Isolation and quarantine are public health practices used to protect the public from exposure to individuals who have or may have a contagious disease. Cohorting, quarantining, and holding in medical isolation is not punitive in nature and must be operationally distinct from administrative or disciplinary segregation, insofar as cells and units for those forms of segregation may be used, but detainees are provided access to TV, reading materials, recreation, and telephones to the fullest extent possible. For purposes of this document, and as defined by the CDC, quarantine is the separation of a person or group of people reasonably believed to have been exposed to a communicable disease but not yet symptomatic, from others who have not been exposed, to prevent the possible spread of the communicable disease. For purposes of this document, and as defined by the CDC, isolation is the separation of a person or group of people known or reasonably believed to be infected with a communicable disease and potentially infectious from others to prevent the spread of the communicable disease.

**ALL FACILITIES HOUSING ICE DETAINEES**

All detention facilities housing ICE detainees must comply with the following:

**Facility Operational Status Determination and COVID-19 Operations**

- Based on CDC's Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities released on November 29, 2022, each ICE facility will, on a weekly basis, determine its COVID operational status.
- Facility status and interventions for COVID-19 management will be based on this determination in accordance with CDC guidance.
- The HSA (or equivalent at non-IHSC staffed facilities) will report the findings to the local facility medical leadership, and they will determine the operational status for the facility each week.
- The local medical leadership will report this status each week to facility leadership and to the relevant ERO Field Office Director.
- Facilities will use four measures that, in combination, will assign a specific response level to each facility. The measures are not cumulative and will be determined each week based on the following:
  - CDC Hospital COVID-19 levels:
    - Determined by the hospital admissions data for COVID-19 by county as published by CDC.
  - Number of isolation/quarantine pods/housing units:
    - Pods or units are counted at the time of measurement.
    - These are not intake units, but isolation/quarantine pods/units created due to a case or exposure in the general population.
    - Measure an absolute number for 0 or 1. If there is more than one unit, the facility will need to determine the % or bed space occupied by non-intake isolation/quarantine units. This is to balance the unique needs of small versus large facilities.
  - Medical isolation rate:
    - Calculated by adding the number of detainees in the facility's medical housing for COVID-19 to the number of detainees hospitalized for COVID-19, and then divided by the total number of detainees in the facility at the time of measurement.
  - Hospitalization or death since the previous measurement period caused primarily by COVID-19. Hospitalizations or deaths of detainees not caused primarily by COVID-19 are not applicable. For example, a detainee hospitalized due to a fall who tests positive, but is asymptomatic, does not count for this determination.
- Once these values are determined, the facility will follow the decision matrix below to determine the facility status for the week: GREEN or RED.
- Facilities will maintain a weekly record of their status.
- Facility leadership can change the operational status at any time based on the changing public health environment without waiting for the weekly determination.



**OPERATIONAL STATUS CONDITIONS FOR FACILITIES**

<u>GREEN</u>

- Staff who report symptoms of COVID-19 should not report to work until cleared by their health care provider.
- Continue to provide and encourage up to date COVID-19 vaccination for staff members and detainees (including additional doses for people who are immunocompromised and others who are eligible for them, and boosters).
- Maintain standard infection control: Maintain optimized ventilation, handwashing, and cleaning and disinfection for standard prevention of infectious diseases, including COVID-19. Ensure that recommended personal protective equipment (PPE) is available for staff and detainees.
- As a strategy for everyday operations, facilities should ensure that ventilation systems operate properly and provide acceptable indoor air quality for the current occupancy level for each space. Improvements and repairs should be made, as necessary.
- All detainees are screened for COVID-19 symptoms as described below (see SCREENING FOR COVID-19).
- Detainees are tested at intake if they display symptoms consistent with COVID-19 infection. (*See* SCREENING FOR COVID-19 below). Detainees who test negative for COVID-19 at intake:
  - Are provided a mask to wear for 10 days post-symptom onset.
  - Can be processed into general population assuming no further medical issues are present.
- Detainees who test positive:
  - Isolate for 10 days post-symptom development or 10 days post-test date (whichever is shorter).
  - Provide mask to wear for 10-day post-symptom onset.
  - Can be retested no sooner than day five of isolation.
    - If retest is positive, completes isolation period.
    - If retest is negative, release on day 7 isolation (48 hours after retest); continue mask wear for full isolation period.

- Determine through contact tracing if detainees who have COVID-19 symptoms and tested positive have close contacts (a close contact is defined as someone who was less than 6 feet away from an infected person for a total of 15 minutes or more over a 24-hour period).
- Once close contacts are identified, test them for COVID-19.
  - Educate the detainee on symptoms of COVID-19 infection and instruct detainees to report if they have any symptoms to medical staff at sick call or to the custody officer (who will notify medical staff).
  - If negative, provide a mask to wear for 10 days post-exposure.
  - If positive:
    - Provide a mask to wear for 10 days post-exposure.
    - Isolate for 10 days post-exposure.
    - Can be retested no sooner than day five of isolation.
      - If retest is positive, completes isolation period.
      - If retest is negative, release on day 7 isolation (48 hours after retest); continue mask wear for full isolation period.
- If symptoms develop in a detainee during isolation:

- o Reset isolation clock to 10 days post-symptom onset.
- o Retest detainee immediately. Use CDC Antigen testing algorithm.
- A detainee who was severely ill with COVID-19 or who has a severely weakened immune system (immunocompromised) due to a health condition or medication may require a longer period of isolation (up to 20 days) and may require consultation with infectious disease specialists and testing to determine when the detainee can be released from isolation.
- COVID-19 positive detainees determined to be at increased-risk of complications from COVID-19 or more severely affected symptomatic detainees may require a higher level of monitoring or care and should be housed in the medical housing unit or infirmary area of the facility or, if unavailable, hospitalized as detailed below.
- Detainees who require a higher level of care than can be safely provided at the detention facility must be referred to community medical resources when needed. Facility staff will defer medical care management decisions to the off-site medical provider caring for the detainee.
- Communicate regularly with isolated detainees regarding their isolation period.
- Operational status does not change treatments for COVID-19. Treatments for COVID-19 are unchanged from previous guidance. Facilities should maintain the ability to treat eligible people onsite or ensure timely access to care offsite.
- Maintain PPE, vaccinations, and hygiene requirements for staff.
- Prepare for increased measures under RED status. Communicate with facility leadership and develop contingency plans for rapidly increasing intake isolation space.
- Prepare for outbreaks (maintain communication with staff members and detainees about what to expect if an outbreak occurs, and with external partners, including public health and other local correctional and detention facilities).
- Requirements for removals remain unchanged as determined by receiving country.
- Routine masking is not required when facility status is GREEN for detainees, facility staff, visitors, or other persons in the facility.
- Medical personnel must continue wearing PPE appropriate for patient care and treatment as advised by IHSC and CDC.
- Masks should be made available to detainees and staff so that they can utilize them based on personal preference.
- Visitation: There are no restrictions on visitation in green status.

<u>RED</u>

- All actions under conditions GREEN and:
  - o Test all detainees for COVID-19 upon intake. Manage positive and symptomatic detainees as described in the relevant sections below.
  - o Test all detainees upon transfer or release. If required by state or local authorities, notify state or local health departments upon release of a positive detainee before isolation period is completed.
  - o Require all detainees, staff, visitors, and any other persons in the facility to wear a well-fitting mask while indoors.
  - o Do not transfer detainees exhibiting symptoms of COVID-19.
  - o Temporarily suspend group activities where detainees will be in closer contact than they are in their housing environment (while considering impact on mental health and access to

services).

- o Minimize movement and mixing across housing units: While facility is at RED, reduce contact between different areas of the facility, and between the facility and the community, to prevent transmission. Examples include:
  - ▪ Restricting contact between housing units, including maintaining consistent staff assignments.
  - ▪ Postponing non-essential community visits.
  - ▪ Restricting movement between facilities.

- o Visitation:
  - ▪ The facility must provide a facial covering to any visitor who arrives at the facility without one.
  - ▪ The facility has (filled) hand sanitizer dispensers located within view and easy access throughout the visitation areas.
  - ▪ Virtual visitation should be used as an additional method of visitation, not in place of in-person visitation.
  - ▪ In some circumstances, to ensure the greatest number of detainees have access to visitation, the facility may need to limit the number of visits per detainee, while also providing virtual visitation if available.
  - ▪ If a facility limits in-person visitation, the facility will notify the local ICE field office director explaining why the limitation is necessary as a protective measure and the expected timeframe when full in-person visitation will be restored.
  - ▪ The facility has a process in place that allows for social distancing of six or more feet between visitors and detainees, unless separated by a glass or plexiglass partition.

## ADDITIONAL FACTORS AND DEFINITIONS

### Up-to-date Vaccination

A noncitizen who is up to date on their COVID-19 vaccines is defined by the CDC as an individual who has received a COVID-19 bivalent vaccine and all boosters recommended when eligible. Vaccine recommendations are different depending on age, the vaccine first received, and time since last dose. Also, the vaccine received has been approved by the CDC/FDA. Furthermore, ICE may recognize other World Health Organization (WHO) - approved vaccines, which must be evaluated on a case-by-case basis based on WHO and/or CDC guidance. To be considered up-to-date, ICE requires that noncitizens must have written documentation of their vaccination (medical record or COVID-19 vaccination card). This also allows for appropriate medical review and the offering of additional vaccines.

### Testing for COVID-19

- Detainees who test positive will be isolated as described in this document until medically cleared in accordance with CDC guidelines; a detainee who is still considered to be infectious may be released from custody.
- Detainees who test positive within three months of their original positive COVID-19 test and

cleared isolation precautions do not need to be isolated due to recurrent or persistent results unless they develop new symptoms or a worsening of existing symptoms.

- Tests for COVID-19 fall under three broad categories: PCR based ("molecular," "RT-PCR based," "NAAT"), Antigen ("rapid"), and Antibody ("serology").
- All tests that rely on the amplification of COVID-19 genetic material are RT-PCR based. RT-PCR stands for "reverse transcriptase polymerase chain reaction"; it is a type of PCR test conducted on viruses that have RNA instead of DNA. A "PCR" test for COVID-19 MUST be RT-PCR. Direct PCR on COVID-19 is not possible.
- RT-PCR based tests (also referred to broadly as "molecular" tests) are considered the "gold standard" of testing.
- Antigen-based tests detect viral antigen, do not use PCR, and are generally faster, yielding results in minutes vs hours-days. Abbott BINAXNOW® is an example of an antigen-based test.
- Antigen-based tests are considered less accurate than RT-PCR based tests; however, the CDC does allow for their use in screening (see below).
- Antibody tests measure antibodies produced against COVID-19 in the bloodstream; due to a lack of research, presently antibody-based tests are not recommended for use for screening and are not utilized in a correctional setting.
  For COVID-19 testing any Emergency Use Authorization (EUA) approved or licensed antigen-based tests can be used initially in the place of RT-PCR based tests. However, under certain circumstances, the CDC recommends the results of the antigen test be confirmed by a RT-PCR based test.

## **Screening for COVID-19**

- Detainees will be screened upon intake at all ICE facilities for COVID-19 including.
- Temperature screening for a fever is considered 100.4 degrees Fahrenheit or higher.
- Verbal screening for symptoms of COVID-19 and close contact with COVID-19 cases must include the following questions based on the CDC's Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities:
- *Today or in the past 24 hours, have you had any of the following symptoms:*
  - Fever, felt feverish, or had chills?
  - Cough?
  - Shortness of breath or difficulty breathing?
  - Fatigue?
  - Muscle or body ache?
  - Headache?
  - Sore throat?
  - New loss of taste or smell?
  - Congestion or runny nose?
  - Nausea, vomiting or diarrhea?
- A detainee with a fever or positive COVID-19 symptom screening will be referred to a medical provider for further evaluation for COVID-19 infection. Appropriate PPE and isolation procedures must be utilized, as necessary.

**Medical Isolation Considerations**

- Ensure that medical isolation for COVID-19 is distinct from administrative or disciplinary segregation.
- Due to limited housing units within many correctional facilities, individuals may be medically isolated in spaces used for administrative or disciplinary segregation; however, medical isolation shall be operationally distinct from administrative or disciplinary segregation to provide access to programs and services to the fullest extent possible as clinically permitted. For example:
  - Ensure that individuals under medical isolation receive regular visits from medical staff and have access to mental health services.
  - Make efforts to provide access to radio, television, reading materials, personal property, telephones, recreation, and commissary to the fullest extent possible.
  - Consider allowing increased telephone privileges without a cost barrier to maintain mental health and connection with others while isolated.
  - Communicate regularly with isolated individuals about the duration and purpose of their medical isolation period.
- Keep the individual's movement outside the medical isolation space to a clinically necessary minimum.
- Provide medical care to isolated individuals inside the medical isolation space unless they need to be transferred to a healthcare facility.
- Serve meals inside the medical isolation space.
- Refrain from group activities while in isolation.
- Assign isolated individual(s) to dedicated bathrooms with regular access to restrooms and showers.
- Housekeeping staff should clean and disinfect areas used by infected individuals frequently on an ongoing basis during medical isolation with an approved cleaning solution used in the strength and in a manner as recommended by the product label.
- Ensure that the individual is wearing a face mask if s/he must leave the medical isolation space for any reason, and whenever another individual enters.
- Provide clean face masks as needed. Face masks must be washed daily and/or changed when visibly soiled or wet.

If the facility is housing individuals with confirmed COVID-19 as a cohort:

- Only individuals with laboratory confirmed COVID-19 should be placed under medical isolation as a cohort.
- Do not cohort those with confirmed COVID-19 with those with suspected COVID-19, or with close contacts of individuals with confirmed or suspected COVID-19.
- Do not house individuals with undiagnosed respiratory infection (who do not meet the criteria of suspected COVID-19) with individuals with suspected COVID-19.
- Ensure that cohorted groups of people with confirmed COVID-19 wear face masks whenever anyone (including staff) enters the isolation space. (Anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance should not wear a face mask.)
- Designate space for cohort medical isolation in a manner that reduces the chance of cross-contamination across different parts of the facility.
- If the facility is housing individuals with confirmed COVID-19 as a cohort, use a well- ventilated

room with solid walls and a solid door that closes fully.
- If possible, limit medical transfers to another facility or within the facility to those necessary for care.
- Staff assignments to medical isolation should remain as consistent as possible with limited movements to other parts of the facility. Staff shall wear recommended PPE as appropriate for their level of contact with the individual under medical isolation.
- Staff shall ensure that they change PPE when leaving the isolation space to prevent cross contamination. If PPE supplies necessitate reuse, ensure that staff move only from areas of low to high exposure risk while wearing the same PPE. Ensure that staff are trained in infection control practices, including use of recommended PPE.
- Minimize transfer of individuals with confirmed or suspected COVID-19 between spaces within the facility.
- Provide individuals under medical isolation with tissues and, if permissible, a lined no-touch trash receptacle. Instruct them to:
  o Cover their mouth and nose with a tissue when they cough or sneeze.
  o Dispose of used tissues immediately in the lined trash receptacle.
  o Wash hands immediately with soap and water for at least 20 seconds. If soap and water are not available, clean hands with an alcohol-based hand sanitizer that contains at least 60% alcohol (where security concerns permit).
  o Ensure that hand washing supplies are continually restocked.

## Clinical Care for Individuals with COVID-19

Facilities must ensure that detained individuals receive medical evaluation and treatment at the first signs of COVID-19 symptoms.
- If a facility is not able to provide such evaluation and treatment, a plan must be in place to safely transfer the individual to another facility or local hospital (including notifying the facility/hospital in advance). The initial medical evaluation must determine whether a symptomatic individual is at increased risk for severe illness from COVID-19. Persons at increased risk may include older adults and persons of any age with serious underlying medical conditions, including chronic kidney disease, serious heart conditions, and diabetes among others. See the CDC's website for a list, and check CDC guidance regularly for updates as more data become available to inform this issue.
- Much remains unknown about the risks of COVID-19 to the pregnant person, the pregnancy, and the unborn child. Prenatal and postnatal care is important for all pregnant individuals, including those who are detained. Visit the CDC website for more information on pregnancy and breastfeeding in the context of COVID-19.

Staff evaluating and providing care for individuals with confirmed or suspected COVID-19 must follow CDC guidance and monitor the guidance regularly for updates to these recommendations.
- Healthcare staff must evaluate persons with COVID-19 symptoms, and those who are close contacts of someone with COVID-19 in a separate room, with the door closed, if possible, while wearing recommended personal protective equipment (PPE) and ensuring that the individual being evaluated is wearing a face mask.

- If possible, designate a room near each housing unit to evaluate individuals with COVID-19 symptoms, rather than having symptomatic individuals walk through the facility to be evaluated in the medical unit.

Clinicians are strongly encouraged to test for other causes of respiratory illness (e.g., influenza). However, presence of another illness such as influenza does not rule out COVID-19.

When evaluating and treating persons with symptoms of COVID-19 who do not speak English, use a language line, or provide a trained interpreter.

In addition to the specific measures listed above, all detention facilities housing ICE detainees must also comply with the following guidance found in the CDC's *Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities*.

## Antiviral Therapy

Infection with SARS-CoV-2, the virus that causes COVID-19, can lead to severe symptoms, hospitalization, and death. The FDA has issued Emergency Use Authorizations for several antiviral products for treatment of COVID-19 patients with mild to moderate symptoms and risk factors for severe illness due to COVID-19 infection. ICE will continue to consider all FDA approved treatments for COVID-19.

Treatment with antiviral medication is known to be effective against a particular variant of SARS-CoV-2, reduces the risk of progression to severe disease, decreases the need for hospitalization, and reduces the severity of disease thereby improving survival. Treatment appears to work best when started early after the diagnosis is made in appropriately selected patients. For this reason, ICE recommends that each detainee newly diagnosed with COVID-19 be assessed for possible treatment with this medication.

For more information about COVID-19 antiviral medication treatment, please see the National Institutes of Health COVID-19 Treatment Guidelines.

## COVID-19 Vaccine

While ICE cannot mandate that individuals in detention consent to be vaccinated, all detention facilities are responsible for ensuring their ICE detainees are offered the COVID-19 vaccine in accordance with state priorities and guidance. A detainee's vaccine status must be identified during intake. If eligible, vaccines should be offered as close to intake as possible but always within 14 days of arrival, subject to vaccine eligibility. Detention facility staff should contact their state's COVID-19 vaccine resource (i.e., state or county department of health) to obtain vaccine. The process to register to obtain the vaccine may involve several steps, and each state health authority will likely require detainee demographic reporting for those detainees who are vaccinated. Alternatively, detention facility staff may order COVID-19 vaccines directly from Health Partner Order Portal (cdc.gov) (HPoP).

Non-IHSC-staffed detention facilities must notify the Field Medical Coordinator (FMC) for their facility to help keep ICE abreast of detainee vaccine access and must report all detainee vaccines administered and refused.

The IHSC COVID-19 Vaccine Guidelines and Protocol operations memorandum may be utilized by non-IHSC staffed facilities for their reference. The operations memorandum is regularly updated and distributed to detention facilities.

Detention facilities may choose to utilize the IHSC COVID-19 Vaccine Consent/Declination Form to document whether a detainee accepts or declines the vaccine. *See* Attachment A for English, Spanish, Bengali, French, Haitian Creole, Portuguese, and Punjabi versions of this form. Where practicable, provisions for written translation of the form shall be made for other significant segments of the population with limited English proficiency. Oral interpretation or assistance shall be provided to any detainee who speaks another language in which the written material has not been translated or who is illiterate.

ICE requires all detention facilities to post educational materials in different languages about the COVID-19 vaccine to help improve vaccine knowledge.

- For frequently asked questions about COVID-19 vaccination, please see the CDC's COVID-19 Vaccine FAQs. Detainees with a prior positive test should receive a vaccine dose as soon as they are clinically recovered (no longer symptomatic) and have cleared their isolation period which is currently up to ten days. If they are moderately or severely immunocompromised, there may be some additional clinical guidance.

## Legal Visitation and Legal Presentations

- In-person legal visitation is allowed, and non-contact or virtual legal visitation should also be offered.
- Facilities will follow the guidelines above regarding visitation changes pursuant to facility status.
- Facilities are required to accommodate legal service providers who deliver group legal orientations via the Executive Office for Immigration Review's (EOIR) Legal Orientation Program (LOP) and/or other legal rights group providers consistent with applicable immigration detention standards.
- ICE will continue to ensure that remote communication with legal representatives continues unimpeded via access to telephones, WebEx, Teams, or teleconference as available.
- Facilities are required to establish a process for detained noncitizens/attorneys to schedule appointments and facilitate the calls. ICE ERO field offices should ensure such procedures are updated on facility pages on ICE.gov.
- For facilities at which immigration hearings are conducted, facility staff shall provide legal representatives in-person access to the court proceedings consistent with facility screening protocols and compliance with PPE requirements.

| ATTACHMENT LETTER | DOCUMENT NAME |
|---|---|
| A | ICE Health Service Corps, *COVID-19 Vaccine Consent/Declination Form,* in English, Spanish, Bengali, French, Haitian Creole, Portuguese, and Punjabi<br>PDF in English<br>PDF in Spanish<br>PDF in Bengali<br>PDF in French<br>PDF in Haitian Creole<br>PDF in Portuguese<br>PDF in Punjabi |

# ATTACHMENT D



Immigration and Customs Enforcement
Washington, DC 20536

ICE Health Service Corps

# Interim Reference Sheet on 2019-Novel Coronavirus (COVID-19): Detainee Care for All IHSC-Staffed Facilities
### *Version 13.0, February 16, 2022*

---

*Key changes*

- New CDC corrections guidance has led to a removal of the distinction between fully vaccinated and unvaccinated detainees in the quarantine and medical isolation periods for detainees.
- Due to new COVID-19 variant infectivity, **all detainees are to be considered to have potentially been exposed to COVID-19 for intake purposes** (not for contact tracing and reporting).
- Based on CDC guidelines and considering all detainees as potentially exposed, ALL detainees are to be quarantined/isolated at intake for a minimum of 10 days.
- Multiple points in the document have been amended to change the 14-day isolation/quarantine period to 10 days.
- A new antigen testing algorithm for corrections settings is available on the PHSP Unit SharePoint site.

---

Situation Summary

The CDC is closely monitoring a pandemic caused by a novel (new) coronavirus (COVID-19). The situation is evolving and expanding with community transmission occurring in multiple countries including the United States. ICE issues updated guidance to conform with evolving CDC guidance and class action court ordered requirements. For the most current information, check the CDC information pages at https://www.cdc.gov/coronavirus/2019-ncov/index.html frequently for updates. CDC interim guidance for health care professionals, including clinical

criteria, is available at https://www.cdc.gov/coronavirus/2019-nCoV/hcp/index.html. For the *CDC Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities,* check Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities | CDC.

*Fraihat* Requirements

On April 20, 2020, the U.S. District Court for the Central District of California issued a preliminary injunction requiring that ICE "issue a performance standard or a supplement to their Pandemic Response Requirements . . . defining the minimum acceptable detention conditions for detainees with risk factors." *Fraihat v. U.S. Immigr. & Customs Enf't*, 445 F. Supp. 3d 709,751 (C.D. Cal. 2020), *order clarified,* No. EDCV191546JGBSHKX, 2020 WL 6541994 (C.D. Cal. Oct. 7, 2020), and *rev'd and remanded,* 16 F.4th 613 (9th Cir. 2021).

On April 10, 2020, ICE ERO released the COVID-19 Pandemic Response Requirements (PRR). consistent with the CDC's *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities.*[1] Since then, ICE has updated the PRR several times and continued to adapt various aspects of COVID-19 response to both changing court and CDC guidelines.

The guidelines described in this document have exceptions and differences as applied to the high risk (vulnerable) population outlined in *Fraihat.* Please refer to **Interim Reference Sheet on 2019-Novel Coronavirus (COVID-19): Fraihat and COVID-19 Management** for specific guidance related to that population.

ICE Health Service Corps Recommendations

*Note: recommendations will be updated if and as necessary to address the evolving public health situation. Always review current CDC guidance in addition to IHSC documents.  See also* 2019 Novel Coronavirus Resource Page and CDC Guidance for Dental Settings.

1. INTAKE MEDICAL SCREENING:
   - Perform pre-intake screening on all new arrivals which includes asking verbal screening questions for COVID-19 symptoms, contact with known cases, and obtain a safe temperature check.
   - Detainees should be provided cloth face coverings (unless contraindicated)
   - This screening should take place before staff and new intakes enter the facility or just inside the facility, where practicable to identify and immediately medical isolate any detainee with symptoms of COVID-19.

---

[1] ICE PRR 7.0 and all previous versions are found at https://www.ice.gov/coronavirus/prr.

- Verbal screening for symptoms of COVID-19 and contact with COVID-19 cases should include the following questions:

1. **Have you had fever and/or symptoms consistent with COVID-19 in the past 10 days?**
   - Fever, felt feverish, or had chills?
   - Cough?
   - Shortness of breath or difficulty breathing?
   - Fatigue?
   - Muscle or body ache?
   - Headache?
   - Sore throat?
   - New loss of taste or smell?
   - Congestion or runny nose?
   - Nausea, vomiting or diarrhea?
   - In the past 14 days, have you had close contact with a person known to be infected with (COVID-19) where you were not wearing the recommended proper PPE? **If yes, what date did you first notice symptoms?: mm/dd/yyyy**
   - **If yes,** medically isolate in a single room (preferred) if available, implement daily vital signs including oxygen saturation, and refer to a medical provider, add Medical Hold, notify FHPM, IPO, or designee.
   - If the detainee has a fever and/or symptoms consistent with COVID-19, require the detained individual to wear a facemask, ensure that all staff interacting with the symptomatic individual wears recommended PPE
   - See Reducing the Risk of COVID-19 Transmission
   - Proceed with intake COVID-19 testing
   - **If no, implement intake quarantine;** house in single room (preferred) if available, implement daily checks for the cohort period after initial intake, add Medical Hold, notify FHPM, IPO, or designee, and proceed with intake COVID-19 testing
2. Does the detainee have any of the High-Risk Conditions?
   - Yes: Schedule an appointment with a provider within the next 5 days.
   - No: Routine PE-S/PE-C process.

2. COVID-19 TESTING DURING INTAKE PROCESS:
   - **All detainees,** regardless of Title 8/42 status, *Fraihat* status, type of facility, or length of stay, will be tested for COVID-19.
     - Testing will occur at intake, transfer, and release (ERO mandate).
     - Antigen tests are acceptable for testing upon detainee release and transfer. No confirmational assays are required.  Reporting of results remains unchanged.
     - Detainees will be tested upon removal only if required by the destination country (and will be tested using the type of test required by the destination country).
     - Asymptomatic detainees with a documented positive COVID-19 test in the last 3 months who have been appropriately cleared with either a

symptom-based or time-based strategy, at another detention facility do not require testing or quarantine upon intake.

- All new arrivals require COVID-19 testing within 12 hours of arrival. Collection timeframe may extend to 24 hours if facility collection logistics require additional time.
- Detainees pending test results who are asymptomatic should be placed in a routine intake quarantine.
- Detainees pending test results who are symptomatic should be placed in medical isolation.
- **(NEW)** Current CDC guidance describes scenarios based on potential COVID-19 exposure before arrival at ICE facilities.  Due to the infectivity of the virus, the lack of visibility by ICE on detainees prior to them entering ICE custody, and out of an abundance of caution, all detainees are to be considered to have potentially been exposed to COVID-19 upon arrival at intake (for testing and quarantine considerations only; not contact tracing and reporting).
- **(NEW)** Based on CDC guidelines and considering all detainees as potentially exposed, ALL detainees are to be quarantined for a minimum of 10 days post testing date.
- **(NEW)** Detainees who test negative at intake can be released from quarantine 10 days after test date if they remain asymptomatic.
- Detainees who test positive during the intake process can be released from medical isolation when they meet the [criteria for discontinuing medical isolation](#) using either a time-based strategy or symptom-based strategy.
    - **(NEW)** Detainees who test positive but remain asymptomatic may be released from medical isolation 10 days after positive test date.
    - **(NEW)** Detainees who test positive and/or exhibit symptoms of COVID-19 may be released 10 days post development of symptoms (with improving symptoms and 24 hours with no fever)
- Detainees who test positive within 3 months of their original positive COVID-19 test, cleared medical isolation precautions, and who remain asymptomatic do not need to be medically isolated or quarantined due to recurrent or persistent positive results.
- Detainees who test positive greater than 3 months after their original positive test result or develop new or worsening symptoms that are consistent with COVID-19 infection should be medical isolated and evaluated in conjunction with infectious disease experts and the health department for possible re-infection.
- Due to increased intakes, the potential shortages in Abbott IDNow test kits and BinaxNow testing resources, IHSC recommends staff considers the following process for COVID-19 testing at intake at all facilities:
    - The Reverse Transcription-Polymerase Chain Reaction (RT-PCR) based tests are still considered the "gold standard" for clinical testing and should

continue to be used in accordance with CDC guidelines whenever possible.

- RT-PCR based tests must be used for removals as required by the receiving country.
- For intakes (staging and non-staging facilities) any emergency use authorization approved, or licensed antigen-based tests can be used initially in the place of RT-PCR based tests.  However, under certain circumstances, the CDC recommends the results of the antigen test be confirmed by a RT-PCR based test.
- **(NEW)** CDC recommends this approach in their antigen testing algorithm (https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/Antigen_Testing_Algorithm_CongregateSettings.pdf )
- **(NEW) Until further notice all detainees are considered to have potentially been exposed to COVID-19 upon arrival at intake.**
- **(NEW)** After intake, facilities should follow the CDC antigen testing algorithm for corrections settings to determine proper testing and quarantine/medical isolation time. (https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/Antigen_Testing_Algorithm_CongregateSettings.pdf )
- **(NEW)** For asymptomatic detainees: positive antigen tests should be confirmed with a RT-PCR based test.
- **(NEW)** For symptomatic detainees, a negative result with an antigen-based test must be confirmed by RT-PCR based testing. If testing is unavailable, manage the detainee as a confirmed positive.

- Due to large and unpredictable numbers of detainees who may arrive for intake screening then quickly transfer or be released from the facility, staff may have difficulty complying with current Enforcement and Removal Operations' Pandemic Response Requirements.
- To assist staff with how to meet testing requirements when transfer and release testing cannot reasonably be accomplished due to facility workload:
  - If a detainee had their COVID-19 test performed less than 48 hours earlier at intake screening, staff are not required to perform transfer or release COVID-19 testing for detainees who have no symptoms consistent with COVID-19.
  - If a detainee had their COVID-19 test performed more than 48 hours earlier at intake screening, medical staff must complete transfer or release COVID-19 testing.
  - Any detainee with symptoms consistent with COVID-19 will require testing before transfer or release.
  - Consistent with current guidance, a detainee who exhibits symptoms consistent with COVID-19 cannot transfer until the individual is no longer symptomatic.
  - Staff may perform transfer or release COVID-19 testing for asymptomatic detainees if resources permit.
- Housing and exposure based cohorting: Cohort all new arrivals, preferably in a cell by themselves, after their arrival. An alternate housing option may include housing

detainees arriving within 48 hours of each other together for the cohorting period, as their security level permits.

- Details on cohorting contained in the "CRITERIA FOR DISCONTINUING MEDICAL ISOLATION" section below.
- **(NEW)** Detainees who test and remain negative are cohorted for 10 days after the date their test was administered (not when results were received).
- Detainees who are positive but was asymptomatic are cohorted for 10 days after the date their positive test was administered (not when results were received).
- Symptomatic detainees are cleared from medical isolation as described in the "CRITERIA FOR DISCONTINUING MEDICAL ISOLATION" section below.
- ERO may have certain agreements in place with receiving countries to accept results of test results for removal and deportation based on the date the result was received (versus date administered as described above). Such agreements should be handled on a case by case basis and a determination made by IHSC that the detainee has been cleared medically for transportation in accordance with IHSC guidance.

- **(NEW)** Cohort detainees who refuse testing for 10 days and monitor for symptoms consistent with COVID-19. Document the refusal. Staff may offer the COVID-19 test again during their cohort period in the event the detainee reconsiders testing. If the detainee is asymptomatic after 10 days, staff may release the detainee to general population.

- Detainees who refuse testing and remain asymptomatic are quarantined for 10 days at intake or post-exposure.
- Detainees who are symptomatic with COVID-19-symptoms and refuse testing are medically isolated for 10 days post symptom onset and 24 hours post resolution of fever.

- Medically isolate COVID-19 positive symptomatic detainees with other positive symptomatic detainees, and medically isolate COVID-19 negative symptomatic individuals with other COVID-19 negative symptomatic individuals.
- Avoid mixing individuals quarantined due to exposure to someone with COVID-19 with individuals undergoing routine intake quarantine.
- Utilize all appropriate administrative, engineering, or PPE controls as needed to minimize potential person-to-person spread.
- Healthcare staff should evaluate persons with COVID-19 symptoms and those who are close contacts of someone with COVID-19 in a separate room, with the door closed, if possible, while wearing recommended PPE and ensuring that the individual being evaluated is wearing a cloth face covering.
- Testing should not be used to release detainees from exposure based cohorting before completion of the most recent isolation period.

- Educate all detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting sick call if they feel ill.  Illness Prevention and Patient Education resources in multiple languages are available on the 2019 Novel Coronavirus Resource Page.

3.  EXPANDED TESTING
- Because COVID-19 is very contagious and may be spread by asymptomatic as well as symptomatic individuals, expanded testing of all negative detainees in various expanded settings should be considered.
- FACILITY-WIDE TESTING of detainees who have previously tested negative may be considered where one or more detainee or staff cases of COVID-19 have been identified.
- This is recommended especially if substantial transmission is confirmed beyond the index case, or if staff or detainees have moved about the facility.
- Facilities should consult with their facility medical leadership (which can include Facility Operator, Health Services Administrator (HSA), Facility Healthcare Program Manager (FHPM), Federal Medical Coordinator (FMC), or Infection Prevention Officer (IPO)) prior to initiating expanded testing strategies.
- RETESTING DURING WIDESPREAD TRANSMISSION: Retesting of close contacts who previously tested negative—or retesting more broadly—is recommended when there is widespread facility transmission.
- FACILITY-WIDE SURVEILLANCE TESTING involves testing all detainees who have not previously tested positive at a facility without any known COVID-19 cases.
- The effectiveness, feasibility, and role of this type of testing in a correctional setting is not clearly defined and requires considerable resources. Low participation rates are likely to limit its effectiveness, and facility health care staffing levels are likely to be insufficient to accomplish it.
- ALTERNATIVE STRATEGIES: When facility-wide surveillance testing of detainees is not feasible, alternative strategies may be considered such as PERIODIC TESTING OF CERTAIN GROUPS such as detainees with risk factors for severe COVID-19 illness.
- Facilities should consult with their facility medical leadership to determine frequency of testing.
- The re-testing of detainees who have previously tested positive and have been cleared through medical isolation in accordance with CDC guidance is not recommended by CDC within 90 days of the initial positive test date.  After 90 days from the initial

positive test date, detainees who develop symptoms of COVID-19 can be retested if recommended by medical providers.

4. ENCOUNTER.
- During sick call, intake, health assessment, or other clinical encounter in which a detainee presents with or complains of fever and/or symptoms of COVID-19 infection, or is observed with signs of fever and/or symptoms of COVID-19 infection:
- Require the individual to wear a cloth face covering (as much as possible, use cloth face coverings in order to reserve surgical masks for situations requiring PPE). Anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance should not wear a cloth face covering.
- Ensure that staff who have direct contact with the symptomatic individual wear recommended PPE.
- Place the individual under medical isolation and refer to healthcare staff for further evaluation.
- Medical isolation in a private medical housing room, ideally in an airborne infection medical isolation room if available. If no single occupancy medical housing unit room is available, placement in other areas of the facility may be utilized to house the ill detainee separately from the general detention population
- During medical evaluation the provider:
  - Should assess whether the detainee is at increased risk for severe illness from COVID-19
  - Will determine the appropriate monitoring care plan based on the detainee's signs and symptoms.
  - Is strongly encouraged to test for other causes of respiratory illness, including infections such as influenza. However, presence of another illness such as influenza does not rule out COVID-19.
  - Staff evaluating and providing care for individuals with confirmed or suspected COVID-19 should follow the CDC Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19) and monitor the guidance website regularly for updates to these recommendations.
  - Healthcare staff should evaluate persons with COVID-19 symptoms and those who are close contacts of someone with COVID-19 in a separate room, with the door closed if possible, while wearing recommended PPE and ensuring that the individual being evaluated is wearing a cloth face covering.
  - Perform COVID-19 LabCorp RT-PCR testing (see specimen collection and testing information below)
  - Educate detainees on symptoms of COVID-19 and to report any new or worsening symptoms to medical staff at sick call or to the custody officer

- ▪ Educate detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting sick call if they feel ill.
    - ▪ Illness Prevention and Patient Education resources in multiple languages are available on the 2019 Novel Coronavirus Resource Page.
- The detainee will receive at minimum daily sick call, daily vital signs to include pulse oximetry for the duration of medical isolation/quarantine. (refer to the Clinical Services Reference Sheet for more details on clinical management)
    - Consider more frequent vital sign collection if the patient is medically vulnerable (age or comorbidities) and/or is complaining of lower tract symptoms (cough, shortness of breath or chest pain). If oxygen saturation is below 95% on room air, consult with your CD or designee for consideration of emergency department referral.
    - Patients with COVID-19 may have symptoms and even complications after the acute illness, including thromboembolic phenomena; evaluate patients with a history of recent COVID-19 infection (the past 30 days) with close attention to their distal extremities, heart and lung examination.  Promptly seek consultation with your CD, RCD and/or Infectious Disease Program as necessary.
    - Use the eCW templates (ACUTE: COVID-19 Medical Provider Template or ACUTE: Nurse COVID-19 Template) to help guide and optimally document clinical observations and care.
- If the detainee has underlying illness or is acutely ill, or symptoms do not resolve, consult with the Regional Clinical Director, and/or Infectious Disease program.
- If the detainee is referred to a local hospital, call the hospital in advance to notify of the recent relevant travel history and respiratory symptoms and to coordinate how manage the detainee safely.
- Promptly notify the facility's staff responsible for infection prevention and control (e.g., in IHSC facilities, notify the Infection Prevention Officer, or the Facility Healthcare Program Manager, if the facility does not have an Infection Prevention Officer position); if the Infection Prevention Officer or Facility Healthcare Program Manager is not available, IHSC staff should notify the Infection Prevention Group at #IHSC_PHSP_IPO@ice.dhs.gov.
- Facilities without IHSC medical staffing should notify their assigned Field Medical Coordinator.
- IHSC Infection Prevention Officers, Facility Healthcare Program Managers, Field Medical Coordinators, or designees should notify the Regional Infection Prevention Supervisory Nurse immediately.
- Detainees medically isolated for respiratory illness and who have epidemiologic risk for COVID-19 exposure should wear a cloth face covering when outside of the medical isolation room.
- The duration of the contagious period for COVID-19 is still uncertain.

- If the detainee tests negative for COVID-19 and fever and/or symptoms persist, consult with the Regional Clinical Director and/or Infectious Disease Program.
- Educate detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, requesting sick call if they feel ill, and social distancing to maintain 6 feet (2 meters) between individuals when possible.
- Illness Prevention and Patient Education resources in multiple languages are available on the 2019 Novel Coronavirus Resource Page.

5.  CONTACT AND OUTBREAK INVESTIGATIONS
    - Contact and outbreak investigations for novel coronavirus 2019 (COVID-19) will align with the procedures and requirements outlined and described in IHSC Directive: 05-06, Infectious Disease Public Health Actions and IHSC Infectious Disease Public Health Actions Guide: 05-06 G1, Contact and Outbreak Investigations.
    - Detainee Component of Contact Investigations
        - Health staff will collaborate with local or state health departments to conduct the detainee component of the contact investigation, if a contact investigation is deemed necessary by the local or state health department. The health staff at the facility will work with the local and state health departments to determine the scope of the contact investigation and management of detainee contacts. The facility medical leadership (which can include Health Services Administrator (HSA), Facility Healthcare Program Manager (FHPM), Infection Prevention Officer (IPO)), or designee will recommend to facility staff that requests to interview index patients, detainee contacts, and review detainee health records as necessary, to support the public health investigation be accommodated.
        - The facility medical leadership or their designee will provide the local, state, or federal public health program with information to facilitate the detainee component of the contact investigation to the extent permissible under the Privacy Act and other applicable laws and regulations and Department of Homeland Security (DHS) and U.S. Immigration and Customs Enforcement (ICE) policies.
    - Facility Staff and Non-Detainee Components of Contact Investigations
        - IHSC staff does not have authority for, and is not responsible for, providing information or implementing protocols outside of detainee health care and the medical clinic area.
        - To facilitate comprehensive contact investigations inside the facility, the facility medical leadership or their designee will refer the health

department staff to each respective employer within the facility for coordination regarding the employer's staff and areas of responsibility.

6. CRITERIA FOR DISCONTINUING MEDICAL ISOLATION

- Detainees with COVID-19 (positive test result) who reported symptoms consistent with COVID-19 may discontinue medical isolation under the following conditions:
    - **(NEW)** At least 10 days have passed since symptom onset and;
    - At least 24 hours have passed since resolution of fever without the use of fever-reducing medications and;
    - Other symptoms have improved.
- **(NEW)** A limited number of persons with severe illness may produce replication-competent virus beyond 10 days, that may warrant extending duration of medical isolation for up to 20 days after symptom onset. Consider consultation with infection control experts. See Discontinuation of Transmission-Based Precautions and Disposition of Patients with COVID-19 in Healthcare Settings (CDC Interim Guidance). Such patients are generally considered to have required hospitalization.
- **(NEW)** Detainees infected with SARS-CoV-2 (positive test result) who never develop COVID-19 symptoms may discontinue medical isolation and other precautions 10 days after the date their first positive RT-PCR test for SARS-CoV-2 RNA was administered (not the date results were received).
- RT-PCR testing for detection of SARS-CoV-2 RNA for discontinuing medical isolation could be considered for detainees who are severely immunocompromised, in consultation with infectious disease experts. For all others, a test-based strategy is no longer recommended except to discontinue medical isolation or other precautions earlier than would occur under the symptom-based strategy outlined above.
- The test-based strategy for severely compromised detainees requires negative results using RT-PCR for detection of SARS-CoV-2 RNA under an FDA Emergency Use Authorization (EUA) for COVID-19 from at least two consecutive respiratory specimens collected ≥24 hours apart (total of two negative specimens) (see CDC Interim Guidelines for Collecting, Handling, and Testing Clinical Specimens from Persons for Coronavirus Disease 2019).
- All test results should be final before medical isolation is ended.

7. *SPECIMEN COLLECTION AND TESTING for COVID-19*

- Only molecular assays for detection of SARS-CoV-2 with an FDA EUA should be used for diagnosis and clinical decisions (Laboratory based, and Point-of-Care molecular tests are acceptable).
- Laboratory testing for COVID-19 is available through commercial laboratories including LabCorp and through local and/or state health departments.
- Point-of-Care testing using the Abbott ID Now is currently used for removal testing
- Testing is recommended for all detainees with signs or symptoms of COVID-19 (in addition to required intake, transfer, release, and removal testing)

- Testing is recommended for all close contacts of a detainee or staff member who tested positive for COVID-19.
- It is recommended that the facility work with their local health department to determine if broad based testing is indicated for the facility if a staff member or detainee tests positive for COVID-19.
- All new intakes will receive testing prior to release to general population
- For laboratory-based tests the following samples are acceptable:
  - Nasopharyngeal
  - Oropharyngeal
  - Nasal mid-turbinate (supervised self-collected or collected by a healthcare professional)
  - Anterior nares specimen (self-collected or collected by a healthcare professional
  - Nasopharyngeal wash/aspirate
  - Nasal wash or aspirate
  - Sputum sample (non-induced)
- Laboratory based samples should be in VTM/Saline and stored frozen at -20° C (preferred). Refrigerated specimens acceptable (if received for testing within 72 hours of collection). Room temperature swabs are acceptable (if received within 24 hours of collection).
- LabCorp testing for removals is required by certain countries. LabCorp test results are good for 10 days after testing for removals.
- LabCorp ordering codes are 2019 Novel Coronavirus (COVID-19), NAA; TEST: 139900.
- Abbott ID Now testing (FDA instructions for use)
- Acceptable specimens include:
  - Throat swab (for optimal test performance use the swabs provided in the test kit)
    - Collect patient specimen by swabbing the posterior pharynx, tonsils and other inflamed areas. Avoid touching the tongue, cheeks and teeth with the swab.
  - Nasal swab (for optimal test performance use the swabs provided in the test kit)
    - To collect a nasal swab sample, carefully insert the swab into the nostril exhibiting the most visible drainage, or the nostril that is most congested if drainage is not visible. Using gentle rotation, push the swab until resistance is met at the level of the turbinate (less than one inch into the nostril). Rotate the swab several times against the nasal wall then slowly remove from the nostril. Using the same swab, repeat sample collection in the other nostril.

Page 12 of 18

- Nasopharyngeal swab (use sterile rayon, foam, polyester or flocked flexible-shaft NP swabs)
  - To collect a nasopharyngeal swab sample, carefully insert the swab into the nostril exhibiting the most visible drainage, or the nostril that is most congested if drainage is not visible. Pass the swab directly backwards without tipping the swab head up or down. The nasal passage runs parallel to the floor, not parallel to the bridge of the nose. Using gentle rotation, insert the swab into the anterior nares parallel to the palate advancing the swab into the nasopharynx, leave in place for a few seconds, and then slowly rotate the swab as it is being withdrawn.
- Used for removal to countries requesting testing and not requiring LabCorp tests prior to removal
- Abbott ID Now samples should NOT be stored in VTM or Saline after collection
- The specimen can be stored in the original package or in a tightly capped conical tube at room temperature for less than 2 hours prior to testing
- The specimen can be stored in the original package or in a tightly capped conical tube in the refrigerator (2-8° C) for less than 24 hours prior to testing.
- Result must be documented on the transfer summary
- Detainees with inconclusive results can be tested an additional 1 time with the Abbott ID Now machine; repeat inconclusive results require the detainee be tested with a laboratory-based RT-PCR test
- Detainees who previously tested positive and cleared medical isolation precautions using the symptom-based criteria, within the last 3 months DO NOT need to be tested with Abbott ID Now prior to deportation.
- See Specimen Collection instructions on the [2019 Novel Coronavirus Resource Page](#).

8. RECOMMENDATIONS TO THE FIELD OFFICE DIRECTOR OR DESIGNEE AND THE FACILITY ADMINISTRATOR OR WARDEN FOR ROUTINE INTAKE COHORTING
   - Cohort all new arrivals, preferably in a cell by themselves, after arrival.  An alternate housing option may include housing detainees who arrive within 48 hours of each other together for the cohorting period, as their security level permits. (SEPARATELY from other individuals who are cohorted due to contact with a COVID-19 case).
   - **(NEW)** Cohort detainees who refuse testing for 10 days and monitor for symptoms consistent with COVID-19.  Document the refusal.  Staff may offer the COVID-19 test again during their cohort period in the event the detainee reconsiders testing.  If

the detainee is asymptomatic after 10 days, staff may release the detainee to general population.

- If any person in the routine intake cohort does develop fever or symptoms, the cohort status would be changed to an *exposure-based cohort.*
- Routine intake cohorts do not require tracking or reporting.

9. RECOMMENDATIONS TO THE FIELD OFFICE DIRECTOR OR DESIGNEE REGARDING DETAINEE RELEASE AND SPECIAL CIRCUMSTANCE MOVEMENT

- All requirements on the ERO Checklist for Removals, Releases or Transfers should be met before a detainee is released unless the movement is to facilitate a medically- or behaviorally necessary placement
- Recommend all detainees being released be given the fact sheets *Steps to help prevent the spread of COVID-19 if you are sick* and *Stop the spread of germs*.
- Recommend the following considerations if decisions are made to release in the U.S. detainees with confirmed or suspected COVID-19 and detainees exposed to a person with confirmed or suspected COVID-19:
- For all detainees that have tested positive for COVID-19 (including detainees that have completed the medical isolation period) and for afebrile and asymptomatic detainees that must be released before the recommended medical isolation period is complete, discuss release of the individual with state or local health department with as much advance notice as possible, preferably at least 24 hours advance notice
  - Provide the health department with the detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination
  - Coordinate with the health department to facilitate any needed public health actions; examples of public health actions include but are not limited to delivering health officer orders and making the detainee available for transportation if arranged by the health department.
  - Facilitate safe transport, continued shelter, and medical care, as part of release planning.
  - Make direct linkages to community resources to ensure proper medical isolation and access to medical care if needed.
  - Coordinate with the detainee for a family member or friend to provide transportation
  - Advise the detainee to avoid public transportation, commercial ride sharing (e.g., Uber, Lyft), and taxis
    - Give the detainee the CDC's *What To Do if You Are Sick* fact sheet (see https://icegov.sharepoint.com/sites/ihsc/phspunit/2019-nCoV/PHSPMostCurrentGuidance/patient%20education)

- Detainees under medical isolation or quarantine should be permitted to attend other medically necessary appointments with advance coordination with the receiving facility
- Detainees under medical isolation or quarantine should not be restricted from movement to facilitate a medically- or behaviorally necessary placement
- If a detainee under medical isolation or quarantine must be moved to another facility; the receiving facility must be notified of the medical isolation or cohort end dates
  - **(NEW)** Recommend to Field Office Director or designee that detainees that are in medical isolation, are febrile, symptomatic, have pending test results or that were exposed to a person with confirmed or suspected COVID-19 in the past 10 days not be transferred or transported unless medically necessary.
- **(NEW)** If a detainee is inadvertently removed that is febrile and/or symptomatic, that tests positive for COVID-19, that has a pending test result for COVID-19, or that was exposed to a person with confirmed or suspected COVID-19 in the past 10 days, recommend that the Field Office Director or designee notify the respective consulate so notifications and public health actions can occur.

10. REPORTING

- Document any detainee who tests positive for  COVID-19 on the Lower Respiratory Illness Tracking Tool.
  - Only document tests and results performed using molecular assays for detection of SARS-CoV-2 with an FDA EUA; do not document antibody tests or results that are not approved for diagnosis.
- Document exposure-based cohorting through routine IHSC cohort reporting protocols using the Cohort Tracker.
- Any employee known to have a positive test result for COVID-19 must be promptly reported to the local or state health department in accordance with local or state public health laws and permissible exemptions under the Health Insurance Portability and Accountability Act (HIPAA) requiring notifications to public health departments for conducting investigations and interventions and to avert a serious threat to public health and safety. Reported must include the employee's name, date of birth, address, phone number, and testing location.

Close contact is defined as:

a) being within approximately 6 feet (2 meters) of a COVID-19 case for ≥15 min; close contact can occur while caring for, living with, visiting, or sharing a healthcare waiting area or room with a COVID-19 case
– *or* –
b) having direct contact with infectious secretions of a COVID-19 case (e.g., being coughed on)

If such contact occurs while not wearing recommended personal protective equipment or PPE (e.g., gowns, gloves, NIOSH-certified disposable N95 respirator, eye protection), criteria for PUI consideration are met.


Resources and references
- 2019 Novel Coronavirus Resource Page on SharePoint
- ERO Pandemic Response Requirements (PRR)
- Illness Prevention and Patient Education resources in multiple languages are available on SharePoint.


IHSC Official Guidance

| Guidance number | Guidance name | Type |
|---|---|---|
| 05-02 | Occupational Health Directive | Policy |
| 21-001 | COVID-19 Vaccine Guidelines and Protocol | OM |
| 05-02 G-04 | Occupational Health Guide: Workforce Health | Guide |
| 05-02 G-1 | Occupational Health Guide: Bloodborne Pathogens and Other Potentially Infectious Materials | Guide |
| 05-02 G-2 | Occupational Health Guide: Personal Protective Equipment Program | Guide |
| 05-02-G-03 | Occupational Health Guide: Respiratory Protection Program | Guide |
| 05-04 | Environmental Health Directive | Policy |
| 05-04 G-01 | IHSC Environmental Health Guide | Guide |
| 05-06 | Infectious Disease Public Health Actions Directive | Policy |
| 05-06 G-01 | Infectious Disease Public Health Actions Guide: Contact and Outbreak Investigation Guide | Guide |
| 05-06 G-02 | Infectious Disease Public Health Actions Guide: Medical isolation and Management of Detainees Exposed to Infectious Organisms | Guide |

| Guidance number | Guidance name | Type |
|---|---|---|
| 05-06 G-03 | Infectious Disease Public Health Actions Guide: Surveillance and Reporting | Guide |

- Infection Control: Novel Coronavirus 2019 (COVID-19) | CDC
- Information for Healthcare Professionals about Coronavirus (COVID-19)|CDC
- Resources for Correctional and Detention Facilities | CDC
- Overview of COVID-19 Testing | CDC
- CDC COVID-19 What's New?
- People who are at increased risk for COVID-19 | CDC
- Clinical Questions about COVID-19: Questions and Answers| CDC
- Duration of Medical isolation and Precautions for Adults with COVID-19| CDC

Points of contact for questions

- **IHSC Staff**: Regional Infection Prevention Supervisory Nurses, PHSP Unit Senior Public Health Analyst, PHSP Unit Chief

- **Facilities without IHSC Medical Staffing**: Assigned Field Medical Coordinators

- **Public health agencies**: IHSC_InfectionPrevention@ice.dhs.gov

**(NEW) Appendix A: Intake Screening Questions**

**Updated February 16, 2020**

**Have you had fever and/or symptoms consistent with COVID-19 in the past 10 days?**
- Fever, felt feverish, or had chills?
- Cough?
- Shortness of breath or difficulty breathing?
- Fatigue?
- Muscle or body ache?
- Headache?
- Sore throat?
- New loss of taste or smell?
- Congestion or runny nose?
- Nausea, vomiting or diarrhea?

- In the past 14 days, have you had close contact with a person known to be infected with (COVID-19) where you were not wearing the recommended proper PPE? **If yes, what date did you first notice symptoms?: mm/dd/yyyy**
- **If yes,** medically isolate in a single room (preferred) if available, implement daily vital signs including oxygen saturation, and refer to a medical provider, add Medical Hold, notify FHPM, IPO, or designee.
- If the detainee has a fever and/or symptoms consistent with COVID-19, require the detained individual to wear a facemask, ensure that all staff interacting with the symptomatic individual wears recommended PPE
- See <u>Reducing the Risk of COVID-19 Transmission</u>
- <u>Proceed with intake COVID-19 testing</u>
- **If no, implement intake quarantine;** house in single room (preferred) if available, implement daily checks for the cohort period after initial intake, add Medical Hold, notify FHPM, IPO, or designee, and proceed with intake COVID-19 testing

**Does the detainee have any of the <u>High-Risk Conditions</u>?**
- Yes: Schedule an appointment with a provider within the next 5 days.
  No: Routine PE-S/PE-C process.

# ATTACHMENT E

MENORANDUM OF AGREEMENT

Between

U.S. Immigration and Customs Enforcement, ICE Health Service Corps

AND

Correct Rx Pharmacy Services, Inc.

*Coronavirus Disease 2019 (COVID-19) Therapeutics Program*

This Letter of Agreement (Agreement) sets forth the terms and understanding between the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (hereafter referred to as the Agency) and the [Pharmacy Name] (Recipient), to receive and dispense one or more of the publicly funded COVID-19 therapeutic products at no cost. This Agreement will ensure appropriate product management and monitoring of the recipient's plans for distribution. ICE detention facilities serve populations at higher risk for COVID-19, and the specialty pharmacies that serve them are not always able to be integrated into the usual processes that allow organizations to receive and distribute an allocation of therapeutic products from the state, territorial, or local jurisdiction (jurisdiction). This program is designed to complement, not substitute, jurisdiction-managed COVID-19 therapeutic distribution programs. This Agreement between ICE and the Recipient specifies the conditions for receiving COVID-19 therapeutic products from ICE.

ROLES AND RESPONSIBILITIES

The Parties agree as follows:

The Recipient will:

1. Dispense COVID-19 therapeutic products consistent with all requirements, recommendations, and guidance of the U.S. Food & Drug Administration (FDA). These requirements include the following:

    a. The recipient will store and handle COVID-19 Therapeutics under proper conditions, including maintaining cold chain conditions, when appropriate, and chain of custody at all times in accordance with the manufacturer's package insert and FDA guidance;
    b. The recipient will monitor therapeutics storage unit temperatures 24 hours a day as appropriate;
    c. The recipient will monitor and comply with therapeutics expiration dates; and
    d. The recipient will preserve all records related to COVID-19 Therapeutics management for a minimum of three years, or longer if required under the Agency's retention requirements.

2. At least weekly, the recipient will report in HPOP the number of doses that the recipient:

    a. Has ordered on hand (i.e. current inventory on the shelf) to distribute to its facilities;
    b. Has dispensed to individual patients

3. The recipient will report in HPOP the number of doses of COVID-19 Therapeutics that were unused, spoiled, expired, or wasted as required by the relevant jurisdiction and HHS within one business day of the wastage occurring.

4. The recipient will designate a primary and secondary COVID-19 Therapeutic Point-Of-Contact (POC). The POC will communicate weekly requests for COVID-19 Therapeutic orders to the ICE POCs for order placement in HPOP by noon Eastern time on Mondays. Each order will include

the pharmacy (recipient) name(s), PIN(s), desired therapeutic product(s), and desired quantity(ies) per product.

5. The recipient will not sell or seek reimbursement for COVID-19 Therapeutics or other constituent products and ancillary supplies that ICE provides at no cost to the recipient. Pharmacies may seek reimbursement from ICE for the "dispensing fee" associated with the processing of prescription products for persons in ICE custody in accordance with the DHS-Scriptcare pharmacy services contract/agreement.

6. The recipient will record to the extent not already recorded in the patient's health record all information marked below by an asterisk and report the following required Therapeutic Administration Data to the ICE COVID-19 Therapeutics POCs by 10:00 Eastern time on Wednesday of each week:

   a. Dispensing Pharmacy Name
   b. Dispensed to location/facility name/ID
   c. Redacted patient name (e.g. Patient Name 1)*
   d. Redacted patient ID (e.g. Patient ID 1)*
   e. Dispensing date*
   f. Prescription Number
   g. Product Name
   h. NDC (national drug code)
   i. Quantity Issued
   j. Days Supply
   k. Prescribing Provider Name
   l. Prescribing provider NPI Number

7. The recipient pharmacy will provide an approved Emergency Use Authorization (EUA) fact sheet, as applicable, to each therapeutic product recipient patient, the adult caregiver accompanying the recipient (as applicable), or other legal representative (as applicable). If the EUA fact sheet is available electronically, the Agency may provide it in electronic form to the recipient, adult caregiver accompanying the recipient (if applicable), or other legal representative (if applicable), if such person agrees to accept it electronically in the file format offered by Agency. The recipient will comply with all federal instructions and timelines for disposing of COVID-19 therapeutics, including unused doses.

8. The Recipient will report the following Adverse Events (AEs) after administration and/or any revised safety reporting requirements per FDA's conditions of authorized use of therapeutic products throughout the duration of the EUA.

   a. Therapeutic administration errors, whether or not associated with an AE
   b. A life-threatening AE
   c. Inpatient hospitalization or prolonging of existing hospitalization
   d. Persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
   e. A congenital anomaly/birth defect
   f. Other important medical events that, based on appropriate medical judgment, may jeopardize the patient and require medical or surgical intervention to prevent any of the outcomes listed in subparagraphs (a)-(e).

9.  Failure to comply with any of the provisions under this Agreement shall be grounds for immediate dismissal of the Recipient in whole or in part from the ICE COVID-19 Therapeutics Program.

The Agency (ICE Health Service Corps) will:

1.  Designate IHSC employees to serve as a primary POC and a backup POC to receive the Recipient's weekly COVID-19 Therapeutics Order.
2.  Add the recipient as a provider in HPOP and enable account access for the primary and backup POCs.
3.  The POC(s) will order COVID-19 Therapeutics on Tuesday of each week through the HPOP system for direct shipment to the Recipient.
4.  Transmit weekly reported therapeutics administration data, submitted by the Recipient using the appropriate template, to H-CORE/ASPR.

## POINTS OF CONTACT

The following IHSC employees are the point of contact under this agreement:

COVID-19 Therapeutics Program Primary POC:

████████████████████████████████

CDR, U.S. Public Health Service
Eastern Regional Pharmacy Consultant
ICE Health Service Corps
U.S. Immigration and Customs Enforcement
Phone: ████████████████
Email: ████████████████████████

Backup POC:

██████████████████

LCDR, U.S. Public Health Service
Lead Pharmacist, Montgomery Processing Center
ICE Health Service Corps
U.S. Immigration and Customs Enforcement
Cell: ██████████
Email: ████████████████████

The following Recipient employees are the POCs under this agreement:

Primary COVID-19 Therapeutics POC:

██████████

VP - Purchasing
Correct Rx Pharmacy Services, Inc.
1352 Charwood Rd., Suite C
Hanover, MD 21076

████████████████████████

Backup COVID-19 Therapeutics POC:

██████████████

Chief Clinical Officer
Correct Rx Pharmacy Services, Inc.
1352 Charwood Rd., Suite C
Hanover, MD 21076



LEGAL AUTHORITY

This Agreement is authorized under sections 301 and 319 of the Public Health Service Act (42 U.S.C. §§ 241 and 247d) and under the Homeland Security Act of 2002 (6 U.S.C. § 112 (b)(2)).

FUNDING

CDC/ICE is providing COVID-19 Therapeutics as described above. Any activities under this Agreement that contemplate future funding by the Parties will be carried out under a separate agreement under which the obligation of funds is appropriate. In general, each Party is expected to bear the costs of its participation in this program. Nothing in this Agreement shall obligate the Parties to any current or future expenditure of resources in advance of the availability of appropriations from Congress.

ENTRY INTO FORCE, MODIFICATION, AND TERMINATION

1. This Agreement shall enter into force upon signature by the respective Parties. This Agreement expires 1 year from the effective date (with the option of 6-month extensions by mutual written agreement of the Parties).
2. The Recipient may cease its participation in the ICE COVID-19 Therapeutics program by providing written notice to the IHSC POCs no later than two weeks before Recipient wishes to end its participation. During that period, Recipient will continue to comply with the Agreement.
3. The Parties may amend or modify this Agreement at any time through written mutual consent.

IN WITNESS WHEREOF, the undersigned, being duly authorized by the respective Parties, have signed this Agreement.
Done on the 14th of June, 2022.

For ICE Health Service Corps, Immigration & Customs Enforcement:

**STEWART D SMITH**        Digitally signed BY STEWART D SMITH
                           Date: 2022.06.14 14:31:25 -04'00'

Dr. Stewart Smith
Assistant Director, ICE Health Service Corps
Enforcement and Removal Operations
U.S. Immigration & Customs Enforcement

For Correct Rx Pharmacy Services, Inc.:

VP - Purchasing
Correct Rx Pharmacy Services, Inc.

# ATTACHMENT F




**ICE HEALTH SERVICE CORPS**
FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities

| Drug Category | Formulary Agents: generics, BRANDS |
|---|---|
| **Anti-Infectives** | |
| Antifungal | clotrimazole, fluconazole, griseofulvin, ketoconazole, terbinafine |
| Anthelmintic | albendazole, ivermectin, mebendazole |
| Anti-herpetic | acyclovir, acyclovir cream, famciclovir |
| Anti-influenza | oseltamivir |
| Antimycobacterial | ethambutol, isoniazid, pyrazinamide, rifampin, streptomycin, rifapentine |
| Antiretrovirals | *All agents are formulary* |
| Cephalosporins | cefaclor, cefadroxil, cefdinir, cefprozil, cefuroxime, cephalexin, ceftriaxone |
| COVID-19 antivirals | PAXLOVID, LAGEVRIO |
| Macrolides | azithromycin, clarithromycin, clindamycin, ERY-TAB, |
| Miscellaneous antibiotics | metronidazole, sulfamethoxazole/trimethoprim, nitrofurantoin |
| Penicillins | amoxicillin, amoxicillin/clavulanate, BICILLIN-LA, dicloxacillin, penicillin VK |
| Quinolones | ciprofloxacin, levofloxacin, moxifloxacin, ofloxacin |
| Tetracyclines | doxycycline, minocycline |
| **Cardiovascular** | |
| ACE inhibitor | benazepril, captopril, enalapril, fosinopril, lisinopril, quinapril, ramipril |
| Alpha & Beta Blockers | carvedilol, labetalol |
| Alpha2-Adrenergic Agonist | clonidine, methyldopa |
| Angiotensin Receptor Blockers (ARBs) | *irbesartan, losartan, valsartan |
| Anti-arrhythmic | amiodarone, ranolazine ER |
| Anticoagulants | apixaban, enoxaparin, rivaroxaban, warfarin |
| Anti-hypertensive combos | *All agents require an approved Non-Formulary Request* |
| Beta blockers, nonselective | nadolol, propranolol, sotalol/-AF, pindolol, timolol |
| Beta-1 blockers, selective | acebutolol, atenolol, betaxolol, bisoprolol, metoprolol |
| Cardiotonic | digoxin |
| CCB – non-dihydropyridine | CARTIA XT, DILTIA XT, diltiazem HCl, diltiazem ER, verapamil SR |
| CCB – dihydropyridine | amlodipine, felodipine, nicardipine, nifedipine, nifedipine XL |
| Diuretic | bumetanide, chlorthalidone, furosemide, hydrochlorothiazide, metolazone, spironolactone, triamterene/hydrochlorothiazide |
| HMG-CoA reductase inhibitors | atorvastatin, lovastatin, pravastatin, rosuvastatin, simvastatin |
| Cholesterol – other | cholestyramine, fenofibrate, gemfibrozil |
| Nitrates | isosorbide dinitrate, isosorbide mononitrate, nitroglycerin SL tabs |
| Phosphodiesterase-5 Enzyme Inhibitor | ADCIRCA, REVATIO |
| Platelet Aggregation Inhibitors | clopidogrel |
| **Central Nervous System** | |
| Alzheimer's/ Dementia | donepezil, memantine |
| Anti-Anxiety | alprazolam, buspirone, chlordiazepoxide, clorazepate, diazepam, lorazepam, oxazepam |
| Anticholinergic | benztropine |
| Anticonvulsant | carbamazepine, clonazepam, divalproex, gabapentin, levetiracetam, midazolam, phenobarbital, phenytoin, topiramate, valproic acid |
| Antidepressant – SSRI | citalopram, escitalopram, fluoxetine, paroxetine, sertraline |
| Antidepressant – Tricyclic | amitriptyline, clomipramine, desipramine, doxepin, imipramine, nortriptyline |
| Antidepressant – other | bupropion HCl, bupropion SR, duloxetine, mirtazapine, nefazodone, trazodone, venlafaxine |
| Antiemetic | dimenhydrinate, meclizine, ondansetron + ODT, promethazine |
| Antimigraine | sumatriptan |
| Anti-Parkinson/Dopamine Agonist | carbidopa/levodopa, pramipexole, *ropinirole |
| Antipsychotic – 1st gen | chlorpromazine, fluphenazine, haloperidol - PO, lactate, & decanoate, loxapine |
| Antipsychotic – 2nd gen | aripiprazole, clozapine, lurasidone, risperidone, olanzapine, ziprasidone, paliperidone |
| Antimanic | lithium |
| Antihistamine | hydroxyzine |
| Stimulants/ ADHD | *All agents require an approved Non-Formulary Request* |

This formulary list is not intended to be all-inclusive and lists only the most commonly prescribed drugs.
Brand names with generic equivalents are considered non-formulary. *Changes from FY2023.     Last revised 1/11/2024




**ICE HEALTH SERVICE CORPS**
FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities

## Dermatologic

| | |
|---|---|
| Acne Products | benzoyl peroxide, clindamycin, erythromycin, tretinoin |
| Eczema | clobetasol, fluocinonide, hydrocortisone, betamethasone valerate, triamcinolone |
| Antibiotics | gentamicin, metronidazole cream, mupirocin |
| Antifungals | clotrimazole, nystatin, terbinafine |
| Pediculicides | permethrin cream, ivermectin |

## Endocrine/ Hormone

| | |
|---|---|
| Contraceptives | levonorgestrel/ethinyl estradiol, medroxyprogesterone inj, norethindrone/ethinyl estradiol, norethindrone, norgestrel/ethinyl estradiol, norgestimate/ethinyl estradiol |
| Emergency Contraceptive, oral | levonorgestrel emergency contraceptive 0.75mg, ELLA, MY WAY, PLAN B, PLAN B ONE-STEP, OPCICON ONE-STEP |
| Osteoporosis | alendronate |
| Estrogens, oral | depo-estradiol, estradiol, PREMARIN |
| Estrogens, injectable | estradiol valerate |
| Estrogen, combinations | *All agents require an approved Non-Formulary Request* |
| Estrogen, topical | *All agents require an approved Non-Formulary Request* |
| Pituitary disorders | cabergoline, bromocriptine |
| Insulin | HUMULIN, HUMALOG, LANTUS, NOVOLOG, NOVOLIN |
| Progesterones | medroxyprogesterone, DEPO-PROVERA |
| Diabetes – sulfonylureas | glimepiride, glipizide, glipizide ER, glyburide, glyburide micronized, tolazamide |
| Diabetes – biguanides | metformin, metformin ER |
| Diabetes – glitazones | AVANDIA - *Restricted access,* pioglitazone |
| Diabetes – DPP-4 inhibitors | alogliptin |
| Diabetes: SGLT2 inhibitors, GLP1 agonists | *All agents require an approved Non-Formulary Request* |
| Corticosteroids | dexamethasone, fludrocortisone, methylprednisolone, hydrocortisone, prednisolone, prednisone, triamcinolone IM inj |
| Thyroid | levothyroxine, thyroid |
| Testosterone | testosterone cypionate injectable |

## Gastrointestinal

| | |
|---|---|
| Antidiarrheal | diphenoxylate/atropine, loperamide |
| Antispasmodic | dicyclomine, hyoscyamine |
| Anti-ulcer | sucralfate |
| Enzymes | pancrelipase - *Restricted to most cost-effective agent* |
| Histamine 2 antagonists | cimetidine, famotidine |
| IBS agents | *All agents require an approved Non-Formulary Request* |
| Laxative | polyethylene glycol 3350, polyethylene glycol w/ electrolytes |
| Proton Pump Inhibitors | omeprazole, pantoprazole |
| Stimulants | metoclopramide |
| Ulcerative colitis | sulfasalazine, mesalamine - All formulations covered |

## Musculoskeletal, Analgesics

| | |
|---|---|
| Opioids, long acting | *All agents require an approved Non-Formulary Request* |
| Opioids, short acting | codeine/acetaminophen, hydrocodone/acetaminophen, oxycodone/acetaminophen, tramadol |
| Opioids, partial agonist | SUBOXONE - *For short term use less than 15 days and by physician initiation only.* |
| NSAIDs, nonselective | aspirin, diclofenac, etodolac, ibuprofen, indomethacin + SR, ketoprofen, ketorolac, meloxicam, nabumetone, naproxen + NA, oxaprozin, piroxicam, salsalate, sulindac |
| COX-2, selective | celecoxib |
| Local anesthetic | lidocaine |
| Skeletal Muscle Relaxants | baclofen, cyclobenzaprine, methocarbamol |

This formulary list is not intended to be all-inclusive and lists only the most commonly prescribed drugs.
Brand names with generic equivalents are considered non-formulary. * Changes from FY2023.     Last revised 1/11/2024




**ICE HEALTH SERVICE CORPS**
FY 2024 Medication Formulary for non-IHSC Staffed Detention Facilities

## Ophthalmic

| | |
|---|---|
| **Anti-infectives** | ciprofloxacin, erythromycin ointment, gentamicin, sulfacetamide, tobramycin, neomycin/polymyxin/dexamethasone |
| **Allergic Conjunctivitis** | ketotifen, olopatadine |
| **Glaucoma** | brimonidine, carteolol, dorzolamide, dorzolamide/timolol, latanoprost, timolol |
| **Anti-inflammatory** | ketorolac, prednisolone acetate |

## Otic

| | |
|---|---|
| **Anti-Infective** | ciprofloxacin/dexamethasone, neomycin/polymyxin/hydrocortisone, ofloxacin |

## Respiratory, Allergy

| | |
|---|---|
| **Beta agonist** | albuterol, levalbuterol inhaler, metaproterenol solution, PRO AIR, PROVENTIL HFA, SEREVENT, VENTOLIN HFA |
| **Inhaled Steroids** | FLOVENT HFA, PULMICORT, QVAR |
| **Inhaled Steroid/ Beta agonist combo** | fluticasone/salmeterol, SYMBICORT |
| **Leukotriene** | montelukast |
| **Nasal steroids** | flunisolide, fluticasone, triamcinolone (OTC formulations approved) |
| **Antihistamine** | chlorpheniramine CR, clemastine, cyproheptadine, diphenhydramine, loratadine OTC |
| **Antitussive** | benzonatate |
| **Xanthine derivatives** | theophylline |

## Genitourinary

| | |
|---|---|
| **BPH** | doxazosin, finasteride (5mg only), prazosin, tamsulosin, terazosin |
| **Erectile dysfunction** | *All agents require an approved Non-Formulary Request* |
| **Antispasmodic** | Oxybutynin, tolterodine |
| **Analgesic** | phenazopyridine |
| **Alkalizing agent** | potassium citrate |

## Miscellaneous

| | |
|---|---|
| **Vitamins** | calcitriol, cholecalciferol, cyanocobalamin, ergocalciferol, leucovorin, prenatal vitamins, pyridoxine, renal vitamins, |
| **Gout** | allopurinol, colchicine |
| **Potassium binders** | patiromer |
| **Phosphate binders** | RENAGEL, RENVELA, calcium acetate, lanthanum |
| **Myasthenia gravis** | pyridostigmine |
| **DMARDs** | hydroxychloroquine, hydroxyurea, methotrexate |
| **Dental** | chlorhexidine gluconate (alcohol free), triamcinolone paste |
| **Laxative** | lactulose, polyethylene glycol w/ electrolytes |
| **Minerals & electrolytes** | potassium chloride, sodium bicarbonate, sodium chloride - All formulations covered. |
| **Gallstone Dissolution Agent** | ursodiol |
| **Immunosuppressant** | mycophenolate, tacrolimus |

## Vaccines

| |
|---|
| All FDA-approved and FDA-authorized vaccinations are covered by ICE . |

This formulary list is not intended to be all-inclusive and lists only the most commonly prescribed drugs.
Brand names with generic equivalents are considered non-formulary. * Changes from FY2023.    Last revised 1/11/2024