UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JIMENEZ et al., | Case No. 1:23-cv- 06353-RMI |
| Plaintiffs, | **DECLARATION OF STEPHANIE HICKS** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al., | |
| Defendants. | |

I, Stephanie Hicks, make the following statements under oath and subject to penalty of perjury:

1. I provide this declaration based on my personal knowledge, belief, and reasonable inquiry.

2. I am the Health Services Administrator at the Golden State Annex ("GSA"). GSA is a contract federal immigration processing facility located in McFarland, California, owned and managed by The GEO Group, Inc. ("GEO"). GEO is an independent contractor that provides management, personnel, and services for 24-hour supervision of detainees housed at GSA.

3. In my capacity as Health Services Administrator of GSA, I, along with our medical staff, provide comprehensive round the clock direct medical, dental, and mental health patient care to the detainees housed at GSA.

4. I have been in this position since August 2023. Before that, I started working at GSA in January 2021 as a Registered Nurse.

5. GSA follows the guidance and protocols outlined in the Post-Pandemic Emergency COVID-19 Guidelines and Protocol ("PPEGP"), and prior to the release of the PPEGP, GSA followed the guidance and protocols outlined in the Pandemic Response Requirements ("PRR").

6. Detainees are evaluated by a facility medical provider based on best medical practices including, approved ICE Health Services Corps guidance, GEO Clinical Practice Guidelines, CDC guidance, and treated as clinically indicated.

7. GSA's medical team evaluates specifically for COVID-19 antiviral therapies in line with applicable guidance. The result has been that no antiviral therapies have been clinically indicated. As such Golden State Annex has not provided COVID-19 antiviral therapies to any detainee.

Formulary and Nonformulary Medications

8. Medication contained on the ICE formulary is generally in stock at GSA, though not all formulary medications are kept in stock. When a medication is in stock it is administered as soon as necessary by GEO Medical.

9. To obtain medication on the formulary that is not in stock at GSA it generally takes no more than 48 hours to obtain the medication depending upon availability from the supplier. Often medication that is not in stock but on the formulary can be obtained within hours from local pharmacies.

10. The process for prescribing and obtaining a medication that is not on the ICE formulary includes the following steps:

   a. Prior authorization must be received from ICE Health Service Corps ("IHSC") for nonformulary medication requests before the detainee can begin a nonformulary medication regimen.

   b. IHSC Form 943 must be completed and submitted along with the detainee's current medication prescriptions and supporting documentation to indicate why the detainee must use the nonformulary medication requested.

   c. Approval from IHSC is typically provided on the same day the Form 943 is submitted, and in most cases within 24 hours.

   d. Following approval from IHSC, GEO then works to procure the nonformulary medication through its mail order contract pharmacy.

   e. Sourcing generally occurs within 24-48 hours. In the event the nonformulary medication is needed more urgently, GEO Medical staff will contact local community pharmacies in an effort to obtain the nonformulary medication.

   f. GEO Medical staff will personally travel to local community pharmacies to pick up medication when necessary.

      g.    Additionally, GEO's Chief Medical Officer ("CMO") and his assigns review the nonformulary medication requests following the request to ICE. The nonformulary requests are reviewed by the CMO and his assigns. Support and guidance can be offered to GEO Medical staff as needed.

      h.    Formulary options are to be exhausted before the use of a nonformulary medication, but detainees are screened for the appropriate medication given their symptoms and medical histories regardless of its inclusion on the formulary list.

11. To obtain medication on the formulary that is not in stock at GSA it generally takes no more than 48 hours to obtain the medication depending upon availability from the supplier.

12. In the event formulary or nonformulary medication is needed more urgently, GEO Medical staff will contact local community pharmacies in an effort to obtain the formulary or nonformulary medication.

13. GEO Medical staff will personally travel to local community pharmacies to pick up medication when necessary.

14. I understand that on January 11, 2024, the IHSC formulary was updated to include COVID-19 antivirals PAXLOVID and LAGEVRIO.

## AUGUST 2023 COVID-19

15. In August of 2023 there were a total of 24 positive COVID-19 test results.

16. In line with prevailing medical guidance for carceral settings, including the PPEGP, detainees exposed to COVID-19 at GSA were tested for COVID-19.

### COVID-19 Statistics

17. Since January 16, 2023, the rate of COVID-19 has been approximately 15%.

18. Since July 20, 2023, the rate of COVID-19 has been approximately 11%.

19. The last instance of COVID-19 at GSA was January 18, 2024 and identified as part of routine intake testing. Since then there has not been a COVID-19 case at GSA.

20. There have been no deaths or hospitalizations to report due to COVID-19.

21. GSA has been operating at a Green level from September 8, 2023 through present.

STEPHANIE HICKS DECLARATION
No. 23-06353-RMI

3

## GSA Statistics

22. As of February 21, 2024, the population at GSA is 379 detainees.

23. As of January 31, 2024, 26 are considered high risk for COVID-19 under CDC guidelines. These 26 detainees are part of the Chronic Care Clinic program and monitored more closely.

24. Of the 26 detainees a part of the Chronic Care Clinic program 9 are over the age of 50 years old.

25. I am based on-site at GSA in McFarland, California and perform all of my duties there.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in McFarland, California, on February 23, 2024.

STEPHANIE HICKS