# EXHIBIT D

# DR. OWOLABI DECLARATION

# FILED UNDER SEAL