# EXHIBIT E
# JIMENEZ
# MEDICAL FILES

# FILED UNDER SEAL