UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMENEZ, *et al.*,<br><br>Plaintiffs,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | CASE NO. 1:23-cv-06353-RMI<br>     CASE NO. 1:23-cv-06353-RMI<br><br>**DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER CESAR CONTRERAS** |

### DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR RICHARD CHANG

I, Richard Chang, declare as follows:

1. I am employed by the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"). I have been employed by ICE/ERO since May 23, 2005.

2. I am currently an Acting Deputy Field Office Director ("DFOD") in the San Francisco Field Office ("ERO San Francisco") and have currently been in this Position since January 8, 2024. I am based in San Francisco, California and am currently assigned to oversee the Bakersfield Sub-Office within ERO San Francisco, which is responsible for oversight of non-citizens detained at Golden State Annex Detention Facility ("Golden State") located in McFarland, California. In my capacity as an Acting DFOD I am responsible for, but not limited to, direction and oversight of ICE immigration enforcement operations within the California counties of Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Mono and Tulare.

3. I am responsible for providing support to the Field Office Director Moises Becerra. ("FOD"), in managing operations and procedures of enforcement and removal activity throughout the Bakersfield area of responsibility, which includes but is not limited to providing oversight and supervision

DECLARATION OF ACTING DFOD CHANG
Case No. 1:23-cv-06353-RMI

of Assistant Field Office Directors and their staff who are responsible for managing the immigration cases of detained non-citizens at Golden State.

4. This declaration is based upon my personal and professional knowledge and information, belief, reasonable inquiry and review of information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS, including those shared by DHS contract facilities, in the regular course of business.

5. Upon information and belief, ICE periodically contracts with independent contractors to detain non-citizens subject to immigration proceedings to effectuate their removal from the United States. Upon information and belief, in selecting and supervising contractors to detain non-citizens, ICE leadership balances the need to provide adequate services for detainees with budgetary and administrative concerns.

6. Golden State is a contract detention facility located in McFarland, California, that is owned and managed by The GEO Group, Inc. ("GEO") and is not a facility that is maintained by the ICE Health Service Corps. GEO is an independent contractor that provides the facility with management, personnel and services, including medical services, for 24-hour supervision of non-citizens in ICE/ERO custody at Golden State. The Facility Administrator of Golden State is a GEO employee, whose office is based in McFarland and provides direct on-site supervision of the facility and its personnel. Pursuant to the contract terms, GEO hires, trains, and supervises its own employees, including its medical staff. *See* Attached Contract.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and belief.

Executed at San Francisco, California on January 26, 2024.

_____
Richard Chang
Acting Deputy Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER | PAGE 1 OF 63 |
|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE 10/16/2019 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/LOCAL TIME ES |
|---|---|---|---|

| 9. ISSUED BY | CODE ICE/DCR | 10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: ____ % FOR: |
|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite 930
WASHINGTON DC 20536

[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] EDWOSB
[ ] 8(A)

NAICS:
SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br>[ ] SEE SCHEDULE | 12. DISCOUNT TERMS<br>Net 30 | [ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [X] RFP | |

| 15. DELIVER TO | CODE ICE/ERO | 16. ADMINISTERED BY | CODE ICE/DCR |
|---|---|---|---|

ICE Enforcement & Removal
Immigration and Customs Enforcement
801 I Street, NW
Suite 900
Washington DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite 930
WASHINGTON DC 20536

| 17a. CONTRACTOR/OFFEROR | CODE ████ | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE ICE-ERO-FHQ-CAD |
|---|---|---|---|---|

GEO GROUP INC THE
ATTN ████
4955 TECHNOLOGY WAY
BOCA RATON FL 334313367

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Attn: ICE-ERO-FHQ-CAD
Williston VT 05495-1620

TELEPHONE NO. ████

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | DUNS Number: ████<br>NAICS Code: ████<br>PSC: ████<br><br>Contracting Officer (CO): ████,<br>████<br>Contracting Officer's Representative (COR):<br>████,<br>████<br><br>The purpose of this contract is to establish<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>████ |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   [ ] ARE   [ ] ARE NOT ATTACHED.
[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   [X] ARE   [ ] ARE NOT ATTACHED.

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN __1__ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

[ ] 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>████ | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>████ |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>████ Executive Vice President | 30c. DATE SIGNED<br>12/19/2019 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>████ | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | detention, transportation, and medical services at the Mesa Verde Detention Facility, Golden State Modified Community Correctional Facility, and Central Valley Modified Community Correctional Facility in accordance with the Performance Work Statement for this Contract (supplemented by Requirement C Addendum).<br><br>All services shall be furnished in compliance with the following regulations/policies/standards:<br><br>2011 Performance Based National Detention Standards (PBNDS 2011)as revised in DEC 2016<br>Prison Rape Elimination Act (PREA) standards for DHS detention facilities<br>American Correctional Association (ACA) Standards<br>National Commission on Correctional Health Care (NCCHC) Standards<br><br>All IDIQ terms and conditions flow down to the Task Orders.<br><br>Scope of work changes must be submitted in writing and approved by a warranted ICE Contracting Officer. Any work conducted outside the scope of the terms of this contract will be at the contractor's own risk.<br><br>The following is a list of attachments hereby Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)   42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | PAGE 3 | OF 63 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | incorporated into this Contract: | | | | |
| | Attachment 1:    G-391 Attachments | | | | |
| | Attachment 2:    QASP Documents | | | | |
| | Attachment 3:    IHSC National Formulary FY 2019 | | | | |
| | Attachment 4:    IHSC Form 067 Request for approval of non-formulary medications | | | | |
| | Attachment 5:    IHSC Minimum Staffing Requirements Standards | | | | |
| | Attachment 6:    IHSC Intake Screening Form | | | | |
| | Attachment 7:    IHSC Sample Clinical Practice Guidelines | | | | |
| | Attachment 8:    IHSC electronic Quality Medical Care (QMC) Audit tool | | | | |
| | Attachment 9:    IHSC electronic Quality Medical Care (QMC) Incident Report | | | | |
| | Attachment 10:   Requirements Traceable Matrix (RTM) | | | | |
| | Attachment 11:   ICE Firearms Policy | | | | |
| | Attachment 12:   ICE Body Armor Policy | | | | |
| | Attachment 13:   Lyons Settlement Agreement | | | | |
| | Attachment 14:   Franco Settlement Agreement | | | | |
| | Attachment 15:   Screening ICE Detainees Health Form | | | | |
| | Attachment 16:   PWS Addendum 1 | | | | |
| | Attachment 17:   Requirement C PWS Addendum | | | | |
| | Attachment 18:   Section B Supplies or Services and Price Costs | | | | |
| | Attachment 19:   Section C Performance Work Statement Dated 10-25-2019 | | | | |
| | Attachment 20:   Contract Clauses | | | | |
| | Attachment 21:   Section K completed by Offeror | | | | |
| | Attachment 22:   Contractor's Proposal dated 12/19/2019 | | | | |
| | Attachment 23:   ICE Design Standards for CDFs | | | | |
| | Attachment 24:   Executive Office for Immigration Review (EOIR) Design Standards | | | | |
| | Attachment 25:   Structure Cable Plant Standards | | | | |
| | Attachment 26:   Health Design Standards | | | | |
| | Attachment 27:   IHSC Design Standards Supplement | | | | |
| | Attachment 28:   Wage Determination No. 2015-5603 Rev. 10 Date: 08/02/2019 | | | | |
| | Funding will be provided at the Task Order level. | | | | |
| | Pursuant to FAR 52.216-22(b), the maximum amount of services the Contractor shall furnish under this IDIQ is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and the minimum Continued ... | | | | |

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|---|
| | | ▆▆▆▆▆▆▆▆▆▆ | 4 | 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | amount of services the Government shall order under this IDIQ is ▆▆▆▆▆▆▆▆. | | | | |
| | If a DOL Wage Determination or CBA incorporation results in an increase to employee wages that is above the annual escalation already noted in the contract, the vendor must submit a request for equitable adjustment and provide sufficient documentation to the CO's satisfaction. No additional contractor employee wage adjustments will be paid by ICE if those increased wage amounts falls within/is less than the annual percentage escalation built into the CLIN. | | | | |
| | The Contractor shall not be entitled to a guaranteed minimum on any CLIN for any day unless the Contractor has made the number of beds that constitute that guaranteed minimum available to ICE on such day. | | | | |
| | The ultimate completion date of this IDIQ is 12/19/2034 if all options are exercised. Thus, the total duration of this IDIQ is from 12/20/2019 to 12/19/2034. Period of Performance: 12/20/2019 to 12/19/2034 | | | | |
| 0001 | Golden State Pre-Transition/Mobilization<br><br>POP: 12/20/2019 - 06/19/2020<br><br>Monthly Amount: ▆▆▆▆▆▆▆<br>Obligated Amount: ▆▆▆▆<br>Product/Service Code: ▆▆▆<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▆▆▆▆▆▆▆ |
| 0001A | Golden State Transition<br><br>POP: 06/20/2020 - 08/19/2020<br><br>Monthly Amount: ▆▆▆▆▆▆<br>Obligated Amount: ▆▆▆▆<br>Product/Service Code: ▆▆▆<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Continued ... | | | | ▆▆▆▆▆▆▆ |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▮▮▮▮▮ | | | 5 | 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0002 | Central Valley Pre-Transition/Mobilization<br><br>POP: 12/20/2019-06/19/2020<br><br>Monthly Amount: ▮▮▮▮<br>Obligated Amount: ▮▮▮<br>Product/Service Code: ▮▮▮<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▮▮▮▮▮ |
| 0002A | Central Valley Transition | | | | ▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| 0003 | Mesa Verde Detention Services | | | | ▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| 0003A | Golden State Bed Detention Services<br>Guaranteed Minimum<br>(1-560 beds)<br><br>Period of Performance and Rates as follows:<br>08/20/2020-12/19/2020 (68,320 Beds) ▮▮▮▮<br>12/20/2020-12/19/2021 (204,400 Beds) ▮▮▮▮<br>Continued ... | | | | ▮▮▮▮▮ |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▮▮▮▮▮▮▮▮▮▮ | | | | PAGE 6 | OF 63 |
|---|---|---|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR GEO GROUP INC THE | | | | | | |

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 12/20/2021-12/19/2022 (204,400 Beds) ▮▮▮ 12/20/2022-12/19/2023 (204,400 Beds) ▮▮▮ 12/20/2023-12/19/2024 (204,960 Beds) ▮▮▮ Obligated Amount: ▮▮▮ Product/Service Code: ▮▮▮ Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0003B | Central Valley Detention Services | | | | ▮▮▮ |
| 0004 | Mesa Verde Detention Services | | | | ▮▮▮ |
| 0004A | Golden State Detention Services Above Guaranteed Minimum Rate (561-700 beds) Periods of Performance and Rates as follows: Continued ... | | | | ▮▮▮ |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▮▮▮▮▮▮▮▮▮▮ | | | | PAGE 7 | OF 63 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 08/20/2020-12/19/2020 (17,080 Beds) ▮▮▮ | | | | |
| | 12/20/2020-12/19/2021 (51,100 Beds) ▮▮▮ | | | | |
| | 12/20/2021-12/19/2022 (51,100 Beds) ▮▮▮ | | | | |
| | 12/20/2022-12/19/2023 (51,100 Beds) ▮▮▮ | | | | |
| | 12/20/2023-12/19/2024 (51,240 Beds) ▮▮▮ | | | | |
| | Obligated Amount: ▮▮▮ | | | | |
| | Product/Service Code: S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0004B | Central Valley Detention Services | | | | ▮▮▮▮ |
| | [REDACTED] | | | | |
| 0005 | Mesa Verde On Call Stationary/Transportation Guards | | | | ▮▮▮▮ |
| | [REDACTED] | | | | |
| 0005A | Golden State On Call Stationary/Transportation Guards | | | | ▮▮▮▮ |
| | Hourly Rate: ▮▮▮ | | | | |
| | NTE Amount: 100,000 hours per year | | | | |
| | Obligated Amount: ▮▮▮ | | | | |
| | Product/Service Code: S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▓▓▓▓▓▓▓▓▓▓▓▓ | | | PAGE 8 | OF 63 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0005B | Central Valley On Call Stationary/Transportation Guards | | | | ▓▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | |
| 0006 | Mesa Verde Detainee Work Program | | | | ▓▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | |
| 0006A | Golden State Detainee Work Program<br>Rate: ▓▓▓▓ per day per detainee<br><br>NTE: ▓▓▓▓▓▓▓<br>Obligated Amount: ▓▓▓▓▓<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▓▓▓▓▓▓ |
| 0006B | Central Valley Detainee Work Program | | | | ▓▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | |
| 0007 | Mesa Verde Surge/Facility Upgrades | | | | ▓▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▮▮▮▮▮▮▮▮▮▮ | | | PAGE 9 | OF 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| 0007A | Golden State Surge/Facility Upgrades<br><br>*No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order.<br><br>NTE: ▮▮▮▮▮▮▮▮<br>Obligated Amount: ▮▮▮▮<br>Product/Service Code: ▮▮▮▮<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▮▮▮▮▮▮▮▮ |
| 0007B | Central Valley Surge/Facility Upgrades<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | ▮▮▮▮▮▮▮▮ |
| 1001 | Mesa Verde Detention Services<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | ▮▮▮▮ |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ▮ | | | | |
| 1001A | Golden State Detention Services<br><br>Guaranteed Minimum (1 to 560 Beds)<br><br>POP and Bed Day Rates:<br><br>12/20/2024 to 12/19/2025 (204,400 Beds) Rate: ▮<br><br>12/20/2025 to 12/19/2026 (204,400 Beds) Rate: ▮<br><br>12/20/2026 to 12/19/2027 (204,400 Beds) Rate: ▮<br><br>12/20/2027 to 12/19/2028 (204,960 Beds) Rate: ▮<br><br>12/20/2028 to 12/19/2029 (204,400 Beds) Rate: ▮<br><br>Amount: ▮ (Option Line Item)<br>12/19/2029<br>Product/Service Code: ▮<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▮ |
| 1001B | Central Valley Detention Services | | | | ▮ |

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▇ | | | PAGE 11 | OF 63 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ▇ | | | | |
| 1002 | Mesa Verde Detention Services | | | | ▇ |
| | ▇ | | | | |
| 1002A | Golden State Detention Services<br>Above Guaranteed Minimum Rate<br>(561-700 beds)<br><br>12/20/2024 to 12/19/2025 (51,100 Beds) ▇<br>12/20/2025 to 12/19/2026 (51,100 Beds) ▇<br>12/20/2026 to 12/19/2027 (51,100 Beds) ▇<br>12/20/2027 to 12/19/2028 (51,240 Beds) ▇<br>12/20/2028 to 12/19/2029 (51,100 Beds) ▇<br>Amount: ▇ (Option Line Item)<br>12/20/2024<br>Product/Service Code: ▇<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▇ |
| 1002B | Central Valley Detention Services | | | | ▇ |

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | PAGE 12 | OF 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 1003 | Mesa Verde On-Call Stationary/Transportation Guard Hours | | | | |
| 1003A | Golden State On-Call Stationary/Transportation Guard Hours<br><br>Hourly Rate<br><br>NTE: 100,000 hours per year<br>Amount: ▓▓▓▓ (Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1003B | Central Valley On-Call Stationary/Transportation Guard Hours | | | | |
| 1004 | Mesa Verde Detainee Work Program | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | PAGE 13 | OF 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 1004A | Golden State Detainee Work Program<br>Rate: ▮ Per Day Per Detainee<br><br>NTE: 250,000 days<br>Amount: ▮ (Option Line Item)<br>12/20/2024<br>Product/Service Code: ▮<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1004B | Central Valley Detainee Work Program | | | | |
| 1005 | Mesa Verde Surge/Facility Upgrades* | | | | |
| 1005A | Golden State Surge/Facility Upgrades*<br>NTE: ▮<br><br>*No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the<br>Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED ███ | | | PAGE 14 | OF 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Contracting Officer via a contract modification and funding obligated via task order. Amount: ███ (Option Line Item) 12/20/2024 Product/Service Code: ███ Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1005B | Central Valley Surge/Facility Upgrades* | | | | ███ |
| 2001 | Mesa Verde Detention Services | | | | ███ |
| 2001A | Golden State Detention Services Guaranteed Minimum (1 to 560 Beds) 12/20/2029 to 12/19/2030 (204,400 Beds) ███ 12/20/2030 to 12/19/2031 (204,400 Beds) ███ 12/20/2031 to 12/19/2032 (204,960 Beds) ███ 12/20/2032 to 12/19/2033 (204,400 Beds) ███ 12/20/2033 to 12/19/2034 (204,400 Beds) ███ Amount: ███ (Option Line Item) Continued ... | | | | ███ |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▮ | | | PAGE 15 | OF 63 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 12/20/2029<br>Product/Service Code: ▮<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2001B | Central Valley Detention Services | | | | ▮ |
| | ████████████████████████████ | | | | |
| 2002 | Mesa Verde Detention Services | | | | ▮ |
| | ████████████████████████████ | | | | |
| 2002A | Golden State Detention Services<br>Above Guaranteed Minimum Rate<br>(561-700 beds)<br><br>12/20/2029 to 12/19/2030 (51,100 Beds) ▮<br>12/20/2030 to 12/19/2031 (51,100 Beds) ▮<br>12/20/2031 to 12/19/2032 (51,240 Beds) ▮<br>12/20/2032 to 12/19/2033 (51,100 Beds) ▮<br>12/20/2033 to 12/19/2034 (51,100 Beds) ▮<br>Amount: ▮ (Option Line Item)<br>Continued ... | | | | ▮ |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | PAGE 16 | OF 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 12/20/2029<br>Product/Service Code: ▮<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2002B | Central Valley Detention Bed Day Rate | | | | ▮ |
| 2003 | Mesa Verde On-Call Stationary / Transportation | | | | ▮ |
| 2003A | Golden State On-Call Stationary / Transportation Guard Hours<br><br>Hourly Rate: ▮<br><br>NTE: 100,000 hours per year<br>Amount: ▮ (Option Line Item)<br>12/20/2029<br>Product/Service Code: ▮<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▮ |
| 2003B | Central Valley On-Call Stationary / | | | | ▮ |

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE 17 | OF 63 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ███████████████ | | | | |
| 2004 | Mesa Verde Detainee Work Program | | | | ███ |
| | ███████████████ | | | | |
| 2004A | Golden State Detainee Work Program<br>Rate: ███ Per Day Per Detainee<br><br>NTE: 250,000 days<br>Amount: ███ (Option Line Item)<br>12/20/2029<br>Product/Service Code: ███<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ███ |
| 2004B | Central Valley Detainee Work Program | | | | ███ |
| | ███████████████ | | | | |
| 2005 | Mesa Verde Surge/Facility Upgrades* | | | | ███ |
| | ███████████████ | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED ▮ | | | 18 | 63 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ▮ | | | | |
| 2005A | Golden State Surge/Facility Upgrades* <br><br> *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order. <br><br> NTE: ▮ <br> Amount: ▮ (Option Line Item) <br> 12/20/2029 <br> Product/Service Code: ▮ <br> Product/Service Description: HOUSEKEEPING- GUARD | | | | ▮ |
| 2005B | Central Valley Surge/Facility Upgrades* | | | | ▮ |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110