BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
SHANE YOUNG
ALEXA WHITE
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>            Defendants. | No. 1:23-cv-06353-RMI<br><br>**NOTICE OF ERRATA TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION SUPPORTING EXHIBIT A** |

Defendants respectfully submit this errata to their Exhibit A in support of their Opposition to Plaintiff's Motion for Preliminary Injunction. ECF No. 43-1. Declarant Ada Rivera electronically signed the declaration contained in Exhibit A on February 13, 2024. However, the electronic signature did not properly upload when Defendants electronically filed the declaration on February 26, 2024. Defendants

Notice of Errata to Defendants' Corrected Opposition to
Plaintiff's Motion for Preliminary Injunction Supporting Exhibit A                    1
1:23-cv-06353-RMI

are concurrently filing Exhibit A with Ms. Rivera's electronic signature. Defendants have made no changes to Exhibit A.

Dated: February 27, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

JEFFREY S. ROBINS
Deputy Director

SARAH L. VUONG
Assistant Director

MICHELLE M. RAMUS
SHANE A. YOUNG
ALEXA S. WHITE
Trial Attorneys

/s/ *Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:     (202) 353-2405
Fax:    (202) 305-7000
Email:  Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*

Notice of Errata to Defendants' Corrected Opposition to
Plaintiff's Motion for Preliminary Injunction Supporting Exhibit A
1:23-cv-06353-RMI

2