NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; GABRIEL VALDEZ, Assistant Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>　　　　Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF JOSE OROZCO CUEVAS** |

ACTIVE/127702382.3

I, Jose Orozco Cuevas, hereby declare as follows:

1. I am 56 years of age. I have been in the United States since 1972.

2. I am currently detained at the Golden State Annex ("GSA") facility, which is an U.S. Immigration and Customs Enforcement ("ICE") detention facility, and I have resided in GSA since February 15, 2023.

3. I have had high blood pressure for approximately ten years, and I take medicine for this condition.

4. Further, I have psoriasis, and I currently use skin cream to treat this condition.

5. Although I require outside medical attention to address my various health issues, I often experience long wait times to receive medical attention and treatment. I recently saw a dermatologist outside the GSA facility for my psoriasis. He told me that I will get a shot to treat the psoriasis but that I had to wait 3-4 weeks for my next appointment to receive the shot.

6. On or around December 2023, there was a recent outbreak in my dormitory. In response, GSA staff quarantined several detainees in my dormitory. On information and belief, I believe that the recent outbreak was COVID-19 related. I spoke with several detainees in my dormitory, and I did not hear of any instances where GSA staff offered anyone antiviral COVID-19 treatment.

7. I am afraid of contracting COVID-19 because of my health conditions.

8. I want to join this lawsuit seeking better access to Paxlovid and other antiviral medication at GSA. I have watched as others in my dormitories at GSA have gotten very sick with COVID-19 and have not been tested or received adequate treatment, and I want to do what I can to help everyone who needs treatment with Paxlovid or other antiviral medication to receive this treatment. I understand the responsibilities of being a class representative, and I am prepared to serve as a class representative in this case.

///

///

///

///

ACTIVE/127702382.3

Declaration of Jose Orozco Cuevas

2

1  I swear under penalty of perjury that the foregoing is true and correct, to the best of my
2  knowledge and believe. Executed on February 23, 2024 in McFarland, California

                                               _____
                                               Jose Orozco Cuevas

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACTIVE/127702382.3

Declaration of Jose Orozco Cuevas