
NICOLE KIM (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>                    Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF VENANCIO ESTEBAN RIEGO** |

ACTIVE/125849558.3

I, Venancio Esteban Riego, hereby declare as follows:

1. I am currently detained at the Golden State Annex ("GSA") facility, which is a U.S. Customs and Immigration Enforcement ("ICE") detention facility.

2. I have been detained by ICE at GSA since April 18, 2023.

3. I am currently 60 years old and suffer from several medical conditions. I have hypertension, diabetes, an aneurysm, and dissection of the aorta. I worry that if I contract COVID at GSA, I will experience serious medical complications because of my age and medical condition.

4. I had COVID in 2021, before I was detained at GSA, and was severely ill. I had nausea, vomiting, headaches, extreme cough, and lost my appetite and sense of taste and smell. I was bedridden for about a week and ill almost an entire month.

5. I fear that if I contract COVID at GSA, I will not be provided Paxlovid or other antiviral medication. I have not heard that Paxlovid or any COVID antiviral pills are available at GSA. I have not seen staff offer them to people here, even though there have been COVID outbreaks at the facility.

6. I also have not been offered or provided any COVID vaccines since I have been in ICE detention at GSA. I do not believe COVID vaccines are available here. I have not heard staff offer them to anyone.

7. There was a COVID outbreak at GSA about three months ago. During the outbreak, staff asked people if they wanted to volunteer to take a COVID test. They did not ask people if they wanted COVID vaccines or antiviral pills. They also did not ask people who were visibly sick with symptoms to take a COVID test. It was optional. I volunteered to take the test because I did not want to be a carrier. I tested negative but it did not do me any good because I was surrounded by people who were sick who were not testing. Staff were supposed to wash people's blankets and clothes but that did not happen. They only offered us bottles of disinfectant so we could wipe down the surfaces and our clothes.

8. Days after testing negative, I started experiencing several symptoms. I had headaches, sore throat, an ongoing cough, sweats and fever. I was sick for about 20 days. I

believe I had COVID then. I was not offered a COVID antiviral pill or a COVID vaccine after the outbreak.

9. There was another COVID incident at GSA about a month ago. One person tested positive. They were deported to their home country. The dorm where that person had been was placed in quarantine for several days. I was worried I might contract COVID because their dorm is across from my dorm, and the same guards visit both dorms. We are also all in confined spaces. No one in my dorm was provided a COVID test.

10. I would take a COVID vaccine if it were available at GSA. I do not want to contract COVID again. If I were to test positive for COVID, I would like to be provided a COVID antiviral pill.

11. I do not feel safe from COVID at GSA because people inside the facility are and continue to be at risk. There is no ongoing testing at the facility and no mandated testing when people get sick. I believe there should be a mandate for testing of staff and people who get sick.

12. I want to join this lawsuit seeking better access to Paxlovid and other antiviral medication at GSA. This is an important issue for me because I lost a family member to COVID. My sister contracted COVID and died in 2021. Although she was rushed to the hospital, they were unable to save her. I do not want to run the same risk as my sister. I dread contracting COVID because I know how severe it is.

13. I understand the responsibilities of being a class representative, and I am prepared to serve as a class representative in this case.

14. I swear under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23 day of February, 2024 in McFarland, California.

*/s/ Venancio E. Riego*

ACTIVE/125849558.3

Declaration of Venancio Esteban Riego

3