1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director
   JEFFREY S. ROBINS
4  Deputy Director
   SARAH L. VUONG
5  Assistant Director
   MICHELLE M. RAMUS
6  ANNA L. DICHTER
7  Trial Attorneys
   Office of Immigration Litigation
8  District Court Section
9  United States Department of Justice
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044
   Tel.: (202) 353-2405; Fax: (202) 305-7000
11 Anna.L.Dichter@usdoj.gov
12 *Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(EUREKA)**

| | |
|---|---|
| JIMENEZ, | No. 1:23-cv-06353-RMI |
| Plaintiff, | |
| v. | **DEFENDANTS' UNOPPOSED MOTION TO CONTINUE APRIL 2, 2024 HEARING** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | **PROPOSED ORDER** |

On February 8, 2024, the Court issued an order scheduling the hearing on Plaintiff's preliminary injunction and class certification motions and Defendants' motion to dismiss Plaintiff's Complaint for April 2, 2024, at 11:00 AM, via videoconference. ECF No. 40. On February 27, 2024, Plaintiff filed a Motion to Add New Plaintiffs as Class Representatives and attached a proposed Amended Complaint. ECF No. 46. Recently, undersigned counsel and counsel of record have had various conflicts arise with the current hearing date, including a trial in the Southern District of Texas and a hearing in the Western

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE APRIL 2, 2024 HEARING**
No. 1:23-cv-06353-RMI

District of Missouri scheduled at the same time as the hearing in this case. Defendants therefore respectfully request that the hearing on Plaintiff's preliminary injunction and class certification motions and Defendants' motion to dismiss Plaintiff's Complaint be rescheduled to April 9, 2024, at 11:00 AM, via videoconference. Good cause exists for this request. Defendants conferred with Plaintiff's counsel via email on March 5, 2024, and Plaintiff's counsel indicated no opposition to this request.

WHEREFORE, Defendants respectfully move the Court to continue the April 2, 2024 motions hearing to April 9, 2024. A proposed order is attached herewith.

Dated: March 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

JEFFREY S. ROBINS
Deputy Director

SARAH L. VUONG
Assistant Director

MICHELLE M. RAMUS
Trial Attorneys

/s/ *Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:     (202) 353-2405
Fax:    (202) 305-7000
Email:  Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE APRIL 2, 2024 HEARING**
No. 1:23-cv-06353-RMI

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(EUREKA)**

| | |
|---|---|
| JIMENEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 1:23-cv-06353-RMI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE APRIL 2, 2024 HEARING** |

Upon consideration of Defendants' Unopposed Motion to Continue April 2, 2024 Hearing, and for good cause shown, it is hereby ORDERED that the motion is GRANTED and the hearing on Plaintiff's preliminary injunction and class certification motions and Defendants' motion to dismiss Plaintiff's Complaint is rescheduled to April 9, 2024, at 11:00 AM, via videoconference.

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE APRIL 2, 2024 HEARING**
No. 1:23-cv-06353-RMI

1 **IT IS SO ORDERED.**

2 DATED: _____, 2024.

_____

THE HONORABLE MAGISTRATE JUDGE
ROBERT M. ILLMAN

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE APRIL 2, 2024 HEARING**
No. 1:23-cv-06353-RMI