BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(EUREKA)**

| | |
|---|---|
| JIMENEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 1:23-cv-06353-RMI<br><br>**DEFENDANTS NONOPPOSITION TO PLAINTIFF'S MOTION TO ADD NEW PLAINTIFFS AS CLASS REPRESENTATIVES** |

On February 27, 2024, Plaintiff filed a Motion to Add New Plaintiffs as Class Representatives. ECF No. 46. Plaintiff attached a proposed Amended Complaint and two declarations of the proposed new Plaintiffs. ECF No. 46-1, 46-2, 46-3, 46-4. Defendants do not oppose Plaintiff's motion.

**DEFENDANTS NONOPPOSITION TO PLAINTIFF'S MOTION TO ADD NEW PLAINTIFFS AS CLASS REPRESENTATIVES**
No. 1:23-cv-06353-RMI

| | |
|---|---|
| Dated: March 8, 2024 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>U.S. Department of Justice, Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | JEFFREY S. ROBINS<br>Deputy Director |
| | SARAH L. VUONG<br>Assistant Director |
| | MICHELLE M. RAMUS<br>Trial Attorneys |
| | /s/ *Anna L. Dichter*<br>ANNA L. DICHTER<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation – DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel:   (202) 353-2405<br>Fax:  (202) 305-7000<br>Email: Anna.L.Dichter@usdoj.gov |
| | *Counsel for Defendants* |

**DEFENDANTS NONOPPOSITION TO PLAINTIFF'S MOTION TO ADD NEW PLAINTIFFS AS CLASS REPRESENTATIVES**
No. 1:23-cv-06353-RMI