BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JIMENEZ<br><br>    Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | CASE NO. 1:23-cv-06353-RMI<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; [PROPOSED] ORDER** |

After Defendants filed their opposition to Plaintiff's Motion for a Preliminary Injunction and Motion to Dismiss on February 25, 2024, ECF No. 43, in the above-captioned case, and after notification from Plaintiffs' counsel, counsel for Defendants realized that some of Plaintiff's medical information that Defendants intended to redact was inadvertently redacted incorrectly.

Defendants are e-filing a corrected version that is in all respects identical to ECF 43, except that the redactions are applied correctly. Defendants hereby request that the Court remove the incorrectly filed document (ECF 43) from the docket. Counsel for Defendants sincerely apologizes for the mistake.

| | |
|---|---|
| DATED: March 11, 2024 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>U.S. Department of Justice, Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | JEFFREY S. ROBINS<br>Deputy Director |
| | SARAH L. VUONG<br>Assistant Director |
| | MICHELLE M. RAMUS<br>SHANE A. YOUNG<br>ALEXA S. WHITE<br>Trial Attorneys |
| | /s/ *Anna L. Dichter*<br>ANNA L. DICHTER<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation – DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel:    (202) 353-2405<br>Fax:   (202) 305-7000<br>Email:  Anna.L.Dichter@usdoj.gov |
| | *Counsel for Defendants* |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Remove Incorrectly Filed Document, the Court HEREBY ORDERS that ECF No. 43 be removed from the docket, as it contains incorrectly redacted information regarding Plaintiff's medical records and has been replaced with a corrected redacted version.

IT IS SO ORDERED.

Dated: _____  _____
ROBERT M. ILLMAN
UNITED STATES DISTRICT JUDGE