# Exhibit A

NICOLE KIM (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

SEAN RIORDAN (SBN 255752)
*sriordan@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel.: +1 415 621-2493

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: +1 202 393-4930

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>　　　　Defendants. | Case No. 1:23-cv-06353-RMI<br><br>**DECLARATION OF GUSTAVO FLORES COREAS** |

I, Gustavo Flores Coreas, hereby declare as follows:

1. I am currently detained at the Golden State Annex ("GSA") facility, which is an ICE detention facility.

2. I have been in ICE detention since March 17, 2022. I have spent the majority of my time in ICE detention at GSA, and I also spent four months detained at the Mesa Verde ICE Processing Center.

3. Prior to my detention in ICE custody, I was in the California state prison system, where for the last three years I was based in a fire camp working as a firefighter.

4. I am a former smoker, and I have latent tuberculosis. I occasionally experience lung issues, where I begin to wheeze even with light exercise. I worry that if I contract COVID at GSA, I will experience serious complications because of these issues.

5. I want to protect myself as well as I can from COVID, so I recently spoke to the head nurse at GSA about booster shots for COVID. She told me that I could put in a request to be vaccinated and that I would be placed on a waiting list, but that the facility would only give me a booster if the waiting list reached ten people. I placed my name on this waiting list, but I have not received a booster shot. I was last vaccinated for COVID while I was in a California state fire camp. I believe that I received this last vaccination for COVID around the beginning of 2022.

6. I worry that if I contract COVID at GSA, I will not be provided Paxlovid or other antiviral medication. I recently asked one of the nurses at GSA whether the facility has Paxlovid available. She told me that Paxlovid is only for severe cases of COVID, and that I would not qualify for Paxlovid because I am healthy.

7. I worry that medical staff at GSA are ignoring the risk that COVID poses to people in the facility. In August or September of 2023, there was an outbreak of some sickness that I believe was COVID in my dormitory. People in my dormitory were developing symptoms including fever, difficulty breathing, congestion, and coughs. I was concerned that they might have COVID. Medical staff did not give any of them a COVID test even though they had these symptoms.

8. Soon after people in my dormitory started getting sick, I also started to feel sick. I had a headache and night sweats. I asked medical staff for a COVID test, and after I made that specific request, medical staff gave me a test. It came back positive for COVID. After I tested positive, I was sent to a single cell in the Special Management Unit for around half an hour, and then I was moved into a dormitory for people who had tested positive for COVID. The facility brought several people into this dormitory who had tested positive. They came from other dormitories, meaning that people in multiple different dormitories were testing positive for COVID.

9. When I was in this COVID-positive dormitory, the only medication that medical staff provided me was cough drops, electrolytes, and Tylenol. To my knowledge, nobody else in this COVID-positive dormitory received any medication beyond cough drops, electrolytes, and Tylenol. While I was housed in this COVID-positive dormitory, I asked multiple nurses for Paxlovid. They told me that they could not give it to me, two nurses told me that they were unaware of Paxlovid, and thus I never received it.

10. In December 2023, there was an outbreak in my dormitory of a sickness that I believe was COVID. There was no response from the nurses or other GSA personnel. I developed a cough, congestion, and a headache, and went to the medical cart to get electrolytes and cough drops. The nurse at the medical cart told me that I had to put in an order to receive cough drops and electrolytes, so I put in an order.

11. When I went to the nurse for my appointment to get the electrolytes and cough drops, I spoke with someone from my dormitory that was very sick and had just visited the medical staff. He explained that he told the medical staff that he was so congested that he could not breathe out of his nose. All that the medical staff did in response was tell him to breathe out of his mouth until he got better. I then met with the nurses to receive the electrolytes and cough drops and asked for a COVID test. The nurse said that COVID is just like the flu and will come around every year at this time of year. The nurse also said that it was too difficult to get me a COVID test. The nurse gave me cough drops but no electrolytes and no COVID test.

Declaration of Gustavo Flores Coreas

3

12. I want to join this lawsuit seeking better access to Paxlovid and other antiviral medication at GSA. I have watched as others in my dormitories at GSA have gotten very sick with COVID and have not been tested or received adequate treatment, and I want to do what I can to help everyone who needs treatment with Paxlovid or other antiviral medication to receive this treatment. I understand the responsibilities of being a class representative, and I am prepared to serve as a class representative in this case.

13. I swear under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23 day of February, 2024 in McFarland, California.

Declaration of Gustavo Flores Coreas

4