1 | BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
2 | Civil Division
WILLIAM C. PEACHEY
3 | Director
JEFFREY S. ROBINS
4 | Deputy Director
SARAH L. VUONG
5 | Assistant Director
MICHELLE M. RAMUS
6 | ALEXA WHITE
SHANE YOUNG
7 | ANNA L. DICHTER
Trial Attorneys
8 | Office of Immigration Litigation
District Court Section
9 | United States Department of Justice
P.O. Box 868, Ben Franklin Station
10 | Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
11 | Anna L. Dichter@usdoj.gov
*Counsel for Defendants*

12

**UNITED STATES DISTRICT COURT**
13
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**
14

15 | VICTOR JIMENEZ, *et al.*,                    No. 1:23-cv-06353-RMI

16 |                        Plaintiffs,

17 |            v.                                 **DEFENDANTS' ADMINISTRATIVE MOTION
                                                    FOR LEAVE TO FILE SUR-REPLY TO
18 | U.S. IMMIGRATION AND CUSTOMS                   PLAINTIFFS' REPLY IN SUPPORT OF THEIR
     ENFORCEMENT, *et al.*,                        MOTION FOR PRELIMINARY INJUNCTION**
19 |
                        Defendants.                Hon. Robert M. Illman
20

21 |                                                Hearing: April 9, 2024, 11:00 a.m.

22

23

24

25

26

27

28 | Defs.'Admin. Mot. for Leave to
     File Sur-Reply to Pls.' Reply in
     Support of Their Mot. For Prelim. Inj.
     1:23-cv-06353-RMI

1     **<u>DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY</u>**

2        On December 14, 2023, Plaintiffs filed a Motion for Preliminary Injunction. ECF No. 20. On

3 February 25, 2024, Defendants filed a combined Motion to Dismiss and Opposition to Plaintiffs' Motion

4 for Preliminary Injunction. ECF No. 50. On February 27, 2024, Plaintiffs filed a Motion to Add New

5 Plaintiffs as Class Representatives and attached a First Amended Complaint. ECF No. 46. On March 11,

6 2024, Plaintiffs filed a combined Opposition to Defendants' Reply in Support of Plaintiffs' Motion for

7 Provisional Class Certification ("Pls.' Reply"). ECF No. 53. Pursuant to Local Rule 7-3, Defendants

8 respectfully move the Court for leave to file the attached sur-reply to Plaintiffs' Reply in Support of their

9 Motion for Preliminary Injunction.

10        Defendants' administrative motion is unopposed. On February 17, 2024, Plaintiffs indicated that

11 they do not oppose Defendants filing a sur-reply to Plaintiffs' Motion for Preliminary Injunction. *See* Pls.'

12 Mot. to Add New Plaintiffs, ECF No. 46 at 4 n.2. Accordingly, and for the reasons set forth below,

13 Defendants' request leave to file a sur-reply to Plaintiffs' Reply.

14                                     **<u>ARGUMENT</u>**

15        Plaintiffs' Reply raises new factual allegations pertaining to proposed named Plaintiffs and offers

16 a new declaration from a declarant that Defendants were only made aware of in Plaintiffs' Reply. Courts

17 in this district have discretion to allow a litigant to file a sur-reply, *see* L.R. 7-3, and exercise of that

18 discretion is warranted when a valid reason for additional briefing exists, such as when a movant raises

19 new facts in its reply brief. *Rodgers v. Chevys Restaurants, LLC*, No. C13-03923 HRL, 2015 WL 909763,

20 at \*5 (N.D. Cal. Feb. 24, 2015). The same is true when a "movant raises new arguments in its reply brief."

21 *Estate of Alvarado v. Tackett*, No. 13-cv-1202 W (JMA), 2018 WL 1141502, at \*1 (E.D. Cal. Mar. 2,

22 2018) (quotation marks omitted); *cf. Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district

23 court need not consider arguments raised for the first time in a reply brief."). Likewise, new evidence filed

24 with a reply is a valid ground to allow additional briefing. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th

25 Cir. 1996) ("[W]here new evidence is presented in a reply to a motion . . . the district court should not

26 consider the new evidence without giving the non-movant an opportunity to respond.").

27

28 Defs.' Admin. Mot. for Leave to
File Sur-Reply to Pls.' Reply in
Support of Their Mot. For Prelim. Inj.                               1
1:23-cv-06353-RMI

1    Plaintiffs' Reply asserts additional factual allegations regarding COVID-19 medical treatment at

2 Golden State Annex ("GSA") for proposed named Plaintiffs and a new declarant, all of which require a

3 response. *See generally* ECF No. 53. For instance, Plaintiffs' Reply relies on assertions from declarant

4 Gustavo Flores Coreas ("Declarant Coreas") who claims that "[m]edical staff *refused* to give [him] a

5 COVID-19 test even though he had COVID-19 symptoms" and was told he did not qualify for Paxlovid.

6 *Id.* at 8 (emphasis in original). In addition to relying on inadmissible hearsay, Declarant Coreas'

7 declaration is new evidence—seen for the first time in Plaintiff's Reply. To the extent the Court considers

8 Declarant Coreas' declaration and the new facts asserted by proposed named Plaintiffs, Defendants

9 respectfully request the opportunity to respond.

10    Plaintiffs also claim, for the first time, that there have been "multiple reported outbreaks" at GSA.

11 ECF No. 53 at 12-13. This is a mischaracterization that Defendants should be allowed to rebut with factual

12 evidence. Leave to file a sur-reply is appropriate when, as is the case here, Plaintiffs "rais[ed] new

13 arguments in [their] reply brief that require some additional response." *Schmidt v. Shah*, 696 F. Supp. 2d

14 44, 60 (D.D.C. 2010). As such, Defendants request leave to file a sur-reply to address the new arguments

15 advanced in Plaintiffs' Reply and the factual allegations and evidence offered by proposed named

16 Plaintiffs and Declarant Coreas. Should this Court deny this Motion, Defendants request leave to re-file

17 their Motion to Dismiss Reply and excise the sur-reply portion of the brief.

18                                **CONCLUSION**

19    For these reasons, Defendants respectfully request that the Court grant leave to file a sur-reply.

20 Dated: March 18, 2024                     Respectfully submitted,

21                                           BRIAN M. BOYNTON
                                             Principal Deputy Assistant Attorney General
22                                           U.S. Department of Justice, Civil Division

23                                           WILLIAM C. PEACHEY
                                             Director
24
                                             JEFFREY S. ROBINS
25                                           Deputy Director

26                                           SARAH L. VUONG
                                             Assistant Director
27

28 Defs.' Admin. Mot. for Leave to
   File Sur-Reply to Pls.' Reply in
   Support of Their Mot. For Prelim. Inj.                        2
   1:23-cv-06353-RMI

1

2                                          MICHELLE M. RAMUS
ALEXA WHITE
SHANE YOUNG
3                                          Trial Attorneys

4                                          */s/ Anna L. Dichter*
ANNA L. DICHTER
5                                          Trial Attorney
U.S. Department of Justice, Civil Division
6                                          Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
7                                          Washington, DC 20044
Tel:    (202) 353-2405
8                                          Fax:    (202) 305-7000
Email:  Anna.L.Dichter@usdoj.gov
9

10                                       *Counsel for Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Defs.' Admin. Mot. for Leave to
File Sur-Reply to Pls.' Reply in
Support of Their Mot. For Prelim. Inj.                      3
1:23-cv-06353-RMI