# EXHIBIT G

# DECLARATION OF DR. OWOLABI

# TO BE FILED UNDER SEAL