# EXHIBIT H

# PLAINTIFF RIEGO MEDICAL RECORDS

# FILED UNDER SEAL