# EXHIBIT I

# PLAINTIFF CUEVAS MEDICAL RECORDS

# FILED UNDER SEAL