# EXHIBIT J

# DECLARANT COREAS MEDICAL RECORDS

# FILED UNDER SEAL