1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director
   JEFFREY S. ROBINS
4  Deputy Director
   SARAH L. VUONG
5  Assistant Director
   MICHELLE M. RAMUS
6  ALEXA WHITE
   SHANE YOUNG
7  ANNA L. DICHTER
   Trial Attorneys
8  Office of Immigration Litigation
   District Court Section
9  United States Department of Justice
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044
   Tel.: (202) 353-2405; Fax: (202) 305-7000
11 Anna.L.Dichter@usdoj.gov
   *Counsel for Defendants*

12

# UNITED STATES DISTRICT COURT
13
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
### EUREKA DIVISION

15  VICTOR JIMENEZ, *et al.*,                     No. 1:23-cv-06353-RMI

16                            Plaintiffs,

17          v.                                     **DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO PLAINTIFF**
18  U.S. IMMIGRATION AND CUSTOMS                   **JIMENEZ'S MOTION FOR PROVISIONAL**
    ENFORCEMENT, *et al.*,                         **CLASS CERTIFICATION**
19
                              Defendants.          Hon. Robert M. Illman
20

21                                                 Hearing: April 9, 2024, 11:00 a.m.

22

23

24

25

26

27

28

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY

On December 14, 2023, Plaintiffs filed a Motion for Provisional Class Certification. ECF No. 21. On February 25, 2024, Defendants filed an Opposition to Plaintiffs' Motion for Provisional Class Certification. ECF No. 44. On February 27, 2024, Plaintiffs filed a Motion to Add New Plaintiffs as Class Representatives and attached a First Amended Complaint. ECF No. 46. On March 11, 2024, Plaintiffs filed a Reply in Support of Plaintiffs' Motion for Provisional Class Certification ("Pls.' Reply"). ECF No. 55. Pursuant to Local Rule 7-3, Defendants respectfully move the Court for leave to file the attached sur-reply to Plaintiffs' Reply in Support of Plaintiffs' Motion for Provisional Class Certification.

Defendants' administrative motion is unopposed. On February 17, 2024, Plaintiffs indicated that they do not oppose Defendants filing a sur-reply to Plaintiffs' Motion for Provisional Class Certification. *See* Pls.' Mot. to Add New Plaintiffs, ECF No. 46 at 4 n.2. Accordingly, and for the reasons set forth below, Defendants' request leave to file a sur-reply to Plaintiffs' Reply.

## ARGUMENT

Plaintiffs' Reply raises new factual allegations pertaining to proposed named Plaintiffs to support the contention that proposed named Plaintiffs satisfy the typicality, commonality, and adequacy requirements for class certification. *See* ECF No. 55 at 6–10. Courts in this district have discretion to allow a litigant to file a sur-reply, *see* L.R. 7-3, and exercise of that discretion is warranted when a valid reason for additional briefing exists, such as when a movant raises new facts in its reply brief. *Rodgers v. Chevys Restaurants, LLC*, No. C13-03923 HRL, 2015 WL 909763, at *5 (N.D. Cal. Feb. 24, 2015). The same is true when a "movant raises new arguments in its reply brief." *Estate of Alvarado v. Tackett*, No. 13-cv-1202 W (JMA), 2018 WL 1141502, at *1 (E.D. Cal. Mar. 2, 2018) (quotation marks omitted); *cf. Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief."). Likewise, new evidence filed with a reply is a valid ground to allow additional briefing. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) ("[W]here new evidence is presented in a reply to a motion . . . the district court should not consider the new evidence without giving the non-movant an opportunity to respond.").

**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO PLAINTIFF JIMENEZ'S MOTION FOR PROVISIONAL CLASS CERTIFICATION**
1:23-cv-06353-RMI

1    Plaintiffs' Reply asserts additional factual allegations regarding COVID-19 medical treatment at

2    Golden State Annex ("GSA") for proposed named Plaintiffs, all of which require a response. *See generally*

3    ECF No. 55. For instance, Plaintiffs' Reply relies on assertions such as, "in December of 2023 there was

4    a COVID-19 outbreak in Mr. Orozco Cuevas' dormitory." *Id*. at 13. Until Plaintiffs filed their reply, they

5    did not previously allege an outbreak at GSA in December 2023. Plaintiffs make other serious allegations

6    against Defendants for the first time in their reply, including claims that Defendants did not "wash

7    anyone's blankets or clothing" during an alleged outbreak, and that Defendants "did not offer . . . a

8    COVID-19 vaccine to anyone." *Id*. at 14. Defendants respectfully request the opportunity to respond to

9    the new facts regarding the proposed named Plaintiffs and the serious allegations that Defendants just

10   learned of in Plaintiffs' Reply. As such, Defendants request leave to file the attached sur-reply to address

11   the new arguments advanced in Plaintiffs' Reply and the factual allegations offered by proposed named

12   Plaintiffs.[1]

13                                              **<u>CONCLUSION</u>**

14        For these reasons, Defendants respectfully request that the Court grant leave to file a sur-reply.

15                                                 * * *

16

17

18

19

20

21

22

23

24   _____
     [1]    Defendants filed a motion to seal the attached sur-reply, ECF No. 56, along with an unredacted

25   version of the attached sur-reply, ECF No. 56-4. The unredacted version contained typographical citation
     errors. *See* ECF No. 56-4. Any citations to ECF No. 57-3 should instead be to ECF No. 58-3; any citations

26   to ECF No. 57-4 should instead be to ECF No. 58-4; and any citations to ECF No. 58-5 should instead be
     to ECF No. 58-3. The redacted version of the sur-reply attached to this motion for leave has correct

27   citations.

28   **DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF**
     **OPPOSITION TO PLAINTIFF JIMENEZ'S MOTION FOR PROVISIONAL CLASS CERTIFICATION**
     1:23-cv-06353-RMI

Dated: March 18, 2024                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General
                                         U.S. Department of Justice, Civil Division

                                         WILLIAM C. PEACHEY
                                         Director

                                         JEFFREY S. ROBINS
                                         Deputy Director

                                         SARAH L. VUONG
                                         Assistant Director

                                         MICHELLE M. RAMUS
                                         ALEXA WHITE
                                         SHANE YOUNG
                                         Trial Attorneys

                                         */s/ Anna L. Dichter*
                                         ANNA L. DICHTER
                                         Trial Attorney
                                         U.S. Department of Justice, Civil Division
                                         Office of Immigration Litigation – DCS
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel:    (202) 353-2405
                                         Fax:    (202) 305-7000
                                         Email:  Anna.L.Dichter@usdoj.gov

                                         *Counsel for Defendants*

**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO PLAINTIFF JIMENEZ'S MOTION FOR PROVISIONAL CLASS CERTIFICATION**
1:23-cv-06353-RMI