UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, *et al.*,<br><br>              Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>              Defendants. | No. 1:23-cv-06353-RMI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

[Proposed] Order Granting Defs.' Admin. Mot.
For Leave to File Sur-Reply to Pls.'s Reply
In Support of Their Mot. for Provisional
Class Cert.
1:23-cv-06353-RMI

1   Before the Court is Defendants' unopposed Administrative Motion for Leave to File Sur-Reply
2   to Plaintiffs' Reply in Support of Their Motion for Provisional Class Certification. Having considered
3   Defendants' motion, and good cause appearing, the Court grants Defendants leave to file a sur-reply to
4   Plaintiffs' Reply in Support of Their Motion for Provisional Class Certification.
5   Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

**IT IS SO ORDERED**.

Dated: _____, 2024

Hon. Robert M. Illman<br>United States Magistrate Judge

[Proposed] Order Granting Defs.' Admin. Mot.
For Leave to File Sur-Reply to Pls.'s Reply
In Support of Their Mot. for Provisional
Class Cert.
1:23-cv-06353-RMI

1