| | |
|---|---|
| NICOLE KIM (SBN 324698)<br>*NicoleKim@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673<br><br>SEAN RIORDAN (SBN 255752)<br>*sriordan@aclunc.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 415 621-2493 | KYLE VIRGIEN (SBN 278747)<br>*kvirgien@aclu.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel.: +1 202 393-4930<br><br>EVA BITRAN (SBN 302081)<br>*ebitran@aclusocal.org*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Tel: +1 213 977-5232 |

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ and JORGE MUTZUTZ,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Respondents-Defendants. | Case No. 1:23-cv-06353-RMI<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL MEDICAL RECORDS IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION** |

| | | |
|---|---|---|
| 1 | Eunice Cho (*pro hac vice*) | Linnea Cipriano (*pro hac vice*) |
| | echo@aclu.org | LCipriano@goodwinlaw.com |
| 2 | **AMERICAN CIVIL LIBERTIES** | Timothy J. Beavers (*pro hac vice*) |
| | **UNION FOUNDATION** | TBeavers@goodwinlaw.com |
| 3 | 915 Fifteenth Street NW, 7th Floor | Jacob Tyson (*pro hac vice*) |
| | Washington, DC 20005 | JTyson@goodwinlaw.com |
| 4 | Tel.: +1 202 548-6616 | **GOODWIN PROCTER LLP** |

Eunice Cho (*pro hac vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: +1 202 548-6616

Mayra Joachin (SBN 306065)
mjoachin@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, CA 90017
Tel: +1 213 977-5232

Linnea Cipriano (*pro hac vice*)
LCipriano@goodwinlaw.com
Timothy J. Beavers (*pro hac vice*)
TBeavers@goodwinlaw.com
Jacob Tyson (*pro hac vice*)
JTyson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Nicole Kim (SBN 324698)
NicoleKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2495
Fax: +1 213 623 1673

Oscar Barron-Guerra (SBN 345284)
OBarronGuerra@goodwinlaw.com
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Petitioners-Plaintiffs*

Having considered Plaintiffs' Administrative Motion to Seal Medical Records, the Court GRANTS the Administrative Motion.

| Document | Portions to be Sealed |
|---|---|
| Declaration of Linnea Cipriano In Support of Plaintiffs' Motion for a Preliminary Injunction | Exhibit D; and Exhibit E |

IT IS HEREBY ORDERED that the following documents shall be filed under seal as set forth below:

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
Hon. Robert M. Illman
Unites States Magistrate Judge