1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director
   JEFFREY S. ROBINS
4  Deputy Director
   SARAH L. VUONG
5  Assistant Director
   SHANE YOUNG
6  ALEXA WHITE
   MICHELLE M. RAMUS
7  ANNA L. DICHTER
   Trial Attorneys
8  Office of Immigration Litigation
   District Court Section
9  United States Department of Justice
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044
   Tel.: (202) 353-2405; Fax: (202) 305-7000
11 Anna.L.Dichter@usdoj.gov
   *Counsel for Defendants*

12

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

13

14

15  VICTOR JIMENEZ, *et al.*,                       No. 1:23-cv-06353-RMI

16                Plaintiffs,

17         v.                                        **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND MOTION TO DISMISS AND DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

18  U.S. IMMIGRATION AND CUSTOMS
    ENFORCEMENT, *et al.*,

19
                  Defendants.
20

21

22

23

24

25

26

27

28  [Proposed] Granting Defendants'
    Admin Motion to File Under Seal
    1:23-cv-06353-RMI

Before the Court is Defendants' Administrative Motion to File Under Seal. Having considered Defendants' motion and supporting documents, the Court finds that protecting confidential medical information and records is a compelling interest that overcomes the public's interest in disclosure of court filings. The Court further finds that Defendants' request to seal is narrowly tailored and no less restrictive means exist to protect against disclosure.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The requested documents shall be sealed as followed:

| DOCUMENT | PORTION TO BE SEALED | RULING |
| --- | --- | --- |
| Defendants' Combined Motion to Dismiss Complaint and Opposition to Motion for Preliminary Injunction | Highlighted Portions | **GRANTED** |
| Defendant's Opposition to Motion for Class Certification | Highlighted Portions | **GRANTED** |
| Exhibit D, Declaration of Dr. Olufemi Owolabi | Entire Document | **GRANTED** |
| Exhibit E, Medical Records of Plaintiff Victor Jimenez | Entire Document | **GRANTED** |

**IT IS SO ORDERED**.

Dated:  **March 19** , 2024

Hon. Robert M. Illman
United States Magistrate Judge