# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>      Defendants. | Case No. 1:23-cv-06353-RMI<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ADD NEW PLAINTIFFS AS CLASS REPRESENTATIVES** |

1   The Court has considered the Parties briefing, evidence, and arguments as well as the authorities
2   cited in support of their positions. Upon due consideration, the Court hereby GRANTS Plaintiffs'
3   Motion to Add New Plaintiffs as Class Representatives. Plaintiffs shall file the First Amended
4   Complaint attached as Exhibit A to their motion on the docket.

6   Dated: March 19, 2024               _____
7                                        Hon. Robert M. Illman
8                                        United States District Court
9                                        Magistrate Judge