BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SARAH L. VUONG
Assistant Director
SHANE YOUNG
ALEXA WHITE
MICHELLE M. RAMUS
ANNA L. DICHTER
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 1:23-cv-06353-RMI <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; AND DEFENDANTS' SUR-REPLY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

1  Before the Court is Defendants' Administrative Motion to File Under Seal. Having considered Defendants' motion and supporting documents, the Court finds that protecting confidential medical information and records is a compelling interest that overcomes the public's interest in disclosure of court filings. The Court further finds that Defendants' request to seal is narrowly tailored and no less restrictive means exist to protect against disclosure.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The requested documents shall be sealed as followed:

| DOCUMENT | PORTION TO BE SEALED | RULING |
|---|---|---|
| Defendants' Combined Reply in Support of Motion to Dismiss Complaint and Sur-Reply to Plaintiffs' Reply in Support of Motion for a Preliminary Injunction | Highlighted Portions | **GRANTED** |
| Defendants' Sur-Reply in Support of Opposition to Plaintiffs' Motion for Class Certification | Highlighted Portions | **GRANTED** |
| Exhibit G, Declaration of Dr. Olufemi Owolabi | Entire Document | **GRANTED** |
| Exhibit H, Medical Records of Plaintiff Venancio Esteban Riego | Entire Document | **GRANTED** |
| Exhibit I, Medical Records of Plaintiff Jose Orozco Cuevas | Entire Document | **GRANTED** |
| Exhibit J, Medical Records of Declarant Gustavo Coreas | Entire Document | **GRANTED** |

**IT IS SO ORDERED**.

Dated: **March 19**, 2024

_____
Hon. Robert M. Illman
United States Magistrate Judge

[Proposed] Granting Defendants'
Admin Motion to File Under Seal
1:23-cv-06353-RMI