UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, *et al.*, | No. 1:23-cv-06353-RMI |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

[Proposed] Order Granting Defs.' Admin. Mot.
For Leave to File Sur-Reply to Pls.'s Reply
In Support of Their Mot. for Prelim. Inj.
1:23-cv-06353-RMI

Before the Court is Defendants' unopposed Administrative Motion for Leave to File Sur-Reply to Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction. Having considered Defendants' motion, and good cause appearing, the Court grants Defendants leave to file a sur-reply to Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

**IT IS SO ORDERED**.

Dated: March 19, 2024

_____
Hon. Robert M. Illman
United States Magistrate Judge

1

[Proposed] Order Granting Defs.' Admin. Mot.
For Leave to File Sur-Reply to Pls.'s Reply
In Support of Their Mot. for Prelim. Inj.
1:23-cv-06353-RMI