UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 1:23-cv-06353-RMI <br><br> ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

[Proposed] Order Granting Defs.' Admin. Mot. For Leave to File Sur-Reply to Pls.'s Reply In Support of Their Mot. for Provisional Class Cert.
1:23-cv-06353-RMI

1      Before the Court is Defendants' unopposed Administrative Motion for Leave to File Sur-Reply to Plaintiffs' Reply in Support of Their Motion for Provisional Class Certification. Having considered Defendants' motion, and good cause appearing, the Court grants Defendants leave to file a sur-reply to Plaintiffs' Reply in Support of Their Motion for Provisional Class Certification.

     Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

**IT IS SO ORDERED**.

Dated: March 19, 2024

                                                 Hon. Robert M. Illman
                                                 United States Magistrate Judge

[Proposed] Order Granting Defs.' Admin. Mot.
For Leave to File Sur-Reply to Pls.'s Reply
In Support of Their Mot. for Provisional
Class Cert.
1:23-cv-06353-RMI

1