1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director
   JEFFREY S. ROBINS
4  Deputy Director
   SARAH L. VUONG
5  Assistant Director
   MICHELLE M. RAMUS
6  ANNA L. DICHTER
7  Trial Attorneys
   Office of Immigration Litigation
8  District Court Section
   United States Department of Justice
9  P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044
   Tel.: (202) 353-2405; Fax: (202) 305-7000
11 Anna L. Dichter@usdoj.gov
12 *Counsel for Defendants*

13                      **UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                              **(EUREKA)**

15 JIMENEZ,                                    No. 1:23-cv-06353-RMI

16                 Plaintiffs,

17      v.

18 U.S. IMMIGRATION AND CUSTOMS              **DEFENDANTS' SUPPLEMENTAL**
                                             **STATEMENT REGARDING PLAINTIFFS'**
19 ENFORCEMENT, *et al.*,                    **PROPOSED CLASS**

20                 Defendants.

21

22

23      Defendants submit this supplemental statement regarding the Plaintiffs' proposed class. In the

24 Opposition to Class Certification, Defendants stated that as of January 31, 2024, the number of individuals

25 detained at GSA that were considered high risk under CDC guidelines was twenty-six. ECF No. 52, at 8

26 (citing ECF No. 42-3, Ex. B, Declaration of Stephanie Hicks, ¶ 23). In preparation for the hearing on the

27

28 **DEFENDANTS' SUPPLEMENTAL STATEMENT REGARDING PLAINTIFFS' PROPOSED**
   **CLASS**
   No. 1:23-cv-06353-RMI

1   motions pending before this Court, Ms. Hicks explained that the definition of high risk as used in

2   Paragraph 23 of her February declaration included specific medical conditions. *See* Attach. 1, Second

3   Declaration of Stephanie Hicks, ¶ 2. It is unclear what criteria should be used to define high-risk, as even

4   the CDC has various websites with differing lists. *Compare* CDC Underlying Medical Conditions

5   Associated with Higher Risk for Severe COVID-19 Information for Healthcare Professionals[1] *with* CDC

6   People with Certain Medical Conditions.[2] Nevertheless, Defendants recognize that Plaintiffs' class

7   definition includes criteria broader than the conditions listed in the Second Declaration of Stephanie Hicks

8   and acknowledge that the scope of Plaintiffs' definition would likely establish numerosity if class

9   certification were otherwise appropriate based on such a broad definition.

10

Dated: April 15, 2024                                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

JEFFREY S. ROBINS
Deputy Director

SARAH L. VUONG
Assistant Director

MICHELLE M. RAMUS
Trial Attorneys

/s/ *Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney

---

[1] *COVID-19 Underlying Medical Conditions Associated with Higher Risk for Severe COVID-19 Information for Healthcare Professionals*, https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-care/underlyingconditions.html (last updated Apr. 12, 2024).

[2] *COVID-19 People with Certain Medical Conditions*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#MedicalConditionsAdults (last updated Apr. 15, 2024)

**DEFENDANTS' SUPPLEMENTAL STATEMENT REGARDING PLAINTIFFS' PROPOSED CLASS**
No. 1:23-cv-06353-RMI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:     (202) 353-2405
Fax:     (202) 305-7000
Email:  Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*

**DEFENDANTS' SUPPLEMENTAL STATEMENT REGARDING PLAINTIFFS' PROPOSED CLASS**
No. 1:23-cv-06353-RMI

ATTACHMENT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

1

2

3

4 | JIMENEZ et al.,

Case No. 1:23-cv- 06353-RMI

5 |  Plaintiffs,

**SUPPLEMENTAL DECLARATION OF
STEPHANIE HICKS**

6 | v.

7 | UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT et al.,

8 |  Defendants.

9

10    I, Stephanie Hicks, make the following statements under oath and subject to penalty of perjury:

11    1.    I provide this declaration based on my personal knowledge, belief, and reasonable

12 inquiry.

13    2.    Reference to detainees at "high risk" for COVID-19 in Paragraph 23 of my February 23,

14 2024, declaration included those detainees with the following medical conditions:

15        a.   Over age 65

16        b.   Asthma

17        c.   Cancer

18        d.   Cerebrovascular disease

19        e.   Chronic kidney disease

20            i.   People receiving dialysis

21        f.   Chronic lung diseases

22            i.   Bronchiectasis

23            ii.   COPD

24            iii.   Interstitial lung disease

25            iv.   Pulmonary-embolism

26                Pulmonary hypertension

27        g.   Chronic liver diseases

28

STEPHANIE HICKS' SUPPLEMENTAL DECLARATION
No. 23-06353-RMI

        i.  Cirrhosis

        ii.  Non-alcoholic fatty liver disease

        iii.  Alcoholic liver disease

        iv.  Autoimmune hepatitis

  h.  Cystic fibrosis

  i.  DM, type I and II

  j.  Heart conditions

        i.  Heart failure

        ii.  Coronary artery disease

        iii.  Cardiomyopathies

  k.  HIV

  l.  Morbid obesity

  m.  Solid organ or blood stem cell transplantation

  n.  Tuberculosis

        i.  Active TB

  o.  Use of corticosteroids or other immunosuppressive medications

        i.  Chronic use

3.     The "high risk" reference is in accordance with CDC guidance and also considers ICE Health Services Corps guidance, GEO Clinical Practice Guidelines, and clinical indications and interpretations upon timely evaluation of our individual patients.

4.     I am based on-site at GSA in McFarland, California and perform all of my duties there.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in McFarland, California, on April 12, 2024.

_____
STEPHANIE HICKS

STEPHANIE HICKS' SUPPLEMENTAL DECLARATION
No. 23-06353-RMI                                2